**EXHIBIT A – ATTORNEYS WHO HAVE NOT PREVIOUSLY PAID *PRO HAC VICE* FEES IN DEPO-PROVERA LITIGATION**

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

| | |
|---|---|
| IN RE: DEPO-PROVERA (DEPOT MEDROXYPROGESTERONE ACETATE) PRODUCTS LIABILITY LITIGATION | Case No. 3:25-md-3140 |
| This Document Relates to: All Cases | Judge M. Casey Rodgers<br>Magistrate Judge Hope T. Cannon |

**MOTION TO APPEAR *PRO HAC VICE***

Pursuant to Pretrial Order No. 4 and United States District Court for the Northern District of Florida Local Rule 11.1, [ATTORNEY NAME] ("Movant") respectfully requests an order of admission to practice *pro hac vice* in the above-captioned action and in support thereof states as follows:

1. Movant resides (or regularly practices law) in [STATE];

2. Movant certifies that s/he is admitted to practice and is a member in good standing of the bar of [STATE];

3. Pursuant to Pretrial Order No. 4 and Local Rule 11.1, Movant has successfully completed the online Attorney Admission Tutorial, Confirmation No. [NUMBER], and has reviewed the Local Rules of the Northern District of Florida and the online CM/ECF Attorney User's Guide;

4. Movant has submitted to the Clerk the required $219.00 *pro hac vice* admission fee;

5. Movant maintains an upgraded PACER account; and

6. Movant is the attorney of record in at least one individual case within this MDL: [CASE NUMBER].

**WHEREFORE**, Movant respectfully requests permission to appear *pro hac vice* before the Court.

[DATE AND SIGNATURE]