UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: DEPO-PROVERA (DEPOT MEDROXYPROGESTERONE ACETATE) PRODUCTS LIABILITY LITIGATION | Case No. 3:25-md-3140 |
| This Document Relates to:<br>All Cases | Judge M. Casey Rodgers<br>Magistrate Judge Hope T. Cannon |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Pretrial Order No. 4 and United States District Court for the Northern District of Florida Local Rule 11.1, Christopher A. Seeger ("Movant") respectfully requests an order of admission to practice *pro hac vice* in the above-captioned action and in support thereof states as follows:

1. Movant resides (or regularly practices law) in New Jersey;

2. Movant certifies that he is admitted to practice and is a member in good standing of the bar of New Jersey, NJ Bar Number 042631990;

3. Pursuant to Pretrial Order No. 4 and Local Rule 11.1, Movant has successfully completed the online Attorney Admission Tutorial, Confirmation No. FLND17395471372550, and has reviewed the Local Rules of the Northern District of Florida and the online CM/ECF Attorney User's Guide;

4. Movant has submitted to the Clerk the required $219.00 *pro hac vice* admission fee;

5. Movant maintains an upgraded PACER account; and

6. Movant is the attorney of record in at least one individual case within this MDL: *Allison Blonski v. Pfizer, Inc., et al*, No.: NJ/3:24-cv-11243, and *Donna Toney v. Pfizer, Inc., et al,* No. FLN/3:24-cv-00624.

**WHEREFORE**, Movant respectfully requests permission to appear *pro hac vice* before the Court.

Dated: February 14, 2025

                                              Respectfully submitted,
                                              By: /s/ *Christopher A. Seeger*
                                              Christopher A. Seeger
                                              Seeger Weiss LLP
                                              55 Challenger Road 6th Fl.
                                              Ridgefield Park, NJ 07660
                                              Telephone: (973) 639-9100
                                              Facsimile: (973) 639-9393
                                              Email: cseeger@seegerweiss.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 14, 2025, I caused the foregoing Motion to Appear *Pro Hac Vice* to be filed with the Clerk of the Court using the CM/ECF system, which will send notification to all counsel of record.

                                         */s/ Christopher A. Seeger*
                                            Christopher A. Seeger