| From: | FLNDdb_efile MDL |
|---|---|
| To: | Blair Patton; Kimberly Westphal; Donna Bajzik; Elizabeth Lawrence; Allison Hunnicutt |
| Subject: | FW: Activity in Case MDL No. 3140 IN RE: Depo-Provera (Depot Medroxyprogesterone Acetate) Products Liability Litigation Conditional Transfer Order Finalized |
| Date: | Wednesday, February 19, 2025 10:02:07 AM |

**From:** JPMLCMECF@jpml.uscourts.gov <JPMLCMECF@jpml.uscourts.gov>
**Sent:** Wednesday, February 19, 2025 3:59:55 PM (UTC+00:00) Monrovia, Reykjavik
**To:** JPMLCMDECF <JPMLCMDECF@jpml.uscourts.gov>
**Subject:** Activity in Case MDL No. 3140 IN RE: Depo-Provera (Depot Medroxyprogesterone Acetate) Products Liability Litigation Conditional Transfer Order Finalized

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**United States**

**United States Judicial Panel on Multidistrict Litigation**

**Notice of Electronic Filing**

The following transaction was entered on 2/19/2025 at 10:59 AM EST and filed on 2/19/2025

| **Case Name:** | IN RE: Depo-Provera (Depot Medroxyprogesterone Acetate) Products Liability Litigation |
|---|---|
| **Case Number:** | MDL No. 3140 |
| **Filer:** | |
| **Document Number:** | 133 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 38 action(s)** *re: pldg.*
*(23 in CAC/2:24-cv-10679, 2 in CAC/2:24-cv-10879, 2 in CAC/2:25-cv-00118, 2 in CAC/2:25-cv-00324, 2 in CAC/2:25-cv-00607, 23 in CAC/5:24-cv-02626, 18 in CAC/5:24-cv-02648, 6 in CAC/5:24-cv-02661, 2 in CAC/5:25-cv-00167, 2 in CAC/5:25-cv-00189, 4 in CAC/5:25-cv-00194, 23 in CAE/1:24-cv-01511, 2 in CAE/1:25-cv-00086, 23 in CAE/2:24-cv-03441, 2 in CAE/2:25-cv-00041, 2 in CAN/3:25-cv-00687, 2 in CAN/3:25-cv-00799, 14 in CAN/4:24-cv-08934, 2 in CAN/4:25-cv-00716, 2 in CAN/4:25-cv-00849, 2 in CAN/5:25-cv-00424, 11 in CAS/3:24-cv-02361, 2 in CAS/3:25-cv-00008, 20 in INN/3:24-cv-00980, 2 in INN/3:25-cv-00032, 21 in INS/1:24-cv-02191, 2 in LAE/2:24-cv-02913, 2 in LAE/2:24-cv-02927, 15 in MA/1:24-cv-13078, 5 in MA/1:25-cv-10057, 2 in MA/1:25-cv-10153, [121] in MDL No. 3140, 1 in MN/0:25-cv-00324, 11 in NJ/3:24-*

**cv-11243, 1 in NYS/1:25-cv-00833, 1 in NYS/1:25-cv-00835, 2 in PAE/2:25-cv-00037, 13 in PAM/1:24-cv-02208, 3 in PAW/2:24-cv-01732) Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel James V. Ingold on 2/19/2025.**

**Associated Cases: MDL No. 3140 et al. (TF)**

Case Name:        Markle v. Pfizer Inc.
Case Number:      PAM/1:24-cv-02208
Filer:
Document Number: 17

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 38 action(s) *re: pldg. (23 in CAC/2:24-cv-10679, 2 in CAC/2:24-cv-10879, 2 in CAC/2:25-cv-00118, 2 in CAC/2:25-cv-00324, 2 in CAC/2:25-cv-00607, 23 in CAC/5:24-cv-02626, 18 in CAC/5:24-cv-02648, 6 in CAC/5:24-cv-02661, 2 in CAC/5:25-cv-00167, 2 in CAC/5:25-cv-00189, 4 in CAC/5:25-cv-00194, 23 in CAE/1:24-cv-01511, 2 in CAE/1:25-cv-00086, 23 in CAE/2:24-cv-03441, 2 in CAE/2:25-cv-00041, 2 in CAN/3:25-cv-00687, 2 in CAN/3:25-cv-00799, 14 in CAN/4:24-cv-08934, 2 in CAN/4:25-cv-00716, 2 in CAN/4:25-cv-00849, 2 in CAN/5:25-cv-00424, 11 in CAS/3:24-cv-02361, 2 in CAS/3:25-cv-00008, 20 in INN/3:24-cv-00980, 2 in INN/3:25-cv-00032, 21 in INS/1:24-cv-02191, 2 in LAE/2:24-cv-02913, 2 in LAE/2:24-cv-02927, 15 in MA/1:24-cv-13078, 5 in MA/1:25-cv-10057, 2 in MA/1:25-cv-10153, [121] in MDL No. 3140, 1 in MN/0:25-cv-00324, 11 in NJ/3:24-cv-11243, 1 in NYS/1:25-cv-00833, 1 in NYS/1:25-cv-00835, 2 in PAE/2:25-cv-00037, 13 in PAM/1:24-cv-02208, 3 in PAW/2:24-cv-01732)* Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel James V. Ingold on 2/19/2025.**

**Associated Cases: MDL No. 3140 et al. (TF)**

Case Name:        Surmick v. Pfizer Inc. et al
Case Number:      CAN/3:25-cv-00687
Filer:
Document Number: 6

Docket Text:
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 38 action(s) *re: pldg. (23 in CAC/2:24-cv-10679, 2 in CAC/2:24-cv-10879, 2 in CAC/2:25-cv-00118, 2 in CAC/2:25-cv-00324, 2 in CAC/2:25-cv-00607, 23 in CAC/5:24-cv-02626, 18 in CAC/5:24-cv-02648, 6 in CAC/5:24-cv-02661, 2 in CAC/5:25-cv-00167, 2 in CAC/5:25-cv-00189, 4 in CAC/5:25-cv-00194, 23 in CAE/1:24-cv-01511, 2 in CAE/1:25-cv-00086, 23 in CAE/2:24-cv-03441, 2 in CAE/2:25-cv-00041, 2 in CAN/3:25-cv-00687, 2 in CAN/3:25-cv-00799, 14 in CAN/4:24-cv-08934, 2 in CAN/4:25-cv-00716, 2 in CAN/4:25-cv-00849, 2 in CAN/5:25-cv-00424, 11 in***

*CAS/3:24-cv-02361, 2 in CAS/3:25-cv-00008, 20 in INN/3:24-cv-00980, 2 in INN/3:25-cv-00032, 21 in INS/1:24-cv-02191, 2 in LAE/2:24-cv-02913, 2 in LAE/2:24-cv-02927, 15 in MA/1:24-cv-13078, 5 in MA/1:25-cv-10057, 2 in MA/1:25-cv-10153, [121] in MDL No. 3140, 1 in MN/0:25-cv-00324, 11 in NJ/3:24-cv-11243, 1 in NYS/1:25-cv-00833, 1 in NYS/1:25-cv-00835, 2 in PAE/2:25-cv-00037, 13 in PAM/1:24-cv-02208, 3 in PAW/2:24-cv-01732)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel James V. Ingold on 2/19/2025.**

**Associated Cases: MDL No. 3140 et al. (TF)**

| | |
|---|---|
| **Case Name:** | Purry v. Pfizer Inc. et al |
| **Case Number:** | CAS/3:25-cv-00008 |
| **Filer:** | |
| **Document Number:** | 6 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 38 action(s)** *re: pldg. (23 in CAC/2:24-cv-10679, 2 in CAC/2:24-cv-10879, 2 in CAC/2:25-cv-00118, 2 in CAC/2:25-cv-00324, 2 in CAC/2:25-cv-00607, 23 in CAC/5:24-cv-02626, 18 in CAC/5:24-cv-02648, 6 in CAC/5:24-cv-02661, 2 in CAC/5:25-cv-00167, 2 in CAC/5:25-cv-00189, 4 in CAC/5:25-cv-00194, 23 in CAE/1:24-cv-01511, 2 in CAE/1:25-cv-00086, 23 in CAE/2:24-cv-03441, 2 in CAE/2:25-cv-00041, 2 in CAN/3:25-cv-00687, 2 in CAN/3:25-cv-00799, 14 in CAN/4:24-cv-08934, 2 in CAN/4:25-cv-00716, 2 in CAN/4:25-cv-00849, 2 in CAN/5:25-cv-00424, 11 in CAS/3:24-cv-02361, 2 in CAS/3:25-cv-00008, 20 in INN/3:24-cv-00980, 2 in INN/3:25-cv-00032, 21 in INS/1:24-cv-02191, 2 in LAE/2:24-cv-02913, 2 in LAE/2:24-cv-02927, 15 in MA/1:24-cv-13078, 5 in MA/1:25-cv-10057, 2 in MA/1:25-cv-10153, [121] in MDL No. 3140, 1 in MN/0:25-cv-00324, 11 in NJ/3:24-cv-11243, 1 in NYS/1:25-cv-00833, 1 in NYS/1:25-cv-00835, 2 in PAE/2:25-cv-00037, 13 in PAM/1:24-cv-02208, 3 in PAW/2:24-cv-01732)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel James V. Ingold on 2/19/2025.**

**Associated Cases: MDL No. 3140 et al. (TF)**

| | |
|---|---|
| **Case Name:** | Makishia Greeno v. Pfizer, Inc. et al |
| **Case Number:** | CAC/2:25-cv-00607 |
| **Filer:** | |
| **Document Number:** | 6 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 38 action(s)** *re: pldg. (23 in CAC/2:24-cv-10679, 2 in CAC/2:24-cv-10879, 2 in CAC/2:25-cv-00118, 2 in CAC/2:25-cv-00324, 2 in CAC/2:25-cv-00607, 23 in CAC/5:24-cv-02626, 18 in CAC/5:24-cv-02648, 6 in CAC/5:24-cv-02661, 2 in CAC/5:25-cv-00167, 2 in*

*CAC/5:25-cv-00189, 4 in CAC/5:25-cv-00194, 23 in CAE/1:24-cv-01511, 2 in CAE/1:25-cv-00086, 23 in CAE/2:24-cv-03441, 2 in CAE/2:25-cv-00041, 2 in CAN/3:25-cv-00687, 2 in CAN/3:25-cv-00799, 14 in CAN/4:24-cv-08934, 2 in CAN/4:25-cv-00716, 2 in CAN/4:25-cv-00849, 2 in CAN/5:25-cv-00424, 11 in CAS/3:24-cv-02361, 2 in CAS/3:25-cv-00008, 20 in INN/3:24-cv-00980, 2 in INN/3:25-cv-00032, 21 in INS/1:24-cv-02927, 2 in LAE/2:24-cv-02913, 2 in LAE/2:24-cv-02927, 15 in MA/1:24-cv-13078, 5 in MA/1:25-cv-10057, 2 in MA/1:25-cv-10153, [121] in MDL No. 3140, 1 in MN/0:25-cv-00324, 11 in NJ/3:24-cv-11243, 1 in NYS/1:25-cv-00833, 1 in NYS/1:25-cv-00835, 2 in PAE/2:25-cv-00037, 13 in PAM/1:24-cv-02208, 3 in PAW/2:24-cv-01732)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel James V. Ingold on 2/19/2025.**

**Associated Cases: MDL No. 3140 et al. (TF)**

| | |
|---|---|
| **Case Name:** | PAULSEN et al v. PFIZER INC. et al |
| **Case Number:** | INS/1:24-cv-02191 |
| **Filer:** | |
| **Document Number:** | 25 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 38 action(s)** *re: pldg. (23 in CAC/2:24-cv-10679, 2 in CAC/2:24-cv-10879, 2 in CAC/2:25-cv-00118, 2 in CAC/2:25-cv-00324, 2 in CAC/2:25-cv-00607, 23 in CAC/5:24-cv-02626, 18 in CAC/5:24-cv-02648, 6 in CAC/5:24-cv-02661, 2 in CAC/5:25-cv-00167, 2 in CAC/5:25-cv-00189, 4 in CAC/5:25-cv-00194, 23 in CAE/1:24-cv-01511, 2 in CAE/1:25-cv-00086, 23 in CAE/2:24-cv-03441, 2 in CAE/2:25-cv-00041, 2 in CAN/3:25-cv-00687, 2 in CAN/3:25-cv-00799, 14 in CAN/4:24-cv-08934, 2 in CAN/4:25-cv-00716, 2 in CAN/4:25-cv-00849, 2 in CAN/5:25-cv-00424, 11 in CAS/3:24-cv-02361, 2 in CAS/3:25-cv-00008, 20 in INN/3:24-cv-00980, 2 in INN/3:25-cv-00032, 21 in INS/1:24-cv-02191, 2 in LAE/2:24-cv-02913, 2 in LAE/2:24-cv-02927, 15 in MA/1:24-cv-13078, 5 in MA/1:25-cv-10057, 2 in MA/1:25-cv-10153, [121] in MDL No. 3140, 1 in MN/0:25-cv-00324, 11 in NJ/3:24-cv-11243, 1 in NYS/1:25-cv-00833, 1 in NYS/1:25-cv-00835, 2 in PAE/2:25-cv-00037, 13 in PAM/1:24-cv-02208, 3 in PAW/2:24-cv-01732)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel James V. Ingold on 2/19/2025.**

**Associated Cases: MDL No. 3140 et al. (TF)**

| | |
|---|---|
| **Case Name:** | Tiffany Campana v. Pfizer Inc. et al |
| **Case Number:** | CAC/5:24-cv-02648 |
| **Filer:** | |
| **Document Number:** | 22 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 38 action(s) *re: pldg.* (23 in CAC/2:24-cv-10679, 2 in CAC/2:24-cv-10879, 2 in CAC/2:25-cv-00118, 2 in CAC/2:25-cv-00324, 2 in CAC/2:25-cv-00607, 23 in CAC/5:24-cv-02626, 18 in CAC/5:24-cv-02648, 6 in CAC/5:24-cv-02661, 2 in CAC/5:25-cv-00167, 2 in CAC/5:25-cv-00189, 4 in CAC/5:25-cv-00194, 23 in CAE/1:24-cv-01511, 2 in CAE/1:25-cv-00086, 23 in CAE/2:24-cv-03441, 2 in CAE/2:25-cv-00041, 2 in CAN/3:25-cv-00687, 2 in CAN/3:25-cv-00799, 14 in CAN/4:24-cv-08934, 2 in CAN/4:25-cv-00716, 2 in CAN/4:25-cv-00849, 2 in CAN/5:25-cv-00424, 11 in CAS/3:24-cv-02361, 2 in CAS/3:25-cv-00008, 20 in INN/3:24-cv-00980, 2 in INN/3:25-cv-00032, 21 in INS/1:24-cv-02191, 2 in LAE/2:24-cv-02913, 2 in LAE/2:24-cv-02927, 15 in MA/1:24-cv-13078, 5 in MA/1:25-cv-10057, 2 in MA/1:25-cv-10153, [121] in MDL No. 3140, 1 in MN/0:25-cv-00324, 11 in NJ/3:24-cv-11243, 1 in NYS/1:25-cv-00833, 1 in NYS/1:25-cv-00835, 2 in PAE/2:25-cv-00037, 13 in PAM/1:24-cv-02208, 3 in PAW/2:24-cv-01732) Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel James V. Ingold on 2/19/2025.**

**Associated Cases: MDL No. 3140 et al. (TF)**

| | |
|---|---|
| **Case Name:** | CYCAK v. PFIZER INC. et al |
| **Case Number:** | PAW/2:24-cv-01732 |
| **Filer:** | |
| **Document Number:** | 7 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 38 action(s) *re: pldg.* (23 in CAC/2:24-cv-10679, 2 in CAC/2:24-cv-10879, 2 in CAC/2:25-cv-00118, 2 in CAC/2:25-cv-00324, 2 in CAC/2:25-cv-00607, 23 in CAC/5:24-cv-02626, 18 in CAC/5:24-cv-02648, 6 in CAC/5:24-cv-02661, 2 in CAC/5:25-cv-00167, 2 in CAC/5:25-cv-00189, 4 in CAC/5:25-cv-00194, 23 in CAE/1:24-cv-01511, 2 in CAE/1:25-cv-00086, 23 in CAE/2:24-cv-03441, 2 in CAE/2:25-cv-00041, 2 in CAN/3:25-cv-00687, 2 in CAN/3:25-cv-00799, 14 in CAN/4:24-cv-08934, 2 in CAN/4:25-cv-00716, 2 in CAN/4:25-cv-00849, 2 in CAN/5:25-cv-00424, 11 in CAS/3:24-cv-02361, 2 in CAS/3:25-cv-00008, 20 in INN/3:24-cv-00980, 2 in INN/3:25-cv-00032, 21 in INS/1:24-cv-02191, 2 in LAE/2:24-cv-02913, 2 in LAE/2:24-cv-02927, 15 in MA/1:24-cv-13078, 5 in MA/1:25-cv-10057, 2 in MA/1:25-cv-10153, [121] in MDL No. 3140, 1 in MN/0:25-cv-00324, 11 in NJ/3:24-cv-11243, 1 in NYS/1:25-cv-00833, 1 in NYS/1:25-cv-00835, 2 in PAE/2:25-cv-00037, 13 in PAM/1:24-cv-02208, 3 in PAW/2:24-cv-01732) Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel James V. Ingold on 2/19/2025.**

**Associated Cases: MDL No. 3140 et al. (TF)**

| | |
|---|---|
| **Case Name:** | Aminah Harp v. Pfizer Inc., et al |
| **Case Number:** | CAC/2:25-cv-00118 |

**Filer:**
**Document Number:** 6

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 38 action(s)** *re: pldg.*
*(23 in CAC/2:24-cv-10679, 2 in CAC/2:24-cv-10879, 2 in CAC/2:25-cv-00118, 2 in*
*CAC/2:25-cv-00324, 2 in CAC/2:25-cv-00607, 23 in CAC/5:24-cv-02626, 18 in*
*CAC/5:24-cv-02648, 6 in CAC/5:24-cv-02661, 2 in CAC/5:25-cv-00167, 2 in*
*CAC/5:25-cv-00189, 4 in CAC/5:25-cv-00194, 23 in CAE/1:24-cv-01511, 2 in*
*CAE/1:25-cv-00086, 23 in CAE/2:24-cv-03441, 2 in CAE/2:25-cv-00041, 2 in*
*CAN/3:25-cv-00687, 2 in CAN/3:25-cv-00799, 14 in CAN/4:24-cv-08934, 2 in*
*CAN/4:25-cv-00716, 2 in CAN/4:25-cv-00849, 2 in CAN/5:25-cv-00424, 11 in*
*CAS/3:24-cv-02361, 2 in CAS/3:25-cv-00008, 20 in INN/3:24-cv-00980, 2 in*
*INN/3:25-cv-00032, 21 in INS/1:24-cv-02191, 2 in LAE/2:24-cv-02913, 2 in*
*LAE/2:24-cv-02927, 15 in MA/1:24-cv-13078, 5 in MA/1:25-cv-10057, 2 in*
*MA/1:25-cv-10153, [121] in MDL No. 3140, 1 in MN/0:25-cv-00324, 11 in NJ/3:24-*
*cv-11243, 1 in NYS/1:25-cv-00833, 1 in NYS/1:25-cv-00835, 2 in PAE/2:25-cv-*
*00037, 13 in PAM/1:24-cv-02208, 3 in PAW/2:24-cv-01732)* **Inasmuch as no**
**objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel James V. Ingold on 2/19/2025.**

**Associated Cases: MDL No. 3140 et al. (TF)**

**Case Name:**        Curry v. Pfizer Inc.
**Case Number:**      NYS/1:25-cv-00833
**Filer:**
**Document Number:** 5

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 38 action(s)** *re: pldg.*
*(23 in CAC/2:24-cv-10679, 2 in CAC/2:24-cv-10879, 2 in CAC/2:25-cv-00118, 2 in*
*CAC/2:25-cv-00324, 2 in CAC/2:25-cv-00607, 23 in CAC/5:24-cv-02626, 18 in*
*CAC/5:24-cv-02648, 6 in CAC/5:24-cv-02661, 2 in CAC/5:25-cv-00167, 2 in*
*CAC/5:25-cv-00189, 4 in CAC/5:25-cv-00194, 23 in CAE/1:24-cv-01511, 2 in*
*CAE/1:25-cv-00086, 23 in CAE/2:24-cv-03441, 2 in CAE/2:25-cv-00041, 2 in*
*CAN/3:25-cv-00687, 2 in CAN/3:25-cv-00799, 14 in CAN/4:24-cv-08934, 2 in*
*CAN/4:25-cv-00716, 2 in CAN/4:25-cv-00849, 2 in CAN/5:25-cv-00424, 11 in*
*CAS/3:24-cv-02361, 2 in CAS/3:25-cv-00008, 20 in INN/3:24-cv-00980, 2 in*
*INN/3:25-cv-00032, 21 in INS/1:24-cv-02191, 2 in LAE/2:24-cv-02913, 2 in*
*LAE/2:24-cv-02927, 15 in MA/1:24-cv-13078, 5 in MA/1:25-cv-10057, 2 in*
*MA/1:25-cv-10153, [121] in MDL No. 3140, 1 in MN/0:25-cv-00324, 11 in NJ/3:24-*
*cv-11243, 1 in NYS/1:25-cv-00833, 1 in NYS/1:25-cv-00835, 2 in PAE/2:25-cv-*
*00037, 13 in PAM/1:24-cv-02208, 3 in PAW/2:24-cv-01732)* **Inasmuch as no**
**objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel James V. Ingold on 2/19/2025.**

**Associated Cases: MDL No. 3140 et al. (TF)**

| | |
|---|---|
| **Case Name:** | Dunson v. Pfizer Inc. et al |
| **Case Number:** | CAE/2:25-cv-00041 |
| **Filer:** | |
| **Document Number:** | 6 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 38 action(s) *re: pldg.* (23 in CAC/2:24-cv-10679, 2 in CAC/2:24-cv-10879, 2 in CAC/2:25-cv-00118, 2 in CAC/2:25-cv-00324, 2 in CAC/2:25-cv-00607, 23 in CAC/5:24-cv-02626, 18 in CAC/5:24-cv-02648, 6 in CAC/5:24-cv-02661, 2 in CAC/5:25-cv-00167, 2 in CAC/5:25-cv-00189, 4 in CAC/5:25-cv-00194, 23 in CAE/1:24-cv-01511, 2 in CAE/1:25-cv-00086, 23 in CAE/2:24-cv-03441, 2 in CAE/2:25-cv-00041, 2 in CAN/3:25-cv-00687, 2 in CAN/3:25-cv-00799, 14 in CAN/4:24-cv-08934, 2 in CAN/4:25-cv-00716, 2 in CAN/4:25-cv-00849, 2 in CAN/5:25-cv-00424, 11 in CAS/3:24-cv-02361, 2 in CAS/3:25-cv-00008, 20 in INN/3:24-cv-00980, 2 in INN/3:25-cv-00032, 21 in INS/1:24-cv-02191, 2 in LAE/2:24-cv-02913, 2 in LAE/2:24-cv-02927, 15 in MA/1:24-cv-13078, 5 in MA/1:25-cv-10057, 2 in MA/1:25-cv-10153, [121] in MDL No. 3140, 1 in MN/0:25-cv-00324, 11 in NJ/3:24-cv-11243, 1 in NYS/1:25-cv-00833, 1 in NYS/1:25-cv-00835, 2 in PAE/2:25-cv-00037, 13 in PAM/1:24-cv-02208, 3 in PAW/2:24-cv-01732) Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel James V. Ingold on 2/19/2025.**

**Associated Cases: MDL No. 3140 et al. (TF)**

| | |
|---|---|
| **Case Name:** | Cynthia Alves v. Pfizer Inc. et al |
| **Case Number:** | CAC/2:24-cv-10679 |
| **Filer:** | |
| **Document Number:** | 27 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 38 action(s) *re: pldg.* (23 in CAC/2:24-cv-10679, 2 in CAC/2:24-cv-10879, 2 in CAC/2:25-cv-00118, 2 in CAC/2:25-cv-00324, 2 in CAC/2:25-cv-00607, 23 in CAC/5:24-cv-02626, 18 in CAC/5:24-cv-02648, 6 in CAC/5:24-cv-02661, 2 in CAC/5:25-cv-00167, 2 in CAC/5:25-cv-00189, 4 in CAC/5:25-cv-00194, 23 in CAE/1:24-cv-01511, 2 in CAE/1:25-cv-00086, 23 in CAE/2:24-cv-03441, 2 in CAE/2:25-cv-00041, 2 in CAN/3:25-cv-00687, 2 in CAN/3:25-cv-00799, 14 in CAN/4:24-cv-08934, 2 in CAN/4:25-cv-00716, 2 in CAN/4:25-cv-00849, 2 in CAN/5:25-cv-00424, 11 in CAS/3:24-cv-02361, 2 in CAS/3:25-cv-00008, 20 in INN/3:24-cv-00980, 2 in INN/3:25-cv-00032, 21 in INS/1:24-cv-02191, 2 in LAE/2:24-cv-02913, 2 in LAE/2:24-cv-02927, 15 in MA/1:24-cv-13078, 5 in MA/1:25-cv-10057, 2 in MA/1:25-cv-10153, [121] in MDL No. 3140, 1 in MN/0:25-cv-00324, 11 in NJ/3:24-cv-11243, 1 in NYS/1:25-cv-00833, 1 in NYS/1:25-cv-00835, 2 in PAE/2:25-cv-00037, 13 in PAM/1:24-cv-02208, 3 in PAW/2:24-cv-01732) Inasmuch as no**

**objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel James V. Ingold on 2/19/2025.**

**Associated Cases: MDL No. 3140 et al. (TF)**

**Case Name:**  Ruffalo et al v. Pfizer, Inc. et al
**Case Number:** CAN/4:25-cv-00849
**Filer:**
**Document Number:** 6

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 38 action(s)** *re: pldg.*
*(23 in CAC/2:24-cv-10679, 2 in CAC/2:24-cv-10879, 2 in CAC/2:25-cv-00118, 2 in*
*CAC/2:25-cv-00324, 2 in CAC/2:25-cv-00607, 23 in CAC/5:24-cv-02626, 18 in*
*CAC/5:24-cv-02648, 6 in CAC/5:24-cv-02661, 2 in CAC/5:25-cv-00167, 2 in*
*CAC/5:25-cv-00189, 4 in CAC/5:25-cv-00194, 23 in CAE/1:24-cv-01511, 2 in*
*CAE/1:25-cv-00086, 23 in CAE/2:24-cv-03441, 2 in CAE/2:25-cv-00041, 2 in*
*CAN/3:25-cv-00687, 2 in CAN/3:25-cv-00799, 14 in CAN/4:24-cv-08934, 2 in*
*CAN/4:25-cv-00716, 2 in CAN/4:25-cv-00849, 2 in CAN/5:25-cv-00424, 11 in*
*CAS/3:24-cv-02361, 2 in CAS/3:25-cv-00008, 20 in INN/3:24-cv-00980, 2 in*
*INN/3:25-cv-00032, 21 in INS/1:24-cv-02191, 2 in LAE/2:24-cv-02913, 2 in*
*LAE/2:24-cv-02927, 15 in MA/1:24-cv-13078, 5 in MA/1:25-cv-10057, 2 in*
*MA/1:25-cv-10153, [121] in MDL No. 3140, 1 in MN/0:25-cv-00324, 11 in NJ/3:24-*
*cv-11243, 1 in NYS/1:25-cv-00833, 1 in NYS/1:25-cv-00835, 2 in PAE/2:25-cv-*
*00037, 13 in PAM/1:24-cv-02208, 3 in PAW/2:24-cv-01732)* **Inasmuch as no**
**objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel James V. Ingold on 2/19/2025.**

**Associated Cases: MDL No. 3140 et al. (TF)**

**Case Name:**  Sheila Weekley et al v. Pfizer Inc. et al
**Case Number:** CAC/5:24-cv-02661
**Filer:**
**Document Number:** 10

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 38 action(s)** *re: pldg.*
*(23 in CAC/2:24-cv-10679, 2 in CAC/2:24-cv-10879, 2 in CAC/2:25-cv-00118, 2 in*
*CAC/2:25-cv-00324, 2 in CAC/2:25-cv-00607, 23 in CAC/5:24-cv-02626, 18 in*
*CAC/5:24-cv-02648, 6 in CAC/5:24-cv-02661, 2 in CAC/5:25-cv-00167, 2 in*
*CAC/5:25-cv-00189, 4 in CAC/5:25-cv-00194, 23 in CAE/1:24-cv-01511, 2 in*
*CAE/1:25-cv-00086, 23 in CAE/2:24-cv-03441, 2 in CAE/2:25-cv-00041, 2 in*
*CAN/3:25-cv-00687, 2 in CAN/3:25-cv-00799, 14 in CAN/4:24-cv-08934, 2 in*
*CAN/4:25-cv-00716, 2 in CAN/4:25-cv-00849, 2 in CAN/5:25-cv-00424, 11 in*
*CAS/3:24-cv-02361, 2 in CAS/3:25-cv-00008, 20 in INN/3:24-cv-00980, 2 in*
*INN/3:25-cv-00032, 21 in INS/1:24-cv-02191, 2 in LAE/2:24-cv-02913, 2 in*

*LAE/2:24-cv-02927, 15 in MA/1:24-cv-13078, 5 in MA/1:25-cv-10057, 2 in MA/1:25-cv-10153, [121] in MDL No. 3140, 1 in MN/0:25-cv-00324, 11 in NJ/3:24-cv-11243, 1 in NYS/1:25-cv-00833, 1 in NYS/1:25-cv-00835, 2 in PAE/2:25-cv-00037, 13 in PAM/1:24-cv-02208, 3 in PAW/2:24-cv-01732)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel James V. Ingold on 2/19/2025.**

**Associated Cases: MDL No. 3140 et al. (TF)**

| | |
|---|---|
| **Case Name:** | Geraldlyn Sam v. Pfizer, Inc. et al |
| **Case Number:** | CAC/2:25-cv-00324 |
| **Filer:** | |
| **Document Number:** | 6 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 38 action(s)** *re: pldg. (23 in CAC/2:24-cv-10679, 2 in CAC/2:24-cv-10879, 2 in CAC/2:25-cv-00118, 2 in CAC/2:25-cv-00324, 2 in CAC/2:25-cv-00607, 23 in CAC/5:24-cv-02626, 18 in CAC/5:24-cv-02648, 6 in CAC/5:24-cv-02661, 2 in CAC/5:25-cv-00167, 2 in CAC/5:25-cv-00189, 4 in CAC/5:25-cv-00194, 23 in CAE/1:24-cv-01511, 2 in CAE/1:25-cv-00086, 23 in CAE/2:24-cv-03441, 2 in CAE/2:25-cv-00041, 2 in CAN/3:25-cv-00687, 2 in CAN/3:25-cv-00799, 14 in CAN/4:24-cv-08934, 2 in CAN/4:25-cv-00716, 2 in CAN/4:25-cv-00849, 2 in CAN/5:25-cv-00424, 11 in CAS/3:24-cv-02361, 2 in CAS/3:25-cv-00008, 20 in INN/3:24-cv-00980, 2 in INN/3:25-cv-00032, 21 in INS/1:24-cv-02191, 2 in LAE/2:24-cv-02913, 2 in LAE/2:24-cv-02927, 15 in MA/1:24-cv-13078, 5 in MA/1:25-cv-10057, 2 in MA/1:25-cv-10153, [121] in MDL No. 3140, 1 in MN/0:25-cv-00324, 11 in NJ/3:24-cv-11243, 1 in NYS/1:25-cv-00833, 1 in NYS/1:25-cv-00835, 2 in PAE/2:25-cv-00037, 13 in PAM/1:24-cv-02208, 3 in PAW/2:24-cv-01732)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel James V. Ingold on 2/19/2025.**

**Associated Cases: MDL No. 3140 et al. (TF)**

| | |
|---|---|
| **Case Name:** | Kraus v. Pfizer Inc. et al |
| **Case Number:** | INN/3:25-cv-00032 |
| **Filer:** | |
| **Document Number:** | 6 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 38 action(s)** *re: pldg. (23 in CAC/2:24-cv-10679, 2 in CAC/2:24-cv-10879, 2 in CAC/2:25-cv-00118, 2 in CAC/2:25-cv-00324, 2 in CAC/2:25-cv-00607, 23 in CAC/5:24-cv-02626, 18 in CAC/5:24-cv-02648, 6 in CAC/5:24-cv-02661, 2 in CAC/5:25-cv-00167, 2 in CAC/5:25-cv-00189, 4 in CAC/5:25-cv-00194, 23 in CAE/1:24-cv-01511, 2 in CAE/1:25-cv-00086, 23 in CAE/2:24-cv-03441, 2 in CAE/2:25-cv-00041, 2 in*

*CAN/3:25-cv-00687, 2 in CAN/3:25-cv-00799, 14 in CAN/4:24-cv-08934, 2 in CAN/4:25-cv-00716, 2 in CAN/4:25-cv-00849, 2 in CAN/5:25-cv-00424, 11 in CAS/3:24-cv-02361, 2 in CAS/3:25-cv-00008, 20 in INN/3:24-cv-00980, 2 in INN/3:25-cv-00032, 21 in INS/1:24-cv-02191, 2 in LAE/2:24-cv-02913, 2 in LAE/2:24-cv-02927, 15 in MA/1:24-cv-13078, 5 in MA/1:25-cv-10057, 2 in MA/1:25-cv-10153, [121] in MDL No. 3140, 1 in MN/0:25-cv-00324, 11 in NJ/3:24-cv-11243, 1 in NYS/1:25-cv-00833, 1 in NYS/1:25-cv-00835, 2 in PAE/2:25-cv-00037, 13 in PAM/1:24-cv-02208, 3 in PAW/2:24-cv-01732)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel James V. Ingold on 2/19/2025.**

**Associated Cases: MDL No. 3140 et al. (TF)**

**Case Name:**      Hollinger v. Pfizer Inc et al
**Case Number:**    INN/3:24-cv-00980
**Filer:**
**Document Number:** 25

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 38 action(s)** *re: pldg. (23 in CAC/2:24-cv-10679, 2 in CAC/2:24-cv-10879, 2 in CAC/2:25-cv-00118, 2 in CAC/2:25-cv-00324, 2 in CAC/2:25-cv-00607, 23 in CAC/5:24-cv-02626, 18 in CAC/5:24-cv-02648, 6 in CAC/5:24-cv-02661, 2 in CAC/5:25-cv-00167, 2 in CAC/5:25-cv-00189, 4 in CAC/5:25-cv-00194, 23 in CAE/1:24-cv-01511, 2 in CAE/1:25-cv-00086, 23 in CAE/2:24-cv-03441, 2 in CAE/2:25-cv-00041, 2 in CAN/3:25-cv-00687, 2 in CAN/3:25-cv-00799, 14 in CAN/4:24-cv-08934, 2 in CAN/4:25-cv-00716, 2 in CAN/4:25-cv-00849, 2 in CAN/5:25-cv-00424, 11 in CAS/3:24-cv-02361, 2 in CAS/3:25-cv-00008, 20 in INN/3:24-cv-00980, 2 in INN/3:25-cv-00032, 21 in INS/1:24-cv-02191, 2 in LAE/2:24-cv-02913, 2 in LAE/2:24-cv-02927, 15 in MA/1:24-cv-13078, 5 in MA/1:25-cv-10057, 2 in MA/1:25-cv-10153, [121] in MDL No. 3140, 1 in MN/0:25-cv-00324, 11 in NJ/3:24-cv-11243, 1 in NYS/1:25-cv-00833, 1 in NYS/1:25-cv-00835, 2 in PAE/2:25-cv-00037, 13 in PAM/1:24-cv-02208, 3 in PAW/2:24-cv-01732)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel James V. Ingold on 2/19/2025.**

**Associated Cases: MDL No. 3140 et al. (TF)**

**Case Name:**      Torres De Lira v. Pfizer Inc. et al
**Case Number:**    CAS/3:24-cv-02361
**Filer:**
**Document Number:** 15

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 38 action(s)** *re: pldg. (23 in CAC/2:24-cv-10679, 2 in CAC/2:24-cv-10879, 2 in CAC/2:25-cv-00118, 2 in*

*CAC/2:25-cv-00324, 2 in CAC/2:25-cv-00607, 23 in CAC/5:24-cv-02626, 18 in CAC/5:24-cv-02648, 6 in CAC/5:24-cv-02661, 2 in CAC/5:25-cv-00167, 2 in CAC/5:25-cv-00189, 4 in CAC/5:25-cv-00194, 23 in CAE/1:24-cv-01511, 2 in CAE/1:25-cv-00086, 23 in CAE/2:24-cv-03441, 2 in CAE/2:25-cv-00041, 2 in CAN/3:25-cv-00687, 2 in CAN/3:25-cv-00799, 14 in CAN/4:24-cv-08934, 2 in CAN/4:25-cv-00716, 2 in CAN/4:25-cv-00849, 2 in CAN/5:25-cv-00424, 11 in CAS/3:24-cv-02361, 2 in CAS/3:25-cv-00008, 20 in INN/3:24-cv-00980, 2 in INN/3:25-cv-00032, 21 in INS/1:24-cv-02191, 2 in LAE/2:24-cv-02913, 2 in LAE/2:24-cv-02927, 15 in MA/1:24-cv-13078, 5 in MA/1:25-cv-10057, 2 in MA/1:25-cv-10153, [121] in MDL No. 3140, 1 in MN/0:25-cv-00324, 11 in NJ/3:24-cv-11243, 1 in NYS/1:25-cv-00833, 1 in NYS/1:25-cv-00835, 2 in PAE/2:25-cv-00037, 13 in PAM/1:24-cv-02208, 3 in PAW/2:24-cv-01732)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel James V. Ingold on 2/19/2025.**

**Associated Cases: MDL No. 3140 et al. (TF)**

| | |
|---|---|
| **Case Name:** | Powell et al v. Pfizer Inc. et al |
| **Case Number:** | LAE/2:24-cv-02927 |
| **Filer:** | |
| **Document Number:** | 6 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 38 action(s)** *re: pldg. (23 in CAC/2:24-cv-10679, 2 in CAC/2:24-cv-10879, 2 in CAC/2:25-cv-00118, 2 in CAC/2:25-cv-00324, 2 in CAC/2:25-cv-00607, 23 in CAC/5:24-cv-02626, 18 in CAC/5:24-cv-02648, 6 in CAC/5:24-cv-02661, 2 in CAC/5:25-cv-00167, 2 in CAC/5:25-cv-00189, 4 in CAC/5:25-cv-00194, 23 in CAE/1:24-cv-01511, 2 in CAE/1:25-cv-00086, 23 in CAE/2:24-cv-03441, 2 in CAE/2:25-cv-00041, 2 in CAN/3:25-cv-00687, 2 in CAN/3:25-cv-00799, 14 in CAN/4:24-cv-08934, 2 in CAN/4:25-cv-00716, 2 in CAN/4:25-cv-00849, 2 in CAN/5:25-cv-00424, 11 in CAS/3:24-cv-02361, 2 in CAS/3:25-cv-00008, 20 in INN/3:24-cv-00980, 2 in INN/3:25-cv-00032, 21 in INS/1:24-cv-02191, 2 in LAE/2:24-cv-02913, 2 in LAE/2:24-cv-02927, 15 in MA/1:24-cv-13078, 5 in MA/1:25-cv-10057, 2 in MA/1:25-cv-10153, [121] in MDL No. 3140, 1 in MN/0:25-cv-00324, 11 in NJ/3:24-cv-11243, 1 in NYS/1:25-cv-00833, 1 in NYS/1:25-cv-00835, 2 in PAE/2:25-cv-00037, 13 in PAM/1:24-cv-02208, 3 in PAW/2:24-cv-01732)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel James V. Ingold on 2/19/2025.**

**Associated Cases: MDL No. 3140 et al. (TF)**

| | |
|---|---|
| **Case Name:** | Melendez v. Pfizer Inc. et al |
| **Case Number:** | MA/1:24-cv-13078 |
| **Filer:** | |
| **Document Number:** | 19 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 38 action(s)** *re: pldg.* *(23 in CAC/2:24-cv-10679, 2 in CAC/2:24-cv-10879, 2 in CAC/2:25-cv-00118, 2 in CAC/2:25-cv-00324, 2 in CAC/2:25-cv-00607, 23 in CAC/5:24-cv-02626, 18 in CAC/5:24-cv-02648, 6 in CAC/5:24-cv-02661, 2 in CAC/5:25-cv-00167, 2 in CAC/5:25-cv-00189, 4 in CAC/5:25-cv-00194, 23 in CAE/1:24-cv-01511, 2 in CAE/1:25-cv-00086, 23 in CAE/2:24-cv-03441, 2 in CAE/2:25-cv-00041, 2 in CAN/3:25-cv-00687, 2 in CAN/3:25-cv-00799, 14 in CAN/4:24-cv-08934, 2 in CAN/4:25-cv-00716, 2 in CAN/4:25-cv-00849, 2 in CAN/5:25-cv-00424, 11 in CAS/3:24-cv-02361, 2 in CAS/3:25-cv-00008, 20 in INN/3:24-cv-00980, 2 in INN/3:25-cv-00032, 21 in INS/1:24-cv-02191, 2 in LAE/2:24-cv-02913, 2 in LAE/2:24-cv-02927, 15 in MA/1:24-cv-13078, 5 in MA/1:25-cv-10057, 2 in MA/1:25-cv-10153, [121] in MDL No. 3140, 1 in MN/0:25-cv-00324, 11 in NJ/3:24-cv-11243, 1 in NYS/1:25-cv-00833, 1 in NYS/1:25-cv-00835, 2 in PAE/2:25-cv-00037, 13 in PAM/1:24-cv-02208, 3 in PAW/2:24-cv-01732)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel James V. Ingold on 2/19/2025.**

**Associated Cases: MDL No. 3140 et al. (TF)**

| | |
|---|---|
| **Case Name:** | Margaux Togstad v. Pfizer Inc. et al |
| **Case Number:** | CAC/5:25-cv-00167 |
| **Filer:** | |
| **Document Number:** | 6 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 38 action(s)** *re: pldg.* *(23 in CAC/2:24-cv-10679, 2 in CAC/2:24-cv-10879, 2 in CAC/2:25-cv-00118, 2 in CAC/2:25-cv-00324, 2 in CAC/2:25-cv-00607, 23 in CAC/5:24-cv-02626, 18 in CAC/5:24-cv-02648, 6 in CAC/5:24-cv-02661, 2 in CAC/5:25-cv-00167, 2 in CAC/5:25-cv-00189, 4 in CAC/5:25-cv-00194, 23 in CAE/1:24-cv-01511, 2 in CAE/1:25-cv-00086, 23 in CAE/2:24-cv-03441, 2 in CAE/2:25-cv-00041, 2 in CAN/3:25-cv-00687, 2 in CAN/3:25-cv-00799, 14 in CAN/4:24-cv-08934, 2 in CAN/4:25-cv-00716, 2 in CAN/4:25-cv-00849, 2 in CAN/5:25-cv-00424, 11 in CAS/3:24-cv-02361, 2 in CAS/3:25-cv-00008, 20 in INN/3:24-cv-00980, 2 in INN/3:25-cv-00032, 21 in INS/1:24-cv-02191, 2 in LAE/2:24-cv-02913, 2 in LAE/2:24-cv-02927, 15 in MA/1:24-cv-13078, 5 in MA/1:25-cv-10057, 2 in MA/1:25-cv-10153, [121] in MDL No. 3140, 1 in MN/0:25-cv-00324, 11 in NJ/3:24-cv-11243, 1 in NYS/1:25-cv-00833, 1 in NYS/1:25-cv-00835, 2 in PAE/2:25-cv-00037, 13 in PAM/1:24-cv-02208, 3 in PAW/2:24-cv-01732)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel James V. Ingold on 2/19/2025.**

**Associated Cases: MDL No. 3140 et al. (TF)**

| | |
|---|---|
| **Case Name:** | Lowery v. Pfizer, Inc. et al |

**Case Number:**    CAE/1:24-cv-01511
**Filer:**
**Document Number:** 27

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 38 action(s)** *re: pldg.*
*(23 in CAC/2:24-cv-10679, 2 in CAC/2:24-cv-10879, 2 in CAC/2:25-cv-00118, 2 in*
*CAC/2:25-cv-00324, 2 in CAC/2:25-cv-00607, 23 in CAC/5:24-cv-02626, 18 in*
*CAC/5:24-cv-02648, 6 in CAC/5:24-cv-02661, 2 in CAC/5:25-cv-00167, 2 in*
*CAC/5:25-cv-00189, 4 in CAC/5:25-cv-00194, 23 in CAE/1:24-cv-01511, 2 in*
*CAE/1:25-cv-00086, 23 in CAE/2:24-cv-03441, 2 in CAE/2:25-cv-00041, 2 in*
*CAN/3:25-cv-00687, 2 in CAN/3:25-cv-00799, 14 in CAN/4:24-cv-08934, 2 in*
*CAN/4:25-cv-00716, 2 in CAN/4:25-cv-00849, 2 in CAN/5:25-cv-00424, 11 in*
*CAS/3:24-cv-02361, 2 in CAS/3:25-cv-00008, 20 in INN/3:24-cv-00980, 2 in*
*INN/3:25-cv-00032, 21 in INS/1:24-cv-02191, 2 in LAE/2:24-cv-02913, 2 in*
*LAE/2:24-cv-02927, 15 in MA/1:24-cv-13078, 5 in MA/1:25-cv-10057, 2 in*
*MA/1:25-cv-10153, [121] in MDL No. 3140, 1 in MN/0:25-cv-00324, 11 in NJ/3:24-*
*cv-11243, 1 in NYS/1:25-cv-00833, 1 in NYS/1:25-cv-00835, 2 in PAE/2:25-cv-*
*00037, 13 in PAM/1:24-cv-02208, 3 in PAW/2:24-cv-01732)* **Inasmuch as no**
**objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel James V. Ingold on 2/19/2025.**

**Associated Cases: MDL No. 3140 et al. (TF)**

**Case Name:**    Ahlquist v. Pfizer Inc. et al
**Case Number:**    MA/1:25-cv-10153
**Filer:**
**Document Number:** 6

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 38 action(s)** *re: pldg.*
*(23 in CAC/2:24-cv-10679, 2 in CAC/2:24-cv-10879, 2 in CAC/2:25-cv-00118, 2 in*
*CAC/2:25-cv-00324, 2 in CAC/2:25-cv-00607, 23 in CAC/5:24-cv-02626, 18 in*
*CAC/5:24-cv-02648, 6 in CAC/5:24-cv-02661, 2 in CAC/5:25-cv-00167, 2 in*
*CAC/5:25-cv-00189, 4 in CAC/5:25-cv-00194, 23 in CAE/1:24-cv-01511, 2 in*
*CAE/1:25-cv-00086, 23 in CAE/2:24-cv-03441, 2 in CAE/2:25-cv-00041, 2 in*
*CAN/3:25-cv-00687, 2 in CAN/3:25-cv-00799, 14 in CAN/4:24-cv-08934, 2 in*
*CAN/4:25-cv-00716, 2 in CAN/4:25-cv-00849, 2 in CAN/5:25-cv-00424, 11 in*
*CAS/3:24-cv-02361, 2 in CAS/3:25-cv-00008, 20 in INN/3:24-cv-00980, 2 in*
*INN/3:25-cv-00032, 21 in INS/1:24-cv-02191, 2 in LAE/2:24-cv-02913, 2 in*
*LAE/2:24-cv-02927, 15 in MA/1:24-cv-13078, 5 in MA/1:25-cv-10057, 2 in*
*MA/1:25-cv-10153, [121] in MDL No. 3140, 1 in MN/0:25-cv-00324, 11 in NJ/3:24-*
*cv-11243, 1 in NYS/1:25-cv-00833, 1 in NYS/1:25-cv-00835, 2 in PAE/2:25-cv-*
*00037, 13 in PAM/1:24-cv-02208, 3 in PAW/2:24-cv-01732)* **Inasmuch as no**
**objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel James V. Ingold on 2/19/2025.**

**Associated Cases: MDL No. 3140 et al. (TF)**

| | |
|---|---|
| **Case Name:** | Dae Monicka Holiness v. Pfizer Inc. et al |
| **Case Number:** | CAC/5:25-cv-00194 |
| **Filer:** | |
| **Document Number:** | 8 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 38 action(s)** *re: pldg.*
*(23 in CAC/2:24-cv-10679, 2 in CAC/2:24-cv-10879, 2 in CAC/2:25-cv-00118, 2 in*
*CAC/2:25-cv-00324, 2 in CAC/2:25-cv-00607, 23 in CAC/5:24-cv-02626, 18 in*
*CAC/5:24-cv-02648, 6 in CAC/5:24-cv-02661, 2 in CAC/5:25-cv-00167, 2 in*
*CAC/5:25-cv-00189, 4 in CAC/5:25-cv-00194, 23 in CAE/1:24-cv-01511, 2 in*
*CAE/1:25-cv-00086, 23 in CAE/2:24-cv-03441, 2 in CAE/2:25-cv-00041, 2 in*
*CAN/3:25-cv-00687, 2 in CAN/3:25-cv-00799, 14 in CAN/4:24-cv-08934, 2 in*
*CAN/4:25-cv-00716, 2 in CAN/4:25-cv-00849, 2 in CAN/5:25-cv-00424, 11 in*
*CAS/3:24-cv-02361, 2 in CAS/3:25-cv-00008, 20 in INN/3:24-cv-00980, 2 in*
*INN/3:25-cv-00032, 21 in INS/1:24-cv-02191, 2 in LAE/2:24-cv-02913, 2 in*
*LAE/2:24-cv-02927, 15 in MA/1:24-cv-13078, 5 in MA/1:25-cv-10057, 2 in*
*MA/1:25-cv-10153, [121] in MDL No. 3140, 1 in MN/0:25-cv-00324, 11 in NJ/3:24-*
*cv-11243, 1 in NYS/1:25-cv-00833, 1 in NYS/1:25-cv-00835, 2 in PAE/2:25-cv-*
*00037, 13 in PAM/1:24-cv-02208, 3 in PAW/2:24-cv-01732)* **Inasmuch as no**
**objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel James V. Ingold on 2/19/2025.**

**Associated Cases: MDL No. 3140 et al. (TF)**

| | |
|---|---|
| **Case Name:** | Dusty Carroll v. Pfizer Inc. et al |
| **Case Number:** | CAC/5:24-cv-02626 |
| **Filer:** | |
| **Document Number:** | 27 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 38 action(s)** *re: pldg.*
*(23 in CAC/2:24-cv-10679, 2 in CAC/2:24-cv-10879, 2 in CAC/2:25-cv-00118, 2 in*
*CAC/2:25-cv-00324, 2 in CAC/2:25-cv-00607, 23 in CAC/5:24-cv-02626, 18 in*
*CAC/5:24-cv-02648, 6 in CAC/5:24-cv-02661, 2 in CAC/5:25-cv-00167, 2 in*
*CAC/5:25-cv-00189, 4 in CAC/5:25-cv-00194, 23 in CAE/1:24-cv-01511, 2 in*
*CAE/1:25-cv-00086, 23 in CAE/2:24-cv-03441, 2 in CAE/2:25-cv-00041, 2 in*
*CAN/3:25-cv-00687, 2 in CAN/3:25-cv-00799, 14 in CAN/4:24-cv-08934, 2 in*
*CAN/4:25-cv-00716, 2 in CAN/4:25-cv-00849, 2 in CAN/5:25-cv-00424, 11 in*
*CAS/3:24-cv-02361, 2 in CAS/3:25-cv-00008, 20 in INN/3:24-cv-00980, 2 in*
*INN/3:25-cv-00032, 21 in INS/1:24-cv-02191, 2 in LAE/2:24-cv-02913, 2 in*
*LAE/2:24-cv-02927, 15 in MA/1:24-cv-13078, 5 in MA/1:25-cv-10057, 2 in*
*MA/1:25-cv-10153, [121] in MDL No. 3140, 1 in MN/0:25-cv-00324, 11 in NJ/3:24-*
*cv-11243, 1 in NYS/1:25-cv-00833, 1 in NYS/1:25-cv-00835, 2 in PAE/2:25-cv-*
*00037, 13 in PAM/1:24-cv-02208, 3 in PAW/2:24-cv-01732)* **Inasmuch as no**

**objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel James V. Ingold on 2/19/2025.**

**Associated Cases: MDL No. 3140 et al. (TF)**

**Case Name:**   Patricia Partida v. Pfizer Inc. et al
**Case Number:**   CAC/5:25-cv-00189
**Filer:**
**Document Number:** 6

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 38 action(s)** *re: pldg.*
*(23 in CAC/2:24-cv-10679, 2 in CAC/2:24-cv-10879, 2 in CAC/2:25-cv-00118, 2 in*
*CAC/2:25-cv-00324, 2 in CAC/2:25-cv-00607, 23 in CAC/5:24-cv-02626, 18 in*
*CAC/5:24-cv-02648, 6 in CAC/5:24-cv-02661, 2 in CAC/5:25-cv-00167, 2 in*
*CAC/5:25-cv-00189, 4 in CAC/5:25-cv-00194, 23 in CAE/1:24-cv-01511, 2 in*
*CAE/1:25-cv-00086, 23 in CAE/2:24-cv-03441, 2 in CAE/2:25-cv-00041, 2 in*
*CAN/3:25-cv-00687, 2 in CAN/3:25-cv-00799, 14 in CAN/4:24-cv-08934, 2 in*
*CAN/4:25-cv-00716, 2 in CAN/4:25-cv-00849, 2 in CAN/5:25-cv-00424, 11 in*
*CAS/3:24-cv-02361, 2 in CAS/3:25-cv-00008, 20 in INN/3:24-cv-00980, 2 in*
*INN/3:25-cv-00032, 21 in INS/1:24-cv-02191, 2 in LAE/2:24-cv-02913, 2 in*
*LAE/2:24-cv-02927, 15 in MA/1:24-cv-13078, 5 in MA/1:25-cv-10057, 2 in*
*MA/1:25-cv-10153, [121] in MDL No. 3140, 1 in MN/0:25-cv-00324, 11 in NJ/3:24-*
*cv-11243, 1 in NYS/1:25-cv-00833, 1 in NYS/1:25-cv-00835, 2 in PAE/2:25-cv-*
*00037, 13 in PAM/1:24-cv-02208, 3 in PAW/2:24-cv-01732)* **Inasmuch as no**
**objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel James V. Ingold on 2/19/2025.**

**Associated Cases: MDL No. 3140 et al. (TF)**

**Case Name:**   Coffil v. Pfizer Inc. et al
**Case Number:**   LAE/2:24-cv-02913
**Filer:**
**Document Number:** 6

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 38 action(s)** *re: pldg.*
*(23 in CAC/2:24-cv-10679, 2 in CAC/2:24-cv-10879, 2 in CAC/2:25-cv-00118, 2 in*
*CAC/2:25-cv-00324, 2 in CAC/2:25-cv-00607, 23 in CAC/5:24-cv-02626, 18 in*
*CAC/5:24-cv-02648, 6 in CAC/5:24-cv-02661, 2 in CAC/5:25-cv-00167, 2 in*
*CAC/5:25-cv-00189, 4 in CAC/5:25-cv-00194, 23 in CAE/1:24-cv-01511, 2 in*
*CAE/1:25-cv-00086, 23 in CAE/2:24-cv-03441, 2 in CAE/2:25-cv-00041, 2 in*
*CAN/3:25-cv-00687, 2 in CAN/3:25-cv-00799, 14 in CAN/4:24-cv-08934, 2 in*
*CAN/4:25-cv-00716, 2 in CAN/4:25-cv-00849, 2 in CAN/5:25-cv-00424, 11 in*
*CAS/3:24-cv-02361, 2 in CAS/3:25-cv-00008, 20 in INN/3:24-cv-00980, 2 in*
*INN/3:25-cv-00032, 21 in INS/1:24-cv-02191, 2 in LAE/2:24-cv-02913, 2 in*

*LAE/2:24-cv-02927, 15 in MA/1:24-cv-13078, 5 in MA/1:25-cv-10057, 2 in MA/1:25-cv-10153, [121] in MDL No. 3140, 1 in MN/0:25-cv-00324, 11 in NJ/3:24-cv-11243, 1 in NYS/1:25-cv-00833, 1 in NYS/1:25-cv-00835, 2 in PAE/2:25-cv-00037, 13 in PAM/1:24-cv-02208, 3 in PAW/2:24-cv-01732)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel James V. Ingold on 2/19/2025.**

**Associated Cases: MDL No. 3140 et al. (TF)**

| | |
|---|---|
| **Case Name:** | Robles-Gonzalez v. Pfizer, Inc., et al. |
| **Case Number:** | CAE/1:25-cv-00086 |
| **Filer:** | |
| **Document Number:** | 6 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 38 action(s) *re: pldg. (23 in CAC/2:24-cv-10679, 2 in CAC/2:24-cv-10879, 2 in CAC/2:25-cv-00118, 2 in CAC/2:25-cv-00324, 2 in CAC/2:25-cv-00607, 23 in CAC/5:24-cv-02626, 18 in CAC/5:24-cv-02648, 6 in CAC/5:24-cv-02661, 2 in CAC/5:25-cv-00167, 2 in CAC/5:25-cv-00189, 4 in CAC/5:25-cv-00194, 23 in CAE/1:24-cv-01511, 2 in CAE/1:25-cv-00086, 23 in CAE/2:24-cv-03441, 2 in CAE/2:25-cv-00041, 2 in CAN/3:25-cv-00687, 2 in CAN/3:25-cv-00799, 14 in CAN/4:24-cv-08934, 2 in CAN/4:25-cv-00716, 2 in CAN/4:25-cv-00849, 2 in CAN/5:25-cv-00424, 11 in CAS/3:24-cv-02361, 2 in CAS/3:25-cv-00008, 20 in INN/3:24-cv-00980, 2 in INN/3:25-cv-00032, 21 in INS/1:24-cv-02191, 2 in LAE/2:24-cv-02913, 2 in LAE/2:24-cv-02927, 15 in MA/1:24-cv-13078, 5 in MA/1:25-cv-10057, 2 in MA/1:25-cv-10153, [121] in MDL No. 3140, 1 in MN/0:25-cv-00324, 11 in NJ/3:24-cv-11243, 1 in NYS/1:25-cv-00833, 1 in NYS/1:25-cv-00835, 2 in PAE/2:25-cv-00037, 13 in PAM/1:24-cv-02208, 3 in PAW/2:24-cv-01732)* Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel James V. Ingold on 2/19/2025.**

**Associated Cases: MDL No. 3140 et al. (TF)**

| | |
|---|---|
| **Case Name:** | Burket et al v. Pfizer Inc et al |
| **Case Number:** | PAE/2:25-cv-00037 |
| **Filer:** | |
| **Document Number:** | 6 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 38 action(s) *re: pldg. (23 in CAC/2:24-cv-10679, 2 in CAC/2:24-cv-10879, 2 in CAC/2:25-cv-00118, 2 in CAC/2:25-cv-00324, 2 in CAC/2:25-cv-00607, 23 in CAC/5:24-cv-02626, 18 in CAC/5:24-cv-02648, 6 in CAC/5:24-cv-02661, 2 in CAC/5:25-cv-00167, 2 in CAC/5:25-cv-00189, 4 in CAC/5:25-cv-00194, 23 in CAE/1:24-cv-01511, 2 in CAE/1:25-cv-00086, 23 in CAE/2:24-cv-03441, 2 in CAE/2:25-cv-00041, 2 in***

*CAN/3:25-cv-00687, 2 in CAN/3:25-cv-00799, 14 in CAN/4:24-cv-08934, 2 in CAN/4:25-cv-00716, 2 in CAN/4:25-cv-00849, 2 in CAN/5:25-cv-00424, 11 in CAS/3:24-cv-02361, 2 in CAS/3:25-cv-00008, 20 in INN/3:24-cv-00980, 2 in INN/3:25-cv-00032, 21 in INS/1:24-cv-02191, 2 in LAE/2:24-cv-02913, 2 in LAE/2:24-cv-02927, 15 in MA/1:24-cv-13078, 5 in MA/1:25-cv-10057, 2 in MA/1:25-cv-10153, [121] in MDL No. 3140, 1 in MN/0:25-cv-00324, 11 in NJ/3:24-cv-11243, 1 in NYS/1:25-cv-00833, 1 in NYS/1:25-cv-00835, 2 in PAE/2:25-cv-00037, 13 in PAM/1:24-cv-02208, 3 in PAW/2:24-cv-01732)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel James V. Ingold on 2/19/2025.**

**Associated Cases: MDL No. 3140 et al. (TF)**

**Case Name:**       Hudson v. Pfizer Inc. et al
**Case Number:**     CAE/2:24-cv-03441
**Filer:**
**Document Number:** 27

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 38 action(s)** *re: pldg. (23 in CAC/2:24-cv-10679, 2 in CAC/2:24-cv-10879, 2 in CAC/2:25-cv-00118, 2 in CAC/2:25-cv-00324, 2 in CAC/2:25-cv-00607, 23 in CAC/5:24-cv-02626, 18 in CAC/5:24-cv-02648, 6 in CAC/5:24-cv-02661, 2 in CAC/5:25-cv-00167, 2 in CAC/5:25-cv-00189, 4 in CAC/5:25-cv-00194, 23 in CAE/1:24-cv-01511, 2 in CAE/1:25-cv-00086, 23 in CAE/2:24-cv-03441, 2 in CAE/2:25-cv-00041, 2 in CAN/3:25-cv-00687, 2 in CAN/3:25-cv-00799, 14 in CAN/4:24-cv-08934, 2 in CAN/4:25-cv-00716, 2 in CAN/4:25-cv-00849, 2 in CAN/5:25-cv-00424, 11 in CAS/3:24-cv-02361, 2 in CAS/3:25-cv-00008, 20 in INN/3:24-cv-00980, 2 in INN/3:25-cv-00032, 21 in INS/1:24-cv-02191, 2 in LAE/2:24-cv-02913, 2 in LAE/2:24-cv-02927, 15 in MA/1:24-cv-13078, 5 in MA/1:25-cv-10057, 2 in MA/1:25-cv-10153, [121] in MDL No. 3140, 1 in MN/0:25-cv-00324, 11 in NJ/3:24-cv-11243, 1 in NYS/1:25-cv-00833, 1 in NYS/1:25-cv-00835, 2 in PAE/2:25-cv-00037, 13 in PAM/1:24-cv-02208, 3 in PAW/2:24-cv-01732)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel James V. Ingold on 2/19/2025.**

**Associated Cases: MDL No. 3140 et al. (TF)**

**Case Name:**       BLONSKI v. PFIZER, INC. et al
**Case Number:**     NJ/3:24-cv-11243
**Filer:**
**Document Number:** 15

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 38 action(s)** *re: pldg. (23 in CAC/2:24-cv-10679, 2 in CAC/2:24-cv-10879, 2 in CAC/2:25-cv-00118, 2 in*

*CAC/2:25-cv-00324, 2 in CAC/2:25-cv-00607, 23 in CAC/5:24-cv-02626, 18 in CAC/5:24-cv-02648, 6 in CAC/5:24-cv-02661, 2 in CAC/5:25-cv-00167, 2 in CAC/5:25-cv-00189, 4 in CAC/5:25-cv-00194, 23 in CAE/1:24-cv-01511, 2 in CAE/1:25-cv-00086, 23 in CAE/2:24-cv-03441, 2 in CAE/2:25-cv-00041, 2 in CAN/3:25-cv-00687, 2 in CAN/3:25-cv-00799, 14 in CAN/4:24-cv-08934, 2 in CAN/4:25-cv-00716, 2 in CAN/4:25-cv-00849, 2 in CAN/5:25-cv-00424, 11 in CAS/3:24-cv-02361, 2 in CAS/3:25-cv-00008, 20 in INN/3:24-cv-00980, 2 in INN/3:25-cv-00032, 21 in INS/1:24-cv-02191, 2 in LAE/2:24-cv-02913, 2 in LAE/2:24-cv-02927, 15 in MA/1:24-cv-13078, 5 in MA/1:25-cv-10057, 2 in MA/1:25-cv-10153, [121] in MDL No. 3140, 1 in MN/0:25-cv-00324, 11 in NJ/3:24-cv-11243, 1 in NYS/1:25-cv-00833, 1 in NYS/1:25-cv-00835, 2 in PAE/2:25-cv-00037, 13 in PAM/1:24-cv-02208, 3 in PAW/2:24-cv-01732)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel James V. Ingold on 2/19/2025.**

**Associated Cases: MDL No. 3140 et al. (TF)**

| | |
|---|---|
| **Case Name:** | Covarrubias v. Pfizer Inc et al |
| **Case Number:** | CAN/4:25-cv-00716 |
| **Filer:** | |
| **Document Number:** | 6 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 38 action(s)** *re: pldg. (23 in CAC/2:24-cv-10679, 2 in CAC/2:24-cv-10879, 2 in CAC/2:25-cv-00118, 2 in CAC/2:25-cv-00324, 2 in CAC/2:25-cv-00607, 23 in CAC/5:24-cv-02626, 18 in CAC/5:24-cv-02648, 6 in CAC/5:24-cv-02661, 2 in CAC/5:25-cv-00167, 2 in CAC/5:25-cv-00189, 4 in CAC/5:25-cv-00194, 23 in CAE/1:24-cv-01511, 2 in CAE/1:25-cv-00086, 23 in CAE/2:24-cv-03441, 2 in CAE/2:25-cv-00041, 2 in CAN/3:25-cv-00687, 2 in CAN/3:25-cv-00799, 14 in CAN/4:24-cv-08934, 2 in CAN/4:25-cv-00716, 2 in CAN/4:25-cv-00849, 2 in CAN/5:25-cv-00424, 11 in CAS/3:24-cv-02361, 2 in CAS/3:25-cv-00008, 20 in INN/3:24-cv-00980, 2 in INN/3:25-cv-00032, 21 in INS/1:24-cv-02191, 2 in LAE/2:24-cv-02913, 2 in LAE/2:24-cv-02927, 15 in MA/1:24-cv-13078, 5 in MA/1:25-cv-10057, 2 in MA/1:25-cv-10153, [121] in MDL No. 3140, 1 in MN/0:25-cv-00324, 11 in NJ/3:24-cv-11243, 1 in NYS/1:25-cv-00833, 1 in NYS/1:25-cv-00835, 2 in PAE/2:25-cv-00037, 13 in PAM/1:24-cv-02208, 3 in PAW/2:24-cv-01732)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel James V. Ingold on 2/19/2025.**

**Associated Cases: MDL No. 3140 et al. (TF)**

| | |
|---|---|
| **Case Name:** | Sanchez v. Pfizer, Inc. et al |
| **Case Number:** | CAN/5:25-cv-00424 |
| **Filer:** | |
| **Document Number:** | 6 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 38 action(s) *re: pldg.* (23 in CAC/2:24-cv-10679, 2 in CAC/2:24-cv-10879, 2 in CAC/2:25-cv-00118, 2 in CAC/2:25-cv-00324, 2 in CAC/2:25-cv-00607, 23 in CAC/5:24-cv-02626, 18 in CAC/5:24-cv-02648, 6 in CAC/5:24-cv-02661, 2 in CAC/5:25-cv-00167, 2 in CAC/5:25-cv-00189, 4 in CAC/5:25-cv-00194, 23 in CAE/1:24-cv-01511, 2 in CAE/1:25-cv-00086, 23 in CAE/2:24-cv-03441, 2 in CAE/2:25-cv-00041, 2 in CAN/3:25-cv-00687, 2 in CAN/3:25-cv-00799, 14 in CAN/4:24-cv-08934, 2 in CAN/4:25-cv-00716, 2 in CAN/4:25-cv-00849, 2 in CAN/5:25-cv-00424, 11 in CAS/3:24-cv-02361, 2 in CAS/3:25-cv-00008, 20 in INN/3:24-cv-00980, 2 in INN/3:25-cv-00032, 21 in INS/1:24-cv-02191, 2 in LAE/2:24-cv-02913, 2 in LAE/2:24-cv-02927, 15 in MA/1:24-cv-13078, 5 in MA/1:25-cv-10057, 2 in MA/1:25-cv-10153, [121] in MDL No. 3140, 1 in MN/0:25-cv-00324, 11 in NJ/3:24-cv-11243, 1 in NYS/1:25-cv-00833, 1 in NYS/1:25-cv-00835, 2 in PAE/2:25-cv-00037, 13 in PAM/1:24-cv-02208, 3 in PAW/2:24-cv-01732) Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel James V. Ingold on 2/19/2025.**

**Associated Cases: MDL No. 3140 et al. (TF)**

**Case Name:**          Maguire v. Pfizer, Inc. et al
**Case Number:**       MA/1:25-cv-10057
**Filer:**
**Document Number:** 9

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 38 action(s) *re: pldg.* (23 in CAC/2:24-cv-10679, 2 in CAC/2:24-cv-10879, 2 in CAC/2:25-cv-00118, 2 in CAC/2:25-cv-00324, 2 in CAC/2:25-cv-00607, 23 in CAC/5:24-cv-02626, 18 in CAC/5:24-cv-02648, 6 in CAC/5:24-cv-02661, 2 in CAC/5:25-cv-00167, 2 in CAC/5:25-cv-00189, 4 in CAC/5:25-cv-00194, 23 in CAE/1:24-cv-01511, 2 in CAE/1:25-cv-00086, 23 in CAE/2:24-cv-03441, 2 in CAE/2:25-cv-00041, 2 in CAN/3:25-cv-00687, 2 in CAN/3:25-cv-00799, 14 in CAN/4:24-cv-08934, 2 in CAN/4:25-cv-00716, 2 in CAN/4:25-cv-00849, 2 in CAN/5:25-cv-00424, 11 in CAS/3:24-cv-02361, 2 in CAS/3:25-cv-00008, 20 in INN/3:24-cv-00980, 2 in INN/3:25-cv-00032, 21 in INS/1:24-cv-02191, 2 in LAE/2:24-cv-02913, 2 in LAE/2:24-cv-02927, 15 in MA/1:24-cv-13078, 5 in MA/1:25-cv-10057, 2 in MA/1:25-cv-10153, [121] in MDL No. 3140, 1 in MN/0:25-cv-00324, 11 in NJ/3:24-cv-11243, 1 in NYS/1:25-cv-00833, 1 in NYS/1:25-cv-00835, 2 in PAE/2:25-cv-00037, 13 in PAM/1:24-cv-02208, 3 in PAW/2:24-cv-01732) Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel James V. Ingold on 2/19/2025.**

**Associated Cases: MDL No. 3140 et al. (TF)**

**Case Name:**          Homme v. Pfizer Inc.

**Case Number:** NYS/1:25-cv-00835
**Filer:**
**Document Number:** 5

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 38 action(s)** *re: pldg.*
*(23 in CAC/2:24-cv-10679, 2 in CAC/2:24-cv-10879, 2 in CAC/2:25-cv-00118, 2 in*
*CAC/2:25-cv-00324, 2 in CAC/2:25-cv-00607, 23 in CAC/5:24-cv-02626, 18 in*
*CAC/5:24-cv-02648, 6 in CAC/5:24-cv-02661, 2 in CAC/5:25-cv-00167, 2 in*
*CAC/5:25-cv-00189, 4 in CAC/5:25-cv-00194, 23 in CAE/1:24-cv-01511, 2 in*
*CAE/1:25-cv-00086, 23 in CAE/2:24-cv-03441, 2 in CAE/2:25-cv-00041, 2 in*
*CAN/3:25-cv-00687, 2 in CAN/3:25-cv-00799, 14 in CAN/4:24-cv-08934, 2 in*
*CAN/4:25-cv-00716, 2 in CAN/4:25-cv-00849, 2 in CAN/5:25-cv-00424, 11 in*
*CAS/3:24-cv-02361, 2 in CAS/3:25-cv-00008, 20 in INN/3:24-cv-00980, 2 in*
*INN/3:25-cv-00032, 21 in INS/1:24-cv-02191, 2 in LAE/2:24-cv-02913, 2 in*
*LAE/2:24-cv-02927, 15 in MA/1:24-cv-13078, 5 in MA/1:25-cv-10057, 2 in*
*MA/1:25-cv-10153, [121] in MDL No. 3140, 1 in MN/0:25-cv-00324, 11 in NJ/3:24-*
*cv-11243, 1 in NYS/1:25-cv-00833, 1 in NYS/1:25-cv-00835, 2 in PAE/2:25-cv-*
*00037, 13 in PAM/1:24-cv-02208, 3 in PAW/2:24-cv-01732)* **Inasmuch as no**
**objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel James V. Ingold on 2/19/2025.**

**Associated Cases: MDL No. 3140 et al. (TF)**

**Case Name:**      Scherbenski v. Pfizer Inc. et al
**Case Number:**    MN/0:25-cv-00324
**Filer:**
**Document Number:** 5

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 38 action(s)** *re: pldg.*
*(23 in CAC/2:24-cv-10679, 2 in CAC/2:24-cv-10879, 2 in CAC/2:25-cv-00118, 2 in*
*CAC/2:25-cv-00324, 2 in CAC/2:25-cv-00607, 23 in CAC/5:24-cv-02626, 18 in*
*CAC/5:24-cv-02648, 6 in CAC/5:24-cv-02661, 2 in CAC/5:25-cv-00167, 2 in*
*CAC/5:25-cv-00189, 4 in CAC/5:25-cv-00194, 23 in CAE/1:24-cv-01511, 2 in*
*CAE/1:25-cv-00086, 23 in CAE/2:24-cv-03441, 2 in CAE/2:25-cv-00041, 2 in*
*CAN/3:25-cv-00687, 2 in CAN/3:25-cv-00799, 14 in CAN/4:24-cv-08934, 2 in*
*CAN/4:25-cv-00716, 2 in CAN/4:25-cv-00849, 2 in CAN/5:25-cv-00424, 11 in*
*CAS/3:24-cv-02361, 2 in CAS/3:25-cv-00008, 20 in INN/3:24-cv-00980, 2 in*
*INN/3:25-cv-00032, 21 in INS/1:24-cv-02191, 2 in LAE/2:24-cv-02913, 2 in*
*LAE/2:24-cv-02927, 15 in MA/1:24-cv-13078, 5 in MA/1:25-cv-10057, 2 in*
*MA/1:25-cv-10153, [121] in MDL No. 3140, 1 in MN/0:25-cv-00324, 11 in NJ/3:24-*
*cv-11243, 1 in NYS/1:25-cv-00833, 1 in NYS/1:25-cv-00835, 2 in PAE/2:25-cv-*
*00037, 13 in PAM/1:24-cv-02208, 3 in PAW/2:24-cv-01732)* **Inasmuch as no**
**objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel James V. Ingold on 2/19/2025.**

**Associated Cases: MDL No. 3140 et al. (TF)**

**Case Name:**     Melissa Garner-Lee et al v. Pfizer, Inc. et al
**Case Number:**    CAC/2:24-cv-10879
**Filer:**
**Document Number:** 6

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 38 action(s)** *re: pldg.*
*(23 in CAC/2:24-cv-10679, 2 in CAC/2:24-cv-10879, 2 in CAC/2:25-cv-00118, 2 in*
*CAC/2:25-cv-00324, 2 in CAC/2:25-cv-00607, 23 in CAC/5:24-cv-02626, 18 in*
*CAC/5:24-cv-02648, 6 in CAC/5:24-cv-02661, 2 in CAC/5:25-cv-00167, 2 in*
*CAC/5:25-cv-00189, 4 in CAC/5:25-cv-00194, 23 in CAE/1:24-cv-01511, 2 in*
*CAE/1:25-cv-00086, 23 in CAE/2:24-cv-03441, 2 in CAE/2:25-cv-00041, 2 in*
*CAN/3:25-cv-00687, 2 in CAN/3:25-cv-00799, 14 in CAN/4:24-cv-08934, 2 in*
*CAN/4:25-cv-00716, 2 in CAN/4:25-cv-00849, 2 in CAN/5:25-cv-00424, 11 in*
*CAS/3:24-cv-02361, 2 in CAS/3:25-cv-00008, 20 in INN/3:24-cv-00980, 2 in*
*INN/3:25-cv-00032, 21 in INS/1:24-cv-02191, 2 in LAE/2:24-cv-02913, 2 in*
*LAE/2:24-cv-02927, 15 in MA/1:24-cv-13078, 5 in MA/1:25-cv-10057, 2 in*
*MA/1:25-cv-10153, [121] in MDL No. 3140, 1 in MN/0:25-cv-00324, 11 in NJ/3:24-*
*cv-11243, 1 in NYS/1:25-cv-00833, 1 in NYS/1:25-cv-00835, 2 in PAE/2:25-cv-*
*00037, 13 in PAM/1:24-cv-02208, 3 in PAW/2:24-cv-01732)* **Inasmuch as no**
**objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel James V. Ingold on 2/19/2025.**

**Associated Cases: MDL No. 3140 et al. (TF)**

**Case Name:**     Armstrong et al v. Pfizer Inc et al
**Case Number:**    CAN/4:24-cv-08934
**Filer:**
**Document Number:** 18

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 38 action(s)** *re: pldg.*
*(23 in CAC/2:24-cv-10679, 2 in CAC/2:24-cv-10879, 2 in CAC/2:25-cv-00118, 2 in*
*CAC/2:25-cv-00324, 2 in CAC/2:25-cv-00607, 23 in CAC/5:24-cv-02626, 18 in*
*CAC/5:24-cv-02648, 6 in CAC/5:24-cv-02661, 2 in CAC/5:25-cv-00167, 2 in*
*CAC/5:25-cv-00189, 4 in CAC/5:25-cv-00194, 23 in CAE/1:24-cv-01511, 2 in*
*CAE/1:25-cv-00086, 23 in CAE/2:24-cv-03441, 2 in CAE/2:25-cv-00041, 2 in*
*CAN/3:25-cv-00687, 2 in CAN/3:25-cv-00799, 14 in CAN/4:24-cv-08934, 2 in*
*CAN/4:25-cv-00716, 2 in CAN/4:25-cv-00849, 2 in CAN/5:25-cv-00424, 11 in*
*CAS/3:24-cv-02361, 2 in CAS/3:25-cv-00008, 20 in INN/3:24-cv-00980, 2 in*
*INN/3:25-cv-00032, 21 in INS/1:24-cv-02191, 2 in LAE/2:24-cv-02913, 2 in*
*LAE/2:24-cv-02927, 15 in MA/1:24-cv-13078, 5 in MA/1:25-cv-10057, 2 in*
*MA/1:25-cv-10153, [121] in MDL No. 3140, 1 in MN/0:25-cv-00324, 11 in NJ/3:24-*
*cv-11243, 1 in NYS/1:25-cv-00833, 1 in NYS/1:25-cv-00835, 2 in PAE/2:25-cv-*
*00037, 13 in PAM/1:24-cv-02208, 3 in PAW/2:24-cv-01732)* **Inasmuch as no**

objection is pending at this time, the stay is lifted.

Signed by Clerk of the Panel James V. Ingold on 2/19/2025.

Associated Cases: MDL No. 3140 et al. (TF)

| | |
|---|---|
| **Case Name:** | Bates v. Pfizer Inc. et al |
| **Case Number:** | CAN/3:25-cv-00799 |
| **Filer:** | |
| **Document Number:** | 6 |

**Docket Text:**
CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 38 action(s) *re: pldg. (23 in CAC/2:24-cv-10679, 2 in CAC/2:24-cv-10879, 2 in CAC/2:25-cv-00118, 2 in CAC/2:25-cv-00324, 2 in CAC/2:25-cv-00607, 23 in CAC/5:24-cv-02626, 18 in CAC/5:24-cv-02648, 6 in CAC/5:24-cv-02661, 2 in CAC/5:25-cv-00167, 2 in CAC/5:25-cv-00189, 4 in CAC/5:25-cv-00194, 23 in CAE/1:24-cv-01511, 2 in CAE/1:25-cv-00086, 23 in CAE/2:24-cv-03441, 2 in CAE/2:25-cv-00041, 2 in CAN/3:25-cv-00687, 2 in CAN/3:25-cv-00799, 14 in CAN/4:24-cv-08934, 2 in CAN/4:25-cv-00716, 2 in CAN/4:25-cv-00849, 2 in CAN/5:25-cv-00424, 11 in CAS/3:24-cv-02361, 2 in CAS/3:25-cv-00008, 20 in INN/3:24-cv-00980, 2 in INN/3:25-cv-00032, 21 in INS/1:24-cv-02191, 2 in LAE/2:24-cv-02913, 2 in LAE/2:24-cv-02927, 15 in MA/1:24-cv-13078, 5 in MA/1:25-cv-10057, 2 in MA/1:25-cv-10153, [121] in MDL No. 3140, 1 in MN/0:25-cv-00324, 11 in NJ/3:24-cv-11243, 1 in NYS/1:25-cv-00833, 1 in NYS/1:25-cv-00835, 2 in PAE/2:25-cv-00037, 13 in PAM/1:24-cv-02208, 3 in PAW/2:24-cv-01732)* Inasmuch as no objection is pending at this time, the stay is lifted.*

Signed by Clerk of the Panel James V. Ingold on 2/19/2025.

Associated Cases: MDL No. 3140 et al. (TF)

**MDL No. 3140 Notice has been electronically mailed to:**

**MDL No. 3140 Notice will not be electronically mailed to:**

**PAM/1:24-cv-02208 Notice has been electronically mailed to:**

Stuart C. Talley      stuart@ktblegal.com, lisa@ktblegal.com

Paul J. Cosgrove      pcosgrove@ubglaw.com, pbartholomew@ulmer.com

Joseph G. Petrosinelli      jpetrosinelli@wc.com

Clem C. Trischler      cct@pietragallo.com, als@pietragallo.com, jmr@pietragallo.com, ren@pietragallo.com, trg@pietragallo.com

William Kershaw      bill@ktblegal.com, lisa@ktblegal.com

Adam Jorge Gomez     agomez@gelaw.com

Steven A. Medina     smedina@gelaw.com

William A. Kershaw     bill@ktblegal.com

Jack Robert Davis     jack@ktblegal.com

**PAM/1:24-cv-02208 Notice will not be electronically mailed to:**

**CAN/3:25-cv-00687 Notice has been electronically mailed to:**

Paul J. Cosgrove     pcosgrove@ubglaw.com, pbartholomew@ulmer.com

Joseph G. Petrosinelli     jpetrosinelli@wc.com

Clem C. Trischler     cct@pietragallo.com, als@pietragallo.com, jmr@pietragallo.com,
ren@pietragallo.com, trg@pietragallo.com

Tracy A. Finken     tfinken@anapolweiss.com

Thomas R. Anapol     tanapol@anapolweiss.com

D. Patrick Huyett     phuyett@anapolweiss.com

**CAN/3:25-cv-00687 Notice will not be electronically mailed to:**

**CAS/3:25-cv-00008 Notice has been electronically mailed to:**

Joseph G. Petrosinelli     jpetrosinelli@wc.com

Troy Alexander Brenes     Tbrenes@breneslawgroup.com, bmeyers@breneslawgroup.com,
jsabol@breneslawgroup.com, tbrenes@breneslawgroup.com

George John Gigounas     george.gigounas@dlapiper.com

**CAS/3:25-cv-00008 Notice will not be electronically mailed to:**

**CAC/2:25-cv-00607 Notice has been electronically mailed to:**

Paul J. Cosgrove     pcosgrove@ubglaw.com, pbartholomew@ulmer.com

Ellen Relkin     erelkin@weitzlux.com, dgold@weitzlux.com, dsavours@weitzlux.com,
gstamatopoulos@weitzlux.com

Joseph G. Petrosinelli     jpetrosinelli@wc.com

Jae Kook Kim     ekim@lcllp.com

Clem C. Trischler     cct@pietragallo.com, als@pietragallo.com, jmr@pietragallo.com,

ren@pietragallo.com, trg@pietragallo.com

George J. Gigounas    george.gigounas@us.dlapiper.com

Kelly Iverson    kelly@lcllp.com, dan@lcllp.com

Daniel Patrick Huyett    phuyett@anapolweiss.com

Jae K. Kim    ekim@lcllp.com

Tracy Ann Finken    tfinken@anapolweiss.com

Kevin S. Hannon    khannon@singletonschreiber.com

Tiffine E. Malamphy    tiffine@lcllp.com

Thomas R. Anapol    tanapol@anapolweiss.com

D. Patrick Huyett    phuyett@anapolweiss.com

Kelly K Iverson    kelly@lcllp.com

Christopher Cornelius    chris@lcllp.com

James Bilsborrow    jbilsborrow@weitzlux.com

**CAC/2:25-cv-00607 Notice will not be electronically mailed to:**

**INS/1:24-cv-02191 Notice has been electronically mailed to:**

Katherine A Winchester    kalthoff@mccarter.com

Joseph G. Petrosinelli    jpetrosinelli@wc.com

George J. Gigounas    george.gigounas@dlapiper.com

Andrea Ciobanu    aciobanu@ciobanulaw.com, paralegal@ciobanulaw.com

**INS/1:24-cv-02191 Notice will not be electronically mailed to:**

**CAC/5:24-cv-02648 Notice has been electronically mailed to:**

Joseph G. Petrosinelli    jpetrosinelli@wc.com

Clem C. Trischler    cct@pietragallo.com, als@pietragallo.com, jmr@pietragallo.com, ren@pietragallo.com, trg@pietragallo.com

Connor G. Sheehan    csheehan@dunnsheehan.com, jjones@dunnsheehan.com

Robert Mosier    rmosier@dunnsheehan.com, robmosier@gmail.com

George J. Gigounas     george.gigounas@dlapiper.com

Jay Bhimani     jay.bhimani@dechert.com

Holly McGregor Mosier     hmosier@dunnsheehan.com

**CAC/5:24-cv-02648 Notice will not be electronically mailed to:**

**PAW/2:24-cv-01732 Notice has been electronically mailed to:**

Joseph G. Petrosinelli     jpetrosinelli@wc.com

Clem C. Trischler     cct@pietragallo.com, als@pietragallo.com, jmr@pietragallo.com, ren@pietragallo.com, trg@pietragallo.com

Daniel Aaron Rihn     arihn@peircelaw.com, mrossi@peircelaw.com

**PAW/2:24-cv-01732 Notice will not be electronically mailed to:**

**CAC/2:25-cv-00118 Notice has been electronically mailed to:**

Paul J. Cosgrove     pcosgrove@ubglaw.com, pbartholomew@ulmer.com

Jack W Lurton, III     jack@pbglaw.com

Joseph G. Petrosinelli     jpetrosinelli@wc.com

Peter Lawrence Kaufman     kaufman@psblaw.com, aranda@psblaw.com, lam@psblaw.com

Clem C. Trischler     cct@pietragallo.com, als@pietragallo.com, jmr@pietragallo.com, ren@pietragallo.com, trg@pietragallo.com

Brian J Panish     panish@psblaw.com

Troy A. Rafferty     troy@pbglaw.com

**CAC/2:25-cv-00118 Notice will not be electronically mailed to:**

**NYS/1:25-cv-00833 Notice has been electronically mailed to:**

Joseph G. Petrosinelli     jpetrosinelli@wc.com

Warren T Burns     wburns@burnscharest.com, aprovost@burnscharest.com, jgravois@burnscharest.com, koxford@burnscharest.com, mvaleriano@burnscharest.com, ngarza@burnscharest.com, valdrete@burnscharest.com

Cristina Rose Delise     cdelise@burnscharest.com

**NYS/1:25-cv-00833 Notice will not be electronically mailed to:**

**CAE/2:25-cv-00041 Notice has been electronically mailed to:**

Joseph G. Petrosinelli    jpetrosinelli@wc.com

Robert Mosier    rmosier@dunnsheehan.com, robmosier@gmail.com

**CAE/2:25-cv-00041 Notice will not be electronically mailed to:**

Greenstone LLC
c/o Corporation Trust Company
1209 Orange Street
Suite 407
Wilmington, DE 19801

Pfizer Inc.
The Spiral
66 Hudson Boulevard East
New York, NY 10001

Pharmacia & Upjohn Co. LLC
7171 Portage Road
Kalamazoo, MI 49002

Pharmacia LLC
66 Hudson Blvd. East
New York, NY 10001

Viatris Inc.
1000 Mylan Boulevard
Cannonsburg, PA 15317

**CAC/2:24-cv-10679 Notice has been electronically mailed to:**

Paul J. Cosgrove    pcosgrove@ubglaw.com, kbandy@ubglaw.com,
pbartholomew@ulmer.com

Cynthia Lynn Garber    garber@onderlaw.com

Joseph G. Petrosinelli    jpetrosinelli@wc.com

Clem C. Trischler    cct@pietragallo.com, als@pietragallo.com, jmr@pietragallo.com,
ren@pietragallo.com, trg@pietragallo.com

George J. Gigounas    george.gigounas@dlapiper.com

Jay Bhimani    jay.bhimani@dechert.com

Mary Ann L Wymore    mwymore@ubglaw.com

**CAC/2:24-cv-10679 Notice will not be electronically mailed to:**

**CAN/4:25-cv-00849 Notice has been electronically mailed to:**

Joseph G. Petrosinelli    jpetrosinelli@wc.com

Christopher G. Paulos    cpaulos@levinlaw.com

**CAN/4:25-cv-00849 Notice will not be electronically mailed to:**

Greenstone LLC
Corporation Trust Company
Corporation Trust Center
1209 Orange St.
Wilmington, DE 19801

Pfizer, Inc.
The Spiral
66 Hudson Blvd. East
New York, NY 10001

Pharmacia & Upjohn Co. LLC
7171 Portage Road
Kalamazoo, MI 49002

Pharmacia, LLC
66 Hudson Blvd. East
New York, NY 10001

Prasco, LLC d/b/a Prasco Labs.
6125 Commerce Court
Mason, OH 45040

Viatris Inc.
1000 Mylan Boulevard
Cannonsburg, PA 15317

**CAC/5:24-cv-02661 Notice has been electronically mailed to:**

Ellen Relkin    erelkin@weitzlux.com, dgold@weitzlux.com, dsavours@weitzlux.com,
gstamatopoulos@weitzlux.com

Joseph G. Petrosinelli    jpetrosinelli@wc.com

Melinda Davis Nokes    mnokes@weitzlux.com, DSavours@weitzlux.com

Clem C. Trischler    cct@pietragallo.com, als@pietragallo.com, jmr@pietragallo.com,
ren@pietragallo.com, trg@pietragallo.com

**CAC/5:24-cv-02661 Notice will not be electronically mailed to:**

**CAC/2:25-cv-00324 Notice has been electronically mailed to:**

Matt A. Holian    matt.holian@dlapiper.com

Joseph G. Petrosinelli    jpetrosinelli@wc.com

Troy Alexander Brenes    Tbrenes@breneslawgroup.com, tbrenes@breneslawgroup.com, bmeyers@breneslawgroup.com, jsabol@breneslawgroup.com

Ben C. Martin    bmartin@bencmartin.com, aleon@martinbaughman.com, cdean@martinbaughman.com, eservice@martinbaughman.com, jgarner@bencmartin.com, tbolton@bencmartin.com

George J. Gigounas    george.gigounas@us.dlapiper.com

**CAC/2:25-cv-00324 Notice will not be electronically mailed to:**

**INN/3:25-cv-00032 Notice has been electronically mailed to:**

D. Bruce Kehoe    kehoe@wkw.com

Paul J. Cosgrove    pcosgrove@ubglaw.com, pbartholomew@ulmer.com

Joseph G. Petrosinelli    jpetrosinelli@wc.com

Clem C. Trischler    cct@pietragallo.com, als@pietragallo.com, jmr@pietragallo.com, ren@pietragallo.com, trg@pietragallo.com

Allyson E Emley    aemley@mccarter.com

Katherine D. Althoff    kalthoff@mccarter.com

William K Winingham    kwiningham@wkw.com

Emily K Chimenti    echimenti@wkw.com

D Bruce Kehoe    kehoe@wkw.com

Megan B Gramke    mgramke@ubglaw.com

**INN/3:25-cv-00032 Notice will not be electronically mailed to:**

**INN/3:24-cv-00980 Notice has been electronically mailed to:**

Paul J. Cosgrove    pcosgrove@ubglaw.com, kbandy@ubglaw.com, pbartholomew@ulmer.com

Joseph G. Petrosinelli    jpetrosinelli@wc.com

Thomas R. Schultz    tschultz@schultzpoguelaw.com

George J. Gigounas    george.gigounas@dlapiper.com

Katherine D. Althoff    kalthoff@mccarter.com

Jay Bhimani    jay.bhimani@dechert.com

Mary Ann L Wymore    mwymore@ubglaw.com

William K Winingham    kwiningham@wkw.com

Emily K Chimenti    echimenti@wkw.com

D Bruce Kehoe    kehoe@wkw.com

Megan B Gramke    mgramke@ubglaw.com

**INN/3:24-cv-00980 Notice will not be electronically mailed to:**

**CAS/3:24-cv-02361 Notice has been electronically mailed to:**

Paul J. Cosgrove    pcosgrove@ubglaw.com, kbandy@ubglaw.com,
pbartholomew@ulmer.com

Joseph G. Petrosinelli    jpetrosinelli@wc.com

Clem C. Trischler    cct@pietragallo.com, als@pietragallo.com, jmr@pietragallo.com,
ren@pietragallo.com, trg@pietragallo.com

Jennifer R. Liakos    jenn@jennliakoslaw.com

Ashleigh Raso    araso@nighgoldenberg.com

**CAS/3:24-cv-02361 Notice will not be electronically mailed to:**

**LAE/2:24-cv-02927 Notice has been electronically mailed to:**

Kerry J. Miller    kmiller@fishmanhaygood.com, ajohnson@fishmanhaygood.com,
mclementin@fishmanhaygood.com

Stephen J Herman    sherman@fishmanhaygood.com

Paul J. Cosgrove    pcosgrove@ubglaw.com, pbartholomew@ulmer.com

Joseph G. Petrosinelli    jpetrosinelli@wc.com

Clem C. Trischler    cct@pietragallo.com, als@pietragallo.com, jmr@pietragallo.com,
ren@pietragallo.com, trg@pietragallo.com

Caroline Hogan Paschal    hpaschal@fishmanhaygood.com

Dylan Michael Futrell    dfutrell@fishmanhaygood.com

**LAE/2:24-cv-02927 Notice will not be electronically mailed to:**

**MA/1:24-cv-13078 Notice has been electronically mailed to:**

Ellen Relkin    erelkin@weitzlux.com, dgold@weitzlux.com, dsavours@weitzlux.com, gstamatopoulos@weitzlux.com

Joseph G. Petrosinelli    jpetrosinelli@wc.com

George J. Gigounas    george.gigounas@dlapiper.com

Jay Bhimani    jay.bhimani@dechert.com

Mary Ann L Wymore    mwymore@ubglaw.com

Jeffrey S. Kanca    jkanca@weitzlux.com

**MA/1:24-cv-13078 Notice will not be electronically mailed to:**

**CAC/5:25-cv-00167 Notice has been electronically mailed to:**

Paul J. Cosgrove    pcosgrove@ubglaw.com, pbartholomew@ulmer.com

Joseph G. Petrosinelli    jpetrosinelli@wc.com

Clem C. Trischler    cct@pietragallo.com, als@pietragallo.com, jmr@pietragallo.com, ren@pietragallo.com, trg@pietragallo.com

Ashleigh Raso    araso@nighgoldenberg.com

Tracy A. Finken    tfinken@anapolweiss.com

Tracy Ann Finken    tfinken@anapolweiss.com

Paige N. Boldt    pboldt@anapolweiss.com

Thomas R. Anapol    tanapol@anapolweiss.com

D. Patrick Huyett    phuyett@anapolweiss.com

**CAC/5:25-cv-00167 Notice will not be electronically mailed to:**

**CAE/1:24-cv-01511 Notice has been electronically mailed to:**

Paul J. Cosgrove    pcosgrove@ubglaw.com, kbandy@ubglaw.com, pbartholomew@ulmer.com

Joseph G. Petrosinelli    jpetrosinelli@wc.com

Clem C. Trischler    cct@pietragallo.com, als@pietragallo.com, jmr@pietragallo.com,

ren@pietragallo.com, trg@pietragallo.com

George J. Gigounas    george.gigounas@dlapiper.com

Jay Bhimani    jay.bhimani@dechert.com

Mary Ann L Wymore    mwymore@ubglaw.com

George J. Gigounas    george.gigounas@dlapiper.com

Cynthia Garber    garber@onderlaw.com

**CAE/1:24-cv-01511 Notice will not be electronically mailed to:**

**MA/1:25-cv-10153 Notice has been electronically mailed to:**

Paul J. Cosgrove    pcosgrove@ubglaw.com, pbartholomew@ulmer.com

Joseph G. Petrosinelli    jpetrosinelli@wc.com

Clem C. Trischler    cct@pietragallo.com, als@pietragallo.com, jmr@pietragallo.com,
ren@pietragallo.com, trg@pietragallo.com

Ashleigh Raso    araso@nighgoldenberg.com

Ingrid A. Halstrom    ingrid.halstrom@halstrom.law

**MA/1:25-cv-10153 Notice will not be electronically mailed to:**

**CAC/5:25-cv-00194 Notice has been electronically mailed to:**

Paul J. Cosgrove    pcosgrove@ubglaw.com, pbartholomew@ulmer.com

Ellen Relkin    erelkin@weitzlux.com, dgold@weitzlux.com, dsavours@weitzlux.com,
gstamatopoulos@weitzlux.com

Joseph G. Petrosinelli    jpetrosinelli@wc.com

Melinda Davis Nokes    mnokes@weitzlux.com, DSavours@weitzlux.com

Clem C. Trischler    cct@pietragallo.com, als@pietragallo.com, jmr@pietragallo.com,
ren@pietragallo.com, trg@pietragallo.com

**CAC/5:25-cv-00194 Notice will not be electronically mailed to:**

**CAC/5:24-cv-02626 Notice has been electronically mailed to:**

Paul J. Cosgrove    pcosgrove@ubglaw.com, kbandy@ubglaw.com,
pbartholomew@ulmer.com

Cynthia Lynn Garber     garber@onderlaw.com

Joseph G. Petrosinelli     jpetrosinelli@wc.com

Clem C. Trischler     cct@pietragallo.com, als@pietragallo.com, jmr@pietragallo.com, ren@pietragallo.com, trg@pietragallo.com

William Kershaw     bill@ktblegal.com, lisa@ktblegal.com

George J. Gigounas     george.gigounas@dlapiper.com

Jay Bhimani     jay.bhimani@dechert.com

Mary Ann L Wymore     mwymore@ubglaw.com

**CAC/5:24-cv-02626 Notice will not be electronically mailed to:**

**CAC/5:25-cv-00189 Notice has been electronically mailed to:**

Paul J. Cosgrove     pcosgrove@ubglaw.com, pbartholomew@ulmer.com

Joseph G. Petrosinelli     jpetrosinelli@wc.com

Joshua S. Parilman     Josh@ParilmanLaw.com

Clem C. Trischler     cct@pietragallo.com, als@pietragallo.com, jmr@pietragallo.com, ren@pietragallo.com, trg@pietragallo.com

**CAC/5:25-cv-00189 Notice will not be electronically mailed to:**

**LAE/2:24-cv-02913 Notice has been electronically mailed to:**

Laurence Cohen     lakeviewlaw@gmail.com

Paul J. Cosgrove     pcosgrove@ubglaw.com, pbartholomew@ulmer.com

Joseph G. Petrosinelli     jpetrosinelli@wc.com

Clem C. Trischler     cct@pietragallo.com, als@pietragallo.com, jmr@pietragallo.com, ren@pietragallo.com, trg@pietragallo.com

Betsy J Barnes     bbarnes@morrisbart.com, tcanino@morrisbart.com

John Christian Enochs     jenochs@morrisbart.com

**LAE/2:24-cv-02913 Notice will not be electronically mailed to:**

**CAE/1:25-cv-00086 Notice has been electronically mailed to:**

Paul J. Cosgrove     pcosgrove@ubglaw.com, pbartholomew@ulmer.com

Joseph G. Petrosinelli    jpetrosinelli@wc.com

Clem C. Trischler    cct@pietragallo.com, als@pietragallo.com, jmr@pietragallo.com, ren@pietragallo.com, trg@pietragallo.com

George J. Gigounas    george.gigounas@dlapiper.com

Brian James Devine    bdevine@seegersalvas.com

**CAE/1:25-cv-00086 Notice will not be electronically mailed to:**

**PAE/2:25-cv-00037 Notice has been electronically mailed to:**

RAYMOND M. WILLIAMS    raymond.williams@dlapiper.com, cheryl.evans@dlapiper.com, madeleine.ford@dlapiper.com

Joseph G. Petrosinelli    jpetrosinelli@wc.com

Tracy A. Finken    tfinken@anapolweiss.com

**PAE/2:25-cv-00037 Notice will not be electronically mailed to:**

**CAE/2:24-cv-03441 Notice has been electronically mailed to:**

Paul J. Cosgrove    pcosgrove@ubglaw.com, kbandy@ubglaw.com, pbartholomew@ulmer.com

Joseph G. Petrosinelli    jpetrosinelli@wc.com

Clem C. Trischler    cct@pietragallo.com, als@pietragallo.com, jmr@pietragallo.com, ren@pietragallo.com, trg@pietragallo.com

George J. Gigounas    george.gigounas@dlapiper.com

Jay Bhimani    jay.bhimani@dechert.com

Mary Ann L Wymore    mwymore@ubglaw.com

George J. Gigounas    george.gigounas@dlapiper.com

Cynthia Garber    garber@onderlaw.com

**CAE/2:24-cv-03441 Notice will not be electronically mailed to:**

**NJ/3:24-cv-11243 Notice has been electronically mailed to:**

David R. Buchanan    dbuchanan@seegerweiss.com, sperovich@seegerweiss.com

Joseph G. Petrosinelli    jpetrosinelli@wc.com

Christopher A. Seeger    cseeger@seegerweiss.com, cayers@seegerweiss.com, dbuchanan@seegerweiss.com, jscullion@seegerweiss.com, scott-siegel-5111@ecf.pacerpro.com, styjer@seegerweiss.com

Caleb Seeley    cseeley@seegerweiss.com

**NJ/3:24-cv-11243 Notice will not be electronically mailed to:**

**CAN/4:25-cv-00716 Notice has been electronically mailed to:**

Paul J. Cosgrove    pcosgrove@ubglaw.com, pbartholomew@ulmer.com

Joseph G. Petrosinelli    jpetrosinelli@wc.com

Clem C. Trischler    cct@pietragallo.com, als@pietragallo.com, jmr@pietragallo.com, ren@pietragallo.com, trg@pietragallo.com

Curtis George Hoke    choke@millerfirmllc.com, jseldomridge@millerfirmllc.com

**CAN/4:25-cv-00716 Notice will not be electronically mailed to:**

**CAN/5:25-cv-00424 Notice has been electronically mailed to:**

Joseph G. Petrosinelli    jpetrosinelli@wc.com

Troy Alexander Brenes    Tbrenes@breneslawgroup.com, tbrenes@breneslawgroup.com, bmeyers@breneslawgroup.com, jsabol@breneslawgroup.com

George J. Gigounas    george.gigounas@dlapiper.com

**CAN/5:25-cv-00424 Notice will not be electronically mailed to:**

**MA/1:25-cv-10057 Notice has been electronically mailed to:**

Paul J. Cosgrove    pcosgrove@ubglaw.com, pbartholomew@ulmer.com

Tara D. Sutton    tsutton@robinskaplan.com, aguttormson@robinskaplan.com

Joseph G. Petrosinelli    jpetrosinelli@wc.com

Clem C. Trischler    cct@pietragallo.com, als@pietragallo.com, jmr@pietragallo.com, ren@pietragallo.com, trg@pietragallo.com

Rebecca A. Bact    rbact@robinskaplan.com

Rashanda C. Bruce    rbruce@robinskaplan.com

**MA/1:25-cv-10057 Notice will not be electronically mailed to:**

**NYS/1:25-cv-00835 Notice has been electronically mailed to:**

Joseph G. Petrosinelli    jpetrosinelli@wc.com

Warren T Burns    wburns@burnscharest.com, aprovost@burnscharest.com,
jgravois@burnscharest.com, koxford@burnscharest.com, mvaleriano@burnscharest.com,
ngarza@burnscharest.com, valdrete@burnscharest.com

Cristina Rose Delise    cdelise@burnscharest.com

**NYS/1:25-cv-00835 Notice will not be electronically mailed to:**

**MN/0:25-cv-00324 Notice has been electronically mailed to:**

Tara D. Sutton    tsutton@robinskaplan.com, aguttormson@robinskaplan.com

Joseph G. Petrosinelli    jpetrosinelli@wc.com

Rashanda C. Bruce    rbruce@robinskaplan.com

Julie Reynolds    jreynolds@robinskaplan.com

**MN/0:25-cv-00324 Notice will not be electronically mailed to:**

Greenstone LLC
2898 Manufacturers Road
Office #112
Greensboro, NC 27406

Pfizer Inc.
The Spiral
66 Hudson Boulevard East
New York, NY 10001

Pharmacia & Upjohn Co. LLC
7171 Portage Road
Kalamazoo, MI 49002

Pharmacia LLC
Pfizer Peapack Campus
100 Route 206
North Peapack, NJ 07977

Prasco, LLC d/b/a Prasco Labs.
6125 Commerce Court
Mason, OH 45040

Viatris Inc.
1000 Mylan Boulevard
Cannonsburg, PA 15317

**CAC/2:24-cv-10879 Notice has been electronically mailed to:**

Joseph G. Petrosinelli    jpetrosinelli@wc.com

George J. Gigounas    george.gigounas@us.dlapiper.com

Tracy A. Finken    tfinken@anapolweiss.com

Paige N. Boldt    pboldt@anapolweiss.com

**CAC/2:24-cv-10879 Notice will not be electronically mailed to:**

**CAN/4:24-cv-08934 Notice has been electronically mailed to:**

Joseph G. Petrosinelli    jpetrosinelli@wc.com

George J. Gigounas    george.gigounas@dlapiper.com

Tracy A. Finken    tfinken@anapolweiss.com

**CAN/4:24-cv-08934 Notice will not be electronically mailed to:**

**CAN/3:25-cv-00799 Notice has been electronically mailed to:**

Joseph G. Petrosinelli    jpetrosinelli@wc.com

Roger C. Denton    rdenton@yourlegalhelp.com, ecarroll@uselaws.com, ngoins@uselaws.com

Clem C. Trischler    cct@pietragallo.com, als@pietragallo.com, jmr@pietragallo.com, ren@pietragallo.com, trg@pietragallo.com

Mary Elizabeth Graham    egraham@gelaw.com, 8936483420@filings.docketbird.com, jaguirre@gelaw.com

Adam Jorge Gomez    agomez@gelaw.com

**CAN/3:25-cv-00799 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=2/19/2025] [FileNumber=1269417-0]
[56738d3f0f3a4c01415e3577c6e25325cb5b785d6d25a54a1ba00072e39319ce83c0
7c9ce781fb216a668999938ffa46c9e45f2f46fcf9fd9200e5caa4626fc1]]