UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: DEPO-PROVERA (DEPOT MEDROXYPROGESTERONE ACETATE) PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>All Cases | Case No. 3:25-md-3140<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Hope T. Cannon |

**PRETRIAL ORDER NO. 6**
**(Appointment of Data Administrator)**

The Court finds that the complexity and volume of data and documents that will be exchanged in this litigation merits a formal appointment of a Data Administrator to assist the Court and Parties with data organization and analysis. Accordingly, it is hereby **ORDERED** as follows:

1. ***Appointment.*** BrownGreer PLC is appointed to serve as Data Administrator in this MDL.

2. ***Definition.*** "Data" in this Order means any information, documents, or other materials submitted to the Court or exchanged among the Parties during this litigation, other than pleadings or other documents filed in the master docket or individual docket of each related action, in accordance with Pretrial Order No. 4 (ECF 6) or subsequent Order of the Court.

3. ***Duties of the Data Administrator.*** The Data Administrator may perform the following duties:

(a) ***Data Administration Procedures:*** Issue Data Administration procedures to govern the collection and analysis of Data in this litigation.

(b) ***Data Submission Standard:*** Establish minimum standards for Data submitted to the Data Administrator by any party to address the method, format, and timing of the submission of such Data and documents required by any Order in this litigation.

(c) ***Plaintiff Information Clearinghouse:*** Implement a system designed to collect identifying information on all persons who are or intend to participate in this MDL, including first and last name of the person who alleges harm, date of birth, Social Security Number (or other tax identification number), mailing address, and email address. If the person alleging harm is a minor, deceased, or incompetent, the Data Administrator will collect identifying information for the representative of that person.[1]

(d) ***Plaintiff Form Data Collection and Analysis:*** If the Court determines that the interests of the litigation would be served by the collection of plaintiff information through any standardized form, host a centralized collection website to collect, aggregate, and analyze submissions and the information.

(e) ***Short Form Complaints:*** Host an online complaint generator to permit completion of any required pleading and collect and store complaint information, including original jurisdiction and venue information, loss of consortium allegations, and counts alleged.

(f) ***Deficiency Analysis:*** Upon request by the Court or the Parties and approval by the Court, provide an analysis of untimely submissions or incomplete submissions related to any required submissions.

(g) ***Third Party Information:*** If a third party possesses information related to the plaintiffs in this litigation that needs to be integrated into other data

---

[1] The Court expects that a Stipulated Protective Order governing the Data will be entered soon that will provide for the security of this identifying information.

Case No. 3:25-md-3140-MCR-HTC

collected in the courts of this litigation, collaborate with that third party to determine the best methods to collect and make this third-party data available to the Court and the Parties.

(h) *Case Selection:* As approved by the Court, provide information to assist with the identification of cases to be included in any discovery pools or waves or cases for a bellwether pool.

(i) *Discovery Repository:* Host a repository for general discovery materials exchanged by the Parties, including requests for production, interrogatories, subpoenas, deposition notices, deposition transcripts, privilege logs, and other discovery Data.

(j) *Service of Process:* As agreed by the Parties and approved by the Court, provide the mechanism for service of Data upon and among the Parties.

(k) *Party and Leadership Communications:* Assist the Parties for exchange and storage of communications among the Parties and Leadership.

(l) *Public Website:* Host a website accessible to the public that includes all Case Management Orders, Pretrial Orders, Forms, Plaintiff and Defendant contact information, status conference dates and attendance information, transcripts, and any information or materials the Court approves making available to the public.

(m) *Prevention of Dual Representation and Duplicative Case Filing:* Design and maintain a system to minimize overlapping representation and duplicative case filings in this MDL. If directed by the Court, BrownGreer may coordinate with state proceedings, to the extent possible, to accomplish this goal.

(n) *Docket Management:* The Clerk of Court is to add the Data Administrator as a recipient of all ECF notifications related to this litigation, including both the master docket and individual case dockets, to permit the Data Administrator to collect and store all pleadings and Orders in a centralized location accessible to the Parties and to the Court.

(o) *Dismissal Tracking*: Collect and aggregate dismissal information and report to the Court and the Parties on the cases that have been dismissed, the types of dismissal, and dates of dismissals.

(p) **_Settlement and Remands:_**  Ensure that Data collected throughout the course of this litigation is useful to administer any settlement that may arise and that allows the Court efficiently to remand cases to an appropriate venue.

(q) **_Other Duties:_**  Assist the Court and the Parties with any aspect of any other Data-related matters, as the Court approves or directs.

4.  **_No Impact on Privileges or Work Product Protection._** Nothing in this Order alters or otherwise waives or affects any attorney-client privilege or work product doctrine protection applicable to Data in the absence of the use the systems created by the Data Administrator.  Unless otherwise directed by the Court, any request for analysis or consultation with the Data Administrator will be the work product of such user unless and until the material is served on or purposefully disclosed to an opposing party.  Pursuant to Rule 502(d) of the Federal Rules of Evidence, this directive with respect to privilege and work product doctrine protection applies to any other federal or state proceeding.

5.  **_Compensation._**  The Data Administrator will be compensated by the Parties in accordance with an agreement between the Data Administrator and the Parties, as approved by the Court.

**SO ORDERED**, on this 1st day of March, 2025.

_M. Casey Rodgers_
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

Case No. 3:25-md-3140-MCR-HTC