**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | |
|---|---|
| IN RE: DEPO-PROVERA (DEPOT MEDROXYPROGESTERONE ACETATE) PRODUCTS LIABILITY LITIGATION | Case No. 3:25-md-3140 |
| This Document Relates to: All Cases | Judge M. Casey Rodgers Magistrate Judge Hope T. Cannon |

**PRETRIAL ORDER NO. 7**
**(Appointment of Special Master)**

With the Parties' consent, the Court hereby appoints the Honorable David Herndon (Ret.) as a Special Master to assist the Court in managing the MDL, including the five Pilot cases, efficiently and effectively. As part of his duties, the Special Master is entitled to interact with the Parties and to report to the Court and/or the Parties *ex parte* regarding the status of such efforts.

The Special Master must maintain normal billing records of time spent on this matter with reasonably detailed descriptions of his activity. The Special Master should incur only such fees and expenses as may be reasonably necessary to fulfill his duties under this Order or such other orders as the Court may issue. Fees and

expenses for the Special Master will be shared equally among the Plaintiffs' Lead

Counsel and Defendants' Counsel.[1]

    **SO ORDERED** this 1st day of March, 2025.

*M. Casey Rodgers*

**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

---

[1] Defendants must confer about the allocation of their half of fees and expenses among themselves at the Parties' Rule 26 meeting.

Case No. 3:25-md-3140-MCR-HTC