# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## OFFICE OF THE CLERK

## MEMORANDUM

**DATE:** March 5, 2025

**TO:** Counsel and *pro se* Plaintiffs

**FROM:** Barbara Rogers, Courtroom Deputy to U.S. District Judge M. Casey Rodgers

**RE:** **Zoom Instructions**
**IN RE: Depo-Provera Products Liability Litigation**
**MDL Case # 3:25-md-03140-MCR-HTC**

Pursuant to Order, ECF No. 110, regarding the second Case Management Conference before Judge M. Casey Rodgers, rescheduled for **Thursday, March 13, 2025, at 9:00 a.m. CT**, counsel and *pro se* Plaintiffs who cannot attend the conference in person may listen in by Zoom.

Those seeking to listen in by Zoom must email Courtroom Deputy Barbara Rogers at Barbara_Rogers@flnd.uscourts.gov by 12:00 p.m. CT on Wednesday, March 12, 2025, to receive instructions on how to join.