EXHIBIT B

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | |
|---|---|
| IN RE: DEPO-PROVERA (DEPOT MEDROXYPROGESTERONE ACETATE) PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>All Cases | Case No. 25-md-3140<br><br><br>Judge M. Casey Rodgers<br>Magistrate Judge Hope T. Cannon |

**PRETRIAL ORDER NO. __**
**[Proposed] Stipulated Order Regarding Service through MDL Centrality**

The parties have agreed to accept online submission and service of Complaints in actions direct filed in or transferred to MDL No. 3140, in the interest of efficiency and judicial economy.

1. ***Manner of Completion and Service.*** Plaintiffs and Defendants shall use the online MDL Centrality System designed and provided by BrownGreer PLC and accessible at www.mdlcentrality.com to complete and serve Complaints, as well as such other notices, discovery, and documents as the Parties may agree in the future, as follows:

A. Each Plaintiff shall, by counsel or as *pro se*, establish a secure online portal in the MDL Centrality online system and obtain authorized usernames and secure login passwords to permit use of MDL Centrality by such counsel or Plaintiff. Except as set forth herein, counsel for a Plaintiff, or each *pro se* Plaintiff, shall be

permitted to view, search, and download on MDL Centrality only those materials submitted by that Plaintiff, and by Defendants relating to that Plaintiff, and not materials submitted by or relating to other Plaintiffs.

B.      Each Defendant shall by counsel establish a secure online portal with the MDL Centrality online system and obtain authorized usernames and secure login passwords to permit use of MDL Centrality by Defendant's counsel.

C.      Plaintiffs' Co-Leads and Executive Committee shall have access to and be able to view, search and download all materials submitted by all Plaintiffs and all Defendants.

D.      Each Plaintiff and Defendant shall use the MDL Centrality System to obtain, complete or upload data, and serve the appropriate documents online (including the upload of PDFs or other electronic records required by the Initial Plaintiff Disclosures).

E.      Service of a completed Document shall be deemed to occur when the submitting party has performed each of the steps required by the MDL Centrality System to execute the online submission of the materials, and the submitting party has received confirmation on screen that the Document has been successfully submitted. The records maintained by MDL Centrality concerning service shall be presumed authoritative for purposes of establishing service. Service of a Complaint in this manner shall be deemed effective service under Fed. R. Civ. P. 4.

F.       On upload of any Complaint or other document to the MDL Centrality online system, each party being served must be automatically notified by the MDL Centrality system of service via email at the email address associated with such parties' username.

G.       To expedite and streamline service of directly filed complaints, the Defendants (Pfizer Inc.; Pharmacia, LLC; Pharmacia & Upjohn Company, LLC; Greenstone LLC; Viatris, Inc.; and Prasco, LLC) have agreed to service via MDL-Centrality. For any other named Defendant(s), plaintiffs must effectuate service of process in accordance with the Federal Rules of Civil Procedure. However, for any newly named Defendant in this MDL, within thirty (30) days of being included and served via a direct-filed complaint, such new Defendants shall meet and confer with the Parties to utilize the MDL Centrality system for service and become compliant with the provisions herein.

H.       The Court may establish a secure online portal with the MDL Centrality online system and obtain an authorized username and secure login password to permit use of MDL Centrality by the Court for access to reports and data regarding the Initial Plaintiff Disclosures served through MDL Centrality.

2.       **_HIPAA Authorizations._** By using MDL Centrality, each Plaintiff authorizes the disclosure of his or her medical records and other health information submitted to BrownGreer PLC as the administrator of the MDL Centrality System, the Court,

Plaintiffs' Leadership and Defendants, and to the authorized agents, representatives and experts of the foregoing, in accordance with and as permitted by the terms of the Protective Order herein. BrownGreer PLC shall be responsible for the maintenance and confidentiality of records contained on the MDL Centrality System.

3.      *No Impact on Privileges or Work Product Protection.* The use of MDL Centrality by any party will not alter or otherwise waive or affect any attorney-client privilege or work product doctrine protection otherwise available that would otherwise apply to a document in the absence of the use of MDL Centrality. Any notations placed on materials, comments entered, or documents stored or uploaded to MDL Centrality by a user will be considered to be the work product of such user unless and until the material is served on or purposefully disclosed to the opposing party through the use of MDL Centrality or otherwise. Pursuant to Rule 502(d) of the Federal Rules of Evidence, this order with respect to privilege and work product doctrine protection applies to any other federal or state proceeding, and the use of MDL Centrality in this litigation therefore will not constitute a waiver in another federal or state proceeding as to any document.

4.      *No Impact on the Scope of Discovery*. Use or action in MDL Centrality will not be deemed to limit the scope of inquiry at depositions and/or admissibility of evidence at trial. The scope of inquiry at depositions will remain governed by the Federal Rules of Civil Procedure and the admissibility of information will be

governed by the Federal Rules of Evidence and applicable law. No objections or rights are waived as a result of any response in the Initial Plaintiff Disclosures.

**5.**     *ECF Notifications.* The Clerk of Court shall take all the steps necessary to include BrownGreer as the MDL Centrality Administrator as an interested party for purposes of receiving emailed ECF notifications related to this matter.

**6.**     *Decommissioning.* The Parties shall negotiate the decommissioning of the MDL Centrality System at an appropriate future time, through an Order of the Court.

     **DONE** and **ORDERED** on this \_\_\_\_ day of \_\_\_\_, 2025.

_____
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**