EXHIBIT C

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | |
|---|---|
| IN RE: DEPO-PROVERA (DEPOT MEDROXYPROGESTERONE ACETATE) PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>*Toney v. Pfizer*, No. 3:24-cv-624<br>*Wilson v. Pfizer*, No. 3:25-cv-100<br>*Schmidt v. Pfizer*, No. 3:25-cv-81<br>*Valera-Arcea v. Pfizer*, No. 3:25-98<br>*Blonski v. Pfizer*, No. 3:25-cv-167 | Case No. 25-md-3140<br><br><br>Judge M. Casey Rodgers<br>Magistrate Judge Hope T. Cannon |

**PRETRIAL ORDER NO. __**
**SCHEDULING ORDER FOR PILOT CASES**

The Court adopts the following discovery and briefing schedule for the initial

Pilot Cases, which was jointly proposed by the parties.

| | |
|---|---|
| March 13, 2025 | Deadline for Pilot Case Plaintiff(s) to file amended complaint(s) |
| March 27, 2025 (14 days after second CMC) | Discovery opens |
| March 27, 2025 (14 days after second CMC) | Defendants to Answer and serve 26(a)(1) disclosures in Pilot Cases |
| May 11, 2025 (45 days after start of discovery) | Defendants' certification of completion of document production on preemption and general causation |
| July 25, 2025 (75 days after Defendants' certification/120 days after start of discovery) | Close of preemption discovery |

| | |
|---|---|
| August 24, 2025 (30 days after close of preemption discovery) | Motions for summary judgment regarding preemption to be filed |
| September 23, 2025 (30 days after opening preemption motion briefs) | Opposition to preemption MSJs to be filed |
| September 30, 2025 (7 days after oppositions to preemption motions) | Replies in support of preemption MSJs to be filed, if requested by Defendants and permitted by Court |
| September 23, 2025 (135 days after Defendants' certification/180 days after start of discovery) | Close of general causation fact discovery |
| October 23, 2025 (30 days after close of general cause discovery) | Plaintiffs' general causation expert disclosures |
| November 22, 2025 (30 days after Plaintiffs' general cause expert disclosures) | Defendants' general causation expert disclosures |
| January 10, 2026 (50 days after Defendants' general cause expert disclosures) | Deadline for depositions of all general causation experts |
| February 10, 2026 (30 days after deadline for depositions of general cause experts) | Rule 702 motions regarding general causation experts to be filed |
| March 12, 2026 (30 days after opening Rule 702 motions filed) | Oppositions to Rule 702 motions to be filed |
| March 19, 2026 (7 days after oppositions to Rule 702 motions) | Replies in support of Rule 702 motions to be filed, if requested by movants and permitted by Court |

**SO ORDERED** on this ____ day of ____, 2025.

_____
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**