# EXHIBIT H

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | |
|---|---|
| IN RE: DEPO-PROVERA (DEPOT MEDROXYPROGESTERONE ACETATE) PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>All Cases | Case No. 25-md-3140<br><br><br>Judge M. Casey Rodgers<br>Magistrate Judge Hope T. Cannon |

**[PROPOSED] ORDER OF APPOINTMENT**

The Court has determined that the appointment of a CPA is necessary for the fair and efficient management of the Common Benefit Fund for this litigation. The Court has consulted with Lead Counsel for Plaintiffs and Plaintiffs support this appointment. Accordingly, the Court hereby appoints Randall Sansom as CPA. The Court is aware of Mr. Sansom's credentials and experience, and finds them well qualified to perform this work.

Mr. Sansom is directed to meet and confer with Lead Counsel and thereafter submit a proposed order regarding the guidelines and procedures for the creation of the Common Benefit Fund, including the submission of time worked and expenses incurred for the common benefit. Mr. Sansom may communicate *ex parte* with plaintiffs' counsel and/or with the Court. Mr. Sansom shall be compensated from the Common Benefit Fund, once it is established.

**DONE** and **ORDERED** on this _____ day of _____, 2025.


_____

**M. CASEY RODGERS**

**UNITED STATES DISTRICT JUDGE**