UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: DEPO-PROVERA (DEPOT MEDROXYPROGESTERONE ACETATE) PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>All Cases | Case No. 3:25-md-3140<br><br><br><br>Judge M. Casey Rodgers<br>Magistrate Judge Hope T. Cannon |

**PRETRIAL ORDER NO. 8**
**(Plaintiff Leadership Presentations)**

The Court greatly appreciates the interest and efforts of all counsel who applied for plaintiff leadership positions in this MDL. Having carefully reviewed the submissions, the Court invites all attorneys who submitted an application to make an oral presentation in support of their application.[1] As indicated in Pretrial Order No. 5, the presentations will be held in Pensacola on March 13th and 14th, 2025, and will proceed in the following order, with out-of-town counsel presenting before local counsel:

---

[1] Oral presentations are required to be considered for a leadership position. To the extent an attorney does not wish to provide an oral presentation, the attorney should notify Courtroom Deputy Barbara Rogers at Barbara_Rogers@flnd.uscourts.gov by 12:00 p.m. CT on Wednesday, March 12th, that the attorney has withdrawn his/her application.

| No. | Attorney Name | No. | Attorney Name |
|---|---|---|---|
| 1. | Schwaba, Andrew | 37. | Kennedy, Eric |
| 2. | Merritt, Julia | 38. | Kiziah, Katherine |
| 3. | Scott, Carmen | 39. | Paschal, Caroline |
| 4. | Finken, Tracy | 40. | Sbaiti, Mazin |
| 5. | Hermiz, Kristen | 41. | Oliver, Alyson |
| 6. | McNabb, Kelly | 42. | Presnal, Justin |
| 7. | Henry, Brandon | 43. | Martines, Buffy |
| 8. | Cartmell, Thomas | 44. | Hellums, Chris |
| 9. | Castronuova, Sara | 45. | McDonough, Brendan |
| 10. | Buchanan, David | 46. | Hernandez, Joelys |
| 11. | Bogdan, Rosemarie | 47. | Hannon, Kevin |
| 12. | Daniel, Sindhu | 48. | Rihn, Daniel |
| 13. | Seeger, Chris | 49. | Monsour, Douglas |
| 14. | Sutton, Tara | 50. | McGartland, Lee |
| 15. | Watkins, Sara | 51. | Mann, Jonathan |
| 16. | Frederick, David | 52. | Liuzza, Ashley |
| 17. | Seeley, Caleb | 53. | Maples, Janna |
| 18. | Sheehan, Connor | 54. | Krottinger, Katharine |
| 19. | Seldomridge, Jeff | 55. | Cunningham, Merritt |
| 20. | Sachett, Michael | 56. | Culpepper, Starr |
| 21. | Relkin, Ellen | 57. | Garber, Cynthia |
| 22. | Raso, Ashleigh | 58. | Outlaw, Genevieve |
| 23. | Ava Cavaco | 59. | Delise, Cristina |
| 24. | Antullis, Dorothy | 60. | Tuchscherer, Joshua |
| 25. | Anello, Virginia | 61. | Glitz, Jessica |
| 26. | Dugan, James | 62. | Gomez, Adam |
| 27. | Alvarez, Alejandro | 63. | Devine, Brian |
| 28. | Agrait, Miriam | 64. | Kraft, Kristine |
| 29. | Rickert, Bonnie | 65. | Smith, Roger |
| 30. | Yarbrough, Shelby | 66. | Mohammadi, Courtney |
| 31. | Cornell, Katherine | 67. | Denton, Roger |
| 32. | Kaufman, Peter | 68. | Aylstock, Bryan |
| 33. | Garrison, W. Lewis | 69. | Buchanan, Virginia |
| 34. | Iverson, Kelly | 70. | Rafferty, Troy |
| 35. | Garvey, Colleen | 71. | Green, Savannah |
| 36. | Williamson, Amanda | 72. | Paulos, Christopher |
|  |  | 73. | Hoekstra, Jennifer |
|  |  | 74. | Kreis, Douglass |
|  |  | 75. | Green, Chelsie |

Case No. 3:25-md-3140-MCR-HTC

The attorney presentations will begin on March 13th, shortly after the conclusion of the case management conference; there will be no break for lunch. The Court will hear as many presentations as possible on March 13th.[2] Remaining presentations will continue March 14th beginning at 8:00 a.m. CT. The presentations will be on the record, and attorneys may remain in the courtroom gallery while waiting to be called. Each attorney's presentation will be limited to five minutes in light of the number of presentations scheduled and because Court is already familiar with the applicants' qualifications, skills, and experience from the application materials. After introducing themselves and stating their firm affiliation and office location, attorneys should be prepared to address one attribute, characteristic, or qualification that they feel is most important for the Court to consider.

**SO ORDERED**, on this 9th day of March, 2025.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

---

[2] Unfortunately, the Court cannot predict the exact time presentations will conclude on the 13th.