UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: DEPO-PROVERA (DEPOT MEDROXYPROGESTERONE ACETATE) PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>*Alicia Wilson v. Pfizer Inc., et al.*<br>Case No. 3:25-cv-00100-MCR-HTC<br><br>*Machelle Sutton, v. Pfizer Inc., et al.*<br>Case No. 3:25-cv-00108-MCR-HTC<br><br>*Bettina Ruffalo and Joseph Ruffalo, wife and husband, v. Pfizer Inc., et al.*<br>Case No. 3:25-cv-00165-MCR-HTC | Case No. 3:25-md-3140-MCR-HTC<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Hope T. Cannon |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Chelsie L. Green of the law firm of Levin, Papantonio, Proctor, Buchanan, O'Brien, Barr & Mougey, P.A hereby enters her appearance as counsel for Plaintiffs in the following actions:

- *Alicia Wilson, v. Pfizer Inc., et al.,* Case No. 3:25-cv-00100-MCR-HTC

- *Machelle Sutton, v. Pfizer Inc., et al.*, Case No. 3:25-cv-00108-MCR-HTC

- *Bettina Ruffalo and Joseph Ruffalo, wife and husband, v. Pfizer Inc., et al.*, Case No. 3:25-cv-00108-MCR-HTC

Counsel requests all further papers and pleadings in these actions and in the Master Docket of MDL 3140 be served upon her.

1

Dated: March 10, 2025

Respectfully submitted,

*/s/ Chelsie L. Green*
Chelsie L. Green, FL Bar No. 1008278
cgreen@levinlaw.com
LEVIN, PAPANTONIO,
PROCTOR, BUCHANAN,
O'BRIEN, BARR & MOUGEY P.A
316 South Baylen Street, Suite 600
Pensacola, Florida 32502
Telephone: (850) 435-7066
Facsimile:(850) 436-6066
*Attorney for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I do hereby certify that on this 10th day of March 2025, a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served using the CM/ECF system.

*/s/ Chelsie L. Green*
Chelsie L. Green