# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: DEPO-PROVERA (DEPOT MEDROXYPROGESTERONE ACETATE) PRODUCTS LIABILITY LITIGATION | Case No. 3:25-md-3140 |
| This Document Relates to:<br>All Cases | Judge M. Casey Rodgers<br>Magistrate Judge Hope T. Cannon |

## PRETRIAL ORDER NO. 15

The Parties are advised that the MDL Centrality online system, www.mdlcentrality.com, is now operative.  Therefore, all Plaintiffs' counsel, *pro se* Plaintiffs, and Defense counsel in any currently filed member case in this MDL have 14 days from the date of this Order to secure an online portal in the MDL Centrality online system and obtain authorized usernames and secure login passwords to permit use of MDL Centrality, consistent with the Stipulated Order Regarding Service through MDL Centrality.  *See* ECF No. 172 (PTO No. 12).

**SO ORDERED** this 14th day of March, 2025.


*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**