**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | |
|---|---|
| IN RE: DEPO-PROVERA (DEPOT MEDROXYPROGESTERONE ACETATE) PRODUCTS LIABILITY LITIGATION | Case No. 3:25-md-3140 |
| This Document Relates to:<br>All Cases | Judge M. Casey Rodgers<br>Magistrate Judge Hope T. Cannon |

**PRETRIAL ORDER NO. 17**
**(Threshold Proof of Use and Injury Requirements)**

Plaintiffs and Defendants (collectively "Parties") agree that all Plaintiffs with filed cases must provide (a) initial documentary proof of use for each named Defendant's product, and (b) initial documentary proof of their alleged meningioma injury. The Parties have asked the Court to enter this Order governing the process for obtaining and producing this information. The Court agrees this process is important to the efficient and effective management of the MDL.

This Order governs all actions properly filed in, removed to, or transferred to this MDL. Other than as set forth in this Order, there will be no discovery of any Plaintiff until further order of the Court. All Plaintiffs, however, must preserve all relevant evidence in their possession, custody, or control, as required by law and this Order.

The term "Plaintiff Proof of Use/Injury Questionnaire" refers to the questions and document production requirements as shown on the attached form. *See* **Exhibit A**. The Parties have agreed to use the online MDL Centrality System, as designed and provided by BrownGreer PLC, to complete and serve the materials subject to this Order. The Plaintiff Proof of Use/Injury Questionnaire will be available for online completion and submission through MDL Centrality in every Plaintiff's portal.

For all cases filed in or transferred into MDL No. 3140 on or before the date of this Order, the Plaintiff Proof of Use/Injury Questionnaire is due **120 days** from the entry of this Order—that is, by **July 14, 2025**.

For all cases filed in or transferred into MDL No. 3140 after the date of this Order, the Plaintiff Proof of Use/Injury Questionnaire deadline is **120 days** from the date the case was filed in or transferred into MDL No. 3140.

The Court understands that there may be cases in this MDL where Plaintiffs have requested prescription, medical insurance, and pharmacy records but lack definitive product identification. The parties intend to confer and work out a separate proof of use/injury protocol for this situation. The parties' proposed protocol on this issue is due within **14 days**.

Any Plaintiff's answers to the Plaintiff Proof of Use/Injury Questionnaire will be made under penalty of perjury, will be treated as interrogatory responses pursuant

to Federal Rule of Civil Procedure 33, and will be subject to Federal Rules of Civil Procedure 26 and 37.

The Plaintiff Proof of Use/Injury Questionnaire deadline may only be extended by: (i) the Court on a showing of good cause, or (ii) agreement of the parties with leave of Court.

A procedure for tracking and addressing deficiencies will be entered separately, after further consultation between the Parties and BrownGreer.

**SO ORDERED** this 14th day of March, 2025.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**