UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: DEPO-PROVERA (DEPOT MEDROXYPROGESTERONE ACETATE) PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>All Cases | Case No. 3:25-md-3140-MCR-HTC<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Hope T. Cannon |

### PRASCO, LLC'S NOTICE OF COMPLIANCE

Defendant Prasco, LLC ("Prasco"), by and through undersigned counsel, hereby notifies the Court that on March 27, 2025, it provided to plaintiffs' Lead Counsel and Co-Lead Counsel Prasco's affidavit in compliance with the Court's directive in Case Management Order No. 2 (ECF No. 179, at 3-4).

Dated: March 27, 2025

Respectfully submitted,

*/s/ Paul J. Cosgrove*
Paul J. Cosgrove
Kevin M. Bandy
**UB GREENSFELDER LLP**
312 Walnut St., Suite 1400
Cincinnati, OH 45202
Telephone: (513) 698-5034
pcosgrove@ubglaw.com
kbandy@ubglaw.com

Georgia Hatzis
**UB GREENSFELDER LLP**
1660 West 2nd St., Suite 1100
Cleveland, OH 44113
Telephone: (216) 583-7474
ghatzis@ubglaw.com

***Counsel for Defendant Prasco LLC d/b/a Prasco Laboratories***

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 27, 2025, I filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record.

*/s/ Paul J. Cosgrove*
Paul J. Cosgrove

**Counsel for Prasco, LLC**
