# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: DEPO-PROVERA (DEPOT MEDROXYPROGESTERONE ACETATE) PRODUCTS LIABILITY LITIGATION | Case No. 3:25-md-3140 |
| This Document Relates to:<br>All Cases | Judge M. Casey Rodgers<br>Magistrate Judge Hope T. Cannon |

# PRETRIAL ORDER NO. 21

Pursuant to Case Management Order No. 2, the Parties have conferred and notified the Court of their preferred dates for future Case Management Conferences ("CMCs"). CMCs will be held **in Courtroom 5 of the U.S. District Courthouse, One North Palafox Street, Pensacola, Florida 32502**, on the following dates:

| Date | Time |
|---|---|
| May 30, 2025 | 9:00 a.m. CT |
| June 27, 2025 | 9:00 a.m. CT |
| July 18, 2025 | 1:00 p.m. CT |
| August 22, 2025 | 9:00 a.m. CT |
| September 26, 2025 | 9:00 a.m. CT |
| October 24, 2025 | 9:00 a.m. CT |
| November 21, 2025 | 9:00 a.m. CT |
| December 19, 2025 | 9:00 a.m. CT |

Those seeking to join the CMCs by Zoom must email Courtroom Deputy Barbara Rogers at Barbara_Rogers@flnd.uscourts.gov forty-eight hours prior to the

conference they seek to attend to get instructions on how to join. Observers on Zoom may not have a speaking role in the CMCs without prior leave of Court.

**SO ORDERED**, on this 3rd day of April, 2025.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**