UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: DEPO-PROVERA (DEPOT MEDROXYPROGESTERONE ACETATE) PRODUCTS LIABILITY LITIGATION | Case No. 3:25-md-3140 |
| This Document Relates to:<br>All Cases | Judge M. Casey Rodgers<br>Magistrate Judge Hope T. Cannon |

**ORDER**

Greenstone and Viatris have responded to the Court's April 2, 2025 Order to Show Cause for failure to comply with Case Management Order ("CMO") No. 2. The Court is satisfied that Greenstone and Viatris have provided their affidavit of non-compliance to Plaintiffs, as required under CMO 2; however, they are cautioned that their failure to respond to a Court order in the future will result in sanctions.

Greenstone and Viatris further represented in their response that they "have agreed to provide the Separation and Distribution Agreement by and between Pfizer Inc. and Upjohn Inc., and the Business Combination Agreement by and among Pfizer Inc., Upjohn Inc., and Mylan N.V. that led to the creation of Viatris in November 2020" to Plaintiffs. ECF No. 235 at 2. Accordingly, in the interest of efficiency, the Court orders that these documents be produced to Plaintiffs' Leadership by Monday, April 7, 2025 at 12:00 p.m. CT. Greenstone and Viatris

must file on the main docket a Notice of Compliance with this Order by 1:00 p.m. CT on Monday, April 7, 2025.

  **SO ORDERED**, on this 3rd day of April, 2025.

        *M. Casey Rodgers*
        **M. CASEY RODGERS**
        **UNITED STATES DISTRICT JUDGE**