UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: DEPO-PROVERA (DEPOT MEDROXYPROGESTERONE ACETATE) PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>All Cases. | Case No. 3:25-md-3140<br><br><br><br>Judge M. Casey Rodgers<br>Magistrate Judge Hope T. Cannon |

## GREENSTONE LLC AND VIATRIS, INC.'S
## <u>NOTICE OF COMPLIANCE</u>

Defendants, Greenstone LLC ("Greenstone") and Viatris, Inc. ("Viatris"), by and through their counsel, hereby notify the Court that on the morning of April 7, 2025, they complied with the Court's April 3, 2025, Order and provided to Plaintiffs' Leadership the documents referenced in the Court's Order, as well as additional related documents requested by Plaintiffs.

Dated: April 7, 2025                              Respectfully submitted,

                                                                           */s/ Clem C. Trischler*
                                                                           Clem C. Trischler
                                                                           Jason M. Reefer
                                                                           Frank H. Stoy
                                                                           Alyssa M. Dedola
                                                                           PIETRAGALLO GORDON ALFANO BOSICK
                                                                           & RASPANTI, LLP
                                                                           301 Grant Street, 38th Floor
                                                                           Pittsburgh, PA 15219
                                                                           Tel: (412) 263-2000

cct@piatragallo.com

*Counsel for Defendants
Greenstone LLC and Viatris Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on this 7th day of April, 2025, a true and correct copy of the foregoing was electronically filed via the Court's CM/ECF system, which will automatically serve notice of this filing via email notification to all registered counsel of record.

*/s/ Clem C. Trischler*
Clem C. Trischler
