UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: DEPO-PROVERA (DEPOT MEDROXYPROGESTERONE ACETATE) PRODUCTS LIABILITY LITIGATION | Case No. 3:25-md-3140 |
| This Document Relates to:<br>All Cases | Judge M. Casey Rodgers<br>Magistrate Judge Hope T. Cannon |

# ORDER

From the inception of this MDL, there has been some confusion over whether authorized generic Defendants Greenstone LLC, Viatris Inc., and Prasco, LLC (hereinafter "AGs") had sufficient involvement with the subject drug to remain as parties. Accordingly, the Court directed Plaintiffs' Lead Counsel and the AGs to "confer and decide whether the Defendants will provide affidavits addressed to this issue or instead sit for a deposition." ECF No. 179 at 3–4. The AGs have now provided the affidavits, and no early deposition period will be ordered.

The Court understands that Plaintiffs' leadership may be close to reaching a stipulation with Prasco and Pfizer that will result in Prasco's dismissal; however, a similar stipulation is not likely forthcoming with respect to Greenstone and Viatris. Of course, the Parties are free (and encouraged) to continue working towards a stipulation, but for now, until a stipulation is reached and entered, the litigation

against the AGs will proceed, and these Defendants are expected to participate fully in discovery.

**SO ORDERED**, on this 21st day of April, 2025.

*M. Casey Rodgers*

**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**