# EXHIBIT A

Complaint Review Process

What will BrownGreer review in Complaints for deficiencies?

**Allege Product Use**
- Must allege use of Depo Provera, Depo-Provera, DPCI, Depo Provera IM, DMPA, Depot medroxyprogesterone acetate, Medroxyprogesterone Acetate, MPA, IM MPA, Depo-SubQ Provera 104, Greenstone Medroxyprogesterone, Greenstone MPA, Prasco Medroxyprogesterone, and/or Prasco MPA

**Allege Injury**
- Must allege injury or injuries of Meningioma, Intracranial meningioma, Intercranial meningioma, Cranial meningioma, Brain meningioma, Meninges tumor, Arachnoid tumor (but not arachnoid cyst), Convexity meningioma, Falcine meningioma, Parasagittal meningioma, Intraventricular meningioma, Skull base meningioma, Sphenoid wing meningioma, Olfactory groove meningioma, Posterior fossa/petrous meningioma, Suprasellar meningioma, Recurrent meningioma, Foramen magnum meningioma, Meningothelial meningioma, Fibrous meningioma, Psammomatous meningioma, Angiomatous meningioma, and/or Secretory meningioma

**Citizenship Allegations**
- Must allege citizenship of the Plaintiff in a Threshold Allegations or jurisdiction and venue section in the body of the Complaint, and
- Must allege citizenship of each named Defendant in a Threshold Allegations or jurisdiction and venue section in the body of the Complaint (must identify and include the citizenship of the individual members of any named Defendant, or member, that is an LLC, LLP, or unincorporated entity)

**Direct-Filed Complaints**
- Must state Designated Forum (the federal district in which the Plaintiff would have filed his or her case in the absence of direct filing in the MDL Court), which must be listed in the bottom right corner of the case caption, by federal District and Division, and
- Must state Designated Forum in a Threshold Allegations or jurisdiction and venue section in the body of the Complaint

What is BrownGreer's deficiency process for Complaints?[1]

| BrownGreer identifes Complaint deficiency and notifies Plaintiff |  | Plaintiff has two business days to correct<br>• Upload corrected proposed Amended Complaint to MDL Centrality |  | BrownGreer reviews proposed correction<br>• BrownGreer will notify Plaintiff if deficiency is cured<br>• If not timely cured, deficiency will be referred to the Court for further action |  | Once cured, Plaintiff must file Amended Complaint on individual docket and upload as-filed version to MDL Centrality for service on Defendants |

---

[1] A Plaintiff may avoid Deficiencies in a Complaint at the outset and may cure Deficiencies by using in the initial pages of their Complaint the template Threshold Allegations paragraphs posted to each user Portal with BrownGreer.  A Plaintiff should remove the paragraph(s) for any Defendant the Plaintiff does not wish to name as a party.