# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: DEPO-PROVERA (DEPOT MEDROXYPROGESTERONE ACETATE) PRODUCTS LIABILITY LITIGATION | Case No. 3:25-md-3140 |
| This Document Relates to:<br>All Cases | Judge M. Casey Rodgers<br>Magistrate Judge Hope T. Cannon |

## ORDER

An interim case status conference with select members of leadership will be held over Zoom on Tuesday, June 24, 2025 at 9:00 a.m. CT.

**SO ORDERED** this 11th day of June, 2025.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**