UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: DEPO-PROVERA (DEPOT MEDROXYPROGESTERONE ACETATE) PRODUCTS LIABILITY LITIGATION | Case No. 3:25-md-3140 |
| This Document Relates to: All Cases | Judge M. Casey Rodgers Magistrate Judge Hope T. Cannon |

## ORDER

Keller Postman LLC ("KP"), a non-Plaintiffs' Leadership law firm with one case in the MDL, has filed a Motion to Modify Amended Common Benefit Order No. 1. ECF No. 399. The Motion is denied without prejudice.

The undersigned disagrees with KP's assertion that it brings a ripe and timely dispute. Indeed, no common benefit fund—including any corresponding assessment or holdback—exists. Although "KP believes . . . that it should not be improperly defined as a Participating Counsel," and states that it "will not submit time and expense reports to the Common Benefit Special Master" (ECF No. 399 at 23), the undersigned observes that no law firm, including KP, has been identified in any court order as "Participating" or "Non-Participating" Counsel. Beyond that, the undersigned offers no opinion on whether KP's objections have merit or will ultimately prevail in the future. For now, the objections are simply noted with a reminder to counsel of the obvious limitations that exist on the Court's authority to

issue advisory rulings.[1]

**SO ORDERED**, on this 10th day of August, 2025.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

---

[1] Given that the ruling here is a denial without prejudice, Plaintiffs' Leadership Counsel and/or Defendants are free to respond to KP's Motion in order to preserve their objection(s) on the record for the future. Any response must be filed by August 22, 2025.

Case No. 3:25-md-3140-MCR-HTC