# *United States District Court*
## CIVIL MINUTES - GENERAL

In Re: **Depo-Provera Products**              Date: **August 22, 2025**
       **Products Liability Litigation**        Case No.: **3:25md3140**

**This Document Relates to All Cases**        Judge M. Casey Rodgers
                                                    Magistrate Judge Hope T. Cannon

**DOCKET ENTRY: Fifth Case Management Conference held.**

**PRESENT:**

| Honorable **M. Casey Rodgers** | Francie Berger & Annette Williams | Barbara Rogers | Heidi Doogan |
|---|---|---|---|
| United States District Judge | Law Clerk | Deputy Clerk | Court Reporter |

**APPEARANCES:**

**On behalf of Plaintiffs:**
Chris Seeger, Seeger Weiss; Bryan Aylstock, Aylstock, Witkin, Kreis & Overholtz; and Ellen Relkin, Weitz & Luxenberg

**On behalf of Defendants:**
Joe Petrosinelli, Jessica Rydstrom and Annie Showalter, Williams & Connolly LLP; and Jeremy Branning, Clark Partington for Defendants Pfizer Inc., Pharmacia & Upjohn Co. LLC, and Pharmacia LLC

**PROCEEDINGS:**

| 9:16 am | Court in Session |
| | Introduction of Counsel |
| | Court's opening remarks |
| | Court and Counsel discuss items from the Joint Agenda (ECF No. 403) |
| | Jake Woody and Orran Brown with BrownGreer provide a MDL Centrality Status Update |
| | Court's closing remarks |
| 9:56 am | Court Adjourned |