UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: DEPO-PROVERA (DEPOT MEDROXYPROGESTERONE ACETATE) PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>*All Cases* | Case No. 3:25-md-3140<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Hope T. Cannon |

## PFIZER INC., PHARMACIA LLC, AND PHARMACIA & UPJOHN CO. LLC'S MOTION FOR SUMMARY JUDGMENT BASED ON FEDERAL PREEMPTION

Pursuant to Federal Rule of Civil Procedure 56(a) and the Court's Amended Scheduling Order (ECF No. 326), Defendants Pfizer Inc., Pharmacia LLC, and Pharmacia & Upjohn Co. LLC (collectively, "Pfizer") hereby move for summary judgment as to all claims asserted in the pilot complaints. *See* Am. Compl. ¶¶ 120-266, *Toney v. Pfizer*, No. 3:24-cv-624 (N.D. Fla. filed June 4, 2025); Second Am. Compl. ¶¶ 186-333, *Schmidt v. Pfizer*, No. 3:25-cv-81 (N.D. Fla. filed Mar. 13, 2025); Am. Compl. ¶¶ 168-316, *Valera-Arceo v. Pfizer*, No. 3:25-cv-98 (N.D. Fla. filed Mar. 13, 2025); Am. Compl. ¶¶ 191-337, *Wilson v. Pfizer*, No. 3:25-cv-100 (N.D. Fla. filed Mar. 13, 2025); Am. Compl. ¶¶ 138-73, *Blonski v. Pfizer*, No. 3:25-cv-167 (N.D. Fla. filed Mar. 13, 2025); *see also* Defs.' General Denial and Preliminary Statement of Defenses at 2, No. 3:25-md-3140 (N.D. Fla. filed July 11,

2025), ECF No. 376 ("Plaintiffs' claims are barred, in whole or part, by the doctrine of federal preemption."). The grounds for Pfizer's motion are set forth in the accompanying memorandum.

Pfizer reserves its right to seek summary judgment on other grounds.

Date: August 22, 2025

Respectfully submitted,

By: */s/ Joseph G. Petrosinelli*
Joseph G. Petrosinelli (admitted *pro hac vice*)
Jessica B. Rydstrom (admitted *pro hac vice*)
Annie E. Showalter (admitted *pro hac vice*)
WILLIAMS & CONNOLLY LLP
680 Maine Ave. SW
Washington, DC 20024
Tel. 202-434-5000
jpetrosinelli@wc.com
jrydstrom@wc.com
ashowalter@wc.com

*Attorneys for Defendants Pfizer Inc., Pharmacia LLC, and Pharmacia & Upjohn Company LLC*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 22nd day of August 2025, a true and correct copy of **Pfizer's Motion for Summary Judgment Based on Federal Preemption** was filed electronically with the Clerk of Court and served upon all parties via CM/ECF.

By: */s/ Joseph G. Petrosinelli*
Joseph G. Petrosinelli (admitted *pro hac vice*)
Jessica B. Rydstrom (admitted *pro hac vice*)
Annie E. Showalter (admitted *pro hac vice*)
WILLIAMS & CONNOLLY LLP
680 Maine Ave SW
Washington, DC 20024
Tel. 202-434-5000
jpetrosinelli@wc.com
jrydstrom@wc.com
ashowalter@wc.com

*Attorneys for Defendants Pfizer Inc., Pharmacia LLC, and Pharmacia & Upjohn Company LLC*