# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: DEPO-PROVERA (DEPOT MEDROXYPROGESTERONE ACETATE) PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>*All Cases* | Case No. 3:25-md-3140<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Hope T. Cannon |

## DECLARATION OF JOSEPH G. PETROSINELLI IN SUPPORT OF PFIZER INC., PHARMACIA LLC, AND PHARMACIA & UPJOHN CO. LLC'S MOTION FOR SUMMARY JUDGMENT BASED ON FEDERAL PREEMPTION

1. I am an attorney admitted to practice in the District of Columbia and admitted *pro hac vice* to practice before the United States District Court for the Northern District of Florida in the above-referenced action. I am a partner in the law firm of Williams & Connolly LLP, and I am counsel of record for defendants, Pfizer Inc., Pharmacia LLC, and Pharmacia & Upjohn Co. LLC (collectively, "Pfizer") in this matter. I have personal knowledge of the facts set forth below, and to the extent that any statement is based on information and belief, I believe it to be true.

2. This declaration is offered in support of Pfizer's Motion for Summary Judgment Based on Federal Preemption.

3. Attached as Exhibit 1 to this declaration is a true and correct excerpted copy of the August 18, 2025, deposition of Dr. David Kessler.

4. Attached as Exhibit 2 to this declaration is a true and correct excerpted copy of the August 15, 2025, deposition of Dr. Nicholas Butowski.

5. Attached as Exhibit 3 to this declaration is a true and correct excerpted copy of the expert report of Dr. Nicholas Butowski.

6. Attached as Exhibit 4 to this declaration is a true and correct excerpted copy of the expert report of Dr. David Kessler.

7. Attached as Exhibit 5 to this declaration is a true and correct excerpted copy of Pfizer's supportive safety data for Depo-Provera® Contraceptive Injection NDA-20-246, dated April 29, 1992.

8. Attached as Exhibit 6 to this declaration is a true and correct copy of Pfizer's human pharmacokinetics and bioavailability data for Depo-Provera® Contraceptive Injection NDA-20-246, dated April 29, 1992.

9. Attached as Exhibit 7 to this declaration is a true and correct copy of the FDA's approval letter for Depo-Provera® Contraceptive Injection NDA 20-246, dated October 29, 1992.

10. Attached as Exhibit 8 to this declaration is a true and correct copy of Pfizer's Prior Approval Supplement for Depo-Provera® Contraceptive Injection NDA 20-246, dated February 5, 2024.

11. Attached as Exhibit 9 to this declaration is a true and correct copy of FDA's Complete Response to Pfizer's Prior Approval Supplement Depo-Provera® Contraceptive Injection NDA 20-246, dated November 1, 2024.

12. Attached as Exhibit 10 to this declaration is a true and correct copy of Pfizer's submission to amend the pending supplemental applications that included labeling changes for Depo-Provera® Contraceptive Injection NDA 20-246, dated June 12, 2025.

13. Attached as Exhibit 11 to this declaration is a true and correct copy of Abou-Al-Shaar et. al., *Skull Base Meningiomas as Part of a Novel Meningioma Syndrome Associated with Chronic Depot Medroxyprogesterone Acetate Use*, 84 J. Neurol. Surg. (Special Issue) 1 (2023).

14. Attached as Exhibit 12 to this declaration is a true and correct copy of Agopiantz et. al., *Hormone Receptor Expression in Meningiomas: A Systematic Review*, 15 Cancers 980 (2023).

15. Attached as Exhibit 13 to this declaration is a true and correct copy of Bailey et. al., *Progesterone Contraception and Tumor-Related Visual Impairment in Premenopausal Women with Meningioma Referred for Radiation*, 120 Int'l J. Radiation Oncology, Biology, Physics e217 (2024).

16. Attached as Exhibit 14 to this declaration is a true and correct copy of Blankenstein et. al., *Occurrence, regulation, and significance of progesterone receptors in human meningioma*, 65 Steroids 795-800 (2000).

17. Attached as Exhibit 15 to this declaration is a true and correct copy of Carroll et. al., *Expression of estrogen receptors alpha and beta in human meningiomas*, 42 J. Neuro-Oncology 109-116 (1999).

18. Attached as Exhibit 16 to this declaration is a true and correct copy of Cottin et al., *Should patients with lymphangioleiomyomatosis undergo screening for meningioma?*, 24 Eur. Respir. J. 888 (2004).

19. Attached as Exhibit 17 to this declaration is a true and correct copy of Dewata et. al., *Hormonal Contraceptive Exposure and Risk Factors for Meningioma in Soetomo Hospital 2012-2016*, 23 Adv. Sci. Lett. 3291-3294 (2017).

20. Attached as Exhibit 18 to this declaration is a true and correct copy of Russell Griffin, *The Association between Medroxyprogesterone Acetate Exposure and Meningioma*, 16 Cancers 3362 (2024).

21. Attached as Exhibit 19 to this declaration is a true and correct copy of Hensiek et. al., *Spontaneous regression of a solitary cerebral metastases in renal carcinoma followed by meningioma development under medroxyprogesterone acetate therapy*, 14 Br. J. Neurosurg. 354-356 (2000).

22. Attached as Exhibit 20 to this declaration is a true and correct copy of Pourhadi et. al., *Menopausal hormone therapy and central nervous system tumours: Danish nested case-control study*, 20 PLoS Med. 1-16 (2023).

23. Attached as Exhibit 21 to this declaration is a true and correct copy of Roland et. al., *Progestinuse and risk of intracranial meningioma: a case-control study using data from the National Health Data System (NHS)*, EpiPhare 1-97 (2023).

24. Attached as Exhibit 22 to this declaration is a true and correct copy of Roland, et. al., *Use of progestogens and the risk of intracranial meningioma: national case-control study*, 384 BMJ 1 (2024).

25. Attached as Exhibit 23 to this declaration is a true and correct copy of the supplementary material to Roland, et. al., *Use of progestogens and the risk of intracranial meningioma: national case-control study*, 384 BMJ 1 (2024).

26. Attached as Exhibit 24 to this declaration is a true and correct copy of Supartoto et. al., *Exposure to Exogenous Female Sex Hormones is Associated with Increased Risk Oforbito-Cranial Meningioma in Females: A Case-Control Study*, 5 Int. J. Ophthalmic Pathol. 1-6 (2016).

27. Attached as Exhibit 25 to this declaration is a true and correct copy of Supartoto et. al., *Relationships Between Neurofibromatosis-2, Progesterone*

5

*Receptor Expression, the Use of Exogenous Progesterone, and Risk of Orbitocranial Meningioma in Females*, Frontiers in Oncology, 8, article 651 (2019).

28. Attached as Exhibit 26 to this declaration is a true and correct copy of Wahyuhadi et. al., *Risk of meningioma associated with exposure of hormonal contraception: a case control study*, 26 Maj. Obs. Gin. 36-41 (2018).

Date: August 22, 2025

Respectfully submitted,

By: */s/ Joseph G. Petrosinelli*
Joseph G. Petrosinelli (admitted *pro hac vice*)
Jessica B. Rydstrom (admitted *pro hac vice*)
Annie E. Showalter (admitted *pro hac vice*)
WILLIAMS & CONNOLLY LLP
680 Maine Ave SW
Washington, DC 20024
Tel. 202-434-5000
jpetrosinelli@wc.com
jrydstrom@wc.com
ashowalter@wc.com

*Attorneys for Defendants Pfizer Inc., Pharmacia LLC, and Pharmacia & Upjohn Company LLC*

# EXHIBIT INDEX

**Defendants' Memorandum in Support of Motion for
Summary Judgment Based on Federal Preemption**

| Exhibit No. | Description |
|---|---|
| 1 | Deposition of David Kessler (Aug. 18, 2025) |
| 2 | Deposition of Nicholas Butowski (Aug. 15, 2025) |
| 3 | Expert Report of Dr. Nicholas Butowski |
| 4 | Expert Report of Dr. David Kessler |
| 5 | Pfizer's Supportive Safety Data for NDA 20-246 (Apr. 29, 1992) |
| 6 | Pfizer's Human Pharmacokinetics and Bioavailability Data for NDA 20-246 (Apr. 29, 1992) |
| 7 | FDA's Approval Letter for NDA 20-246 (Oct. 29, 1992) |
| 8 | Pfizer's Prior Approval Supplement for NDA 20-246 (Feb. 5, 2024) |
| 9 | FDA's Complete Response to Pfizer's Prior Approval Supplement for NDA-246 (Nov. 1, 2024) |
| 10 | Pfizer's Submission to Amend the Pending Supplemental Applications (June 12, 2025) |
| 11 | Abou-Al-Shaar et al., *Skull Base Meningiomas as Part of a Novel Meningioma Syndrome Associated with Chronic Depot Medroxyprogesterone Acetate Use* (2023) |
| 12 | Agopiantz et al., *Hormone Receptor Expression in Meningiomas: A Systematic Review* (2023) |
| 13 | Bailey et al., *Progesterone Contraception and Tumor-Related Visual Impairment in Premenopausal Women with Meningioma Referred for Radiation* (2024) |
| 14 | Blankenstein et al., *Occurrence, regulation, and significance of progesterone receptors in human meningioma* (2000) |
| 15 | Carroll et al., *Expression of estrogen receptors alpha and beta in human meningiomas* (1999) |
| 16 | Cottin et al., *Should patients with lymphangioleiomyomatosis undergo screening for meningioma?* (2004) |
| 17 | Dewata et al., *Hormonal Contraceptive Exposure and Risk Factors for Meningioma in Soetomo Hospital 2012-2016* (2017) |
| 18 | Griffin, *The Association between Medroxyprogesterone Acetate Exposure and Meningioma* (2024) |

| 19 | Hensiek et al., *Spontaneous regression of a solitary cerebral metastases in renal carcinoma followed by meningioma development under medroxyprogesterone acetate therapy* (2000) |
| --- | --- |
| 20 | Pourhadi et al., *Menopausal hormone therapy and central nervous system tumours: Danish nested case-control study* (2023) |
| 21 | Roland, et al., *Progestin use and risk of intracranial meningioma: a case-control study using data from the National Health Data System (NHS)* (2023) |
| 22 | Roland, et al., *Use of progestogens and the risk of intracranial meningioma: national case-control study* (2024) |
| 23 | Roland, et al., Supplementary Material for *Use of progestogens and the risk of intracranial meningioma: national case-control study* (2024) |
| 24 | Supartoto et al., *Exposure to Exogenous Female Sex Hormones is Associated with Increased Risk Oforbito-Cranial Meningioma in Females: A Case-Control Study* (2016) |
| 25 | Supartoto et al., *Relationships Between Neurofibromatosis-2, Progesterone Receptor Expression, the Use of Exogenous Progesterone, and Risk of Orbitocranial Meningioma in Females* (2019) |
| 26 | Wahyuhadi et al., *Risk of meningioma associated with exposure of hormonal contraception: a case control study* (2018) |