UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

3:25-md-3140 - IN RE: DEPO-PROVERA (DEPOT MEDROXYPROGESTERONE ACETATE) PRODUCTS LIABILITY LITIGATION

USDC 3:25md3140-MCR-HTC

# REMOVED DOCUMENT FROM FILE

Complaint filed by Attorney, Coby Wooten 9/24/2025

DOCUMENT #394