UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: DEPO-PROVERA (DEPOT MEDROXYPROGESTERONE ACETATE) PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>*Toney v. Pfizer, et al.*, 3:24cv624<br>*Wilson v. Pfizer, et al.*, 3:25cv100<br>*Schmidt v. Pfizer, et al.*, 3:25cv81<br>*Blonski v. Pfizer, et al.*, 3:25cv167<br>*Valera Arceo, et al. v. Pfizer, et al.*, 3:25cv98 | Case No. 3:25-md-3140<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Hope T. Cannon |

# SECOND AMENDED SCHEDULING ORDER

The Court hereby amends the discovery and briefing schedule for the initial Pilot Cases.[1]

| Date | Event |
|---|---|
| March 13, 2025 | Deadline for Pilot Case Plaintiff(s) to file amended complaint(s) |
| March 27, 2025 (14 days after second CMC) | Discovery opens |
| March 27, 2025 (14 days after second CMC) | Defendants to Answer and serve 26(a)(1) disclosures in Pilot Cases |
| May 11, 2025 (45 days after start of discovery) | Defendants' certification of completion of document production on preemption and general causation |

---

[1] Amended dates are in *italics*.

| Date | Event |
|---|---|
| July 25, 2025 (75 days after Defendants' certification/120 days after start of discovery) | Close of preemption discovery |
| August 22, 2025 (28 days after close of preemption discovery) | Motions for summary judgment regarding preemption to be filed |
| September 19, 2025 (28 days after opening preemption motion briefs) | Opposition to preemption MSJs to be filed |
| September 23, 2025 (135 days after Defendants' certification/180 days after start of discovery) | Close of general causation fact discovery |
| September 26, 2025 at 12:00pm CT (7 days after oppositions to preemption motions) | Replies in support of preemption MSJs to be filed |
| September 29, 2025 | Oral argument on preemption MSJs |
| *December 1, 2025* | *Plaintiffs' general causation expert disclosures* |
| *January 9, 2026* | *Defendants' general causation expert disclosures* |
| *February 20, 2026* | *Deadline for depositions of all general causation experts* |
| *March 22, 2026* | *Rule 702 motions regarding general causation experts to be filed* |
| *April 21, 2026* | *Oppositions to Rule 702 motions to be filed* |
| *April 28, 2026* | *Replies in support of Rule 702 motions to be filed, if requested by movants and permitted by Court* |

**SO ORDERED** on this 30th day of October, 2025.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**