UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: DEPO-PROVERA (DEPOT MEDROXYPROGESTERONE ACETATE) PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>All Cases | Case No. 3:25-md-3140<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Hope T. Cannon |

**Addendum to the Joint Update and Proposed Agenda
for November 21, 2025 Case Management Conference**

In the consolidated proceeding regarding Depo-Provera in Delaware state court, Judge Vavala on November 18, 2025, entered the following orders: (1) Case Management Order No. 1, (2) Order Regarding Appointment of Data Administrator and Parties' Use of MDL Centrality, and (3) Procedure for Case Vetting and Identification of Deficiencies in Threshold Proof of Use and Injury. Copies of these orders are attached as exhibits to this addendum.

In light of the desirability of coordination and the fact that the general causation schedule Judge Vavala entered in Case Management Order No. 1 trails the schedule in this MDL and in the New York Coordinated Proceedings by approximately 30 days, the Parties plan to request at the upcoming case management conference that this Court similarly extend its general causation schedule and to ask

1

the same of Justice Kraus in connection with the New York Coordinated Proceedings.

DATED: November 19, 2025                                        Respectfully submitted,

/s/ Christopher A. Seeger
Christopher A. Seeger
New Jersey State Bar No. 04231990
David R. Buchanan
New Jersey State Bar No. 042741993
Caleb Seeley
New Jersey State Bar No. 303522019
Seeger Weiss LLP
55 Challenger Boulevard
Ridgefield Park, NJ 07660
Tel.: (973) 639-9100
cseeger@seegerweiss.com

*Plaintiffs' Lead Counsel*

Bryan F. Aylstock
Savannah T. Green
Aylstock, Witkin, Kreis & Overholtz, PLLC
17 East Main Street Suite 200
Pensacola, FL 32502
Tel.: (850) 202-1010
baylstock@awkolaw.com

*Plaintiffs' Co-Lead Counsel*

Ellen Relkin
WEITZ & LUXENBERG, P.C.
700 Broadway
New York, NY 10003
erelkin@weitzlux.com
Tel: 212-558-5500

*Plaintiffs' Co-Lead Counsel*

/s/ Joseph G. Petrosinelli
Joseph G. Petrosinelli
Jessica Bodger Rydstrom
WILLIAMS & CONNOLLY LLP
680 Maine Ave., SW
Washington, DC 20024
Telephone: (202) 434-5547
jpetrosinelli@wc.com
jrydstrom@wc.com

Loren H. Brown
Matthew A. Holian
DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, NY 10020-1104
Telephone: (212) 335-4500
loren.brown@us.dlapiper.com

*Counsel for Defendants Pfizer Inc., Pharmacia & Upjohn Co. LLC, and Pharmacia LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on November 19, 2025, I caused the foregoing Addendum to the Joint Update and Proposed Agenda for November 21, 2025 Case Management Conference to be filed with the Clerk of the Court using the CM/ECF system, which will send notification to all counsel of record.

/s/ Joseph G. Petrosinelli