**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | |
|---|---|
| IN RE: DEPO-PROVERA (DEPOT MEDROXYPROGESTERONE ACETATE) PRODUCTS LIABILITY LITIGATION | Case No. 3:25-md-3140 |
| This Document Relates to:<br>*Toney v. Pfizer Inc., et al.*, Case No. 3:24cv624 | Judge M. Casey Rodgers<br>Magistrate Judge Hope T. Cannon |

**SUPPLEMENT TO ORDER SETTING**
**TRIAL AND PRETRIAL SCHEDULE (ECF NO. 46)**

On December 19, 2025, the Court set the Trial and Pretrial Schedule in the above-captioned MDL Pilot case. ECF No. 46 (Case No. 3:24-cv-624). By agreement of the Parties, the Court supplements that order with the additional deadlines noted below. The dates marked with an asterisk are held over from the Court's original scheduling order.

| Date | Event |
|---|---|
| June 14, 2026 | Pfizer certification of completion of production of documents including de-designation of privilege log |
| August 14, 2026 | Fact discovery closes<br>(~16 weeks before trial) |
| August 17, 2026 | Plaintiff expert reports<br>(16 weeks before trial) |
| September 7, 2026 | Defense expert reports<br>(13 weeks before trial) |
| September 14, 2026 | Plaintiff rebuttal expert reports<br>(12 weeks before trial) |

| Date | Event |
|---|---|
| September 25, 2026 | Expert deposition deadline (~10 weeks before trial) |
| October 2, 2026 | Summary judgment/Rule 702 motions (66 days before trial) |
| October 7, 2026* | Attorney conference (Parties begin exchanging witness lists, exhibit lists, depo designations, drafting pretrial stipulation) |
| October 16, 2026 | Summary Judgment/Rule 702 oppositions (52 days before trial) |
| October 23, 2026 | Summary Judgment/Rule 702 replies (45 days before trial) |
| October 30, 2026* | Motions in Limine (38 days before trial) |
| November 6, 2026 | Oppositions to MILs (31 days before trial) |
| November 13, 2026* | Pretrial stipulation/trial brief/Jury instructions (24 days before trial) |
| November 20, 2026* | Pretrial Conference (17 days before trial) |
| December 7, 2026* | Trial |

**SO ORDERED**, on this 26th day of January, 2026.


*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**