UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF FLORIDA

PENSACOLA DIVISION

3:25-md-3140 - IN RE: DEPO-PROVERA (DEPOT MEDROXYPROGESTERONE ACETATE) PRODUCTS LIABILITY LITIGATION

**USDC 3:25md3140-MCR-HTC**

## REMOVED DOCUMENT FROM FILE

Amended Complaint filed by Attorney, Richard Crum 2/9/26

**DOCUMENT #542**