UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: DEPO-PROVERA (DEPOT MEDROXYPROGESTERONE ACETATE) PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>All Cases | Case No. 3:25-md-3140<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Hope T. Cannon |

**Joint Update and Proposed Agenda
for March 6, 2026 Case Management Conference**

Pursuant to the Court's February 9 Order, Dkt. 541, in advance of the March 6, 2026 Case Management Conference, the Parties provide the following update and proposed agenda.

**I.    MDL Update (Presentation by Chris Seeger for Plaintiffs and Joe Petrosinelli for Pfizer)**

**A. Supplemental Preemption Briefing**

Supplemental briefing on Pfizer's preemption summary judgment motion concluded on February 27, 2026.

**B. General Causation Discovery**

Expert depositions began on February 28 and will continue through March 20, 2026. Briefing on any Rule 702 motions regarding general causation experts will

1

conclude on May 29, 2026. *Id.* The Court has scheduled a hearing on any Rule 702/*Daubert* motions for May 26 through 28, 2026.

### C. Pretrial Discovery Schedule for Pilot Cases (Presentation by Doug Monsour for Plaintiffs)

The week of February 23, 2026, MDL Plaintiffs' counsel and counsel for Pfizer met in Kalamazoo to review stored hard copy documents. That hard copy review is complete, and the documents are being processed for production. The Parties are proceeding pursuant to the pretrial deadlines set by the Supplement to Order Setting Trial and Pretrial Schedule, Dkt. 527, with the first trial scheduled to begin December 7, 2026.

### D. Threshold Proof of Use and Injury Update (Presentation by Julia Merritt for Plaintiffs and BrownGreer)

Pursuant to PTOs 17, 22, and 22A, individual Plaintiffs continue to submit the required threshold proof of use of Depo-Provera and meningioma diagnosis in MDL Centrality. Upon review, individual Plaintiffs have worked with MDL Centrality and the Data Administration Subcommittee to cure potential deficiencies in the Questionnaire and threshold documentation.

As of March 2, 2026, there were 3,335 cases in the MDL, and 3,064 complaints have been deemed complete on BrownGreer's threshold review. 1,356 Plaintiffs have submitted complete proof of use/injury questionnaires, and an additional 53 questionnaires have been submitted and are under review.

II. **New York State Court Litigation Update (Presentation by Ellen Relkin for Plaintiffs and Annie Showalter for Pfizer)**

There are 95 cases comprising 104 plaintiffs that have been consolidated and assigned to Justice Sabrina Kraus.

Expert depositions began on February 28 and will continue through March 20, 2026. Briefing on any Rule 702 motions regarding general causation experts will be complete on May 29, 2026. *Id.* The Court has scheduled a hearing on any Rule 702/*Frye* motions for May 26 through 28, 2026.

III. **Delaware State Court Litigation Update (Presented by Bryan Aylstock for Plaintiffs and Annie Showalter for Pfizer)**

There are 287 cases comprising 405 plaintiffs pending before Judge Kathleen Vavala.

On February 25, 2027, The Supreme Court of Delaware denied Keller Postman's application for certification of interlocutory appeal regarding the Delaware Superior court's entry of Order RE: Data Administrator and Order RE: Case Vetting and request for a limited stay pending appeal.

Expert depositions began on February 28 and will continue through March 20, 2026. Briefing on any Rule 702 motions regarding general causation experts will be complete on May 29, 2026. *Id.* The Court has scheduled a hearing on any Delaware Rule 702 motions for May 26 through 28, 2026.

**IV.** **Additional State/Federal Coordination (Presentation by Katherine Cornell for Plaintiffs and Annie Showalter for Pfizer)**

Cases concerning Depo-Provera and meningioma are also currently pending in the following state courts:

- California (35 cases). Plaintiffs filed a Master Complaint on February 5, 2026. Defendants' Demurrer to the Master Complaint is due on March 9, 2026. A hearing on the Demurrer will be held on April 22, 2026. Additionally, Judge McKinney will hold a fourth case management conference on March 11, 2026.

- Pennsylvania (2 cases). On September 25, 2025, Judge Carpenter of the Philadelphia Court of Common Pleas granted Defendants' Preliminary Objections in the *Davis* case. Plaintiff filed a petition seeking permission to appeal, which defendants opposed. The petition was denied on January 22, 2026. Pfizer has filed Preliminary Objections in the *Thompson* case.

- Illinois (9 cases). All nine cases are pending in Cook County. Five cases have been consolidated for discovery purposes before Judge Stephanie Saltouros; Defendants will request that the additional cases be similarly transferred. The motion to dismiss in *Whitker* is fully briefed. *Norris*, *Grover*, *Garcia*, and *Diaz*'s oppositions to defendants' motions to dismiss are due on March 16, 2026, with plaintiffs' replies due on April 6, 2026. A Case Management

Conference for these cases will be held on May 8, 2026, in which the Court will rule on the motions and discuss a discovery plan for the remaining parties.

- Connecticut (3 cases).  The first-filed case, *Palmer*, has been assigned to Judge Elizabeth Stewart, who held a case management conference on December 17, 2025.  Judge Stewart partially granted Defendants' Request to Revise, and Plaintiffs filed a revised complaint on January 29, 2026.  Defendants' Motion to Strike the revised complaint was filed on March 2, 2026.  Trial in *Palmer* is currently set for January 2028.

- New Mexico (1 case).  This case is assigned to Judge Matthew Wilson.  A motion to dismiss the forum defendant has been set for hearing on April 2, 2026, and various discovery motions filed by each side have been set for hearing on April 21, 2026 and April 23, 2026.  Trial is set for May 10, 2027.

- Minnesota (1 case).  The Matthews Law Firm filed this ten-plaintiff case, which contains only one plaintiff from Minnesota, in Hennepin County on December 30, 2025.  The case has been assigned to Judge Colette Routel.  Pfizer filed a motion to sever and to dismiss for forum *non conveniens* on January 20, 2026.  The motion is set to be heard on May 7, 2026.

DATED: March 2, 2026                                  Respectfully submitted,

| */s/ Christopher A. Seeger* | */s/ Joseph G. Petrosinelli* |
|---|---|
| Christopher A. Seeger | Joseph G. Petrosinelli |
| New Jersey State Bar No. 04231990 | Jessica Bodger Rydstrom |
| David R. Buchanan | WILLIAMS & CONNOLLY LLP |

| | |
|---|---|
| New Jersey State Bar No. 042741993<br>Caleb Seeley<br>New Jersey State Bar No. 303522019<br>SEEGER WEISS LLP<br>55 Challenger Road<br>Ridgefield Park, NJ 07660<br>Tel.: (973) 639-9100<br>cseeger@seegerweiss.com<br><br>*Plaintiffs' Lead Counsel* | 680 Maine Ave., SW<br>Washington, DC 20024<br>Telephone: (202) 434-5547<br>jpetrosinelli@wc.com<br>jrydstrom@wc.com<br><br>Loren H. Brown<br>Matthew A. Holian<br>DLA PIPER LLP (US)<br>1251 Avenue of the Americas<br>New York, NY 10020-1104<br>Telephone: (212) 335-4500<br>loren.brown@us.dlapiper.com<br><br>*Counsel for Defendants Pfizer Inc., Pharmacia & Upjohn Co. LLC, and Pharmacia LLC* |
| Bryan F. Aylstock<br>Savannah T. Green<br>Aylstock, Witkin, Kreis & Overholtz, PLLC<br>17 East Main Street Suite 200<br>Pensacola, FL 32502<br>Tel.: (850) 202-1010<br>baylstock@awkolaw.com<br><br>*Plaintiffs' Co-Lead Counsel* | |
| Ellen Relkin<br>WEITZ & LUXENBERG, P.C.<br>700 Broadway<br>New York, NY 10003<br>erelkin@weitzlux.com<br>Tel: 212-558-5500<br>Fax: 212-344-5461<br><br>*Plaintiffs' Co-Lead Counsel* | |

## CERTIFICATE OF SERVICE

I hereby certify that on March 2, 2026, I caused the foregoing Joint Update and Proposed Agenda for March 6, 2026 Case Management Conference to be filed with the Clerk of the Court using the CM/ECF system, which will send notification to all counsel of record.

                                        */s/ Christopher A. Seeger*
                                          Christopher A. Seeger