**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | |
|---|---|
| IN RE: DEPO-PROVERA (DEPOT MEDROXYPROGESTERONE ACETATE) PRODUCTS LIABILITY LITIGATION | Case No. 3:25-md-3140 |
| This Document Relates to:<br>All Cases | Judge M. Casey Rodgers<br>Magistrate Judge Hope T. Cannon |

**PRETRIAL ORDER NO. 31**
**Plaintiff Leadership Reappointments**

In accordance with Pretrial Order Nos. 18 and 29, and having carefully considered the submissions of Plaintiffs' counsel, the Court hereby reappoints the following leadership team to continue fairly, effectively, and efficiently representing the interests of all plaintiffs in this litigation.[1]

**A. Plaintiff Leadership Team**

    **1. Lead**

Christopher Seeger, Lead
Bryan Aylstock, Co-Lead
Ellen Relkin, Co-Lead

---

[1] The leadership work thus far has been exemplary, and the Court appreciates the efforts and interest of all attorneys who reapplied.

## 2. Liaison Counsel

Christopher Paulos

## 3. Executive Committee

| | |
|---|---|
| Virginia Buchanan, Co-Chair | Troy Rafferty |
| Tracy Finken, Co-Chair | Michael Sacchet |
| Chris Hellums | Tara Sutton |
| Buffy Martines | |

## 4. Steering Committee

| | |
|---|---|
| Roger Denton, Chair | R. Eric Kennedy |
| Virginia Anello | Katharine Krottinger |
| Ava Cavaco | Jon Mann |
| Adam Gomez | Carmen Scott |
| Savannah Green | Caleb Seeley |

## 5. Common Benefit Fund Committee

Chris Hellums, Chair
Lee McGartland

## 6. Discovery & ESI Subcommittee

| | |
|---|---|
| Douglas Monsour, Chair | Jon Mann |
| David Buchanan | Janna Maples |
| Jessica Glitz | Kelly McNabb |
| R. Eric Kennedy | Connor Sheehan |
| Katharine Krottinger | |

**7. Data Administration Subcommittee**

| | |
|---|---|
| Julia Merrit, Chair | Courtney Mohammadi |
| Miriam Agrait | W. Roger Smith |
| Sindhu Daniel | |

**8. Trial Subcommittee**

| | |
|---|---|
| David Buchanan, Chair | Brandon Henry |
| Alejandro Alvarez | Justin Presnal |
| Virginia Buchanan | Andrew Schwaba |

**9. Law & Briefing Subcommittee**

| | |
|---|---|
| David Frederick, Co-Chair | Genevieve Outlaw |
| Michael Sacchet, Co-Chair | Justin Presnal |
| Colleen Garvey | C. Hogan Paschal |

**10. Science & Experts Subcommittee**

| | |
|---|---|
| Douglas Kreis, Co-Chair | Cynthia Garber |
| Brian Devine, Co-Chair | Adam Gomez |
| Rosemarie Bogdan | Ashley Liuzza |
| Sara Castronuova | Brendan McDonough |
| Ava Cavaco | Bonnie Rickert |

**11. Class Action Committee**

Kevin Hannon, Chair
Bonnie Rickert
Sara Watkins

**12. *Pro Se* Plaintiff Liaison Counsel**

Starr Culpepper
Shelby Yarbrough

**13. Joint Settlement Committee**

Chris Seeger

**14. State-Federal Liaison Counsel Committee**

Katherine Cornell – Chair

>  **California Liaison Counsel**
>  Peter Kaufman
>  **Pennsylvania Liaison Counsel**
>  Daniel Rihn
>  **Illinois Liaison Counsel**
>  Roger Denton

## B. Leadership Structures and Responsibilities

Plaintiffs' leadership will continue to have the responsibilities assigned to their respective positions in Pretrial Order 18, ECF No. 180.

## C. Term of Appointments

All appointments are made for an approximate one-year period and will expire on March 20, 2027. A schedule for applying for reappointment at the end of this term will be established at an appropriate time in advance of the expiration date.

Case No. 3:25-md-3140-MCR-HTC

**DONE AND ORDERED** on this 20th day of March 2026.

*M. Casey Rodgers*
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**