UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: DEPO-PROVERA (DEPOT MEDROXYPROGESTERONE ACETATE) PRODUCTS LIABILITY LITIGATION | Case No. 3:25-md-3140<br><br><br>**Judge M. Casey Rodgers**<br>**Magistrate Judge Hope T. Cannon** |

## ORDER

Keller Postman LLC has filed a "Notice of Plaintiffs' Objection to a Joint Rule 702 Hearing." ECF No. 605. The Notice requests this Court to reconsider its decision to hold a Rule 702 hearing jointly with the Superior Court of the State of Delaware (and New York) or to certify an interlocutory appeal.

The document is *sua sponte* **STRICKEN**. First, as conceded within the Notice, Keller Postman is not counsel of record for any party in the MDL.[1] Therefore, the law firm has no interest in this litigation, no filing status whatsoever, and consequently, no legitimate basis for requesting any relief from this Court. Second, the Notice addresses an issue not raised by any party to the litigation. Finally, while the undesigned is always mindful of the obligation to ensure the Court

---

[1] While Keller Postman LLC at one time represented a plaintiff in a member case within the MDL, the firm voluntarily withdrew as counsel of record several months ago. *See Daniels v. Pfizer, Inc.*, Case No. 3:25cv798, ECF No. 95 (N.D. Fla. Oct. 30, 2025).

properly exercises its jurisdiction, the undersigned is confident the Court has jurisdiction over the cases in the MDL and thus has authority to enter all orders necessary and appropriate to effectuating "coordinated or consolidated pretrial proceedings" in the MDL.  ECF No. 1.

SO ORDERED this 29th day of March 2026.


*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**