# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

| | |
|---|---|
| IN RE: DEPO-PROVERA (DEPOT MEDROXYPROGESTERONE ACETATE) PRODUCTS LIABILITY LITIGATION | Case No. 3:25-md-3140 |
| **This Document Relates to:** **All Cases** | **Judge M. Casey Rodgers** **Magistrate Judge Hope T. Cannon** |

## ORDER

Due to an unavoidable calendar conflict in the undersigned's schedule, the General Causation/Rule 702 coordinated hearing currently scheduled for May 26–28, 2026, must be rescheduled. After consulting with the state court judges involved, the hearing is rescheduled to **June 24–26, 2026**, in **Courtroom 5 of the U.S. District Courthouse, One North Palafox Street, Pensacola, Florida**. The undersigned apologizes for any inconvenience.

**SO ORDERED** this 7th day of April 2026.

*M. Casey Rodgers*
_____
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**