**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

| | |
|---|---|
| IN RE: DEPO-PROVERA (DEPOT MEDROXYPROGESTERONE ACETATE) PRODUCTS LIABILITY LITIGATION | Case No. 3:25-md-3140 |
| | Judge M. Casey Rodgers |
| | Magistrate Judge Hope T. Cannon |
| **This Document Relates to:** *All Cases* | |

**PFIZER INC., PHARMACIA & UPJOHN CO. LLC, AND PHARMACIA LLC'S MOTION TO EXCLUDE PLAINTIFFS' GENERAL CAUSATION EXPERTS' OPINIONS**

Pursuant to Rule 702 of the Federal Rules of Evidence and the Court's Third Amended Scheduling Order (ECF No. 490), Defendants Pfizer Inc., Pharmacia & Upjohn Co., LLC, and Pharmacia LLC (collectively, "Pfizer"), hereby move for the exclusion of all of Plaintiffs' designated general causation experts. The grounds for Pfizer's Motion are set forth in the accompanying Memorandum of Law.

Dated: April 22, 2026                    Respectfully submitted,

/s/ Joseph G. Petrosinelli
Joseph G. Petrosinelli (admitted *pro hac vice*)
Jessica B. Rydstrom (admitted *pro hac vice*)
**WILLIAMS & CONNOLLY LLP**
680 Maine Avenue SW
Washington, DC 20024
Telephone: (202) 434-5000
jpetrosinelli@wc.com
jrydstrom@wc.com

**DLA PIPER LLP (US)**

Loren H. Brown
1251 Avenue of the Americas, 27th Floor
New York, New York 10020
Telephone: (212) 335-4500
loren.brown@us.dlapiper.com

Matthew A. Holian
33 Arch Street, 26th Floor
Boston, Massachusetts 02110
Telephone: (617) 406-6009
matt.holian@us.dlapiper.com

Christopher G. Campbell
1201 West Peachtree Street, Suite 2900
Atlanta, GA 30309-3449
Telephone: (404) 736-7808
christopher.campbell@us.dlapiper.com

*Counsel for Defendants Pfizer Inc.;*
*Pharmacia & Upjohn Company LLC; and*
*Pharmacia LLC*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 22nd day of April, 2026, a true and correct copy of the foregoing document was filed electronically with the Clerk of Court and served upon all parties via CM/ECF.

*/s/ Joseph G. Petrosinelli*
Joseph G. Petrosinelli
Jessica B. Rydstrom
**WILLIAMS & CONNOLLY LLP**
680 Maine Avenue SW
Washington, DC 20024
Telephone: (202) 434-5000
jpetrosinelli@wc.com
jrydstrom@wc.com

*Counsel for Defendants Pfizer Inc.;*
*Pharmacia & Upjohn Company LLC;*
*and Pharmacia LLC*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| **IN RE: DEPO-PROVERA (DEPOT MEDROXYPROGESTERONE ACETATE) PRODUCTS LIABILITY LITIGATION** | **Case No. 3:25-md-3140** |
| | **Judge M. Casey Rodgers** |
| | **Magistrate Judge Hope T. Cannon** |
| **This Document Relates to:** *All Cases* | |

## [PROPOSED] ORDER

**AND NOW**, on this _____ day of _____, 2026, following consideration of Defendants' Motion to Exclude Plaintiffs' General Causation Experts' Opinions, any responses thereto, and having heard related argument and testimony, as deemed necessary, it is hereby ORDERED that the Motion is GRANTED.

**IT IS FURTHER ORDERED** that the Opinions of Drs. Butowski, Lange, Michaels, Qato, and Savitz are EXCLUDED.

_____
HON. M. CASEY RODGERS
UNITED STATES DISTRICT COURT JUDGE