**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

IN RE: DEPO-PROVERA (DEPOT MEDROXYPROGESTERONE ACETATE) PRODUCTS LIABILITY LITIGATION

This Document Relates to:
All Cases

Case No. 3:25-md-3140

Judge M. Casey Rodgers
Magistrate Judge Hope T. Cannon

## ORDER

The May Case Management Conference ("CMC") is continued to June 26, 2026, to be held following the General Causation/*Daubert* hearings, which are scheduled for June 24–25. In lieu of the May CMC, the undersigned would appreciate receiving brief written updates from the following Leadership committees/subcommittees: Discovery & ESI, Science & Experts, Law & Briefing, Data Administration, and State-Federal Liaison Counsel, as well as from BrownGreer. Updates may be submitted to this Court, the New York court, the Delaware court, and the California court by May 15, 2026.

Accordingly, the next CMC will be held on **Friday, June 26, 2026**, beginning at 9:00 a.m. (CDT).

**SO ORDERED** this 30th day of April, 2026.

*M. Casey Rodgers*

**M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE**