**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

| | |
|---|---|
| IN RE: DEPO-PROVERA (DEPOT MEDROXYPROGESTERONE ACETATE) PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>All Cases | Case No. 3:25-md-3140<br><br><br>Judge M. Casey Rodgers<br>Magistrate Judge Hope T. Cannon |

## Plaintiffs' Leadership's Status Report

Pursuant to the Court's April 30 Order, Dkt. 639, Plaintiffs provide the following updates.

### I.      Discovery & ESI Subcommittee Update

Since the March Case Management Conference, document discovery has continued as Plaintiffs prepare for depositions this summer. All hard copy documents from Pfizer's Kalamazoo facility have been processed by Plaintiffs' vendor ILS and subsequently produced to Pfizer.

Since March 27, 2026, Pfizer has produced approximately 150,000 custodial documents. Plaintiffs are reviewing those documents to plan the deposition schedule and to identify any additional custodians whose files should be searched for responsive documents. Plaintiffs have begun to identify Pfizer current and former

1

employees that may be deposed during the current phase of discovery. The parties have exchanged a draft deposition protocol.

The Parties are proceeding pursuant to the pretrial deadlines set by the Supplement to Order Setting Trial and Pretrial Schedule, Dkt. 527, with the first trial scheduled to begin December 7, 2026.

## II.    Science & Experts Subcommittee Update

### A.    General Causation Expert Discovery

Expert discovery for the preemption and general causation phases is now complete. Since the March CMC, all expert depositions for all five of Plaintiffs' experts and all five of Pfizer's experts were completed.

No individual Plaintiff has requested leave to submit any additional general causation experts pursuant to Case Management Order 30.

### B.    *Daubert* Motions Regarding General Causation Experts

Plaintiffs filed *Daubert* motions seeking to exclude certain testimony from each of Pfizer's general causation experts. Pfizer filed a *Daubert* motion seeking to limit certain general causation testimony from Plaintiffs' general causation experts. The parties respective opposition briefs will be filed by May 21, 2026. Reply briefs in support of Rule 702 motions will be filed by May 29, 2026.

The Court rescheduled the general causation/*Daubert* hearing for June 24 and 25, 2026. Dkt. 639. Two of Plaintiffs' experts have preexisting scheduling conflicts

2

but are available to appear remotely, if the Court permits them to do so. Plaintiffs raised the issue with Pfizer, and Pfizer indicated it has no objection to remote testimony.

### C.    Pilot Cases

Case-specific expert discovery is still ongoing in the first Pilot Case set for trial (*Toney v. Pfizer, Inc., et al.*) Plaintiff's expert reports are due on August 17, 2026, Defendants' expert reports are due September 7, 2026, and Plaintiffs' rebuttal expert reports are due September 14, 2026. Depositions of those experts will be completed by September 25, 2026 and Daubert briefing, if necessary, will occur in October 2026.

## III.    Law & Briefing Subcommittee Update

Since the conclusion of general-causation expert depositions, the Law & Briefing Subcommittee, in close coordination with the Science & Experts Subcommittee, drafted *Daubert* motions regarding general causation experts. Plaintiffs and Defendants filed *Daubert* motions concerning general causation experts on April 22, 2026. In coordination with the Science & Experts Subcommittee, the Law & Briefing Subcommittee is preparing an opposition to Defendants' motion, due May 21, 2026. Replies, if permitted, are due May 29, 2026.

## IV.    Data Administration Subcommittee Update

Pursuant to PTOs 17, 22, and 22A, individual Plaintiffs continue to submit the required threshold proof of use of Depo-Provera and meningioma diagnosis in MDL Centrality. Plaintiffs have worked with MDL Centrality and the Data Administration Subcommittee to cure potential deficiencies in the Questionnaire and threshold documentation. The Data Administration Subcommittee reviewed all denials to the PTO 22A exception and worked with counsel on curing deficiencies before being submitted to the Court for the Show Cause process.

As of May 14, 2026, there were 5,549 cases in the MDL, and 5,442 complaints have been deemed complete on BrownGreer's threshold review. 2,184 Plaintiffs have submitted complete proof of use/injury questionnaires, and an additional 504 questionnaires have been submitted and are under review.

The Data Administration Subcommittee notified counsel with dual representation cases and distributed a template Stipulation Without Prejudice from Defendant to dismiss the dual representation case. Additionally, Plaintiff's counsel has been notified that MDLC has instituted a Dual Representation Check on the Depo-Provera homepage to reduce dual representations moving forward.

## V.    State-Federal Liaison Counsel Committee Update

Cases concerning Depo-Provera and meningioma are also currently pending in the following state courts:

- New York (119 cases). Briefing on *Frye* motions regarding general causation experts will be complete on May 29, 2026. On April 9, 2026, Justice Kraus issued an order stating that the "Court on consent of the parties, will rely on the transcript for [the upcoming MDL] hearing in determining causation in the New York cases" and requiring the parties to submit "a certified transcript of said hearing within five days of receipt of same." If the Parties request a supplemental hearing, it will take place on July 27, 2026.

- Delaware (340 cases). Defendants have proposed the entry of an order governing denials and the timeline for severing and re-filing in accordance with the Court's CMO 1. Briefing on the Rule 702 motions regarding general causation experts will be complete on May 29, 2026. The Court has a general causation hearing scheduled on June 24 through 26, 2026, in conjunction with the MDL's general causation hearing. Keller Postman, Pulaski Kherkher and Matthews Law Firms have filed an objection to the joint hearing The objection has been fully briefed by all parties in Delaware. The parties are awaiting Judge Vavala's order.

- California (91 cases). On April 22, 2026, Judge McKinney granted in part and denied in part, Pfizer's Demurrer to Plaintiffs' Master Complaint. Following the Demurrer Order, Plaintiffs' Amended Master Complaint will be filed on May 15, 2026. Judge McKinney will hold a fifth case management

conference on May 27, 2026. Pfizer is submitting a stipulation to govern the filing of an early motion for summary judgment on federal preemption.

- Pennsylvania (3 cases). Pfizer has filed Preliminary Objections in all three cases.

- Illinois (12 cases). All twelve cases are pending in Cook County and are being transferred to Judge Stephanie Saltouros. The in-state hospitals' motions to dismiss are in the midst of briefing.

- Connecticut (13 cases). The cases are being transferred to Judge Stewart. Following the transfer, Defendants plan to file Requests to Revise, as in *Palmer* (the first-filed case). Trial in *Palmer* is currently set for January 2028.

- New Mexico (2 cases). The *Marquez* case is assigned to Judge Wilson. The motion to bifurcate the case against the forum defendant was denied. Trial is set for May 10, 2027. The second case is not yet assigned.

- Minnesota (72 cases). Judge Colette Routel heard Pfizer's motion to sever and to dismiss for forum *non conveniens* on May 7, 2026.

- New Hampshire (1 case). Pfizer's deadline to respond to the Complaint is May 18, 2026.

- Wisconsin (1 case). Pfizer's deadline to respond to the Complaint is May 15, 2026.

- Missouri (1 case). Plaintiff filed her Complaint on May 7, 2026. Pfizer has not yet been served.

## VI.    BrownGreer Update

BrownGreer's written update is attached as Exhibit A.

DATED: May 15, 2026

Respectfully submitted,

*/s/ Christopher A. Seeger*
Christopher A. Seeger
New Jersey State Bar No. 04231990
David R. Buchanan
New Jersey State Bar No. 042741993
Caleb Seeley
New Jersey State Bar No. 303522019
SEEGER WEISS LLP
55 Challenger Road
Ridgefield Park, NJ 07660
Tel.: (973) 639-9100
cseeger@seegerweiss.com

*Plaintiffs' Lead Counsel*

Bryan F. Aylstock
Savannah T. Green
Aylstock, Witkin, Kreis & Overholtz, PLLC
17 East Main Street Suite 200
Pensacola, FL 32502
Tel.: (850) 202-1010
baylstock@awkolaw.com

*Plaintiffs' Co-Lead Counsel*

Ellen Relkin
WEITZ & LUXENBERG, P.C.
700 Broadway
New York, NY 10003
erelkin@weitzlux.com
Tel: 212-558-5500

7

Fax: 212-344-5461

*Plaintiffs' Co-Lead Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that on May 15, 2026, I caused the foregoing Plaintiffs' Leadership's Status Report to be  filed with the Clerk of the Court using the CM/ECF system, which will send notification to all counsel of record.

/s/ Christopher A. Seeger
Christopher A. Seeger