# EXHIBIT A



# Depo-Provera Update

## Depo-Provera Products Liability Litigation
## Data Administrator Update
## May 14, 2026

Orran Brown, Sr.
obrown@browngreer.com

Jake Woody                Julie Newton
jswoody@browngreer.com    jnewton@browngreer.com

© 2026 BrownGreer PLC | 250 Rocketts Way Richmond, VA 23231 | www.mdlcentrality.com



# Activity Since Last Status Conference

| Category | Change |
|---|---|
| 1. MDL Cases Filed | +2,009 |
| 2. Delaware Cases Filed | +63 |
| 3. New York Cases Filed | +24 |
| 4. Complete Complaints | +2,201 |
| 5. Complete Proof of Use/Injury | +797 |

# Pending Cases in the MDL
## (As of 5/13/26)



Total: 5,476
+2,009 since 3/6/26

# PTO 23 Complaint Review Results
## (As of 5/13/26)

| Category | Plaintiffs | % |
|---|---|---|
| 1. Complete | 5,428 | 99.1% |
| 2. Complaint Within 14-Day Upload Deadline | 44 | 0.8% |
| 3. Complaint Submitted and In Review | 2 | <0.1% |
| 4. Deficient and Within Cure Period | 0 | 0% |
| 5. Referred to Court | 1 | <0.1% |
| TOTAL | 5,476 | |

# PTO 22 Proof of Use/Injury Review Results
## (As of 5/13/26)

| Category | Plaintiffs | % |
|---|---|---|
| 1.  Complete | 2,450 | 44.7% |
| 2.  Questionnaire Within 120-Day Deadline | 2,268 | 41.4% |
| 3.  Questionnaire in Review Process | 385 | 7.1% |
| 4.  Referred to Court | 45 | 0.8% |
| 5.  PTO 22A Exception Review in Progress | 328 | 6.0% |
| TOTAL | 5,476 | |

© 2026 BrownGreer PLC | 250 Rocketts Way Richmond, VA 23231 | www.mdlcentrality.com

# Plaintiffs With Pre-6/1/05 Use
## (As of 5/13/26)

| Status | Cases | % |
|---|---|---|
| 1. PTO 22A Exception Unnecessary | 340 | 29.3% |
| 2. PTO 22A Exception Review in Progress | 328 | 28.2% |
| 3. Complete After Review by Parties | 244 | 21.0% |
| 4. Questionnaire Submitted, Review in Progress | 230 | 19.7% |
| 5. Referred to Court - Exception Request Denied | 10 | 0.9% |
| 6. Complete After Referred to Court | 10 | 0.9% |
| TOTAL | 1,162 | |

# Cases Referred to the Court
## (As of 5/13/26)

| Status | Cases |
|---|---|
| 1. Product and Diagnosis Proof Deficient | 30 |
| 2. Questionnaire Deficiency | 14 |
| 3. Complaint Deficiency | 1 |
| 4. Complete and Discharged from Show Cause | 30 |
| TOTAL | 75 |

# Delaware Threshold Review Results
## (As of 5/13/26)

**Total: 402**
**+63 since 3/6/26**

Complete
39.3%

Not Submitted
33.1%

Review in
Progress
24.1%

Deficient
3.5%

© 2026 BrownGreer PLC | 250 Rocketts Way Richmond, VA 23231 | www.mdlcentrality.com

# New York Threshold Review Results
## (As of 5/13/26)



**Deficient 11.3%**

**Review in Progress 13.9%**

**Not Submitted 25.2%**

**Complete 49.6%**

**Total: 115 +24 since 3/6/26**