**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

| | |
|---|---|
| IN RE: DEPO-PROVERA (DEPOT MEDROXYPROGESTERONE ACETATE) PRODUCTS LIABILITY LITIGATION | Case No. 3:25-md-3140 |
| This Document Relates to: *Toney v. Pfizer Inc., et al.*, Case No. 3:24-cv-624 | **Judge M. Casey Rodgers Magistrate Judge Hope T. Cannon** |

**ORDER VACATING TRIAL AND PRETRIAL DEADLINES IN *TONEY***

The Court is informed that Plaintiffs' Lead Counsel and Defendants Pfizer Inc., Pharmacia LLC, and Pharmacia & Upjohn Co. LLC ("the Parties") have reached an agreement under which all Plaintiffs with cases pending in this MDL who meet the eligibility criteria agreed to by the Parties will have an opportunity to resolve their claims ("global agreement"). The Court understands that the Parties are now working to memorialize the details of that global agreement. Accordingly, the Court hereby **VACATES** the deadlines in *Toney v. Pfizer Inc., et al.*, Case No. 3:24-cv-624, set forth in the Order Setting Trial and Pretrial Schedule, ECF No. 46, and in the related Supplemental Order Setting Trial and Pretrial Schedule, ECF No. 50.

**SO ORDERED** this 15th day of June, 2026.


*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**