UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: DEPO-PROVERA (DEPOT MEDROXYPROGESTERONE ACETATE) PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>*All Cases* | Case No. 3:25-md-3140<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Hope T. Cannon |

**Joint Updates in Lieu of September 18, 2026, Case Management Conference**

Pursuant to the Court's September 11, 2026 Order, ECF No. 754, the Parties provide the following update.

## I. Data Administration Subcommittee Update

As of September 14, 2026 there are 6,411 Complaints filed in the MDL. Plaintiffs have submitted 5,755 Questionnaires to MDL Centrality, and 4,696 of these are deemed complete. A comprehensive report of the status of Complaints and Questionnaires is attached hereto as Exhibit 1. Pursuant to Case Management Order 14, the Court stayed litigation activities in the MDL, with a few exceptions, including one for Limitations Plaintiffs and Latency Plaintiffs with regard to Pretrial Orders 17, 22, 22A, and 23. After the Registration Deadline of November 30, 2026, BrownGreer will inform the Court and the Data Administration Subcommittee the

identity of the Litigating Plaintiffs who have continuing obligations relating to threshold proof of use and injury and complaints.

## II. BrownGreer Update

BrownGreer has continued to perform its duties as Data Administrator and has attached a full report as Exhibit 2 to this update. There are 6,411 cases in the MDL and 6,775 total plaintiffs. Of those, 6,386 have complied with PTO 23 and 4,696 complied with PTO 22. Those cases not yet in compliance are either still within their window to comply or have been referred to the Court for show cause proceedings.

## III. State-Federal Liaison Counsel Update

### A. New York State Court Litigation Update

There are 142 cases currently pending in the Depo-Provera Coordinated Litigation. As with the MDL, cases in New York State court are actively registering for the Settlement Program with a registration deadline of November 30, 2026.

The deadline to provide notice to Justice Kraus of the parties' intention to submit *Frye*-specific evidence at a supplemental motions hearing is September 28, 2026. A supplemental *Frye* hearing, if elected, shall be held on October 29, 2026, at 10:00 am ET.

### B. Delaware State Court Litigation Update

There are 349 cases currently pending in the Depo-Provera Coordinated

Litigation in Delaware. On June 25, 2026, Judge Vavala held an in-person evidentiary hearing on the Rule 702 motions that Defendants filed against the general causation experts proffered by the Keller, Matthews, and Pulaski Plaintiffs, and those same Plaintiffs' Rule 702 motions directed at three of Pfizer's general causation experts. Judge Vavala took the motions under advisement.

**C. Additional State Court Updates**

Cases concerning Depo-Provera and meningioma are also currently pending in the following state courts:

- California (121 cases). Pfizer moved for summary judgment on preemption on May 22, 2026. The motion is scheduled to be fully briefed on October 29, 2026. A Case Management Conference will be held on September 16, 2026. The parties have jointly requested that the October 15, 2026, fact discovery deadline for selected bellwether actions be reset to November 15, 2026.
- Connecticut (13 cases). Pfizer filed a Motion to Strike in *Palmer* (4 plaintiffs). The Court heard argument on that motion on July 1, 2026. Pfizer's deadline to file Motions to Strike in the 12 other cases is October 16, 2026.
- Illinois (14 cases). Pfizer answered amended complaints in 9 cases on September 10, 2026. A Case Management Conference was held on September 10, 2026. Following the conference, the Court ordered that any additional amended complaints be filed by September 17, 2026 with answers due by

September 23, 2026. The Court also set a Case Management Conference for September 23, 2026.

- Minnesota (74 cases). On August 5, 2026, in the *Holloman* (10-plaintiff) case, Judge Routel denied without prejudice to renewal Pfizer's Motions to Sever and Dismiss for Forum Non Conveniens. On August 19, 2026, Pfizer filed in the Supreme Court of Minnesota a Motion for Assignment of Related Cases to a Single Judge, as various judicial reassignments led to Depo-Provera cases being assigned to different judges. As of September 2, 2026, that motion is fully briefed.

- New Hampshire (1 case): A Structuring Conference is set for November 10, 2026.

- New Mexico (2 cases). *Marquez* (6 plaintiffs) is assigned to Judge Matthew Wilson. Depositions of the *Marquez* plaintiffs are set to be held in late September 2026. Pfizer and the Marquez plaintiffs each filed motions for summary judgment on preemption. Those motions will be fully briefed by September 23, 2026. A separate case, *Rodriguez* (9 plaintiffs), is assigned to Judge Denise Thomas. The parties have requested a scheduling conference.

- Pennsylvania (3 cases). In *Davis*, a One-Year Status Conference is set to be held on September 25, 2026; additionally, depositions of the plaintiff and healthcare provider defendants are set to occur in late September 2026. In

*Thompson*, the Court sustained Pfizer's Preliminary Objections on June 30, 2026, and the case is stayed for 30 days to allow plaintiff to appeal. In *Bowers*, Pfizer filed Preliminary Objections to Plaintiff's Second Amended Complaint on August 19, 2026.

- Washington (1 case): Pfizer filed an Answer in *Terwilleger* on June 24, 2026.
- Wisconsin (1 case): Pfizer filed an Answer in *Thake* on May 15, 2026.

DATED: September 14, 2026

Respectfully submitted,

*/s/ Christopher A. Seeger*
Christopher A. Seeger
New Jersey State Bar No. 04231990
David R. Buchanan
New Jersey State Bar No. 042741993
Caleb Seeley
New Jersey State Bar No. 303522019
SEEGER WEISS LLP
55 Challenger Road
Ridgefield Park, NJ 07660
Tel.: (973) 639-9100
cseeger@seegerweiss.com

*Plaintiffs' Lead Counsel*

Bryan F. Aylstock
Savannah T. Green
Aylstock, Witkin, Kreis & Overholtz, PLLC
17 East Main Street Suite 200
Pensacola, FL 32502
Tel.: (850) 202-1010
baylstock@awkolaw.com

*Plaintiffs' Co-Lead Counsel*

Ellen Relkin
WEITZ & LUXENBERG, P.C.
700 Broadway
New York, NY 10003
erelkin@weitzlux.com
Tel: 212-558-5500
Fax: 212-344-5461

*Plaintiffs' Co-Lead Counsel*

*/s/ Joseph G. Petrosinelli*
Joseph G. Petrosinelli
Jessica Bodger Rydstrom
WILLIAMS & CONNOLLY LLP
680 Maine Ave., SW
Washington, DC 20024
Telephone: (202) 434-5547
jpetrosinelli@wc.com
jrydstrom@wc.com

Loren H. Brown
Matthew A. Holian
DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, NY 10020-1104
Telephone: (212) 335-4500
loren.brown@us.dlapiper.com

*Counsel for Defendants Pfizer Inc., Pharmacia & Upjohn Co. LLC, and Pharmacia LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 14, 2026, I caused the foregoing Joint Update and Proposed Agenda for September 18, 2026 Case Management Conference to be filed with the Clerk of the Court using the CM/ECF system, which will send notification to all counsel of record.

*/s/ Christopher A. Seeger*
Christopher A. Seeger