# EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**IN RE: DEPO-PROVERA (DEPOT MEDROXYPROGESTERONE ACETATE) PRODUCTS LIABILITY LITIGATION**

**This Document Relates To:**

*MASTER DOCKET*

**Case No.: 25-md-3140**

Judge M. Casey Rodgers
Magistrate Judge Hope T. Cannon

**Monthly Report of the Data Administration Subcommittee**

**I. Overview**

This report summarizes the reporting activities of MDL Centrality through September 14, 2026, pursuant to Pretrial Order No. 18.

**II. Complaints**

- Complaints filed: 6,411
- Complaints uploaded to MDLC: 6,402
- Complaints not uploaded to MDLC: 8
- Complaints deemed complete: 6386
- Complaints pending review by MDLC: 14
- Complaints deemed deficient and within cure period: 0
- Complaints deemed deficient and referred to Court: 1
- Complaints not submitted and referred to Court: 1

**III. Questionnaire Submissions**

- Questionnaires submitted to MDLC: 5,755
- Questionnaires deemed complete: 4,696
- Questionnaires pending review: 938
  - Questionnaires submitted for review: 262
  - Cases in review after deficiency notices: 97
  - Cases that remain deficient: 579[1]

[1] Pursuant to Case Management Order 14, the Court stayed litigation activities in the MDL, with a few exceptions, including one for Limitations Plaintiffs and Latency Plaintiffs with regard to Pretrial

- Questionnaires deemed deficient and within cure period: 0
- Questionnaires eligible to be cured by PTO 22A that are pending with the Parties: 0
- Questionnaires and Proof of Use or Proof of Injury deemed deficient and referred to Court: 194
  - No questionnaire submitted: 72
  - Remains deficient after notice: 121
  - Not Enrolled in MDLC (No Complaint Submitted): 1

Dated: September 14, 2026

Respectfully Submitted,

*/s/ Christopher A. Seeger*
Christopher A. Seeger,
New Jersey State Bar No. 04231990
David R. Buchanan
New Jersey State Bar No. 303522019
Caleb Seeley
New Jersey State Bar No. 303522019
Seeger Weiss LLP
55 Challenger Boulevard
Ridgefield Park, NJ 07660
Tel.: (973) 639-9100
cseeger@seegerweiss.com
***Plaintiffs' Lead Counsel***

*/s/ Bryan F. Aylstock*
Bryan F. Aylstock
Savannah T. Green
Aylstock, Kreis & Overholtz, PLLC
17 East Main Street Suite 200
Pensacola, FL 32502
Tel.: (850) 202-1010
baylstock@awkolaw.com
***Plaintiffs' Co-Lead Counsel***

*/s/ Julia A. Merritt*
Julia A. Merritt, GA Bar No. 159038
Admitted *Pro Hac Vice*
**CHAFFIN LUHANA LLP**
600 Third Avenue, 12th Floor
New York, NY 10016
Telephone: (412) 567-7027
Facsimile: (888) 499-1123
Julia.Merritt@chaffinluhana.com
***Chair, Data Administration Subcommittee***

*/s/ Ellen Relkin*
Ellen Relkin
**WEITZ & LUXENBERG, P.C.**
700 Broadway
New York, NY 10003
erelkin@weitzlux.com
Tel: 212-558-5500
Fax: 212-344-5461
***Plaintiffs' Co-Lead Counsel***

Orders 17, 22, 22A, and 23. After the Registration Deadline of November 30, 2026, BrownGreer will inform the Court and the Data Administration Subcommittee the identity of the Litigating Plaintiffs who have continuing obligations relating to threshold proof of use and injury and complaints.