# EXHIBIT 2

MDL CENTRALITY®
Powered by BROWNGREER

# Depo-Provera Update

## Depo-Provera Products Liability Litigation
## Data Administrator Update
September 14, 2026

Orran Brown, Sr.
obrown@browngreer.com

Jake Woody
jswoody@browngreer.com

Julie Newton
jnewton@browngreer.com

© 2026 BrownGreer PLC | 250 Rocketts Way Richmond, VA 23231 | www.mdlcentrality.com

# Activity Since Last Status Report on 7/27/26

| | Category | Change |
|---|---|---|
| 1. | MDL Cases Filed | +122 |
| 2. | Delaware Cases Filed | +18 |
| 3. | New York Cases Filed | 0 |
| 4. | Complete Complaints | +97 |
| 5. | Complete Proof of Use/Injury | +515 |

# Pending Cases in the MDL

## (As of 9/14/26)




Cases: 6,411
Plaintiffs: 6,775

# Firms Eligible for Settlement Program
## (As of 9/14/26)

**96.8% Eligible**

157 firms represented in the litigation | 6,411 total cases

**152**
**Firms Eligible**
6,277 cases

**5**
**Firms Not Eligible**
134 cases

# PTO 23 Complaint Review Results

## (As of 9/14/26)

| | Category | Plaintiffs | % |
|---|---|---|---|
| 1. | Complete | 6,386 | 99.6% |
| 2. | Complaint Within 14-Day Upload Deadline | 8 | 0.1% |
| 3. | Complaint Submitted and In Review | 15 | 0.2% |
| 4. | Referred to Court | 2 | <0.1% |
| | TOTAL | 6,411 | |

© 2026 BrownGreer PLC | 250 Rocketts Way Richmond, VA 23231 | www.mdlcentrality.com

# PTO 22 Proof of Use/Injury Review Results

## (As of 9/14/26)

| | Category | Plaintiffs | % |
|---|---|---|---|
| 1. | Complete | 4,696 | 73.3% |
| 2. | Questionnaire Within 120-Day Deadline | 583 | 9.1% |
| 3. | Questionnaire in Review Process | 938 | 14.6% |
| 4. | Referred to Court | 194 | 3.0% |
| | TOTAL | 6,411 | |

# PTO 22A Review Results

## (As of 9/14/26)

| | Status | Plaintiffs | % |
|---|---|---|---|
| 1. | Complete | 1,469 | 59.9% |
| 2. | PTO 22A Exception Unnecessary | 541 | 22.1% |
| 3. | Review in Progress | 427 | 17.4% |
| 5. | Exception Request Denied | 15 | 0.6% |
| | TOTAL | 2,452 | |

# Cases Referred to the Court

## (As of 9/14/26)

| | Status | Cases |
|---|---|---|
| 1. | Product and Diagnosis Proof Deficient | 120 |
| 2. | Questionnaire Deficiency | 73 |
| 3. | Complaint Deficiency | 2 |
| 4. | Complete and Discharged from Show Cause | 33 |
| | TOTAL | 228 |

© 2026 BrownGreer PLC | 250 Rocketts Way Richmond, VA 23231 | www.mdlcentrality.com

# New York Threshold Review Results

## (As of 9/14/26)

Total: 129 Cases



# Delaware Threshold Review Results

## (As of 9/14/26)

**Total: 428 Cases**

