# EXHIBIT 2

# EXHIBIT A

U.S. FOOD & DRUG ADMINISTRATION

September 25, 2026

In Response Refer to File: 2026-6708

Marie Lassen
Mathews & Associates
2905 Sackett St.
Houston, TX 77098

Dear Marie Lassen,

This is in response to your Freedom of Information Act request in which you requested the approval package for SUPPL-74 to NDA 020246, Depo-Provera CI (depot medroxyprogesterone acetate) and for SUPPL-45 to NDA 021583, Depo-Subq Provera 104. Your request was received in the Center for Drug Evaluation and Research on July 14, 2026.

The releasable documents are enclosed. After a thorough review of the responsive records, we have determined that portions of the documents are exempt from disclosure under exemption (b)(4) of the FOIA 5 U.S.C. § 552, as amended and delineated below:

> Exemption (b)(4) permits the withholding of "trade secrets" (TS) and /or commercial or financial information that was obtained from a person outside the government and that is privileged or confidential.

In determining to withhold such information, FDA considered 5 USC 552(a)(8)(i), when applicable, and whether FDA reasonably foresees that disclosure of such information would harm an interest protected by the relevant exemption(s) and whether disclosure is prohibited by law.

The following charges may be included in a monthly invoice:

*Reproduction: $0.00 Search: $14.50 Review: $435.00 Other: $0.00 TOTAL: $449.50*

The above total may not reflect final charges for this request.

**PLEASE DO NOT SEND PAYMENT UNLESS YOU RECEIVE AN INVOICE FOR THE TOTAL MONTHLY FEE.**

This concludes the response for the Center for Drug Evaluation and Research. If we can be of further assistance to you, please do not hesitate to contact me at ola.chen@fda.hhs.gov

Sincerely,

OLA A. CHEN -S Digitally signed by OLA A. CHEN -S Date: 2026.09.25 11:20:21 -04'00'

Ola Chen
Regulatory Scientific Reviewer
Division of Information Disclosure Policy
Office of Regulatory Policy
Center for Drug Evaluation and Research

In accordance with 45 CFR § 5.61 and 21 CFR § 20.41(b)(5), you have the right to appeal this determination. Your appeal should clearly identify the agency determination that is being appealed. It would be helpful if you provide specific reasons explaining why you believe the agency's adverse determination should be reconsidered. By filing an

appeal, you preserve your rights under FOIA and give the agency a chance to review and reconsider your request and the agency's decision.

Your appeal must be mailed within 90 days from the date of this response, to:

Director, Office of Management Enterprise Services
US Food & Drug Administration
5630 Fishers Lane
Room 1050
Rockville, MD 20857

or emailed within 90 days from the date of this response to : FDAFOIA@fda.hhs.gov Please clearly mark both the envelope and your letter or email "FDA Freedom of Information Act Appeal." Items arriving or delivered after 5 p.m. Eastern Time will be deemed received on the next workday.

If you would like to discuss our response before filing an appeal to attempt to resolve your dispute without going through the appeals process, please contact Charis Wilson at 240-402-9116. You may also contact the FDA FOIA Public Liaison for assistance at:

Office of Management Enterprise Services
US Food & Drug Administration
5630 Fishers Lane Room 1050
Rockville, MD 20857
E-mail: FDAFOIA@fda.hhs.gov

If you are unable to resolve your FOIA dispute through our FOIA Public Liaison, the Office of Government Information Services (OGIS), the Federal FOIA Ombudsman's office, offers mediation services to help resolve disputes between FOIA requesters and Federal agencies. The contact information for OGIS is:

Office of Government Information Services
National Archives and Records Administration
8601 Adelphi Road – OGIS
College Park, MD 20740-6001
Telephone: 202-741-5770
Toll-Free: 1-877-684-6448
E-mail: ogis@nara.gov
Fax: 202-741-5769

Enclosure:
26006708_enc1_oc
26006708_enc2_oc

# CENTER FOR DRUG EVALUATION AND RESEARCH

## Approval Package for:

## *APPLICATION NUMBER:*

## 020246Orig1s074

| | |
|---|---|
| ***Trade Name:*** | DEPO-PROVERA Contraceptive Injection |
| ***Generic or Proper Name:*** | medroxyprogesterone acetate |
| ***Sponsor:*** | Pfizer |
| ***Approval Date:*** | December 12, 2025 |
| ***Indication:*** | Depo-Provera CI is a progestin indicated for use by females of reproductive potential to prevent pregnancy.<br><br><u>Limitations of Use:</u><br>The use of Depo-Provera CI is not recommended as a long-term (i.e. longer than 2 years) birth control method unless other options are considered inadequate. |

# CENTER FOR DRUG EVALUATION AND RESEARCH

# 020246Orig1s074

## CONTENTS

## Reviews / Information Included in this NDA Review.

| | |
|---|---|
| **Approval Letter** | **X** |
| **Other Action Letters** | **X** |
| **Labeling** | **X** |
| **REMS** | |
| **Officer/Employee List** | |
| **Multidiscipline Review(s)**<br>• **Summary Review**<br>• **Office Director**<br>• **Cross Discipline Team Leader**<br>• **Clinical**<br>• **Non-Clinical**<br>• **Statistical**<br>• **Clinical Pharmacology** | |
| **Product Quality Review(s)** | |
| **Clinical Microbiology / Virology Review(s)** | |
| **Other Reviews** | **X** |
| **Risk Assessment and Risk Mitigation Review(s)** | |
| **Proprietary Name Review(s)** | |
| **Administrative/Correspondence Document(s)** | **X** |

# CENTER FOR DRUG EVALUATION AND RESEARCH

*APPLICATION NUMBER:*

# 020246Orig1s074

# APPROVAL LETTER

U.S. FOOD & DRUG ADMINISTRATION

NDA 020246/S-074
NDA 021583/S-045

**SUPPLEMENT APPROVAL**

Pfizer, Inc.
Attention: Michelle Patel, R. Ph.
Senior Manager, Pfizer Global Regulatory Sciences
66 Hudson Boulevard East
New York, NY 10001

Dear Michelle Patel:

Please refer to your supplemental new drug application (sNDA) dated and received February 5, 2024, submitted under section 505(b) of the Federal Food, Drug, and Cosmetic Act (FDCA) for the following:

| | |
|---|---|
| NDA 020246/S-074 | Depo-Provera CI (medroxyprogesterone acetate) IM |
| NDA 021583/S-045 | Depo-Subq Provera 104 (medroxyprogesterone acetate) SubQ |

We acknowledge receipt of your amendment dated June 12, 2025, which constituted a complete response to our November 1, 2024, action letter.

This Prior Approval sNDA provides for the addition of information related to Meningioma risk in Section 5 Warnings and Precautions, Section 17 Patient Counseling Information and the corresponding sections in the Patient Information.

## APPROVAL & LABELING

We have completed our review of this application, as amended. It is approved, effective on the date of this letter, for use as recommended in the enclosed agreed-upon labeling.

## CONTENT OF LABELING

As soon as possible, but no later than 14 days from the date of this letter, submit the content of labeling [21 CFR 314.50(l)] in structured product labeling (SPL) format using the FDA automated drug registration and listing system (eLIST), as described at FDA.gov.[1] Content of labeling must be identical to the enclosed labeling (text for the Prescribing Information, and Patient Package Insert, with the addition of any labeling changes in pending "Changes Being Effected" (CBE) supplements, as well as annual reportable changes not included in the enclosed labeling

[1] http://www.fda.gov/ForIndustry/DataStandards/StructuredProductLabeling/default.htm

Information on submitting SPL files using eList may be found in the guidance for industry *SPL Standard for Content of Labeling Technical Qs and As.*[2]

The SPL will be accessible from publicly available labeling repositories.

Also within 14 days, amend all pending supplemental applications that include labeling changes for this NDA, including CBE supplements for which FDA has not yet issued an action letter, with the content of labeling [21 CFR 314.50(l)(1)(i)] in Microsoft Word format, that includes the changes approved in this supplemental application, as well as annual reportable changes. To facilitate review of your submission(s), provide a highlighted or marked-up copy that shows all changes, as well as a clean Microsoft Word version. The marked-up copy should provide appropriate annotations, including supplement number(s) and annual report date(s).

## REQUIRED PEDIATRIC ASSESSMENTS

Under the Pediatric Research Equity Act (PREA) (21 U.S.C. 355c), all applications for new active ingredients (which includes new salts and new fixed combinations), new indications, new dosage forms, new dosing regimens, or new routes of administration are required to contain an assessment of the safety and effectiveness of the product for the claimed indication in pediatric patients unless this requirement is waived, deferred, or inapplicable.

Because none of these criteria apply to your supplemental applications, you are exempt from this requirement.

## PATENT LISTING REQUIREMENTS

Pursuant to 21 CFR 314.53(d)(2) and 314.70(f), certain changes to an approved NDA submitted in a supplement require you to submit patent information for listing in the Orange Book upon approval of the supplement. You must submit the patent information required by 21 CFR 314.53(d)(2)(i)(A) through (C) and 314.53(d)(2)(ii)(A) and (C), as applicable, to FDA on Form FDA 3542 within 30 days after the date of approval of the supplement for the patent information to be timely filed (see 21 CFR 314.53(c)(2)(ii)). You also must ensure that any changes to your approved NDA that require the submission of a request to remove patent information from the Orange Book are submitted to FDA at the time of approval of the supplement pursuant to 21 CFR 314.53(d)(2)(ii)(B) and 314.53(f)(2)(iv).

---

[2] We update guidances periodically. For the most recent version of a guidance, check the FDA Guidance Documents Database https://www.fda.gov/RegulatoryInformation/Guidances/default.htm.

**REPORTING REQUIREMENTS**

We remind you that you must comply with reporting requirements for an approved NDA (21 CFR 314.80 and 314.81).

Your product is a Part 3 combination product (21 CFR 3.2(e)); therefore, you must also comply with postmarketing safety reporting requirements for an approved combination product (21 CFR 4, Subpart B). Additional information on combination product postmarketing safety reporting is available at FDA.gov.[3]

If you have any questions, call or email Jeannie Roule, Chief, Project Management Staff, at Jeannie.roule@fda.hhs.gov, 301-796-3993.

Sincerely,

*{See appended electronic signature page}*

Audrey Gassman, MD
Deputy Director
Division of Urology, Obstetrics, and Gynecology
Office of Rare Diseases, Pediatrics,
Urologic and Reproductive Medicine
Center for Drug Evaluation and Research

ENCLOSURES:

- Content of Labeling
    - Prescribing Information
    - Patient Package Insert

[3] https://www.fda.gov/combination-products/guidance-regulatory-information/postmarketing-safety-reporting-combination-products

---

**This is a representation of an electronic record that was signed electronically. Following this are manifestations of any and all electronic signatures for this electronic record.**

---

/s/

---

AUDREY L GASSMAN
12/12/2025 12:28:07 PM

# CENTER FOR DRUG EVALUATION AND RESEARCH

***APPLICATION NUMBER:***

# 020246Orig1s074

# OTHER ACTION LETTERS

U.S. FOOD & DRUG ADMINISTRATION

[redacted]

NDA 020246/S-074
NDA 021583/S-045

**COMPLETE RESPONSE**

Pfizer, Inc.
Attention: Michelle Patel, R. Ph.
Senior Manager, Pfizer Global Regulatory Sciences
66 Hudson Boulevard East
New York, NY 10001

Dear Michelle Patel:

Refer to your supplemental new drug applications (sNDAs) dated and received, February 5, 2024, and your amendments, submitted under section 505(b) of the Federal Food, Drug, and Cosmetic Act for the following:

| Application/ Supplement | Product Name |
|---|---|
| [redacted] | |
| NDA 020246/S-074 | Depo-Provera CI (medroxyprogesterone acetate) IM |
| NDA 021583/S-045 | Depo-Subq Provera 104 (medroxyprogesterone acetate) SubQ |

These "Prior Approval" labeling supplements to your applications proposed the alignment of text with the addition of Meningioma in Section 5 WARNING AND PRECAUTIONS and Section 17 PATIENT COUNSELING INFORMATION.

We have completed our review of these applications and have determined we cannot approve these applications in their present form. We have described our reason for this action below.

- The findings of the available observational studies alone do not support the addition of a warning on Meningioma risk to medroxyprogesterone acetate (MPA)-containing products.

[redacted] (b)(4)



**OTHER**

Within one year after the date of this letter, you are required to resubmit or take other actions available under 21 CFR 314.110. If you do not take one of these actions, we may consider your lack of response a request to withdraw the applications under 21 CFR 314.65. You may also request an extension of time in which to resubmit the applications.

A resubmission must fully address all the deficiencies listed in this letter and should be clearly marked with "**RESUBMISSION**" in large font, bolded type at the beginning of the cover letter of the submission. The cover letter should clearly state that you consider this resubmission a complete response to the deficiencies outlined in this letter. A partial response to this letter will not be processed as a resubmission and will not start a new review cycle.

You may request a meeting or teleconference with us to discuss what steps you need to take before the applications may be approved. If you wish to have such a meeting, submit your meeting request as described in the draft guidance for industry *Formal Meetings Between the FDA and Sponsors or Applicants of PDUFA Products*.

If you have any questions, call Jeannie Roule, Chief, Project Management Staff, at 301-796-3993.

Sincerely,

*{See appended electronic signature page}*

Audrey Gassman, MD
Deputy Director
Division of Urology, Obstetrics, and Gynecology
Office of Rare Diseases, Pediatrics,
Urologic and Reproductive Medicine
Center for Drug Evaluation and Research

---

**This is a representation of an electronic record that was signed electronically. Following this are manifestations of any and all electronic signatures for this electronic record.**

---

/s/

---

AUDREY L GASSMAN
11/01/2024 10:56:28 AM

Reference ID: 5472469

# CENTER FOR DRUG EVALUATION AND RESEARCH

***APPLICATION NUMBER:***

# 020246Orig1s074

# LABELING

**HIGHLIGHTS OF PRESCRIBING INFORMATION**
**These highlights do not include all the information needed to use DEPO-PROVERA CI safely and effectively. See full prescribing information for DEPO-PROVERA CI.**

**DEPO-PROVERA CI (medroxyprogesterone acetate) injectable suspension, for intramuscular use**
**Initial U.S. Approval: 1959**

**WARNING: LOSS OF BONE MINERAL DENSITY**
***See full prescribing information for complete boxed warning.***

- **Women who use Depo-Provera Contraceptive Injection (Depo-Provera CI) may lose significant bone mineral density. Bone loss is greater with increasing duration of use and may not be completely reversible. (5.1)**
- **It is unknown if use of Depo-Provera CI during adolescence or early adulthood, a critical period of bone accretion, will reduce peak bone mass and increase the risk for osteoporotic fracture in later life. (5.1)**
- **Depo-Provera CI is not recommended as a long-term (i.e., longer than 2 years) birth control method unless other options are considered inadequate. (1, 5.1)**

**---RECENT MAJOR CHANGES---**

Warnings and Precautions, Meningioma (5.4) 12/2025

**---INDICATIONS AND USAGE---**

Depo-Provera CI is a progestin indicated for use by females of reproductive potential to prevent pregnancy. (1)

Limitations of Use:
The use of Depo-Provera CI is not recommended as a long-term (i.e., longer than 2 years) birth control method unless other options are considered inadequate. (1, 5.1)

**---DOSAGE AND ADMINISTRATION---**

The recommended dose is 150 mg of Depo-Provera CI every 3 months (13 weeks) administered by deep, intramuscular (IM) injection in the gluteal or deltoid muscle. (2.1)

**---DOSAGE FORMS AND STRENGTHS---**

- Vials containing sterile aqueous suspension: 150 mg per mL (3)
- Prefilled syringes: prefilled syringes are available packaged with 22-gauge x 1 1/2 inch Terumo® SurGuard™ Needles. (3)

**---CONTRAINDICATIONS---**

- Active thrombophlebitis, or current or past history of thromboembolic disorders, or cerebral vascular disease. (4)
- Known or suspected malignancy of breast. (4)
- Known hypersensitivity to Depo-Provera CI (medroxyprogesterone acetate or any of its other ingredients). (4)
- Significant liver disease. (4)
- Undiagnosed vaginal bleeding. (4)

**---WARNINGS AND PRECAUTIONS---**

- Thromboembolic Disorders: Discontinue Depo-Provera CI in patients who develop thrombosis. (5.2)
- Cancer Risks: Monitor women with a strong family history of breast cancer carefully. (5.3)
- Meningioma: Discontinue Depo-Provera CI if meningioma is diagnosed. Monitor patients for signs and symptoms of meningioma. (5.4)
- Ectopic Pregnancy: Consider ectopic pregnancy if a woman using Depo-Provera CI becomes pregnant or complains of severe abdominal pain. (5.5)
- Anaphylaxis and Anaphylactoid Reactions: Provide emergency medical treatment. (5.6)
- Liver Function: Discontinue Depo-Provera CI if jaundice or disturbances of liver function develop. (5.8)
- Carbohydrate Metabolism: Monitor diabetic patients carefully. (5.13)

**---ADVERSE REACTIONS---**

Most common adverse reactions (incidence >5%): menstrual irregularities (bleeding or spotting) 57% at 12 months, 32% at 24 months, abdominal pain/discomfort 11%, weight gain >10 lb at 24 months 38%, dizziness 6%, headache 17%, nervousness 11%, decreased libido 6%. (6.1)

**To report SUSPECTED ADVERSE REACTIONS, contact Pfizer Inc. at 1-800-438-1985 or FDA at 1-800-FDA-1088 or www.fda.gov/medwatch.**

**---DRUG INTERACTIONS---**

Drugs or herbal products that induce certain enzymes, including CYP3A4, may decrease the effectiveness of contraceptive drug products. Counsel patients to use a back-up method or alternative method of contraception when enzyme inducers are used with Depo-Provera CI. (7.1)

**---USE IN SPECIFIC POPULATIONS---**

- Pregnancy: Discontinue if pregnancy occurs. (8.1)
- Lactation: Detectable amounts of drug have been identified in the milk of mothers receiving Depo-Provera CI. (8.2)
- Pediatric Patients: Depo-Provera CI is not indicated before menarche. (8.4)

**See 17 for PATIENT COUNSELING INFORMATION and FDA-approved patient labeling.**

**Revised: 12/2025**

**FULL PRESCRIBING INFORMATION: CONTENTS***

**WARNING: LOSS OF BONE MINERAL DENSITY**
**1 INDICATIONS AND USAGE**
**2 DOSAGE AND ADMINISTRATION**
2.1 Prevention of Pregnancy
2.2 Switching from Other Methods of Contraception
**3 DOSAGE FORMS AND STRENGTHS**
**4 CONTRAINDICATIONS**
**5 WARNINGS AND PRECAUTIONS**
5.1 Loss of Bone Mineral Density
5.2 Thromboembolic Disorders
5.3 Cancer Risks
5.4 Meningioma
5.5 Ectopic Pregnancy
5.6 Anaphylaxis and Anaphylactoid Reaction
5.7 Injection Site Reactions
5.8 Liver Function
5.9 Convulsions
5.10 Depression
5.11 Bleeding Irregularities
5.12 Weight Gain
5.13 Carbohydrate Metabolism
5.14 Fluid Retention
5.15 Return of Fertility
5.16 Sexually Transmitted Infections
5.17 Monitoring
5.18 Interference with Laboratory Tests
**6 ADVERSE REACTIONS**
6.1 Clinical Trials Experience
6.2 Post-Marketing Experience
**7 DRUG INTERACTIONS**
7.1 Changes in Contraceptive Effectiveness Associated with Co-Administration of Other Products
7.2 Laboratory Test Interactions
**8 USE IN SPECIFIC POPULATIONS**
8.1 Pregnancy
8.2 Lactation
8.3 Females and Males of Reproductive Potential
8.4 Pediatric Use
8.5 Geriatric Use
**11 DESCRIPTION**
**12 CLINICAL PHARMACOLOGY**
12.1 Mechanism of Action
12.2 Pharmacodynamics
12.3 Pharmacokinetics
**13 NONCLINICAL TOXICOLOGY**
13.1 Carcinogenesis, Mutagenesis, Impairment of Fertility
**14 CLINICAL STUDIES**
14.1 Contraception
14.2 Bone Mineral Density Changes in Women Treated with Depo-Provera CI
14.3 Bone Mineral Density Changes in Adolescent Females (12 to 18 Years of Age) Treated with Depo-Provera CI
14.4 Bone Fracture Incidence in Women Treated with Depo-Provera CI
**15 REFERENCES**
**16 HOW SUPPLIED/STORAGE AND HANDLING**
**17 PATIENT COUNSELING INFORMATION**

*Sections or subsections omitted from the full prescribing information are not listed.

---





Confidential - Subject to Protective Order 

## FULL PRESCRIBING INFORMATION

**WARNING: LOSS OF BONE MINERAL DENSITY**

- **Women who use Depo-Provera Contraceptive Injection (Depo-Provera CI) may lose significant bone mineral density. Bone loss is greater with increasing duration of use and may not be completely reversible *[see Warnings and Precautions (5.1)]*.**
- **It is unknown if use of Depo-Provera CI during adolescence or early adulthood, a critical period of bone accretion, will reduce peak bone mass and increase the risk for osteoporotic fracture in later life *[see Warnings and Precautions (5.1)]*.**
- **Depo-Provera CI is not recommended as a long-term (i.e., longer than 2 years) birth control method unless other options are considered inadequate *[see Indications and Usage (1) and Warnings and Precautions (5.1)]*.**

## 1 INDICATIONS AND USAGE

Depo-Provera CI is indicated for use by females of reproductive potential to prevent pregnancy.

Limitations of Use:
The use of Depo-Provera CI is not recommended as a long-term (i.e., longer than 2 years) birth control method unless other options are considered inadequate *[see Dosage and Administration (2.1) and Warnings and Precautions (5.1)]*.

## 2 DOSAGE AND ADMINISTRATION

### 2.1 Prevention of Pregnancy

Both the 1 mL vial and the 1 mL prefilled syringe of Depo-Provera CI should be vigorously shaken just before use to ensure that the dose being administered represents a uniform suspension.

The recommended dose is 150 mg of Depo-Provera CI every 3 months (13 weeks) administered by deep intramuscular (IM) injection using strict aseptic technique in the gluteal or deltoid muscle, rotating the sites with every injection. As with any IM injection, to avoid an inadvertent subcutaneous injection, body habitus should be assessed prior to each injection to determine if a longer needle is necessary particularly for gluteal IM injection.

Use for longer than 2 years is not recommended (unless other birth control methods are considered inadequate) due to the impact of long-term Depo-Provera CI treatment on bone mineral density (BMD) *[see Warnings and Precautions (5.1)]*. Dosage does not need to be adjusted for body weight *[see Clinical Studies (14.1)]*.

To ensure the patient is not pregnant at the time of the first injection, the first injection should be given ONLY during the first 5 days of a normal menstrual period or within the first 5-days post-partum. In post-partum mothers who exclusively breastfeed, administer Depo-Provera CI during or after the sixth post-partum week. If the time interval between injections is greater than 13 weeks, the physician should determine that the patient is not pregnant before administering the drug. The efficacy of Depo-Provera CI depends on adherence to the dosage schedule of administration.

### 2.2 Switching from Other Methods of Contraception

When switching from other contraceptive methods, Depo-Provera CI should be given in a manner that ensures continuous contraceptive coverage based upon the mechanism of action of both methods, (e.g., patients

switching from oral contraceptives should have their first injection of Depo-Provera CI on the day after the last active tablet or at the latest, on the day following the final inactive tablet).

## 3 DOSAGE FORMS AND STRENGTHS

Sterile Aqueous suspension: 150 mg/mL
Prefilled syringes are available packaged with 22-gauge x 1 1/2 inch Terumo® SurGuard™ Needles.

## 4 CONTRAINDICATIONS

The use of Depo-Provera CI is contraindicated in the following conditions:

- Active thrombophlebitis, or current or history of thromboembolic disorders, or cerebral vascular disease *[see Warnings and Precautions (5.2)]*.
- Known or suspected malignancy of breast *[see Warnings and Precautions (5.3)]*.
- Known hypersensitivity to Depo-Provera CI (medroxyprogesterone acetate) or any of its other ingredients *[see Warnings and Precautions (5.6)]*.
- Significant liver disease *[see Warnings and Precautions (5.8)]*.
- Undiagnosed vaginal bleeding *[see Warnings and Precautions (5.11)]*.

## 5 WARNINGS AND PRECAUTIONS

### 5.1 Loss of Bone Mineral Density

Use of Depo-Provera CI reduces serum estrogen levels and is associated with significant loss of bone mineral density (BMD). This loss of BMD is of particular concern during adolescence and early adulthood, a critical period of bone accretion. It is unknown if use of Depo-Provera CI by younger women will reduce peak bone mass and increase the risk for osteoporotic fracture in later life.

A study to assess the reversibility of loss of BMD in adolescents was conducted with Depo-Provera CI. After discontinuing Depo-Provera CI in these adolescents, mean BMD loss at the total hip and femoral neck did not fully recover by 5 years (60 months) post-treatment in the sub-group of adolescents who were treated for more than 2 years *[see Clinical Studies (14.3)]*. Similarly, in adults, there was only partial recovery of mean BMD at the total hip, femoral neck, and lumbar spine towards baseline by 2 years post-treatment *[see Clinical Studies (14.2)]*.

The use of Depo-Provera CI is not recommended as a long-term (i.e., longer than 2 years) birth control method unless other options are considered inadequate. BMD should be evaluated when a woman needs to continue to use Depo-Provera CI long-term. In adolescents, interpretation of BMD results should take into account patient age and skeletal maturity.

Other birth control methods should be considered in the risk/benefit analysis for the use of Depo-Provera CI in women with osteoporosis risk factors. Depo-Provera CI can pose an additional risk in patients with risk factors for osteoporosis (e.g., metabolic bone disease, chronic alcohol and/or tobacco use, anorexia nervosa, strong family history of osteoporosis or chronic use of drugs that can reduce bone mass such as anticonvulsants or corticosteroids).

### 5.2 Thromboembolic Disorders

There have been reports of serious thrombotic events in women using Depo-Provera CI (150 mg). However, Depo-Provera CI has not been causally associated with the induction of thrombotic or thromboembolic disorders. Any patient who develops thrombosis while undergoing therapy with Depo-Provera CI should discontinue treatment unless she has no other acceptable options for birth control.

Do not re-administer Depo-Provera CI pending examination if there is a sudden partial or complete loss of vision or if there is a sudden onset of proptosis, diplopia, or migraine. Do not re-administer if examination reveals papilledema or retinal vascular lesions.

**5.3 Cancer Risks**

Breast Cancer

Women who have or have had a history of breast cancer should not use hormonal contraceptives, including Depo-Provera CI, because breast cancer may be hormonally sensitive *[see Contraindications (4)]*. Women with a strong family history of breast cancer should be monitored with particular care.

The results of five large case-control studies assessing the association between depo-medroxyprogesterone acetate (DMPA) use and the risk of breast cancer are summarized in Figure 1. Three of the studies suggest a slightly increased risk of breast cancer in the overall population of users; these increased risks were statistically significant in one study. One recent US study[1] evaluated the recency and duration of use and found a statistically significantly increased risk of breast cancer in recent users (defined as last use within the past five years) who used DMPA for 12 months or longer; this is consistent with results of a previous study[2].

**Figure 1. Risk estimates for breast cancer in DMPA users**




Odds ratio estimates were adjusted for the following covariates:
Lee et al. (1987): age, parity, and socioeconomic status.
Paul et al. (1989): age, parity, ethnic group, and year of interview.
WHO (1991): age, center, and age at first live birth.
Shapiro et al. (2000): age, ethnic group, socioeconomic status, and any combined estrogen/progestogen oral contraceptive use.
Li et al. (2012): age, year, BMI, duration of OC use, number of full-term pregnancies, family history of breast cancer, and history of screening mammography.

Based on the published SEER-18 2011 incidence rate (age-adjusted to the 2000 US Standard Population) of breast cancer for US women, all races, age 20 to 49 years, a doubling of risk would increase the incidence of breast cancer in women who use Depo-Provera CI from about 72 to about 144 cases per 100,000 women.

Cervical Cancer

A statistically nonsignificant increase in relative risk (RR) estimates of invasive squamous-cell cervical cancer has been associated with the use of Depo-Provera CI in women who were first exposed before the age of 35 years (RR 1.22 to 1.28 and 95% CI 0.93 to 1.70). The overall, nonsignificant RR of invasive squamous-cell cervical cancer in women who ever used Depo-Provera CI was estimated to be 1.11 (95% CI 0.96 to 1.29). No trends in risk with duration of use or times since initial or most recent exposure were observed.

Other Cancers

Long-term case-controlled surveillance of users of Depo-Provera CI found no overall increased risk of ovarian or liver cancer.

### 5.4 Meningioma

Cases of meningiomas have been reported following repeated administration of medroxyprogesterone acetate, primarily with long term use. Monitor patients on Depo-Provera CI for signs and symptoms of meningioma. Discontinue Depo-Provera CI if a meningioma is diagnosed.

### 5.5 Ectopic Pregnancy

Be alert to the possibility of an ectopic pregnancy among women using Depo-Provera CI who become pregnant or complain of severe abdominal pain.

### 5.6 Anaphylaxis and Anaphylactoid Reaction

Anaphylaxis and anaphylactoid reaction have been reported with the use of Depo-Provera CI. Institute emergency medical treatment if an anaphylactic reaction occurs.

### 5.7 Injection Site Reactions

Injection site reactions have been reported with use of Depo-Provera CI *[see Adverse Reactions (6.2)]*. Persistent injection site reactions may occur after administration of Depo-Provera CI due to inadvertent subcutaneous administration or release of the drug into the subcutaneous space while removing the needle *[see Dosage and Administration (2.1)]*.

### 5.8 Liver Function

Discontinue Depo-Provera CI use if jaundice or acute or chronic disturbances of liver function develop. Do not resume use until markers of liver function return to normal and Depo-Provera CI causation has been excluded.

### 5.9 Convulsions

There have been a few reported cases of convulsions in patients who were treated with Depo-Provera CI. Association with drug use or pre-existing conditions is not clear.

### 5.10 Depression

Monitor patients who have a history of depression and do not re-administer Depo-Provera CI if depression recurs.

### 5.11 Bleeding Irregularities

Most women using Depo-Provera CI experience disruption of menstrual bleeding patterns. Altered menstrual bleeding patterns include amenorrhea, irregular or unpredictable bleeding or spotting, prolonged spotting or bleeding, and heavy bleeding. Rule out the possibility of organic pathology if abnormal bleeding persists or is severe, and institute appropriate treatment.

As women continue using Depo-Provera CI, fewer experience irregular bleeding and more experience amenorrhea. In clinical studies of Depo-Provera CI, by month 12 amenorrhea was reported by 55% of women, and by month 24, amenorrhea was reported by 68% of women using Depo-Provera CI.

### 5.12 Weight Gain

Women tend to gain weight while on therapy with Depo-Provera CI. From an initial average body weight of 136 lb, women who completed 1 year of therapy with Depo-Provera CI gained an average of 5.4 lb. Women who completed 2 years of therapy gained an average of 8.1 lb. Women who completed 4 years gained an average of 13.8 lb. Women who completed 6 years gained an average of 16.5 lb. Two percent of women withdrew from a large-scale clinical trial because of excessive weight gain.

### 5.13 Carbohydrate Metabolism

A decrease in glucose tolerance has been observed in some patients on Depo-Provera CI treatment. Monitor diabetic patients carefully while receiving Depo-Provera CI.

### 5.14 Fluid Retention

Because progestational drugs including Depo-Provera CI may cause some degree of fluid retention, monitor patients with conditions that might be influenced by this condition, such as epilepsy, migraine, asthma, and cardiac or renal dysfunction.

### 5.15 Return of Fertility

Return to ovulation and fertility is likely to be delayed after stopping Depo-Provera CI. In a large US study of women who discontinued use of Depo-Provera CI to become pregnant, data are available for 61% of them. Of the 188 women who discontinued the study to become pregnant, 114 became pregnant. Based on Life-Table analysis of these data, it is expected that 68% of women who do become pregnant may conceive within 12 months, 83% may conceive within 15 months, and 93% may conceive within 18 months from the last injection. The median time to conception for those who do conceive is 10 months following the last injection with a range of 4 to 31 months, and is unrelated to the duration of use. No data are available for 39% of the patients who discontinued Depo-Provera CI to become pregnant and who were lost to follow-up or changed their mind.

### 5.16 Sexually Transmitted Infections

Patients should be counseled that Depo-Provera CI does not protect against HIV infection (AIDS) and other sexually transmitted infections.

### 5.17 Monitoring

A woman who is taking hormonal contraceptive should have a yearly visit with her healthcare professional for a blood pressure check and for other indicated healthcare.

### 5.18 Interference with Laboratory Tests

The use of Depo-Provera CI may change the results of some laboratory tests, such as coagulation factors, lipids, glucose tolerance, and binding proteins *[see Drug Interactions (7.2)]*.

## 6 ADVERSE REACTIONS

The following important adverse reactions observed with the use of Depo-Provera CI are discussed in greater detail in the *Warnings and Precautions* section (*5*):

- Loss of Bone Mineral Density *[see Warnings and Precautions (5.1)]*
- Thromboembolic disease *[see Warnings and Precautions (5.2)]*
- Breast Cancer *[see Warnings and Precautions (5.3)]*
- Anaphylaxis and Anaphylactoid Reactions *[see Warnings and Precautions (5.6)]*

- Bleeding Irregularities *[see Warnings and Precautions (5.11)]*
- Weight Gain *[see Warnings and Precautions (5.12)]*

### 6.1 Clinical Trials Experience

Clinical trials are conducted under widely varying conditions, therefore, adverse reaction rates observed in the clinical studies of a drug cannot be directly compared to rates in the clinical trials of another drug and may not reflect the rates observed in practice.

In the two clinical trials with Depo-Provera CI, over 3,900 women, who were treated for up to 7 years, reported the following adverse reactions, which may or may not be related to the use of Depo-Provera CI. The population studied ranges in age from 15 to 51 years, of which 46% were White, 50% Non-White, and 4.9% Unknown race. The patients received 150 mg Depo-Provera CI every 3-months (90 days). The median study duration was 13 months with a range of 1-84 months. Fifty-eight percent of patients remained in the study after 13 months and 34% after 24 months.

**Table 1. Adverse Reactions that Were Reported by More than 5% of Subjects**

| Body System* | Adverse Reactions [Incidence (%)] |
|---|---|
| **Body as a Whole** | Headache (16.5%)<br>Abdominal pain/discomfort (11.2%) |
| **Metabolic/Nutritional** | Increased weight >10 lb at 24 months (37.7%) |
| **Nervous** | Nervousness (10.8%)<br>Dizziness (5.6%)<br>Libido decreased (5.5%) |
| **Reproductive (Urogenital*)** | Menstrual irregularities:<br>bleeding (57.3% at 12 months, 32.1% at 24 months)<br>amenorrhea (55% at 12 months, 68% at 24 months) |

* Body System represented from COSTART medical dictionary.

**Table 2. Adverse Reactions that Were Reported by between 1 and 5% of Subjects**

| Body System* | Adverse Reactions [Incidence (%)] |
|---|---|
| **Body as a Whole** | Asthenia/fatigue (4.2%)<br>Backache (2.2%)<br>Dysmenorrhea (1.7%)<br>Hot flashes (1.0%) |
| **Digestive** | Nausea (3.3%)<br>Bloating (2.3%) |
| **Metabolic/Nutritional** | Edema (2.2%) |
| **Musculoskeletal** | Leg cramps (3.7%)<br>Arthralgia (1.0%) |
| **Nervous** | Depression (1.5%)<br>Insomnia (1.0%) |
| **Skin and Appendages** | Acne (1.2%)<br>No hair growth/alopecia (1.1%)<br>Rash (1.1%) |
| **Reproductive (Urogenital*)** | Leukorrhea (2.9%)<br>Breast pain (2.8%)<br>Vaginitis (1.2%) |

* Body System represented from COSTART medical dictionary.

**Adverse reactions leading to study discontinuation in ≥2% of subjects:** bleeding (8.2%), amenorrhea (2.1%), weight gain (2.0%).

### 6.2 Post-Marketing Experience

The following adverse reactions have been identified during post approval use of Depo-Provera CI. Because these reactions are reported voluntarily from a population of uncertain size, it is not always possible to reliably estimate their frequency or establish a causal relationship to drug exposure.

There have been cases of osteoporosis including osteoporotic fractures reported post-marketing in patients taking Depo-Provera CI.

**Table 3. Adverse Reactions Reported during Post-Marketing Experience**

| Body System* | Adverse Reactions |
|---|---|
| **Body as a Whole** | Chest pain, Allergic reactions including angioedema, Fever, Injection site abscess†, Injection site infection†, Injection site nodule/lump, Injection site pain/tenderness, Injection site persistent atrophy/indentation/dimpling, Injection-site reaction, Lipodystrophy acquired, Chills, Axillary swelling |
| **Cardiovascular** | Syncope, Tachycardia, Thrombophlebitis, Deep vein thrombosis, Pulmonary embolus, Varicose veins |
| **Digestive** | Changes in appetite, Gastrointestinal disturbances, Jaundice, Excessive thirst, Rectal bleeding |
| **Hematologic and Lymphatic** | Anemia, Blood dyscrasia |
| **Musculoskeletal** | Osteoporosis |
| **Neoplasms** | Cervical cancer, Breast cancer |
| **Nervous** | Paralysis, Facial palsy, Paresthesia, Drowsiness |
| **Respiratory** | Dyspnea and asthma, Hoarseness |
| **Skin and Appendages** | Hirsutism, Excessive sweating and body odor, Dry skin, Scleroderma, Melasma, Chloasma |
| **Reproductive (Urogenital*)** | Lack of return to fertility, Unexpected pregnancy, Changes in breast size, Breast lumps or nipple bleeding, Galactorrhea, Increased libido, Uterine hyperplasia, Vaginal cysts, Genitourinary infections, Dyspareunia |

* Body System represented from COSTART medical dictionary.

† Injection site abscess and injection site infections have been reported; therefore, strict aseptic injection technique should be followed when administering Depo-Provera CI in order to avoid injection site infections *[see Dosage and Administration (2.1)]*.

## 7 DRUG INTERACTIONS

### 7.1 Changes in Contraceptive Effectiveness Associated with Co-Administration of Other Products

If a woman on hormonal contraceptives takes a drug or herbal product that induces enzymes, including CYP3A4, that metabolize contraceptive hormones, counsel her to use additional contraception or a different method of contraception. Drugs or herbal products that induce such enzymes may decrease the plasma concentrations of contraceptive hormones, and may decrease the effectiveness of hormonal contraceptives. Some drugs or herbal products that may decrease the effectiveness of hormonal contraceptives include:

- barbiturates
- bosentan
- carbamazepine
- felbamate
- griseofulvin
- oxcarbazepine
- phenytoin

- rifampin
- St. John's wort
- topiramate

HIV protease inhibitors and non-nucleoside reverse transcriptase inhibitors: Significant changes (increase or decrease) in the plasma levels of progestin have been noted in some cases of co-administration of HIV protease inhibitors. Significant changes (increase or decrease) in the plasma levels of the progestin have been noted in some cases of co-administration with non-nucleoside reverse transcriptase inhibitors.

Antibiotics: There have been reports of pregnancy while taking hormonal contraceptives and antibiotics, but clinical pharmacokinetic studies have not shown consistent effects of antibiotics on plasma concentrations of synthetic steroids.

Consult the labeling of all concurrently-used drugs to obtain further information about interactions with hormonal contraceptives or the potential for enzyme alterations.

### 7.2 Laboratory Test Interactions

The pathologist should be advised of progestin therapy when relevant specimens are submitted.
The following laboratory tests may be affected by progestins including Depo-Provera CI:

(a) Plasma and urinary steroid levels are decreased (e.g., progesterone, estradiol, pregnanediol, testosterone, cortisol).
(b) Gonadotropin levels are decreased.
(c) Sex-hormone-binding-globulin concentrations are decreased.
(d) Protein-bound iodine and butanol extractable protein-bound iodine may increase. $T_3$-uptake values may decrease.
(e) Coagulation test values for prothrombin (Factor II), and Factors VII, VIII, IX, and X may increase.
(f) Sulfobromophthalein and other liver function test values may be increased.
(g) The effects of medroxyprogesterone acetate on lipid metabolism are inconsistent. Both increases and decreases in total cholesterol, triglycerides, low-density lipoprotein (LDL) cholesterol, and high-density lipoprotein (HDL) cholesterol have been observed in studies.

## 8 USE IN SPECIFIC POPULATIONS

### 8.1 Pregnancy

Risk Summary

There is no use for contraception in pregnancy; therefore, Depo-Provera CI should be discontinued during pregnancy.

Epidemiologic studies and meta-analyses have not found an increased risk of genital or non-genital birth defects (including cardiac anomalies and limb-reduction defects) following exposure to progestins before conception or during early pregnancy.

All pregnancies have a background risk of birth defect, loss, or other adverse outcomes. In the U.S. general population, the estimated background risk of major birth defects and miscarriage in clinically recognized pregnancies is 2-4% and 15-20%, respectively.

### 8.2 Lactation

Risk Summary

Although medroxyprogesterone acetate is detectable in the milk of mothers receiving Depo-Provera CI, milk composition, quality, and amount do not appear to be adversely affected. Effects on milk production and lactation initiation/duration remain unclear when administered before 6 weeks after delivery, therefore, in mothers who exclusively breastfeed, initiate Depo-Provera CI during or after the sixth post-partum week *[see Dosage and Administration (2.1)]*.

No adverse effects in breastfed infants would be expected with maternal use of progestins. Neonates and infants exposed to medroxyprogesterone acetate from breast milk have been studied and no adverse effects have been noted.

The developmental and health benefits of breast-feeding should be considered along with the mother's clinical need for Depo-Provera CI and any potential adverse effects on the breastfed child from Depo-Provera CI or from the underlying maternal condition.

### 8.3 Females and Males of Reproductive Potential

Depo-Provera CI is indicated for the prevention of pregnancy and would therefore be expected to impair female fertility until cessation of treatment. Women may experience a delay in return to ovulation and fertility (conception) following discontinuation of Depo-Provera CI *[see Warnings and Precautions (5.15)]*.

### 8.4 Pediatric Use

Depo-Provera CI is not indicated before menarche. Use of Depo-Provera CI is associated with significant loss of BMD. This loss of BMD is of particular concern during adolescence and early adulthood, a critical period of bone accretion. In adolescents, interpretation of BMD results should take into account patient age and skeletal maturity. It is unknown if use of Depo-Provera CI by younger women will reduce peak bone mass and increase the risk of osteoporotic fractures in later life. Other than concerns about loss of BMD, the safety and effectiveness are expected to be the same for postmenarchal adolescents and adult women.

### 8.5 Geriatric Use

This product has not been studied in post-menopausal women and is not indicated in this population.

## 11 DESCRIPTION

Depo-Provera CI contains medroxyprogesterone acetate, a derivative of progesterone, as its active ingredient. Medroxyprogesterone acetate is active by the parenteral and oral routes of administration. It is a white to off-white; odorless crystalline powder that is stable in air and that melts between 200°C and 210°C. It is freely soluble in chloroform, soluble in acetone and dioxane, sparingly soluble in alcohol and methanol, slightly soluble in ether, and insoluble in water.

The chemical name for medroxyprogesterone acetate is pregn-4-ene-3, 20-dione, 17-(acetyloxy)-6-methyl-, (6α-).

The structural formula is as follows:




Depo-Provera CI for IM injection is available in vials and prefilled syringes, each containing 1 mL of medroxyprogesterone acetate sterile aqueous suspension 150 mg/mL.

For Depo-Provera CI vials, each mL of sterile aqueous suspension contains:

| | |
|---|---|
| Medroxyprogesterone acetate | 150 mg |
| Polyethylene glycol 3350 | 28.9 mg |
| Polysorbate 80 | 2.41 mg |
| Sodium chloride | 8.68 mg |
| Methylparaben | 1.37 mg |
| Propylparaben | 0.150 mg |
| Water for injection | quantity sufficient |

When necessary, pH is adjusted with sodium hydroxide or hydrochloric acid, or both.

For Depo-Provera CI prefilled syringes, each mL of sterile aqueous suspension contains:

| | |
|---|---|
| Medroxyprogesterone acetate | 150 mg |
| Polyethylene glycol 3350 | 28.5 mg |
| Polysorbate 80 | 2.37 mg |
| Sodium chloride | 8.56 mg |
| Methylparaben | 1.35 mg |
| Propylparaben | 0.147 mg |
| Water for injection | quantity sufficient |

When necessary, pH is adjusted with sodium hydroxide or hydrochloric acid, or both.

## 12 CLINICAL PHARMACOLOGY

### 12.1 Mechanism of Action

Depo-Provera CI (medroxyprogesterone acetate [MPA]) inhibits the secretion of gonadotropins which primarily prevents follicular maturation and ovulation and causes thickening of cervical mucus. These actions contribute to its contraceptive effect.

### 12.2 Pharmacodynamics

No specific pharmacodynamic studies were conducted with Depo-Provera CI.





Confidential - Subject to Protective Order 

### 12.3 Pharmacokinetics

Absorption
Following a single 150 mg IM dose of Depo-Provera CI in eight women between the ages of 28 and 36 years old, medroxyprogesterone acetate concentrations, measured by an extracted radioimmunoassay procedure, increase for approximately 3 weeks to reach peak plasma concentrations of 1 to 7 ng/mL.

Distribution
Plasma protein binding of MPA averages 86%. MPA binding occurs primarily to serum albumin. No binding of MPA occurs with sex-hormone-binding globulin (SHBG).

Elimination
*Metabolism*
MPA is extensively metabolized in the liver by P450 enzymes. Its metabolism primarily involves ring A and/or side-chain reduction, loss of the acetyl group, hydroxylation in the 2-, 6-, and 21-positions or a combination of these positions, resulting in more than 10 metabolites.

*Excretion*
The concentrations of medroxyprogesterone acetate decrease exponentially until they become undetectable (<100 pg/mL) between 120 to 200 days following injection. Using an unextracted radioimmunoassay procedure for the assay of medroxyprogesterone acetate in serum, the apparent half-life for medroxyprogesterone acetate following IM administration of Depo-Provera CI is approximately 50 days. Most medroxyprogesterone acetate metabolites are excreted in the urine as glucuronide conjugates with only minor amounts excreted as sulfates.

Specific Populations
The effect of hepatic and/or renal impairment on the pharmacokinetics of Depo-Provera CI is unknown.

## 13 NONCLINICAL TOXICOLOGY

### 13.1 Carcinogenesis, Mutagenesis, Impairment of Fertility

*[see Warnings and Precautions (5.3, 5.15) and Use in Specific Populations (8.3)].*

## 14 CLINICAL STUDIES

### 14.1 Contraception

In five clinical studies using Depo-Provera CI, the 12-month failure rate for the group of women treated with Depo-Provera CI was zero (no pregnancies reported) to 0.7 by Life-Table method. The effectiveness of Depo-Provera CI is dependent on the patient returning every 3 months (13 weeks) for reinjection.

### 14.2 Bone Mineral Density Changes in Women Treated with Depo-Provera CI

In a controlled, clinical study, adult women using Depo-Provera CI (150mg) for up to 5 years showed spine and hip bone mineral density (BMD) mean decreases of 5–6%, compared to no significant change in BMD in the control group. The decline in BMD was more pronounced during the first two years of use, with smaller declines in subsequent years. Mean changes in lumbar spine BMD of -2.86%, -4.11%, -4.89%, -4.93% and -5.38% after 1, 2, 3, 4, and 5 years, respectively, were observed. Mean decreases in BMD of the total hip and femoral neck were similar.

After stopping use of Depo-Provera CI, there was partial recovery of BMD toward baseline values during the 2-year post-therapy period. Longer duration of treatment was associated with less complete recovery during this 2-year period following the last injection. Table 4 shows the change in BMD in women after 5 years of treatment with Depo-Provera CI and in women in a control group, as well as the extent of recovery of BMD for the subset of the women for whom 2-year post treatment data were available.

**Table 4. Mean Percent Change from Baseline in BMD in Adults by Skeletal Site and Cohort (5 Years of Treatment and 2 Years of Follow-Up)**

| Time in Study | Spine | | Total Hip | | Femoral Neck | |
|---|---|---|---|---|---|---|
| | **Depo-Provera*** | **Control**** | **Depo-Provera*** | **Control**** | **Depo-Provera*** | **Control**** |
| **5 years** | -5.38%<br>n=33 | 0.43%<br>n=105 | -5.16%<br>n=21 | 0.19%<br>n=65 | -6.12%<br>n=34 | -0.27%<br>n=106 |
| **7 years** | -3.13%<br>n=12 | 0.53%<br>n=60 | -1.34%<br>n=7 | 0.94%<br>n=39 | -5.38%<br>n=13 | -0.11%<br>n=63 |

*The treatment group consisted of women who received Depo-Provera CI for 5 years and were then followed for 2 years post-use (total time in study of 7 years).

**The control group consisted of women who did not use hormonal contraception and were followed for 7 years.

### 14.3 Bone Mineral Density Changes in Adolescent Females (12 to 18 Years of Age) Treated with Depo-Provera CI

The impact of Depo-Provera CI (150 mg) use for up to 240 weeks (4.6 years) was evaluated in an open-label non-randomized clinical study in 389 adolescent females (12 to 18 years of age). Use of Depo-Provera CI was associated with a significant decline from baseline in BMD.

Partway through the trial, drug administration was stopped (at 120 weeks). The mean number of injections per Depo-Provera CI user was 9.3. Table 5 summarizes the study findings. The decline in BMD at total hip and femoral neck was greater with longer duration of use. The mean decrease in BMD at 240 weeks was more pronounced at total hip (-6.4%) and femoral neck (-5.4%) compared to lumbar spine (-2.1%).

Adolescents in the untreated cohort had an increase in BMD during the period of growth following menarche. However, the two cohorts were not matched at baseline for age, gynecologic age, race, BMD and other factors that influence the rate of acquisition of BMD.

**Table 5. BMD Mean Percent Change from Baseline in Adolescents Receiving ≥4 Injections per 60-week Period, by Skeletal Site and Cohort**

| Duration of Treatment | Depo-Provera CI (150 mg IM) | | Unmatched, Untreated Cohort | |
|---|---|---|---|---|
| | N | Mean % Change | N | Mean % Change |
| **Total Hip BMD** | | | | |
| Week 60 (1.2 years) | 113 | -2.75 | 166 | 1.22 |
| Week 120 (2.3 years) | 73 | -5.40 | 109 | 2.19 |
| Week 240 (4.6 years) | 28 | -6.40 | 84 | 1.71 |
| **Femoral Neck BMD** | | | | |
| Week 60 | 113 | -2.96 | 166 | 1.75 |
| Week 120 | 73 | -5.30 | 108 | 2.83 |
| Week 240 | 28 | -5.40 | 84 | 1.94 |
| **Lumbar Spine BMD** | | | | |
| Week 60 | 114 | -2.47 | 167 | 3.39 |
| Week 120 | 73 | -2.74 | 109 | 5.28 |
| Week 240 | 27 | -2.11 | 84 | 6.40 |

BMD Recovery Post-Treatment in Adolescents

Longer duration of treatment and smoking were associated with less recovery of BMD following the last injection of Depo-Provera CI. Table 6 shows the extent of recovery of BMD up to 60 months post-treatment for adolescents who received Depo-Provera CI for two years or less compared to more than two years. Post-treatment follow-up showed that, in women treated for more than two years, only lumbar spine BMD recovered to baseline levels after treatment was discontinued. Adolescents treated with Depo-Provera CI for more than two years did not recover to their baseline BMD level at femoral neck and total hip even up to 60 months post-treatment. Adolescents in the untreated cohort gained BMD throughout the trial period (data not shown) *[see Warnings and Precautions (5.1)]*.

**Table 6. BMD Recovery (Months Post-Treatment) in Adolescents by Years of Depo-Provera CI Use (2 Years or Less vs. More than 2 Years)**

| Duration of Treatment | 2 years or less | | More than 2 years | |
|---|---|---|---|---|
| | N | Mean % Change from baseline | N | Mean % Change from baseline |
| **Total Hip BMD** | | | | |
| **End of Treatment** | 49 | -1.5% | 49 | -6.2% |
| 12 M post-treatment | 33 | -1.4% | 24 | -4.6% |
| 24 M post-treatment | 18 | 0.3% | 17 | -3.6% |
| 36 M post-treatment | 12 | 2.1% | 11 | -4.6% |
| 48 M post-treatment | 10 | 1.3% | 9 | -2.5% |
| 60 M post-treatment | 3 | 0.2% | 2 | -1.0% |
| **Femoral Neck BMD** | | | | |
| **End of Treatment** | 49 | -1.6% | 49 | -5.8% |
| 12 M post-treatment | 33 | -1.4% | 24 | -4.3% |
| 24 M post-treatment | 18 | 0.5% | 17 | -3.8% |
| 36 M post-treatment | 12 | 1.2% | 11 | -3.8% |
| 48 M post-treatment | 10 | 2.0% | 9 | -1.7% |
| 60 M post-treatment | 3 | 1.0% | 2 | -1.9% |
| **Lumbar Spine BMD** | | | | |
| **End of Treatment** | 49 | -0.9% | 49 | -3.5% |
| 12 M post-treatment | 33 | 0.4% | 23 | -1.1% |
| 24 M post-treatment | 18 | 2.6% | 17 | 1.9% |
| 36 M post-treatment | 12 | 2.4% | 11 | 0.6% |
| 48 M post-treatment | 10 | 6.5% | 9 | 3.5% |
| 60 M post-treatment | 3 | 6.2% | 2 | 5.7% |

### 14.4 Bone Fracture Incidence in Women Treated with Depo-Provera CI

A retrospective cohort study to assess the association between Depo-Provera CI injection and the incidence of bone fractures was conducted in 312,395 female contraceptive users in the UK. The incidence rates of fracture were compared between Depo-Provera CI users and contraceptive users who had no recorded use of Depo-Provera CI. The Incident Rate Ratio (IRR) for any fracture during the follow-up period (mean=5.5 years) was 1.41 (95% CI 1.35, 1.47). It is not known if this is due to Depo-Provera CI use or to other related lifestyle factors that have a bearing on fracture rate.

In the study, when cumulative exposure to Depo-Provera CI was calculated, the fracture rate in users who received fewer than 8 injections was higher than that in women who received 8 or more injections. However, it is not clear that cumulative exposure, which may include periods of intermittent use separated by periods of non-use, is a useful measure of risk, as compared to exposure measures based on continuous use.

There were very few osteoporotic fractures (fracture sites known to be related to low BMD) in the study overall, and the incidence of osteoporotic fractures was not found to be higher in Depo-Provera CI users compared to non-users.

Importantly, this study could not determine whether use of Depo-Provera CI has an effect on fracture rate later in life.

## 15 REFERENCES


1. Li CI, Beaber EF, Tang, MCT et al. Effect of Depo-Medroxyprogesterone Acetate on Breast Cancer Risk among Women 20 to 44 years of Age. Cancer Research 2012;72:2028-2035.
2. Paul C, Skegg DCG, Spears GFS. Depot medroxyprogesterone (Depo-Provera) and risk of breast cancer. Br Med J 1989; 299:759-62.


## 16 HOW SUPPLIED/STORAGE AND HANDLING

Depo-Provera CI is supplied in the following strengths and package configurations:

| Package Configuration | Strength | NDC |
|---|---|---|
| **Depo-Provera CI (medroxyprogesterone acetate sterile aqueous suspension 150 mg/mL)** | | |
| 1 mL vial | 150 mg/mL | NDC 0009-0746-30 |
| 25 x 1 mL vials | 150 mg/mL | NDC 0009-0746-35 |
| **Depo-Provera CI prefilled syringes packaged with 22 gauge x 1 1/2 inch Terumo® SurGuard™ Needles** | | |
| 1 mL prefilled syringe | 150 mg/mL | NDC 0009-7376-11 |

Vials MUST be stored upright at controlled room temperature 20° to 25°C (68° to 77°F) [see USP].

## 17 PATIENT COUNSELING INFORMATION

Advise the patient to read the FDA-approved patient labeling (Patient Information).

- Advise patients at the beginning of treatment that their menstrual cycle may be disrupted and that irregular and unpredictable bleeding or spotting results, and that this usually decreases to the point of amenorrhea as treatment with Depo-Provera CI continues, without other therapy being required.
- Counsel patients about the possible increased risk of breast cancer in women who use Depo-Provera CI *[see Warnings and Precautions (5.3)]*.
- Counsel patients with a history of meningioma about the possible risk of worsening meningioma *[see Warnings and Precautions (5.4)]*.
- Counsel patients that this product does not protect against HIV infection (AIDS) and other sexually transmitted infections.
- Counsel patients on Warnings and Precautions associated with use of Depo-Provera CI.
- Counsel patients to use a back-up method or alternative method of contraception when enzyme inducers are used with Depo-Provera CI.

This product's labeling may have been updated. For the most recent prescribing information, please visit www.pfizer.com.

To contact Pfizer's Medical Information Department please visit www.pfizermedinfo.com or call 1-800-438-1985.

Pfizer
Distributed by
**Pharmacia & Upjohn Company LLC**
A subsidiary of Pfizer Inc.
New York, NY 10001

LAB-0149-21.3

# Patient Information

## Depo-Provera® (*DEP-po pro-VAIR-ah*) CI (medroxyprogesterone acetate injectable suspension) Contraceptive Injection

Read this Patient Information carefully before you decide if Depo-Provera CI is right for you. This information does not take the place of talking with your gynecologist or other healthcare professional who specializes in women's health. If you have any questions about Depo-Provera CI, ask your healthcare professional. You should also learn about other birth control methods to choose the one that is best for you.

**What is the most important information I should know about Depo-Provera CI?**

**Depo-Provera CI can cause serious side effects, including:**

- **Use of Depo-Provera CI may cause you to lose calcium stored in your bone and decrease your bone mass. The longer you use Depo-Provera CI, the greater your loss of calcium from your bones. Your bones may not recover completely when you stop using Depo-Provera CI.**
- **If you use Depo-Provera CI continuously for a long time (for more than 2 years), it may increase the risk of weak, porous bones (osteoporosis) that could increase the risk of broken bones, especially after menopause.**
- **You should not use Depo-Provera CI for more than two years unless you cannot use other birth control methods.**
- **It is not known if your risk of developing osteoporosis is greater if you are a teenager or young adult when you start to use Depo-Provera CI (see "What are the possible side effects of Depo-Provera CI?").**

**Depo-Provera CI is intended to prevent pregnancy. Depo-Provera CI does not protect against HIV infection (AIDS) and other sexually transmitted infections (STIs).**

**What is Depo-Provera CI?**
Depo-Provera CI is a progestin hormone birth control method that is given by injection (a shot) to prevent pregnancy.

**How well does Depo-Provera CI work?**
Your chance of getting pregnant depends on how well you follow the directions for taking your Depo-Provera CI. The more carefully you follow the directions (such as returning every 3 months for your next injection), the less chance you have of getting pregnant.

In clinical studies, about 1 out of 100 women got pregnant during the first year that they used Depo-Provera CI.

The following chart shows the chance of getting pregnant for women who use different

methods of birth control. Each box on the chart contains a list of birth control methods that are similar in effectiveness. The most effective methods are at the top of the chart. The box on the bottom of the chart shows the chance of getting pregnant for women who do not use birth control and are trying to get pregnant.




**How should I take Depo-Provera CI?**

- Depo-Provera CI is given by your healthcare professional as a shot into your muscle (intramuscular injection). The shot is given in your buttock or upper arm 1 time every 3 months. At the end of the 3 months, you will need to return to your healthcare professional for your next injection in order to continue your protection against pregnancy.

- **To make sure that you are not pregnant before you take Depo-Provera CI, the first injection should be given only:**
  - during the first 5 days of a normal menstrual period, or
  - within the first 5 days after giving birth, **if you are not breastfeeding**, or
  - at the 6th week after giving birth, **if you are feeding your baby only breastmilk.**

- Depo-Provera CI may be given at other times than those listed above, but you will likely need to have a pregnancy test first to show that you are not pregnant.
- During treatment with Depo-Provera CI, you should see your healthcare professional every year for a blood pressure check and other healthcare needs.

**Who Should Not Use Depo-Provera CI?**

Do not use Depo-Provera CI if you:

- have bleeding from your vagina that has not been explained
- have breast cancer now or in the past, or think you have breast cancer
- have had a stroke
- ever had blood clots in your arms, legs or lungs
- have problems with your liver or liver disease
- are allergic to medroxyprogesterone acetate or any of the other ingredients in Depo-Provera CI. See the end of this leaflet for a complete list of ingredients in Depo-Provera CI.

**What should I tell my healthcare professional before taking Depo-Provera CI?**

Before taking Depo-Provera CI, tell your healthcare professional if you have:

- risk factors for weak bones (osteoporosis) such as bone disease, use alcohol or smoke regularly, anorexia nervosa, or a strong family history of osteoporosis
- irregular or lighter than usual menstrual periods
- breast cancer now or in the past, or think you have breast cancer
- a family history of breast cancer
- an abnormal mammogram (breast X-ray), lumps in your breasts, or bleeding from your nipples
- have or have ever had a type of usually benign brain tumor called a meningioma
- kidney problems
- high blood pressure
- had a stroke
- had blood clots in your arms, legs or lungs
- migraine headaches
- asthma
- epilepsy (convulsions or seizures)
- diabetes
- depression or a history of depression
- any other medical conditions

If you are breastfeeding or plan to breastfeed, Depo-Provera CI can pass into your breast milk. Talk to your healthcare professional about the best way to feed your baby if you take Depo-Provera CI.

Tell your healthcare professional about all of the medicines you take, including prescription and nonprescription medicines, vitamins, and herbal supplements.

Depo-Provera CI and certain other medicines may affect each other, causing serious side effects. Sometimes the doses of other medicines may need to be changed while you are taking Depo-Provera CI.

Some medicines may make Depo-Provera CI less effective at preventing pregnancy, including those listed below.

**Especially tell your healthcare professional if you take:**
- medicine to help you sleep
- bosentan
- medicine for seizures
- griseofulvin
- an antibiotic
- medicine for HIV (AIDS)
- St. John's wort

Know the medicines you take. Keep a list of your medicines with you to show your healthcare professional or pharmacist before you first start taking Depo-Provera CI or when you get a new medicine.

**Follow your healthcare professional's instructions about using a back-up method of birth control if you are taking medicines that may make Depo-Provera CI less effective.**

**What are the possible side effects of Depo-Provera CI?**

**Depo-Provera CI can cause serious side effects, including:**

- Effect on the bones: See "What is the most important information I should know about Depo-Provera CI?".
  Teenage years are the most important years to gain bone strength. The decrease in calcium in your bones is of most concern if you are a teenager or have the following problems:
  - bone disease
  - an eating disorder (anorexia nervosa)
  - a strong family history of osteoporosis
  - you take a drug that can lower the amount of calcium in your bones (drugs for epilepsy or steroid drugs)
  - you drink a lot of alcohol (more than 2 drinks a day)

- you smoke

If you need a birth control method for more than 2 years, your healthcare professional may switch you to another birth control method instead of using Depo-Provera CI. If you continue using Depo-Provera CI, your healthcare professional may ask you to have a bone test, especially if you have other risks for weak bones.

When Depo-Provera CI is stopped, your bones may start to regain calcium. However, in a study of teenage girls who used Depo-Provera CI for more than 2 years, their hip bones did not completely recover by 5 years after they stopped using Depo-Provera CI. Taking calcium and Vitamin D and exercising daily may lessen the loss of calcium from your bones.

- possible increased risk of breast cancer. Women who use Depo-Provera CI may have a slightly increased risk of breast cancer compared to non-users.
- blood clots in your arms, legs, lungs, and eyes
- stroke
- a pregnancy outside of your uterus (ectopic pregnancy). Ectopic pregnancy is a medical emergency that often requires surgery. Ectopic pregnancy can cause internal bleeding, infertility, and even death.
- allergic reactions. Severe allergic reactions have been reported in some women using Depo-Provera CI.
- loss of vision or other eye problems
- migraine headaches
- possible increased risk for growth of a meningioma (a usually benign brain tumor), primarily when the product is used for a long time.
- depression
- convulsions or seizures
- liver problems

**Call your healthcare professional right away if you have:**

- sharp chest pain, coughing up blood, or sudden shortness of breath (indicating a possible clot in the lung)
- sudden severe headache or vomiting, dizziness or fainting, problems with your eyesight or speech, weakness, or numbness in an arm or leg (indicating a possible stroke)
- severe pain or swelling in the calf (indicating a possible clot in the leg)
- sudden blindness, partial or complete (indicating a possible clot in the blood vessels of the eye)
- unusually heavy vaginal bleeding
- severe pain or tenderness in the lower abdominal area
- persistent pain, pus, or bleeding at the injection site
- yellowing of the eyes or skin
- hives
- difficulty breathing
- swelling of the face, mouth, tongue or neck

**The most common side effects of Depo-Provera CI include:**

- irregular vaginal bleeding, such as lighter or heavier menstrual bleeding, or continued spotting
- weight gain. You may experience weight gain while you are using Depo-Provera CI. About two-thirds of the women who used Depo-Provera CI in the clinical trials reported a weight gain of about 5 pounds during the first year of use. You may continue to gain weight after the first year. Women who used Depo-Provera CI for 2 years gained an average of 8 pounds over those 2 years.
- abdominal pain
- headache
- weakness
- tiredness
- nervousness
- dizziness

Tell your healthcare professional if you have any side effect that bothers you or does not go away.

These are not all the possible side effects of Depo-Provera CI. For more information, ask your healthcare professional or pharmacist.

Call your doctor for medical advice about side effects. You may report side effects to FDA at 1- 800-FDA-1088.

**What other information should I know before choosing Depo-Provera CI?**

- **Pregnancy**. When you take Depo-Provera CI every 3 months, your chance of getting pregnant is very low. You could miss a period or have a light period and not be pregnant. If you miss 1 or 2 periods and think you might be pregnant, see your healthcare professional as soon as possible. You should not use Depo-Provera CI if you are pregnant. However, Depo-Provera CI taken by accident during pregnancy does not seem to cause birth defects.
- **Nursing Mothers**. Although Depo-Provera CI can be passed to the nursing baby in the breast milk, no harmful effects on babies have been found. Depo-Provera CI does not stop the breasts from producing milk, so it can be used by nursing mothers. However, to minimize the amount of Depo-Provera CI that is passed to the baby in the first weeks after birth, you should wait until your baby is 6 weeks old before you start using Depo-Provera CI for birth control.

**How will Depo-Provera CI change my periods?**

- **Change in normal menstrual cycle**. The side effect reported most frequently by women who use Depo-Provera CI for birth controls is a change in their normal menstrual cycle. During the first year of using Depo-Provera CI, you might have one or more of the following changes:
    - irregular or unpredictable bleeding or spotting

- an increase or decrease in menstrual bleeding
- **no bleeding at all**. In clinical studies of Depo-Provera CI, 55% of women reported no menstrual bleeding (amenorrhea) after one year of use and 68% of women reported no menstrual bleeding after two years of use.

- **Missed period**. During the time you are using Depo-Provera CI for birth controls, you may skip a period, or your periods may stop completely. If you have been receiving your shot of Depo-Provera CI regularly every 3 months, then you are probably not pregnant. However, if you think that you may be pregnant, see your healthcare professional.

Unusually heavy or continuous bleeding is not a usual effect of Depo-Provera CI and if this happens you should see your healthcare professional right away.
With continued use of Depo-Provera CI, bleeding usually decreases and many women stop having periods completely. When you stop using Depo-Provera CI your menstrual period will usually, in time, return to its normal cycle.

**What if I want to become pregnant?**
Because Depo-Provera CI is a long-acting birth control method, it takes some time after your last shot for its effect to wear off. Most women who try to get pregnant after using Depo-Provera CI get pregnant within 18 months after their last shot. The length of time you use Depo-Provera CI has no effect on how long it takes you to become pregnant after you stop using it.

**General Information about Depo-Provera CI**
Medicines are sometimes prescribed for conditions that are not mentioned in patient information leaflets. This leaflet summarizes the most important information about Depo-Provera CI. If you would like more information, talk with your healthcare professional. You can ask your healthcare professional for information about Depo-Provera CI that is written for healthcare professionals.

**What are the ingredients in Depo-Provera CI?**
**Active ingredient:** medroxyprogesterone acetate
**Inactive ingredients:** polyethylene glycol 3350, polysorbate 80, sodium chloride, methylparaben, propylparaben, and water for injection. When necessary, pH is adjusted with sodium hydroxide or hydrochloric acid, or both.

This Patient Information has been approved by the U.S. Food and Drug Administration.

This product's labeling may have been updated. For the most recent prescribing information, please visit www.pfizer.com.

Pfizer

Distributed by
**Pharmacia & Upjohn Company LLC**
A subsidiary of Pfizer Inc.
New York, NY 10001

LAB-0148-14.3

Revised December 2025

# CENTER FOR DRUG EVALUATION AND RESEARCH

***APPLICATION NUMBER:***

# 020246Orig1s074

# OTHER REVIEW(S)

**Center for Drug Evaluation and Research (CDER) Office of New Drugs (OND)**
**Office of Rare Disease, Pediatrics, Urology and Reproductive Medicine (ORPURM)**
**Division of Urology, Obstetrics, and Gynecology (DUOG)**
**Labeling Review**

| | |
|---|---|
| **NDA Number(s)** | **021583/Supplement-045**<br>**020246/Supplement-074** |
| **Drug Product** | **Depo-SubQ Provera 104**<br>**Depo-Provera CI** |
| **Applicant** | **Pfizer** |
| **Indication(s)** | **Prevention of pregnancy; treatment of pain associated with endometriosis**<br>**Prevention of pregnancy** |
| **Reviewers** | **Mary Shuman, M.D., Clinical Reviewer, DUOG**<br>**Ioanna Comstock, M.D., Acting Team Leader, DUOG**<br>**Aisha Johnson, M.D., Division Deputy Director for Safety, DUOG**<br>**Audrey Gassman, M.D., Division Deputy Director, DUOG**<br>**Christina Chang, M.D., Division Director, DUOG** |
| **Receipt Date** | **June 12, 2025** |
| **Date of Review** | **December 11, 2025** |

**Section 1-Summary**

**NDA 021583 (Depo-SubQ Provera 104)** was originally approved on December 17, 2004, for prevention of pregnancy and management of endometriosis-associated pain in females of reproductive age. The product contains medroxyprogesterone acetate (MPA) 104 mg/0.65 mL administered subcutaneously every 3 months.

**NDA 020246 (Depo-Provera CI)** was originally approved on October 29, 1992, for use by females of reproductive potential to prevent pregnancy. The product contains MPA 150 mg administered by deep intramuscular injection every 3 months.

**Regulatory Background**

A safety signal for meningioma associated with hormonal contraceptives was formally evaluated by DUOG in 2020. The signal was identified during a review of a case of meningioma in a reproductive-age female in a Periodic Adverse Drug Experience Report (PADER) for Lo/Ovral (norgestrel/ethinyl estradiol; NDA 017802) submitted by Pfizer. This prompted a formal consult from DUOG to the Division of Epidemiology (DEPI) and the Division of Pharmacoepidemiology (DPV) in the Office of Surveillance and Epidemiology (OSE). The resulting OSE Integrated Review, dated June 1, 2020,

analyzed 14 epidemiologic studies and 96 pharmacovigilance cases. The review concluded that the available observational studies provided no evidence of an association between ever or past oral contraceptive use and an increased risk of meningioma, though they suggested a trend toward increased risk in current users. However, due to small sample sizes and other limitations, the review stated, "we did not find strong evidence suggesting a causal relationship between hormonal contraceptive use and meningioma" and recommended no regulatory action, as "the current safety data is insufficient to support a labeling change for meningioma." (See the OSE Integrated Review in DARRTS, NDA 017802, dated June 1, 2020, Ajao and Chehab).

On February 5, 2024, Pfizer submitted Prior Approval Supplements proposing to add language regarding meningioma risk [redacted] (b) (4) These labeling supplements proposed the alignment of text with the addition of Meningioma in Section 5, WARNING AND PRECAUTIONS, and Section 17, PATIENT COUNSELING INFORMATION. See Table 1 of the submitted labeling supplements as provided below.

**Table 1. Labeling Supplements Submitted by the Applicant Regarding the Risk of Meningioma**

| Application/ Supplement | Product Name |
|---|---|
| [redacted] (b) (4) | |
| NDA 020246/S-074 | Depo-Provera CI (medroxyprogesterone acetate) IM |
| NDA 021583/S-045 | Depo-SubQ Provera 104 (medroxyprogesterone acetate) SubQ |

On February 29, 2024, DUOG consulted DEPI to evaluate the scientific literature outlining a possible association between MPA-containing products and meningioma risk. In their August 2, 2024, review, DEPI stated the following:

> *"Existing observational studies have reported inconsistent findings on the risk of meningioma in women exposed to MPA-containing products. The available observational studies cannot support nor refute a potential causal relationship between use of MPA-containing products and risk of meningioma due to inadequate lookback or follow-up time for the long latency outcome, lack of information on previous or concurrent use of other exogenous hormones and exposure switching pattern, under-ascertainment of less severe meningioma, and inadequate control for important risk factors such as body mass index and smoking."*

DEPI concluded that the findings from observational studies alone did not support the inclusion of a warning and proposed language for inclusion in Section 6, Adverse Reactions, if the review team determined that the totality of evidence based on other data sources warranted addition of meningioma to product labeling.

The Division also informally requested that DPV II provide an analysis of cumulative FAERS reports of meningioma with all MPA products. The FAERS search yielded a total of 40 reports. See the FAERS search strategy in Table 2 below. After accounting for duplicate reports, a total of 31 cases globally were identified associated with MPA use (see **Figure 1** below).

| **Table 2. FAERS Search Strategy** | |
|---|---|
| Date of search | November 29, 2023 |
| Time period of search | All reports through November 28, 2023 |
| Search type | RxLogix Quick Query |
| Product terms | PAI: Medroxyprogesterone, Medroxyprogesterone\medroxyprogesterone acetate, Medroxyprogesterone acetate |
| MedDRA search terms (Version 26.1) | PT: *Anaplastic meningioma, Intracranial meningioma malignant, Intraosseous meningioma, Malignant meningioma metastatic, Meningioma, Meningioma benign, Meningioma malignant, Meningioma surgery, Spinal meningioma benign, Spinal meningioma malignant, Optic nerve sheath meningioma* |
| **Abbreviations:** MedDRA = Medical Dictionary for Regulatory Activities, PAI = Product Active Ingredient, PT = Preferred Term | |

**Figure 1. FAERS Case Selection**




DPV provided limitations for consideration regarding the FAERS results related to meningioma events.

> "Of note, it is important to be mindful of the general inherent limitations to FAERS data that apply to all drug and therapeutic biological products. FAERS data are rarely reliable for analyzing adverse events that have a delayed time to onset or a delayed time to detection. This limitation also applies to events that are not unusual in the underlying population. These limitations are applicable to the occurrence of meningioma given the longer latency to manifest clinically, in addition to the known increased risk in women as compared to men, with the highest ratio occurring during the female reproductive years."

Upon review of the available literature from DEPI and review of these small number of FAERS reports of meningioma with all MPA-containing products, the Division

determined that there was a lack of substantial clinical data supporting an association between [redacted] (b)(4) MPA containing products and the development of meningioma. On November 1, 2024, the Division issued a Complete Response for all of the proposed labeling supplements citing:

> *"The findings of the available observational studies alone do not support the addition of a warning on Meningioma risk to medroxyprogesterone acetate (MPA)-containing products."*

On June 12, 2025, the Applicant resubmitted labeling supplements for [redacted] (b)(4) MPA-containing products (Depo-SubQ Provera 104 and Depo-Provera CI) based on the following information:

> "A European Union (EU) Pharmacovigilance Risk Assessment Committee (PRAC) signal management review has been conducted on the topic of MPA and meningioma which concluded that information on meningioma should be included in the EU Summary of Product Characteristic (SmPC) of MPA-containing products. [redacted] (b)(4) PRAC concluded that the specific text to be included in SmPCs is to be differentiated based on the indicated use, administration and the dosage strength of MPA."

> Additional literature, including a US based study, Griffin et al. published in September 2024 supporting an association between the use of injectable MPA-containing products and an increased risk of meningioma in females.

After the Applicant's resubmission on June 12, 2025, DUOG formally consulted DPV and requested an updated FAERS search for reports received from November 29, 2023, through July 31, 2025. In addition, DUOG reconsulted DEPI in June 2025, regarding the epidemiologic evidence on the risk of meningioma with injectable MPA-containing product use to determine the appropriateness of the Applicant's request regarding the labeling update.

**Summaries of DPV and DEPI Consult Reviews**

Per the DPV II review, dated September 8, 2025, an updated search identified 973 reports coded with PTs related to meningioma in FAERS from November 29, 2023, to July 31, 2025, with MPA use. From DPV II review, "The number of reports received from November 29, 2023 - July 31, 2025 (n=973) is vastly greater than the number of reports retrieved in our previous FAERS search through November 28, 2023 (n=40, which was the total number of reports identified). This illustrates the impact of stimulated reporting as evidenced by 914 of the 973 reports containing a term related to litigation within the narrative text of the individual report. Multiple advertisements for lawsuits in the U.S. related to meningioma and MPA use were released in 2024 and 2025 (e.g., Morris James LLP - Meningioma and Birth Control Lawsuits: The Case Against Depo-Provera, at https://www.morrisjames.com/p/102k21l/meningioma-and-birth- control-lawsuits-the-

case-against-depo-provera/; Levin Papantonio - Depo-Provera Lawsuit – Birth Control Meningioma Brain Tumor Lawyer, at: https://levinlaw.com/depo-provera-lawsuit/; Birth Injury Justice Center - Depo-Provera Lawsuit, at: https://www.childbirthinjuries.com/product-liability/depo-provera/; ClassAction.org - Depo- Provera Lawsuits: Take Action Over Meningioma Brain Tumor Side Effects, at: https://www.classaction.org/depo-provera-meningioma-tumor-lawsuit; Singleton Schreiber Injury Attorneys - Depo-Provera Brain Tumor Lawsuit, at https://www.singletonschreiber.com/practices/mass-torts/depo-provera-brain-tumor-lawsuit).This also explains the marked increase in U.S. reports (913/973; 94%) versus foreign reports (60/973; 6%) in comparison to the results described in Section 3.1.

Additionally, in September 2024, the Pharmacovigilance Risk Assessment Committee of the European Medicines Agency (EMA) released a statement regarding "New recommendations to minimize the risk of meningioma with medicines containing medroxyprogesterone acetate." A "direct healthcare professional communication" regarding the "risk of meningioma and measures to minimize this risk" was made available on EMA's website in December 2024. This new information provided by the EMA likely also contributed to increased reporting to FAERS."

DEPI-II conducted an updated literature search in PubMed for observational studies since their last review, dated August 1, 2024, that evaluated an association between MPA use and the risk of meningioma. Upon review of the Applicant's additional submitted references and DEPI's own search of the available literature, DEPI-II concluded that the current epidemiologic evidence alone do not support the proposed labeling revision in Section 5.4 because the reviewed observational studies were of insufficient quality to establish a causal association between MPA-containing products and meningioma risk. DEPI-II, however, deferred the labeling update to the clinical review team and other relevant disciplines for assessment of published case reports as appropriate for labeling updates to section 5.4. Also, DEPI-II determined that the epidemiological studies [redacted] (b)(4) contained methodological limitations. [redacted] (b)(4) (See DEPI-II review, DARRTS NDA 020246, dated December 11, 2025, Pratt and Greene)

**Clinical Assessment**

The clinical team reviewed the clinical course of benign meningioma as well as the FAERS cases review by DPV and the literature review by DEPI. Based on the multidisciplinary review and the clinical review team's consideration that meningiomas can be associated with significant morbidity despite their benign nature. Additionally, the clinical team considered case reports of regression of tumor size with discontinuation of the injectable MPA-containing products and concluded that a labeling change to warn of the potential risk of meningioma with long-term use of injectable MPA is appropriate.

While meningioma causation has not been definitively established for injectable MPA,

inclusion of serious adverse reactions for which there is reasonable evidence of causation should be included in the WARNINGS AND PRECAUTIONS section consistent with the guidance for industry: Warnings and Precautions, Contraindications, and Boxed Warning Sections of Labeling for Human Prescription Drug and Biological Products—Content and Format (2011).

**Section 2- Review of Specific Proposed Labeling Changes**

The Applicant proposes to add 1) meningioma to the Warnings and Precautions section of the labeling; (b) (4) [redacted] corresponding language in the PPI. The following proposed labeling changes are for Depo-Provera CI and Depo-Provera SubQ Provera 104, concerning the risk of meningioma. The revisions to labeling for both products are identical and as follows:

**Prescribing Information (PI)**

**HIGHLIGHTS OF PRESCRIBING INFORMATION**
**Warnings and Precautions**

**Applicant's proposed language:**
Meningioma: Discontinue if meningioma is diagnosed (b) (4) [redacted] (5.4)

**Final agreed upon language**:
Meningioma: Discontinue Depo-Provera CI [Depo-SubQ provera 104] if meningioma is diagnosed. (b) (4) [redacted] -Monitor patients for signs and symptoms. (5.4)

**Section 5. WARNINGS AND PRECAUTIONS**

**Applicant's proposed language:**
5.4 Meningioma
Meningiomas have been reported following (b) (4) [redacted] administration of medroxyprogesterone acetate. (b) (4) [redacted]

**Final agreed upon language:**
5.4 Cases of ~~M~~meningiomas have been reported following (b) (4) [redacted] repeated administration of medroxyprogesterone acetate, primarily with long term use. (b) (4) [redacted]

Reference ID: 5710780

(b) (4)

[redacted] Monitor patients on Depo-Provera CI [Depo-SubQ provera 104] for signs and symptoms of meningioma. Discontinue Depo-Provera CI [Depo-SubQ provera 104] if a meningioma is diagnosed.

(b) (4)

[redacted]

**Section 17. PATIENT COUNSELING INFORMATION**

**Applicant's proposed language*:***
Counsel patients with a history of meningioma about the possible [redacted] (b) (4) risk of meningioma *[see Warnings and Precautions (5.4)].*

**Final agreed upon language:**
Counsel patients with a history of meningioma about the possible [redacted] (b) (4) -risk of worsening meningioma [see Warnings and Precautions (5.4)].

**Patient Information**

**What should I tell my healthcare professional before taking Depo-Provera CI [Depo-SubQ provera 104]?**

**Applicant's proposed language*:***
(b) (4) [redacted]

**Final agreed upon language*:***
(b) (4) [redacted] -have or have ever had a type of usually benign brain tumor called a meningioma (b) (4) [redacted]

**Depo-Provera CI [Depo-SubQ provera 104] can cause serious side effects, including:**

**Applicant's Proposed Language: No additional text.**

The Division recommended that due to the addition meningioma in the Warnings and Precautions section of the PI, the risk of brain tumor should be added to the list of serious side effects in the PPI.

**Final agreed upon language:**
Possible increased risk for growth of a meningioma (a usually benign brain tumor), primarily when the product is used for a long time.

**Section 3- Recommendations**

I recommend approval of the following labeling supplements as agreed upon by the Division and the Applicant:

- NDA 021583/Supplement-045
- NDA 020246/Supplement-074

## Section 4- References


Agopiantz, M., Carnot, M., Denis, C., Martin, E., & Gauchotte, G. (2023). Hormone Receptor Expression in Meningiomas: A Systematic Review. *Cancers*, *15*(3), 980. https://doi.org/10.3390/cancers15030980

Abou-Al-Shaar H, Wrigley R, Patel A, et al. (2023). Skull Base Meningiomas as Part of a Novel Meningioma Syndrome Associated with Chronic Depot Medroxyprogesterone Acetate Use. *J Neurol Surg B Skull Base*. 84(S 01): S1-S344. doi:10.1055/s-0043-1762201.

Griffin R. L. (2024). The Association between Medroxyprogesterone Acetate Exposure and Meningioma. *Cancers*, *16*(19), 3362. https://doi.org/10.3390/cancers16193362

Muskens, I. S., Wu, A. H., Porcel, J., Cheng, I., Le Marchand, L., Wiemels, J. L., & Setiawan, V. W. (2019). Body mass index, comorbidities, and hormonal factors in relation to meningioma in an ethnically diverse population: the Multiethnic Cohort. *Neuro-oncology*, 21(4), 498–507. https://doi.org/10.1093/neuonc/noz005

Miyagishima, D. F., Moliterno, J., Claus, E., & Günel, M. (2023). Hormone therapies in meningioma-where are we? *Journal of neuro-oncology*, *161*(2), 297–308. https://doi.org/10.1007/s11060-022-04187-1

Ostrom, Q. T., Cioffi, G., Gittleman, H., Patil, N., Waite, K., Kruchko, C., & Barnholtz-Sloan, J. S. (2019). CBTRUS Statistical Report: Primary Brain and Other Central Nervous System Tumors Diagnosed in the United States in 2012-2016. Neuro-oncology, 21(Suppl 5), v1–v100. https://doi.org/10.1093/neuonc/noz150

Ostrom, Q. T., Price, M., Neff, C., Cioffi, G., Waite, K. A., Kruchko, C., & Barnholtz-Sloan, J. S. (2023). CBTRUS Statistical Report: Primary Brain and Other Central Nervous System Tumors Diagnosed in the United States in 2016-2020. *Neuro-oncology*, *25*(12 Suppl 2), iv1–iv99. https://doi.org/10.1093/neuonc/noad149

Roland, N., Neumann, A., Hoisnard, L., Duranteau, L., Froelich, S., Zureik, M., & Weill, A. (2024). Use of progestogens and the risk of intracranial meningioma: national case-control study. *BMJ (Clinical research ed.)*, *384*, e078078. https://doi.org/10.1136/bmj-2023-078078

Wang, E. J., Haddad, A. F., Young, J. S., Morshed, R. A., Wu, J. P. H., Salha, D. M., Butowski, N., & Aghi, M. K. (2023). Recent advances in the molecular prognostication of meningiomas. *Frontiers in oncology*, *12*, 910199. https://doi.org/10.3389/fonc.2022.910199

Wiemels, J., Wrensch, M., & Claus, E. B. (2010). Epidemiology and etiology of meningioma. *Journal of neuro-oncology*, *99*(3), 307–314. https://doi.org/10.1007/s11060-010-0386-3

---

**This is a representation of an electronic record that was signed electronically. Following this are manifestations of any and all electronic signatures for this electronic record.**

---

/s/

---

MARY S SHUMAN
12/12/2025 11:12:09 AM

AISHA P JOHNSON
12/12/2025 11:27:55 AM
Signing also on behalf of Ioanna Comstock, clinical team leader

CHRISTINA Y CHANG
12/12/2025 12:02:05 PM

**DaltonDepartment of Health and Human Services**
**Public Health Service**
**Food and Drug Administration**
**Center for Drug Evaluation and Research**
**Office of Surveillance and Epidemiology Review (OSE)**
**Office of Pharmacovigilance and Epidemiology (OPE)**

# Epidemiology Literature Review Update of Medroxyprogesterone Acetate and Meningioma Risk

| | |
|---|---|
| Date: | December 11, 2025 |
| Reviewer(s): | Natasha Pratt, PhD, Master Epidemiologist<br>Christina R. Greene, PhD, Senior Epidemiologist<br>Division of Epidemiology II |
| Division Director: | Monique Falconer, MD, MS<br>Division of Epidemiology II |
| Drug Name(s): | Medroxyprogesterone Acetate (MPA) |
| Subject: | Meningioma |
| Application Type/Number: | [redacted] (b) (4) 020246, [redacted] (b) (4) 021583 |
| Applicant/sponsor: | Pfizer |
| OSE TTT #: | 2025-15394 |

## TABLE OF CONTENTS

EXECUTIVE SUMMARY .......... 2
1 INTRODUCTION .......... 3
1.1 Background .......... 3
1.2 U.S. Product Labeling .......... 5
2 REVIEW METHODS AND MATERIALS .......... 6
2.1 Literature Search Strategy .......... 7
2.2 Screening Criteria and Article Abstraction .......... 7
3 REVIEW RESULTS .......... 8
3.1 Case-control study by Frey et al. .......... 9
3.2 Case-control Study by Reynolds et al .......... 10
3.3 Case-control Study by Griffin et. al .......... 11
3.4 Retrospective cohort study by Xiao et. al .......... 12
4 DISCUSSION .......... 14
5 CONCLUSION .......... 17
6 RECOMMENDATIONS .......... 17
7 REFERENCES .......... 17
8 APPENDIX .......... 19
8.1 Epidemiologic Studies Reviewed .......... 19
8.1.1. Design Summary of Included Epidemiologic Studies .......... 19
8.2 Description of EMBASE and PubMed Search Strategies Used in Literature Review.. 25

## EXECUTIVE SUMMARY

In December 2023, Pfizer, the Applicant, submitted a prior approval supplement to add a warning on meningioma risk to the product information for medroxyprogesterone acetate (MPA)-containing products. In response, DEPI II conducted an updated literature search in EMBASE and PubMed for articles published on or prior to May 1, 2024, that examined potential associations between MPA-containing products (most often used for contraception or hormone replacement therapy [HRT]) and meningioma. Based on the previous DEPI II review on August 1, 2024, the findings from the available observational studies alone did not support the addition of a warning on meningioma risk for MPA-containing products at that time.

The updated literature review included four observational studies published since the last DEPI II review. Of the four studies included, three featured a case-control design and one featured a retrospective cohort design. All three case-control studies were conducted using U.S. administrative healthcare claims sources and the retrospective cohort study used an electronic health records database from the United States. The four observational studies included in this review all reported a positive association between MPA-containing products use and meningioma risk in women. This finding is more consistent than the results from the two observational studies included in the previous DEPI review. Nevertheless, several major limitations of the previously reviewed studies remain present in the studies included in this updated review.

DEPI II concluded that all studies reviewed were of insufficient quality to infer a potential causal association between MPA-containing products use and meningioma risk due to the following limitations: an unclear temporal relationship between drug exposure and meningioma development, the use of unvalidated outcome algorithms, insufficient information on previous or concurrent use of other exogenous hormones and exposure switching patterns, and insufficient capture and control of potential confounders. The reviewed studies also cannot inform the relationship between the dose and length of MPA-containing product use and meningioma risk due to flawed measurement of exposure duration and a lack of information on exposure dose.

Based on DEPI's review, the findings from the available observational studies alone do not support the proposed labeling revision in Section 5 (b) (4) proposed by the Applicant. DEPI defers to DUOG on final label recommendations based on clinical considerations in their benefit-risk assessment of the drug.

# 1 INTRODUCTION

This is an updated Division of Epidemiology (DEPI) literature review assessing the risk of products containing medroxyprogesterone acetate (MPA) and the risk of meningioma. The previous DEPI review was finalized on August 1, 2024.

On June 11, 2025, the Division of Urology, Obstetrics, and Gynecology (DUOG) consulted DEPI regarding the Applicant's updated proposal to add a warning on the risk of meningioma to injection products containing medroxyprogesterone acetate (MPA). In response to this consult, DEPI conducted an updated review of the published epidemiologic literature to examine a potential association between exposure to MPA in products, such as hormonal contraceptives or hormone replacement therapy (HRT), and the risk of meningioma.

## 1.1 Background

In June 2020, DEPI and the Division of Pharmacovigilance (DPV) conducted an integrated review to examine the association between hormonal contraceptives and incidence of meningioma.[1] The reviewed observational studies did not provide evidence of an association between ever or past OC use and meningioma but suggested a potential trend towards increased risk of meningioma in current OC users.

DEPI's review concluded that because of the small sample size in studies of current OC users, the long latency period for meningiomas, and the potential increased risk in current users, additional observational studies would be needed to clarify the role of hormonal contraceptives in meningioma development. Such studies would need to be larger, with sufficient confounder control that further evaluate the combined effect of duration and recency of hormonal contraceptives on meningioma risk. No regulatory action was recommended as a result of this review.

In December 2023, the Applicant proposed addition of a warning on the risk of meningioma to the product information on MPA-containing products based on their literature review of observational studies and case series/reports as well as an examination of the Applicant's Global Safety database. Following the Applicant's request, DEPI finalized an independent review of the literature[2] and noted that findings from the available observational studies alone did not support the addition of a warning on meningioma risk to MPA-containing products at the time in August 2024.

In September 2024, the European Medicines Agency (EMA) Pharmacovigilance Risk Assessment Committee (PRAC)[3] recommended that high dose MPA products, including injectables and tablets 100mg or more) must not be used in patients who have a past or current meningioma unless as treatment for oncological indication. Also, patients taking high doses of MPA should be monitored for symptoms of meningioma and, if diagnosed should stop use of these products. The PRAC decided that the EMA would update product information for medicines containing high-dose MPA to include meningioma as a possible side effect of unknown frequency.[3]

In April 2025, the Applicant proposed an addition of a warning to injection MPA product [redacted] (b) (4) The Applicant's

clinical overview of this labeling change discussed the outcome of the PRAC recommendation, the evidence on which it was based, and some literature available on the topic. [redacted] (b) (4) The Applicant's rationale for these label updates is for the awareness of prescribers and to provide the most up-to-date and complete information on the safe and effective use of MPA-containing products, noting that these updates do not alter the benefit-risk profile of MPA-containing products.

In June 2025, DUOG consulted DEPI to provide an updated assessment of the epidemiological literature on a potential association between MPA-containing products and meningioma.

### 1.1.1 Medroxyprogesterone Acetate (MPA)

Medroxyprogesterone acetate (MPA), also known as depot medroxyprogesterone acetate (DMPA) in injectable form, is a synthetic progestin hormone included in different FDA-approved products alone or in combination with estrogen. Products containing MPA are often prescribed for contraception, as HRT for treatment of menopausal vasomotor symptoms, or for treatment of several other indications including endometriosis or associated pain, recurrent or metastatic (breast/endometrial/renal) cancer, metastatic prostate cancer, primary or secondary amenorrhea, and anorexia and cachexia syndrome. MPA-containing products with or without estrogen are available orally in the form of tablets as well as alone via intramuscular or subcutaneous route. A further description of products and associated dosages containing MPA are described in the table below.

**Table 1: MPA-containing Products by Application Number and Route of Administration with Strength**

| NDA | Product | Route of Administration and Strength | Primary Indication |
|---|---|---|---|
| 021583 | Depo-Provera SQ | Subcutaneous (SC) 104mg/0.65mL | Contraception |
| 020246<br>012541 | Depo-Provera IM | Intramuscular (IM) injection<br>50mg/mL, 100mg/mL, 150mg/mL, 150mg/3mL, 200mg/mL, 250mg/mL, 250mg/5mL, 400mg/mL, 500mg/mL, 500mg/2.5mL, 500mg/3.3mL, 1000mg/mL, 1000mg/6.7mL | Contraception<br>Endometrial and renal carcinoma |

| NDA | Product | Route of Administration and Strength | Primary Indication |
|---|---|---|---|
| 020527 | Prempro and Premphase | Conjugated estrogens (CE) and MPA tablets<br>Oral (0.3mg/1.5mg, 0.45mg/1.5mg, 0.625mg/2.5mg, 0.625mg/5mg) | Moderate to Severe Vasomotor Symptoms due to Menopause<br>Moderate to Severe Vulvar and Vaginal Atrophy due to Menopause<br>Prevention of Postmenopausal Osteoporosis |
| 011839 | Provera | Oral tablets<br>2.5mg, 5mg, 10mg, 20mg, 100mg, 200mg, 250mg, 400mg, 500mg | Moderate to Severe Vasomotor Symptoms due to Menopause |

### 1.1.2 Meningioma

Meningiomas are the most common primary intracranial tumors and represent 39% of all intracranial neoplasms.[6] According to the Central Brain Tumor Registry in the U.S., there are approximately 37,000 new cases of meningioma diagnosed yearly in the United States with an annual incidence rate of 9.7 per 100,000 population. Incidence of meningioma increases with age and meningiomas, particularly those originating in the spine, are more common in females compared to males.[7,8] Population studies estimate that 80-85% of meningiomas would be classified as grade 1 by the WHO, with 15-18% as grade 2, and 1-3 as grade 3,[9] however, hospital-based or tertiary care studies estimate a higher proportion of more serious (grade 2 or 3) tumors.[10]

Evidence suggests that ionizing radiation, incidental radiation exposure (i.e., through frequent dental radiographs, childhood head computed tomography (CT), atomic bombs), and genetic predisposition appear to be most strongly associated with the development of meningioma.[7]Additionally, some studies suggest a protective effect of smoking and increased risk associated with higher body mass index (BMI), both of which could be mediated through the effects of endogenous estrogen levels as smoking lowers estrogen levels while higher BMI increases estrogen levels.[7]

Use of high dose cyproterone, which is not available in the United States, shows a stronger association with meningioma based on currently available published literature.[11]

## 1.2 U.S. PRODUCT LABELING

The current labeling for the various hormonal contraceptive products and menopausal hormone therapy products containing DMPA or MPA does not contain language regarding the occurrence or risk of meningioma.

The Applicant proposed to include meningioma in a warning section (Section 5.4) of the Product Information on MPA-containing products [redacted] (b) (4)

Proposed language for warning section (Section 5.4) in the label:

(b) (4)

[redacted]

# 2 REVIEW METHODS AND MATERIALS

## 2.1 LITERATURE SEARCH STRATEGY

We conducted a literature search update in EMBASE and PubMed published for articles published between May 1, 2024, and June 12, 2025, that examined a potential association between MPA-containing products, and risk of meningioma or meningeal tumors. We used the two search strings individualized for PubMed and EMBASE that had been run in our previous review completed on August 1, 2024 (see **Appendix 8.2.1** and **Appendix 8.2.2**).

We further updated our search on July 10, 2025, to determine whether additional articles citing relevant studies and pre-prints (i.e., not peer reviewed) had since been published. Additionally, DUOG sent us another article for consideration on September 3, 2025.

We applied our screening and inclusion/exclusion criteria to the articles cited in the Applicant's literature review and the article identified by DUOG to determine whether abstraction and review were needed.

## 2.2 SCREENING CRITERIA AND ARTICLE ABSTRACTION

After the search in both EMBASE and PubMed were conducted, articles were reviewed based on the following inclusion criteria:

- observational study design (i.e., case-control study, retrospective or prospective cohort study), meta-analyses, or systematic review (exclusions: case series and case studies, narrative reviews, editorials, commentaries, clinical study).
- exposure and outcome in human participants and exposure preceded identified outcome.
- MPA-containing products as main exposure of interest
- measured meningioma, meningeal tumor, or meningeal neoplasm as specific outcome
    - excluded meningioma recurrence as an outcome or study was restricted only to individuals identified as having a meningioma at time of study initiation
- compared risk of outcome between users of MPA-containing products and associated products and users of another product or no use of MPA-containing products
- accounted for baseline characteristics or potential confounders using study design or analytical methods.

We reviewed article **titles, abstracts, and methods sections** from the resulting studies to determine whether inclusion of article met the prespecified criteria defined above. Screened articles were deemed to meet inclusion criteria were reviewed for full-text and abstracted.

We considered the guidelines for reviewing study reports for completeness and quality as described in STROBE observational study checklist[a] and relevant aspects of our FDA Guidance for Industry and Staff - Best Practices for Conducting and Reporting

[a] https://www.strobe-statement.org/download/strobe-checklist-cohort-case-control-and-cross-sectional-studies-combined [this checklist is not an instrument to evaluate the quality of observational research]

Pharmacoepidemiologic Safety Studies Using Electronic Healthcare Data.[b] We focused on characterizing the review issue(s) that would impact using the study findings to inform regulatory decision making.

Articles were further excluded after full text review if judged to not have completed analysis, as evidenced by a manuscript (e.g., conference abstract that did not result in a manuscript).

In our evaluation of the identified literature, we first checked whether the study methods and results were adequately reported in the publication. We then conducted critical quality assessment of the study by evaluating the strengths and limitations and the impact they have on the reported findings (e.g., the direction of potential biases on the reported findings) or the interpretations of the study results. For the purposes of this review, we focused exclusively on epidemiologic design considerations.

## 3 REVIEW RESULTS

Four studies[5,12,13,14] were identified for review. Three studies[5,12,13] were identified from our independent literature search and one study[14] was sent to us by DUOG for review. The results of the independent literature search are shown in **Figure 1**.

From the literature submitted by the Applicant in the updated clinical overview only one study[5] was identified from our updated literature search and met our inclusion criteria. Detailed study descriptions alongside noted strengths and limitations for these four studies can be found in **Appendix 8.1**.

[b] https://fda.sharepoint.com/:b:/r/sites/CDER-CFGD/Shared%20Documents/Best%20Practices%20for%20Conducting%20and%20Reporting%20Pharmacoepidemiologic%20Safety%20Studies%20Using%20Electronic%20He.pdf?csf=1&web=1&e=vm8st6

**Figure 1: Results of Inclusion and Exclusion of Articles from Updated Literature Search Examining the Association between MPA Exposure and Meningioma**




The four studies used US data sources. Three were case-control studies[5,12,13] conducted using administrative healthcare claims data. One study[14] was a retrospective cohort study that used an electronic health records database.

### 3.1 CASE-CONTROL STUDY BY FREY ET AL.

Frey et al. conducted a case-control study nested in a population identified in the PharMetrics Plus database, an administrative health plan claims database, from 2006-2020. New users of MPA and oral ethinylestradiol-levenorgestrel (EE-LNG) were identified from the source data. A one-year look-back period was applied to ensure that all participants were incident users of the study drugs and to facilitate covariate adjustment.

Incident cases of intracranial and spinal meningiomas were identified among the user cohorts through ICD-9 or ICD-10 diagnostic codes. The date of the first recorded diagnosis was defined as the index date. For each case, a risk set of controls with equivalent time from MPA or EE-LNG use to the index date was identified. From these risk sets, four controls per case were selected using a density-based sampling approach,

where controls could later become cases. Cases and controls were matched by age (±1 year) and calendar time.

Exposure to MPA or EE-LNG was defined as at least two prescriptions of the respective study drug. In the primary analysis, exposure was defined as at least two prescriptions during the two-year window preceding the index date, excluding the year immediately prior to the index date (the grace period to account for latency of outcomes such as meningioma). Additional grace periods (two, three and four years) were evaluated in sensitivity analyses.

Conditional logistic regression was used to estimate adjusted IRRs. The model accounted for confounding variables, including prior radiation therapy, previous use of other contraceptives, and obesity. However, the time window to ascertain information on confounders was not clearly specified in the article (e.g. whether the one-year look-back period was from the index date or from the initiation of the study drugs).

The study cohort included 72,181 MPA users and 247,180 EE-LNG users. Within this population, 212 cases of meningioma and 848 matched controls were identified. The mean age of both cases and controls was 40.8 years (±9.8). The proportions of women with previous radiation therapy and previous contraceptive use were similar between cases and controls, but cases had a lower proportion of women who had obesity (3.3% in cases, 6.3% in controls).

MPA use was associated with a higher risk of meningioma than EE-LNG use (adjusted OR=3.55 [95% CI: 1.85–6.85]). Findings were consistent in the sensitivity analyses that incorporated different length of grace period.

### 3.2 Case-control Study by Reynolds et al.

Reynolds et al. conducted a case-control study nested in a base study population from Alabama Medicaid administrative data from 2010 to 2023. Cases were defined as females aged 18-55 years with ICD-9 or ICD10 diagnosis codes for cerebral meningioma. The date of earliest diagnosis was used as the index date. For each case, up to 10 female controls were matched on age±1 year and year of Medicaid enrollment. Additionally, controls must have been enrolled for at least as long as the case.

Exposure to MPA was determined separately for oral MPA and intramuscular MPA (DMPA). For both routes of administration, duration of exposure was categorized as no exposure, short-term (i.e., within the past year before the index date, without dispensing in the second year before the index date), and prolonged-term exposure (i.e., exposure within the first year before the index date, followed by at least one dispensation in the previous years). Twelve 12 subjects (0.2% of the total population and all of whom were controls) that had exposure to MPA and DMPA. These subjects were included in the MPA and DMPA analyses.

The same methodology was used for capturing exposure to the active comparators: norethindrone (alone or in combination) or levonorgestrel in combination with another medication (e.g., levonorgestrel and ethinyl estradiol). Levonorgestrel alone is used an emergency contraceptive rather than for continued contraceptive use and was excluded as an active comparator. Study participants were categorized as having no exposure (i.e., non-active comparator), exposure to an active comparator (levonorgestrel or

norethindrone), and exposure to MPA (for the oral MPA analysis) or DMPA (for the injection MPA analysis).

For each case and matched controls, Elixhauser comorbidities were determined based on ICD-9 and ICD-10 diagnoses that occurred on claims within the three years prior to the index date and medications dispensed at any point prior to the index date. The count of comorbidities was summed for each subject, and a categorical variable for the unweighted Elixhauser comorbidity count was defined as zero or one comorbidity, two comorbidities, three comorbidities, or four or more comorbidities.

Odds ratios (OR) and associated 95% confidence intervals (CI) for the association between MPA/DMPA exposure and cerebral meningioma were estimated using conditional logistic regression. Models were adjusted for age, race, and categorical number of Elixhauser comorbidities. Separate models were created for any exposure, short-term exposure, and prolonged-term exposure.

The study population included 469 cases of meningiomas and 4,690 matched controls. Two-third of the population were between 40-55 years of age. Most patients identified as white (49% in cases, 45% in controls) or black (42% in cases, 44% in controls). Compared to controls, cases were more likely to have comorbidities comprising the Elixhauser comorbidity index and multiple comorbidities (e.g. 64% of cases had four or more comorbidities vs 30% in controls).

The risk of cerebral meningioma was not increased with exposure to oral MPA compared to non-exposed women or active controls. The risk of cerebral meningioma was positively associated with exposure to DMPA compared to non-exposed (adjusted OR=1.87; 95% CI=1.16-3.00) and active controls (adjusted OR=1.87; 95% CI=0.98-3.56). The observed associations between DMPA and cerebral meningioma were stronger among patients with "prolonged exposure," i.e. those who had one DMPA dispensing within the first year before the index date, followed by at least one dispensation in the previous years (Table 8.1.1.1).

### 3.3 CASE-CONTROL STUDY BY GRIFFIN ET. AL

Griffin et al. conducted a case-control study using the administrative claims data from the IBM MarketScan database between 2006 and 2022. Data were ascertained on insurance enrollment (i.e., dates of enrollment start and end), demographics (i.e., sex and age), clinical diagnoses (via ICD-9 and ICD-10 codes), and pharmaceutical claims. Cases were defined as females18 years or older diagnosed with either cerebral meningioma or spinal meningioma based on an ICD-9 or ICD-10 CM diagnosis code for either malignant or benign meningioma. For each case, up to 10 female controls were matched (with replacement) based on age ± 1 year and exact year of enrollment. Controls had to be enrolled for at least as long as the case on the encounter date when the first ICD code for meningioma was documented (index date).

The primary exposure was defined as having a dispensed prescription for MPA prior to the index date. A prescription duration variable was created by summing the total time between the first dispensed MPA prescription and the date of the last documented dispensing (prior to the index date). Duration was categorized a priori as no exposure, <1 year, 1–2 years, 2–3 years, and >3 years. Separate variables were created for oral

exposure (tablet, alone and combined with an estrogen) and injection (the 150 mg intramuscular dose and the 104 mg subcutaneous dose).

For all cases and matched controls, an Elixhauser comorbidity score was calculated by identifying all documented ICD diagnosis codes up to three years prior to the index date. ICD-9 CM codes were converted to ICD-10 CM codes. An unweighted Elixhauser comorbidity score was calculated as the sum of the study subject's comorbidities, and the score was categorized as 0, 1, 2, 3, or ≥4 comorbidities. Age was categorized as 18–39 years, 40–59 years, and ≥60 years.

Conditional logistic regression was used to estimate ORs and associated 95% confidence intervals (CI) for the association between a prescription drug claim for MPA and the odds of a meningioma diagnosis. Adjusted models included age and the Elixhauser comorbidity score. Additional analyses examined the risk by duration of the MPA prescription (based on prescription claims data). Separate models were created for cerebral and spinal meningiomas.

In total, 117,503 cases and 1,072,907 matched controls were analyzed. Mean age was similar between cases and controls (58.2 vs. 58.1 years, respectively). Cases were more likely to have comorbidities and had a higher mean unweighted Elixhauser comorbidity score (1.70 vs. 0.97, $p < 0.0001$) than controls.

The risk of meningioma was not increased with exposure to oral MPA compared to non-exposed women. The risk of meningioma was positively associated with exposure to DMPA compared to non-exposed (adjusted OR 1.53, 95% CI 1.40–1.67). This association was specific to cerebral meningiomas (adjusted OR 1.68, 95% CI 1.50–1.87), but not to spinal meningiomas (adjusted OR 0.77, 95% CI 0.53–1.12). A positive linear association between DMPA duration and risk of cerebral meningiomas was reported (Table 8.1.1.1).

### 3.4 Retrospective cohort study by Xiao et. al

Xiao et al. conducted a retrospective cohort study based on data from the TriNetX Collaborative Network to examine the relative risk of meningioma diagnosis in women using DMPA and other related progestins. The TriNetX platform integrates deidentified patient information from electronic health records obtained from 68 health care organizations in the US. Patient data were extracted through structured queries using standardized medical coding systems, including ICD-10, the Healthcare Common Procedure Coding System (HCPCS), Current Procedural Terminology (CPT), and RxNorm. The study population included female patients of all ages between December 1, 2004, to December 1, 2024.

Nine mutually exclusive cohorts were created for patients with prescriptions and encounters for DMPA, oral MPA, and the related progestins - combined oral contraceptives (COC), intrauterine devices (IUD), 52mg levonorgestrel-releasing IUD (52 LGN IUD), 13.5/19.5 mg levonorgestrel-releasing IUD (low LGN IUD), copper IUD (Cu IUD), progestin only pills (POP), or subdermal implantable contraceptives (SDI). The exposed cohorts could not be exposed to other studied hormonal treatments during the study period.

The control cohort had patients who presented for a general examination without complaints or suspected meningioma diagnosis and without exposure to any of the studied hormonal treatments during the study period. All patients with a diagnosis code for meningioma before the initiation of treatment were excluded. If patients were missing any data from the query, they were automatically excluded from the analysis via the TriNetX platform.

The primary outcome was any meningioma diagnosis defined by ICD-10 code (D32) determined at the discretion of individual practitioners/institutions, regardless of whether patients received surgery, radiation, or observation.

Propensity score matching (PSM) was used to account for confounding. TriNetX uses a 1:1 greedy nearest neighbor PSM technique that uses logistic regression to generate same-sized cohorts. Two PSM analyses were conducted. The first set of analyses compared all treatment groups with the control group. The covariates used to calculate the propensity score were age at inclusion, race, ethnicity, history of pregnancy, history of breast cancer, neurofibromatosis, history of radiation exposure, and body mass index (BMI).

A second set of PSM analyses were performed with an expanded group of covariates which include the aforementioned covariates and others,[c] examining DMPA against all other treatment groups. Two additional subgroup analyses were performed comparing DMPA with controls, while stratifying by DMPA length of exposure and patient age at initiation of DMPA.

The article did not provide clear information on several design elements, such as the index time of the analyses, duration of the "look-back" period to ensure "new use" of the studied treatments, time window to ascertain covariates, operational definition of length of exposure, "lost to follow-up," and covariates.

In total, 10,425,438 female patients were included across all groups with a mean age of 33.4 years at inclusion. The queries yielded the following group sizes: control (n = 8,186,531), DMPA (n = 88,668), oral MPA (n = 736,443), COC (n = 388,192), IUD (n = 614,666), Cu IUD (n = 29,666), 52 LGN IUD (n = 180,035), low LGN IUD (n = 22,643), POP (n = 39,406), and SDI (n = 172,188). After propensity score matching, 88,667 patients with a mean age of 26.2 years at inclusion were in the DMPA group.

Use of DMPA was associated with an increased risk of meningioma diagnosis compared to controls (relative risk [RR]= 2.43 [95%CI, 1.77-3.33]). Use of oral MPA was also found to be associated with increased risk of meningioma (RR=1.18 [95%CI, 1.10-1.27]) compared with controls. No increased risk of meningioma diagnosis was found with any other studied contraceptives.

---

[c] Additional covariates reported in the results table are: diagnosis of obesity/overweight, hyperlipidemia, diabetes, leiomyoma of uterus, other benign neoplasm of uterus, malignant neoplasm of uterus, benign neoplasm of ovary, malignant neoplasm of ovary, benign neoplasm of breast, malignant neoplasm of lymphoid or blood, tobacco use. The time window to ascertain these covariates were not specified in the article.

# 4 DISCUSSION

The four observational studies included in this updated review all reported a positive association between the use MPA-containing products and meningioma risk in women. This finding is more consistent than the results from the two observational studies included in the previous DEPI review.[d] Nevertheless, the major limitations of the previously reviewed studies remain present in the studies included in this updated review.

*Unclear temporal relationship between exposure and outcome*

Limited information exists regarding the duration of the "risk window" for developing meningioma due to exogenous hormones, such as hormonal contraception or HRT. Nevertheless, most meningiomas are benign, slow-growing tumors.[7] When investigating potential risks of latent outcomes associated with treatment exposure, sufficient duration of "continuous observation" between exposure and outcome is required to ensure latent outcomes can be captured. The analyses would also incorporate a latency period to exclude outcomes that occurred soon after the index date to ensure that the observed outcomes are incident cases and can be attributed to the exposure of interest.

The cohort study conducted by Xiao et al. was based on electronic health records collected in the TriNetX Platform. The study is unlikely to have longitudinal information on the study population over the up to 20-years study duration. Given that patients often change health care providers due to health insurance coverage and other factors, and encounters with health care providers outside of the TriNetX data network would not be captured. The three case-control studies were based on administrative claims data in the United States. While the authors required that cases and controls had the same duration of enrollment in the data source, only Frey et al. incorporated a latency period in their analyses to account for the slow-growing nature of meningiomas.

Thus, the temporal relationship between exposure to MPA-containing products and meningioma cannot be clearly delineated in most of the reviewed studies. It is difficult to determine whether the exposure may have contributed to the outcome or whether the outcome preceded the exposure.

*Outcome misclassification*

All the reviewed studies relied on ICD-9 or ICD-10 codes to identify meningiomas but did not report the validity of these algorithms. Existing literature also does not inform the performance of ICD code-based algorithm to identify meningiomas from administrative claims data or EHR. Outcome misclassification could have led to underestimation or overestimation of risk if it was differential across the comparison groups.

*Exposure misclassification*

---

[d] The case control study by Roland et al. reported a significant increased risk of meningioma associated with use of DMPA. unexpectedly, exposure to copper intrauterine devices, used as a negative control for exposure, was also observed to have a positive association with risk of meningioma. The prospective cohort study conducted by Benson et al. observed a positive association between current use of estrogen combined with MPA-containing products for HRT and meningioma, however, it is unclear if the potential increased risk can be attributed to MPA-containing product as the study observed a similar magnitude but statistically significant increased risk of meningioma with current use of estrogen only HRT.

Use of estrogen-only HRT products has been shown to be associated with increased meningioma risk. Although it is unclear whether this relationship is causal, studies assessing women who used MPA-containing products for contraception or as HRT need to account for this exposure and its potential impact. The intended users of MPA-containing products are likely to also be exposed to estrogen-containing products previously or concurrently. MPA users also may have switched to other products for contraceptive or HRT purpose.

Even though Xiao et al. attempted to address this issue by identifying cohorts of patients who only received MPA-containing products or other exogenous hormone products, they would not be able to sufficiently ascertain the use of the medications of interest over the entire study duration because their data source cannot capture medications prescribed or dispensed by health care providers outside of the TriNetX data network.

The Griffin study did not ascertain information on the use of estrogen-containing products in their study population. The Reynolds study ascertained information on the use of some exogenous hormone products used as active control (norethindrone or levonorgestrel and ethinyl estradiol), but did not account for use of other estrogen-containing products.

While the Frey study adjusted for "previous use of oral contraceptive", they did not report the types of prior oral contraceptive use (i.e., estrogen-containing or progesterone-only). Furthermore, the Frey study only required one-year "look-back" period to ascertain "previous use of other contraceptives," which is likely insufficient for these chronically use medications.

As a result, misclassification of the exposure of interest (MPA-containing products) and their comparison groups[e] occurred in all reviewed studies, because previous exposure, concurrent use or switching to other exogenous hormone products cannot be sufficiently captured. It is difficult to predict the direction of the bias because it is unclear whether the exposure misclassification is differential between the comparison groups or not. It also is problematic to determine whether the observed increased risk of meningioma is attributable only to the MPA-containing products.

*Residual confounding*

Residual confounding can bias the findings as none of the reviewed studies sufficiently captured and/or accounted for the potential impact of exogenous hormone use and several other potential confounders, such as: exposure to radiation therapy, genetic predisposition to meningioma (e.g. NF2-related schwannomatosis), smoking, and obesity.[7]

The Reynolds study and the Griffin study adjusted for only demographic factors and Elixhauser comorbidity score in their analyses, which did not account for potential confounders. Frey et al. and Xiao et al. tried to account for more relevant potential

[e] Comparators used in the reviewed studies includes: non-users of MPA/dMPA, none users of the studied progestins/contraceptives, active comparators (EE-LNG or norethindrone), women who did not exposed to MPA/dMPA nor the active acomparators

confounders in their analyses.[f] Nevertheless, it is unclear whether the "look-back" period for confounder ascertainment was implemented from the index date (outcome diagnosis) or from the initiation of the studied treatments in the Frey study. Besides, Frey et al. only implemented a one-year look-back period, which might not be sufficient to capture the history of treatments and comorbidities that are risk factors for meningioma.

Obesity is likely incompletely captured in administrative claims. Xiao et al. did not provide information on the look-back time window for ascertaining the potential confounders included in their propensity score model. As discussed previously, the study likely under-ascertained potential confounders given the lack of longitudinal information in electronic medical records.

We cannot predict the direction of the bias because the studies cannot provide sufficient information on the distribution of potential confounders between the comparison groups.

*Flawed measurement of exposure duration*

All reviewed studies attempted to evaluate the relationship between duration of MPA-containing products use and meningioma risk to some degree. They either reported findings on meningioma risk associated with "prolonged exposure" to MPA-containing products or conducted stratified analyses by "length of exposure." However, the operational definitions used for "duration of exposure" either were not clearly reported, or did not reflect the exposure duration.

Xiao et al. reported stratified analyses on "length of exposure," but did not provide how "length of exposure" was ascertained. Given that the study was based on electronic medical records which lacks longitudinal information, they were unlikely to accurately captured duration of use.

Frey et al. and Reynolds et al. examined "prolonged" exposure to MPA-containing products and only used counts of prescriptions dispensed in two consecutive years to identify "prolonged use."[g] Griffin et al. conducted stratified analyses by "duration of exposure" and calculated it by summing the total time between the first dispensed MPA prescription and the date of the last documented dispensing (prior to outcome diagnosis). These operational definitions are problematic because they did not consider whether a patient had continuously refilled the prescription before the prior medication supply ran out over the entire time window. In particular, the duration covered by each prescription (e.g., "days supply") varies across products and formulations. For example, for injectable MPA (dMPA), one prescription likely indicates that the patients were exposed to MPA for about three months, because one injection has a defined period of drug effect. However, for oral MPA or other oral contraceptives that were used as comparators in these studies, the "days supply" per prescription may vary greatly depending on prescribing practices and insurance coverage.

---

[f] The Frey study: cases and controls matched on age, analyses adjusted for prior radiation therapy, previous use of other contraceptives, and obesity. The Xiao study: exposed and unexposed group were matched by propensity score calculated using age, race, ethnicity, history of pregnancy, history of breast cancer, neurofibromatosis, history of radiation exposure, and body mass index (BMI).

[g] Frey et al. only required women to have at least two prescriptions in two consecutive years to be identified as "prolonged exposure", and Reynolds only required women to have at least one dispensing of these products per year in two consecutive years.

Therefore, none of the reviewed studies can be used to inform the meningioma risk associated with "prolonged exposure" to MPA-products, or the relationship between duration of MPA-containing product use and meningioma risk.

*Lack of information on exposed dose*

MPA-containing products have a wide range of based on their indication. None of the reviewed studies provided information on exposed dose. As a result, the findings of these studies cannot be used to inform dose relationship between MPA-containing products use and meningioma risk.

## 5 CONCLUSION

The reviewed studies were of insufficient quality to establish a causal association between MPA-containing products and meningioma risk due to methodological limitations, including an unclear temporal relationship, unvalidated outcomes, and inadequate confounder control. The studies also failed to properly assess risk associated with exposed duration and dose due to flawed exposure duration measurement and lack of information on exposed dose.

## 6 RECOMMENDATIONS

Based on DEPI's review, the findings from the available observational studies alone do not support the proposed labeling revision in Section 5 (b)(4) proposed by the Applicant. DEPI defers to DUOG on final label recommendations based on clinical considerations in their benefit-risk assessment of the drug.

## 7 REFERENCES

[1]Ajao AO, Chehab M, Office of Surveillance and Epidemiology (OSE) Integrated Review. 2020 Jun 1. OSE-RCM #2019-2031.

[2]Greene CR, Pratt N, Ajao AO, Office of Surveillance and Epidemiology (OSE) Review. 2024 Aug 1. OSE-TTT #2024-8604.

[3]European Medicines Agency, Meeting highlights from the Pharmacovigilance Risk Assessment Committee (PRAC) 2-5 September 2024. 2024 Sep 6. https://www.ema.europa.eu/en/news/meeting-highlights-pharmacovigilance-risk-assessment-committee-prac-2-5-september-2024.

[4]Roland N, Neumann A, Hoisnard L, Duranteau L, Froelich S, Zureik M, Weill A. Use of progestogens and the risk of intracranial meningioma: national case-control study. BMJ. 2024 Mar 27;384:e078078. doi: 10.1136/bmj-2023-078078. Erratum in: BMJ. 2024 Mar 28;384:q776. doi: 10.1136/bmj.q776. PMID: 38537944; PMCID: PMC10966896.

[5] Griffin RL. The Association between Medroxyprogesterone Acetate Exposure and Meningioma. Cancers (Basel). 2024 Sep 30;16(19):3362. doi: 10.3390/cancers16193362. PMID: 39409982; PMCID: PMC11482550.

[6] Ostrom QT, Cioffi G, Waite K, Kruchko C, Barnholtz-Sloan JS. CBTRUS Statistical Report: Primary Brain and Other Central Nervous System Tumors Diagnosed in the

United States in 2014-2018. Neuro Oncol. 2021 Oct 5;23(12 Suppl 2): iii1-iii105. doi: 10.1093/neuonc/noab200. PMID: 34608945; PMCID: PMC8491279.

[7] Park JK. Epidemiology, pathology, clinical features, and diagnosis of meningioma. Wen PY and Tung GA, section eds. UpToDate. Waltham, MA: UpToDate Inc. http://www.uptodate.com (Accessed on 17 Jun 2024).

[8] Ostrom QT, Price M, Neff C, Cioffi G, Waite KA, Kruchko C, Barnholtz-Sloan JS. CBTRUS Statistical Report: Primary Brain and Other Central Nervous System Tumors Diagnosed in the United States in 2016-2020. Neuro Oncol. 2023 Oct 4;25(12 Suppl 2): iv1-iv99. doi: 10.1093/neuonc/noad149. PMID: 37793125; PMCID: PMC10550277.

[9] Ostrom QT, Gittleman H, Truitt G, Boscia A, Kruchko C, Barnholtz-Sloan JS. CBTRUS Statistical Report: Primary Brain and Other Central Nervous System Tumors Diagnosed in the United States in 2011-2015. Neuro Oncol. 2018 Oct 1;20(suppl_4):iv1-iv86. doi: 10.1093/neuonc/noy131. Erratum in: Neuro Oncol. 2018 Nov 17. doi: 10.1093/neuonc/noy171. PMID: 30445539; PMCID: PMC6129949.

[10]Willis J, Smith C, Ironside JW, Erridge S, Whittle IR, Everington D. The accuracy of -+Mmeningioma grading: a 10-year retrospective audit. Neuropathol Appl Neurobiol. 2005 Apr;31(2):141-9. doi: 10.1111/j.1365-2990.2004.00621.x. PMID: 15771707.

[11]Weill A, Nguyen P, Labidi M, Cadier B, Passeri T, Duranteau L, Bernat AL, Yoldjian I, Fontanel S, Froelich S, Coste J. Use of high dose cyproterone acetate and risk of intracranial meningioma in women: cohort study. BMJ. 2021 Feb 3;372:n37. doi: 10.1136/bmj.n37. PMID: 33536184.

[12]Frey C, Sodhi M, Fatehi M, Kezouh A, Etminan M. Use of medroxyprogesterone acetate and risk of meningiomas: a comparative safety study. Expert Opin Drug Saf. 2025 Jul 3:1-4. doi: 10.1080/14740338.2025.2526787. Epub ahead of print. PMID: 40583195.

[13]Reynolds LM, Arend R, Griffin RL. The association between medroxyprogesterone acetate exposure and cerebral meningioma among a Medicaid population. medRxiv: 2025.06. 26.25330350. doi: https://doi.org/10.1101/2025.06.26.25330350.

[14] Xiao T, Kumar P, Lobbous M, Yogi-Morren D, Soni P, Recinos PF, Kshettry VR. Depot Medroxyprogesterone Acetate and Risk of Meningioma in the US. JAMA Neurol. 2025 Sep 2:e253011. doi: 10.1001/jamaneurol.2025.3011. Epub ahead of print. PMID: 40892397; PMCID: PMC12406142.

# 8 APPENDIX

## 8.1 Epidemiologic Studies Reviewed

### 8.1.1. Design Summary of Included Epidemiologic Studies

| Author (Year) Country | Study Design<br><br>Study Period | Cohort Size<br><br>Cases/person or person-years<br><br>Controls/ person or person years | Exposure Assessment | Outcome Assessment | Analysis and Covariates Adjusted for | Risk Estimates | Additional Analyses | Strengths and Limitations |
|---|---|---|---|---|---|---|---|---|
| Frey 2025 USA | Nested case control<br><br>PharMetrics Plus database (USA)<br><br>2006-2020 | 212 meningioma cases<br><br>848 matched controls<br><br>4:1 ratio<br><br>72,181 MPA users<br><br>247,180 EE-LNG users<br><br>Study restricted to individuals with no past use of MPA or EE-LNG in year before start of prescription. | Main analysis: At least two dispensations of MPA or EE-LNG in two-year window preceding index or case date, excluding year immediately prior to index date (day 0-365).<br><br>Sensitivity analyses incorporated additional lag periods where first 2, 3, and 4 years prior to index date were excluded to examine exposures greater than 2,3, and 4 years. | Intracranial or spinal meningioma identified through ICD-9/ICD-10 codes (ICD9 192.1, 192.3, 225.2, 225.4, and 237.6; ICD-10 C70.0, C70.1, C70.9 D32.0).<br><br>Date of first diagnosis defined as index date for cases.<br><br>Four controls per case selected using a density-based sampling approach. Cases and controls matched by age and calendar time. | Risk set sampling. For each case, a risk set of all controls with equivalent follow-up time to the case identified.<br><br>Incidence Rate Ratios (IRRs) estimated using conditional logistic regression with adjustment for confounding variables including previous radiation therapy, previous other contraceptive use, and obesity. | Main analysis (MPA vs. EE-LNG): Adjusted IRR: 3.55 (95% CI: 1.85-6.85)<br><br>Sensitivity analysis by latency period, adjusted IRR (95 CI):<br>>2y: 2.95 (1.68-5.18)<br>>3y: 3.17 (1.71-5.88)<br>>4y: 3.50 (1.70-7.19) | | <u>Strengths:</u><br>-Large sample size<br>-Long study period<br>-Incident study drug users (i.e., did not have dispensing for dMPA or comparator in previous year)<br><br><u>Limitations:</u><br>-Comparator group may not be appropriate for comparison to dMPA users.<br>-Potential for residual confounding as adjustment for risk factors based solely on healthcare claims. |

| Author (Year) Country | Study Design<br><br>Study Period | Cohort Size<br><br>Cases/person or person-years<br><br>Controls/ person or person years | Exposure Assessment | Outcome Assessment | Analysis and Covariates Adjusted for | Risk Estimates | Additional Analyses | Strengths and Limitations |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | -Diagnosis based on ICD codes, not validated. |
| Griffin, 2024, USA | Nested case control<br><br>IBM Market Scan<br><br>2006-2022<br><br>Females ages 18+ with commercial insurance. | 117,503 meningioma cases cerebral: 87,455 spinal: 6871 unspecified: 27,296<br><br>1,072,907 matched controls<br><br>Up to 10:1 ratio | Dispensed prescription for MPA oral (2.5, 5, 10 mg) or injection (150 mg IM, 104 mg SC) from pharmaceutical claims.<br><br>Estimated duration of use by summing the total time between the first dispensed MPA prescription and the date of the last documented dispensing prior to index/case date. | Cerebral or spinal meningioma via ICD-9/ICD-10 codes (benign, malignant, unknown behavior).<br><br>Date of first diagnosis defined as index date for cases.<br><br>Cases matched to controls based on age (+/- 1 year) and exact year of enrollment. | Conditional logistic regression adjusting for covariates.<br><br>Adjusted models created by including age and unweighted Elixhauser comorbidity score (ECI). ECI calculated by sum of all documented ICD diagnosis codes up to 3 years prior to the index date.<br><br>Additional analyses examined the duration of the MPA prescription as well as separate analyses examining cerebral, spinal, | Main analysis, Adjusted OR (95% CI):<br>Injection MPA:<br>Overall: 1.53 (1.40-1.67)<br>By Duration:<br>No exposure: Ref.<br>≤ 1y: 1.23 (1.10-1.38)<br>>1-2y: 1.74 (1.38-2.18)<br>>2-3y: 2.30 (1.74-3.02)<br>>3y: 2.50 (2.06-3.04)<br>Oral MPA:<br>Overall: 0.97 (0.93-1.01)<br>By Duration:<br>No exposure: Ref.<br>≤ 1y: 1.00 (0.95-1.05)<br>>1-2y: 0.89 (0.78-1.01)<br>>2-3y: 0.92 (0.79-1.07)<br>>3y: 0.89 (0.78-1.01) | Spinal Meningioma, Adjusted OR (95% CI):<br>Injection MPA:<br>Overall: 0.77 (0.53-1.12)<br>By Duration:<br>No exposure: Ref.<br>≤ 1y: 0.81 (0.52-1.25)<br>>1-2y: 0.59 (0.17-1.99)<br>>2-3y: 0.29 (0.04-2.21)<br>>3y: 1.04 (0.41-2.65)<br>Oral MPA:<br>Overall: 1.01 (0.85–1.19)<br>By Duration:<br>No exposure: Ref.<br>≤ 1y: 1.02 (0.83–1.24)<br>>1-2y: 0.90 (0.55–1.47)<br>>2-3y: 0.98 (0.54–1.76)<br>>3y: 1.11 (0.68–1.79) | <u>Strengths:</u><br>-Large sample size<br>-Long study period<br>-Examined meningioma diagnosis by location (spinal vs. cerebral)<br><br><u>Limitations:</u><br>-Potential for residual confounding as adjustment for risk factors based solely on healthcare claims.<br>-Diagnosis based on ICD codes, not validated.<br>-Duration of use may be inaccurate, did not account for patient switching or discontinuation.<br>-Inadequate control for use of other exogenous hormones. |

| Author (Year) Country | Study Design<br><br>Study Period | Cohort Size<br><br>Cases/person or person-years<br><br>Controls/ person or person years | Exposure Assessment | Outcome Assessment | Analysis and Covariates Adjusted for | Risk Estimates | Additional Analyses | Strengths and Limitations |
|---|---|---|---|---|---|---|---|---|
| | | | | | and unspecified meningiomas. | Cerebral Meningioma, Adjusted OR (95% CI):<br>Injection MPA:<br>Overall: 1.68 (1.50-1.87)<br>By Duration:<br>No exposure: Ref.<br>≤ 1y: 1.35 (1.17-1.56)<br>>1-2y: 1.68 (1.24-2.27)<br>>2-3y: 2.39 (1.68-3.41)<br>>3y: 3.24 (2.49-4.21)<br>Oral MPA:<br>Overall: 0.99 (0.94-1.04)<br>By Duration:<br>No exposure: Ref.<br>≤ 1y: 1.02 (0.96-1.08)<br>>1-2y: 0.90 (0.77-1.04)<br>>2-3y: 0.96 (0.80-1.14)<br>>3y: 0.91 (0.78-1.06) | Unspecified, Adjusted OR (95% CI):<br>Injection MPA:<br>Overall: 1.49 (1.29–1.72)<br>By Duration:<br>No exposure: Ref.<br>≤ 1y: 1.14 (0.94–1.38)<br>>1-2y: 2.15 (1.48–3.11)<br>>2-3y: 2.86 (1.79–4.57)<br>>3y: 2.00 (1.47–2.73)<br>Oral MPA:<br>Overall: 0.91 (0.84–0.99)<br>By Duration:<br>No exposure: Ref.<br>≤ 1y: 0.96 (0.87–1.06)<br>>1-2y: 0.85 (0.65–1.12)<br>>2-3y: 0.76 (0.54–1.08)<br>>3y: 0.81 (0.64–1.03) | |

| Author (Year) Country | Study Design<br><br>Study Period | Cohort Size<br><br>Cases/person or person-years<br><br>Controls/ person or person years | Exposure Assessment | Outcome Assessment | Analysis and Covariates Adjusted for | Risk Estimates | Additional Analyses | Strengths and Limitations |
|---|---|---|---|---|---|---|---|---|
| Reynolds 2025 USA (pre-print) | Nested case-control<br><br>2010-2023<br><br>Females age 18-55 with Alabama Medicaid coverage | 469 cerebral meningioma cases<br><br>4,690 controls<br><br>Up to 10:1 ratio | Exposure: Dispensation of oral MPA or injection MPA (dMPA) from pharmaceutical claims.<br><br>Comparator: Dispensation for norethindrone (alone or in combination) or levonorgestrel combination (e.g., EE-LNG)<br><br>Duration of use categories:<br>-Short term: ≥1 dispensation in the year before index date but no dispensation in second year prior to index date.<br>-Prolonged use: ≥1 dispensation in the year before index date and ≥1 dispensation in second year prior to index date. | Cerebral meningioma via ICD-9/ICD-10 codes (benign, malignant, unknown behavior).<br><br>Index date defined as earliest date of diagnosis.<br><br>Cases matched to controls based on age (+/- 1 year) and exact year of enrollment. Controls must have been enrolled for at least as long as the case. | Odds ratios (ORs) and 95% confidence intervals (CIs) were estimated using conditional logistic regression.<br><br>Models were adjusted for age, race, and categorical number of Elixhauser comorbidities (ECI). ECI calculated by sum of all documented ICD diagnosis codes up to 3 years prior to the index date. Separate models were created for any exposure, short-term, and pro-longed exposure.<br><br>Sensitivity analyses | MPA vs. non-exposure, Adjusted OR 95% CI:<br>Injection MPA:<br>Any: 1.87 (1.16-3.0)<br>Short-term: 0.96 (0.52-1.78)<br>Prolonged: 5.40 (2.71-10.76)<br>Oral MPA:<br>Any: 0.67 (0.37-1.19)<br>Short-term: 0.68 (0.38-1.23)<br>Prolonged: 0.48 (0.06-3.70)<br><br>MPA vs. comparator, Adjusted OR 95%CI:<br>Injection MPA:<br>Any: 1.87 (0.98-3.56)<br>Short-term: 1.13 (0.51-2.49)<br>Prolonged: 4.01 (1.21-13.30)<br>Oral MPA:<br>Any: 0.73 (0.34-1.55)<br>Short-term: 0.75 (0.34-1.67) | Excluding >1y prior, Injection MPA vs. non-exposure:<br>Any: 3.31 (1.73-6.32)<br>Short-term: 1.81 (0.7-4.7)<br>Prolonged: 6.14 (2.53-14.9)<br>Injection MPA vs. comparator:<br>Any: 6.22 (1.85-20.96)<br>Short-term: 5.30 (0.94-30.02)<br>Prolonged: 6.31 (1.11-35.94)<br><br>Excluding >2y prior, Injection MPA vs. non-exposure:<br>Any: 2.73 (1.52-4.91)<br>Short-term: 1.48 (0.65-3.35)<br>Prolonged: 5.71 (2.51-13.00)<br>Injection MPA vs. comparator:<br>Any: 3.24 (1.26-8.30)<br>Short-term: 2.18 (0.63-7.59)<br>Prolonged: 4.79 (1.10-20.84) | |

| Author (Year) Country | Study Design<br><br>Study Period | Cohort Size<br><br>Cases/person or person-years<br><br>Controls/ person or person years | Exposure Assessment | Outcome Assessment | Analysis and Covariates Adjusted for | Risk Estimates | Additional Analyses | Strengths and Limitations |
|---|---|---|---|---|---|---|---|---|
| | | | Lookback period for claimed medication dispensations at any point prior to case date. | | performed with models after categorizing MPA and comparator exposure more than one and two years prior to case date, respectively, as non-exposures. | Prolonged: 0.39 (0.04-3.74) | Excluding >1y prior, Oral MPA vs. non-exposure:<br>Any: 0.35 (0.11-1.15)<br>Short-term: 0.27 (0.06-1.17)<br>Prolonged: 0.76 (0.09-6.15)<br>Oral MPA vs. comparator:<br>Any: 0.39 (0.11-1.43)<br>Short-term: 0.30 (0.06-1.43)<br>Prolonged: 0.74 (0.07-7.89)<br><br>Excluding >2y prior, Oral MPA vs. non-exposure:<br>Any: 0.44 (0.17-1.12)<br>Short-term: 0.41 (0.14-1.15)<br>Prolonged: 0.65 (0.08-5.23)<br>Oral MPA vs. comparator:<br>Any: 0.49 (0.17-1.43)<br>Short-term: 0.45 | |

| Author (Year) Country | Study Design<br><br>Study Period | Cohort Size<br><br>Cases/person or person-years<br><br>Controls/ person or person years | Exposure Assessment | Outcome Assessment | Analysis and Covariates Adjusted for | Risk Estimates | Additional Analyses | Strengths and Limitations |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | (0.14-1.47)<br>Prolonged: 0.67 (0.06-7.03) | |
| Xiao, 2025, USA | Retrospective cohort<br><br>TriNetX Electronic Health Records (EHR)-female patients of any age<br><br>2004-2024 | 88,668 dMPA<br><br>736,443 oral MPA<br><br>388.192 combined oral contraceptive (COC)<br><br>39,406 progestin-only pill (POP)<br><br>172,88 subdermal implant (SDI)<br><br>29,666 Copper IUD<br><br>180,035 LGN 52 IUD<br><br>22,643 low LGN IUD | Nine mutually exclusive experimental cohorts created for patients with prescription and encounter for dMPA, oral MPA, and listed comparators. All groups excluded the inclusion of other experimental groups.<br><br>Control cohort created with patients presenting for a general examination without complaints or suspected diagnosis and without exposure to use to experimental group treatment.<br><br>Determination of treatment based on query codes. | Any meningioma defined by the presence of ICD-10 code CM: D32 based on the discretion of the individual practitioners/ Institutions. | Two main sets of propensity score matching (PSM) analyses.<br><br>First compared all experimental groups with control and contained 9 covariates: age at inclusion, race, ethnicity, history of pregnancy /breast cancer.<br><br>Second set of analyses compared dMPA against other experimental including same covariates with additional 18 covariates including obesity/ overweight, hyperlipidemia, diabetes, | Injection MPA (Adj. RR, 95% C.I.):<br>vs. control: 2.43 (1.77-3.33)<br>vs. IUD: 3.20 (2.25-4.45)<br>vs. COC: 3.74 (2.56-5.45)<br>vs. POP: 3.25 (1.97-5.36)<br>vs. oral MPA: 2.26 (1.66-3.08)<br>vs. implant: 3.90 (2.59-5.86)<br><br>Oral MPA (Adj. RR, 95% C.I.):<br>vs. control: 1.18 (1.10-1.27)<br>COC vs. control: 0.74 (0.6-0.9)<br>IUD vs. control: 0.87 (0.77-0.97)<br>POP vs. control: 1.00 (0.55-1.81)<br>SDI vs. control: 0.71 (0.50-1.06) | Injection MPA vs. control, based on different lengths of time exposed (bracketed years of exposure from first to last dispensing, Adj. RR, 95 CI):<br><br>0-2y:1.48 (0.91-2.41)<br>2-4y:1.57 (0.80-3.07)<br>4-6y:3.00 (1.47-6.13)<br>>6y: 3.90 (1.95-7.81)<br><br>Injection MPA vs. control, based on age initiating exposure (Adj. RR, 95 CI):<br>11-20y:1.0 (0.42-2.4)<br>21-30y:1.4 (0.62-3.15)<br>31-40y:3.77 (2.05-6.95)<br>41-50y:2.75 (1.55-4.87)<br>>50y: 3.2 (1.58-6.49) | Strengths:<br>-Excluded patients with prior meningiomas based on records.<br>-Large sample size<br>-Long study period<br>-Multiple comparisons across different groups<br><br>Limitations:<br>-Potential for residual confounding as adjustment for risk factors based on healthcare records, which may be incomplete.<br>-Diagnosis based on ICD codes, not validated.<br>-Duration of use may be inaccurate, did not account for patient switching or discontinuation. |

| Author (Year) Country | Study Design<br><br>Study Period | Cohort Size<br><br>Cases/person or person-years<br><br>Controls/ person or person years | Exposure Assessment | Outcome Assessment | Analysis and Covariates Adjusted for | Risk Estimates | Additional Analyses | Strengths and Limitations |
|---|---|---|---|---|---|---|---|---|
| | | 8,186,531 controls/non-users | | | leiomyoma of uterus, neoplasm of ovary/uterus/ breast, malignant neoplasm of lymphoid or blood, neurofibromatosis, tobacco use, radiology procedures, BMI. | | | |

## 8.2 Description of EMBASE and PubMed Search Strategies Used in Literature Review

### 8.2.1 EMBASE Search Strategy and Search Strings

Set #1

[English]/lim AND (medroxyprogesterone OR 'medroxyprogesterone acetate' OR MPA OR DMPA OR 'depot medroxyprogesterone' OR depoprovera OR 'depo provera' OR provera OR (exogenous AND progesterone) OR (synthetic AND progesterone) OR progestin OR progestins OR progestogen OR progestogens OR 'gestagen'/exp OR gestagen OR gestagens OR progestagen OR progestagens OR 'gestogen' OR 'progestational activity' OR 'progestational agent*' OR 'progestational drug*' OR 'progestational hormone*' OR 'progestational compound*' OR 'progestative agent*' OR 'progestative drug*' OR 'progestagenic agent*' OR 'progestagenic drug*' OR 'progestine' OR 'progesterone derivative'/exp OR 'progesterone derivative*' OR 'progesterone congener*' OR 'synthetic progestational hormone*' OR 'progestational hormone analog*') AND **('meningioma'/exp OR 'meningioma' OR 'meningiomas'**

**OR 'meningeal tumor'/exp OR 'meningeal tumor*' OR 'meningeal tumour*' OR 'meningeal neoplasm*') NOT ([animals]/lim NOT [humans]/lim)**

Set #2

'observational study' OR 'observational studies' OR 'observation studies' OR 'observation study' OR 'epidemiologic study' OR 'epidemiologic studies' OR 'epidemiological study' OR 'epidemiological studies' OR 'non experimental studies' OR 'non experimental study' OR 'nonexperimental studies' OR 'nonexperimental study' OR 'case control study'/exp OR 'case control study' OR 'case control studies' OR 'case-control studies' OR 'case-control study' OR 'case-control' OR 'case control' OR 'case-controlled' OR 'case controlled' OR 'retrospective study' OR 'retrospective design' OR 'retrospective studies' OR 'retrospective study' OR retrospective OR 'cohort analysis' OR 'cohort studies' OR 'cohort study' OR 'cohort analysis' OR 'follow up'/exp OR 'follow up study' OR 'follow-up studies' OR 'longitudinal study' OR 'longitudinal studies' OR 'longitudinal study' OR 'longitudinal evaluation' OR 'longitudinal' OR 'prospective study' OR 'prospective study' OR 'prospective studies' OR prospective OR 'prospective method' OR 'cross-sectional study' OR 'cross-sectional studies' OR 'cross-sectional study' OR 'cross-sectional' OR 'comparative study'/exp OR 'comparative study' OR 'comparative studies' OR 'controlled before-after studies' OR 'controlled before after studies' OR 'controlled before and after studies' OR 'historically controlled study' OR 'historically controlled studies' OR 'historical controlled study' OR 'historical controlled studies' OR 'historical control study' OR 'historical control studies' OR 'interrupted time series analysis' OR 'interrupted time series' OR 'multicenter studies'/exp OR 'multicenter studies' OR 'multicenter study'/exp OR 'multicenter study' OR 'multicenter studies as topic'/exp OR 'multicenter studies as topic' OR 'multicentre studies' OR 'multicentre study'/exp OR 'multicentre study' OR 'pilot study'/exp OR 'pilot study' OR 'pilot studies' OR 'crossover procedure' OR 'cross over study' OR 'cross over studies' OR 'meta-analysis' OR 'meta-analyses' OR 'meta analysis' OR 'meta analyses' OR 'systematic review'/exp OR 'systematic review (topic)'/exp

Set #3

#1 AND #2

### 8.2.2 PubMed Search Strategy and Search Strings

Set #1

English [la] AND (medroxyprogesterone OR "medroxyprogesterone acetate" OR MPA OR DMPA OR "depot medroxyprogesterone" OR depoprovera OR "depo provera" OR provera OR exogenous progesterone OR synthetic progesterone OR progestin OR progestogen OR gestagen OR progestagen OR gestogen OR "progestational activity" OR "progestational agent*" OR "progestational drug*" OR "progestational hormone*" OR "progestational compound*" OR "progestative agent*" OR "progestative

drug*" OR progestagenic agent OR progestagenic drug OR progestine OR "progesterone derivative*" OR "progesterone congeners" [mh] OR "progesterone congener*" OR "synthetic progestational hormone*" OR progestational hormone analog) AND **(meningioma OR meningeal tumor OR meningeal tumour OR meningeal neoplasm) NOT ("animals" [mh] NOT "humans" [mh])**

Set #2

("observational study" OR "observational studies" OR "observation studies" OR "observation study" OR "epidemiologic study" OR "epidemiologic studies" OR "epidemiological study" OR "epidemiological studies" OR "non experimental studies" OR "non experimental study" OR "nonexperimental studies" OR "nonexperimental study" OR "case control study" OR "case control studies" OR "case-control studies" OR "case-control study" OR "case-control" OR "case control" OR "case-controlled" OR "case controlled" OR "retrospective study" OR "retrospective design" OR "retrospective studies" OR retrospective OR "cohort analysis" OR "cohort studies" OR "cohort study" OR "cohort analysis" OR "follow up" OR "follow up study" OR "follow up studies" OR "longitudinal study" OR "longitudinal studies" OR "longitudinal study" OR "longitudinal evaluation" OR longitudinal OR "prospective study" OR "prospective studies" OR prospective OR "prospective method" OR "cross-sectional study" OR "cross-sectional studies" OR "cross-sectional" OR "comparative study" OR "comparative studies" OR "controlled before-after studies" OR "controlled before after studies" OR "controlled before and after studies" OR "historically controlled study" OR "historically controlled studies" OR "historical controlled study" OR "historical controlled studies" OR "historical control study" OR "historical control studies" OR "interrupted time series analysis" OR "interrupted time series" OR "multicenter studies" OR "multicenter study" OR "multicenter studies as topic" OR "multicentre studies" OR "multicentre study" OR "pilot study" OR "pilot studies" OR "crossover procedure" OR "cross over study" OR "cross over studies" OR "meta-analysis" OR "meta-analyses" OR "meta analysis" OR "meta analyses" OR "systematic review" OR "systematic reviews as topic")

Set #3

#1 AND #2

---

**This is a representation of an electronic record that was signed electronically. Following this are manifestations of any and all electronic signatures for this electronic record.**

---

/s/

---

NATASHA PRATT
12/11/2025 01:13:16 PM

CHRISTINA R GREENE
12/11/2025 03:10:55 PM

MONIQUE FALCONER
12/12/2025 07:55:32 AM

**Department of Health and Human Services**
**Public Health Service**
**Food and Drug Administration**
**Center for Drug Evaluation and Research**
**Office of Medical Policy**

## PATIENT LABELING REVIEW

| | |
|---|---|
| Date: | November 5, 2025 |
| To: | Jeannie Roule<br>Regulatory Project Manager<br>**Division of Urology, Obstetrics, and Gynecology (DUOG)** |
| Through: | Marcia Williams, PhD<br>Team Leader, Patient Labeling<br>**Division of Medical Policy Programs (DMPP)** |
| From: | Mary Carroll, BSN, RN<br>Patient Labeling Reviewer<br>**Division of Medical Policy Programs (DMPP)** |
| Subject: | Close-out Memo |
| Drug Name (established name)/Dosage Form and Route: | DEPO-SUBQ PROVERA 104 (medroxyprogesterone acetate) injectable suspension, for subcutaneous use<br>DEPO-PROVERA CI (medroxyprogesterone acetate) injectable suspension, for intramuscular use |
| Application Type/Number and Supplement Number: | NDA 021583/S-045<br>NDA 020246/S-074 |
| Applicant: | Pfizer, Inc., Authorized U.S. Agent for Pharmacia & Upjohn Company |

## 1 INTRODUCTION

On June 12, 2025, Pfizer, Inc., Authorized U.S. Agent for Pharmacia & Upjohn Company submitted for the Agency's review a Prior Approval Supplement (PAS) to their approved New Drug Application (NDA) 021853/S-045 for DEPO-SUBQ PROVERA 104 (medroxyprogesterone acetate) injectable suspension, for subcutaneous use and NDA 020246/-074 for DEPO-PROVERA CI (medroxyprogesterone acetate) injectable suspension, for intramuscular use. In response to a Complete Response Letter dated 01 November from the Agency for a PAS proposed prescribing revisions to Warning and Precautions and Patient Counseling Information Sections for Meningioma submitted 02 February 2024. The purpose of this supplement is to propose amended labeling update for the Agency to consider.

On October 21, 2025, the Division of Urology, Obstetrics, and Gynecology (DUOG) requested the Division of Medical Policy Programs (DMPP) to review the Applicant's proposed Patient Package Insert (PPI) for NDA 021853/S-045 DEPO-SUBQ PROVERA 104 (medroxyprogesterone acetate) injectable suspension, for subcutaneous use and NDA 020246/S-074 for DEPO-PROVERA CI (medroxyprogesterone acetate) injectable suspension, for intramuscular use.

This memorandum documents DMPP's close-out of the above-referenced consult request for DEPO-SUBQ PROVERA 104 (medroxyprogesterone acetate) injectable suspension, for subcutaneous use and for DEPO-PROVERA CI (medroxyprogesterone acetate) injectable suspension, for intramuscular use.

## 2 CONCLUSIONS

On November 5, 2025, DN1 advised DMPP that a full review of the proposed PPI changes is not needed at this time.

This memo serves to close out the DMPP's consult request from DN1 to review the Applicant's proposed PPI.

Please let us know if you have any questions.

---

**This is a representation of an electronic record that was signed electronically. Following this are manifestations of any and all electronic signatures for this electronic record.**

---

/s/

---

MARY E CARROLL
11/05/2025 02:22:25 PM

MARCIA B WILLIAMS
11/05/2025 02:25:32 PM

**Division of Urologic, Obstetric and Reproductive Products**

# REGULATORY PROJECT MANAGER LABELING REVIEW

| Application/ Supplement number | Product Name |
|---|---|
| [redacted] (b) (4) | |
| NDA 020246/S-074 | DEPO-PROVERA CI (medroxyprogesterone acetate) IM |
| NDA 021583/S-045 | DEPO-SUBQ PROVERA 104 (medroxyprogesterone acetate) SubQ |

**Applicant:** Pfizer Global Regulatory Sciences

## Labeling Reviewed

**Submission Date: February 5, 2024**

**Receipt Date: February 5, 2024**

**Background and Summary Description:**

(b) (4)

[redacted]

**NDA 020246** (Depo-Provera CI) was originally approved on October 29, 1992.
It is a progestin indicated for use by females of reproductive potential to prevent pregnancy.

**NDA 021583**, (Depo-Subq Provera 104), was originally approved on December 17, 2004.
It is a progestin that is indicated in females of reproductive age for:

- Prevention of pregnancy
- Management of endometriosis-associated pain

These supplemental labeling applications proposed the following changes:

- Align text with the addition of Meningioma in Section 5 WARNING AND PRECAUTIONS and Section 17 PATIENT COUNSELING INFORMATION

**Review**

The Applicant's proposed changed were based on a literature review conducted by the Applicant as well as an examination of the Applicant's Global Safety database. The Applicant's rationale for the addition of this warning was to provide the most up-to-date and complete information on the safe and effective use of MPA-containing products.

On February 29, 2024, Division of Urology, Obstetrics, and Gynecology (DUOG) consulted the Division of Epidemiology (DEPI) to evaluate the possible association between products containing MPA and meningioma and the Applicant's proposal to add a warning on the risk of meningioma to products containing medroxyprogesterone acetate (MPA).

DEPI conducted a literature search in EMBASE and PubMed for articles published on or prior to May 1, 2024, that examined a potential association between MPA-containing products, most often used for contraception or hormone replacement therapy (HRT), and meningioma.

DEPI performed an evaluation of the literature from the Applicant as well as the above-noted independent review. Upon review of various observational study designs, and an analysis of study limitations from their literature search, a total of two studies were found to be robust. One was a case control study conducted in France and the other was a prospective cohort study conducted in the United Kingdom.

DEPI concluded that the current literature and observational studies do not support the addition of a warning on meningioma risk to MPA-containing productions.

## Recommendations

Based on the DEPI's review, (dated August 2, 2024, in DARRTS) and information from a previous DEPI review regarding the subject of meningioma and all hormonal contraceptive products (dated, June 1, 2020, and attached), it is recommended that a Complete Response be issued for all the above labeling supplements.

| Jeannie Roule | October 31, 2024 |
| --- | --- |
| Chief, Project Management Staff | Date |





Confidential - Subject to Protective Order

---

**This is a representation of an electronic record that was signed electronically. Following this are manifestations of any and all electronic signatures for this electronic record.**

---

/s/

---

JEANNIE M ROULE
11/01/2024 08:44:41 AM

AUDREY L GASSMAN
11/01/2024 10:56:06 AM

**Department of Health and Human Services**
**Public Health Service**
**Food and Drug Administration**
**Center for Drug Evaluation and Research**
**Office of Surveillance and Epidemiology Review (OSE)**
**Office of Pharmacovigilance and Epidemiology (OPE)**

# Epidemiology Literature Review of Medroxyprogesterone Acetate and Meningioma Risk

| | |
|---|---|
| Date: | August 1, 2024 |
| Reviewer(s): | Christina R. Greene, PhD, Senior Epidemiologist<br>Division of Epidemiology II |
| Master Epidemiologist: | Natasha Pratt, PhD, Master Epidemiologist<br>Division of Epidemiology II |
| Deputy Division Director: | Adebola Ajao, PhD, Acting Deputy Division Director<br>Division of Epidemiology II |
| Drug Name(s): | Medroxyprogesterone Acetate (MPA) |
| Subject: | Meningioma |
| Application Type/Number: | [redacted] (b) (4) 020246, [redacted] (b) (4) 021583 |
| Applicant/sponsor: | Pfizer |
| OSE TTT #: | 2024-8604 |

## TABLE OF CONTENTS

EXECUTIVE SUMMARY ....................2
1 INTRODUCTION ....................3
1.1 Background ....................3
1.2 U.S. Product Labeling ....................5
2 REVIEW METHODS AND MATERIALS ....................5
2.1 Literature Search Strategy ....................5
2.2 Screening Criteria and Article Abstraction ....................5
3 REVIEW RESULTS ....................7
3.1 Summary of Included Studies ....................8
3.2 Case-control study by Roland et al. ....................8
3.3 Cohort Study by Benson et al. ....................9
4 DISCUSSION ....................10
5 CONCLUSION ....................13
6 RECOMMENDATIONS ....................14
7 REFERENCES ....................14
8 APPENDIX ....................16
8.1 Epidemiologic Studies Reviewed ....................16
8.1.1. Design Summary of Included Epidemiologic Studies ....................16
8.1.2. Design Summary of Reviewed And Excluded Epidemiologic Studies ....................19
8.2 Description of EMBASE and PubMed Search Strategies Used in Literature Review...22

## EXECUTIVE SUMMARY

In December 2023, the Applicant submitted a prior approval supplement to add a warning on risk of meningioma to the product information on medroxyprogesterone acetate (MPA)-containing products based on a literature review conducted by the Applicant as well as an examination of the Applicant's Global Safety database. The Applicant's rationale for the addition of this warning was to provide the most up-to-date and complete information on the safe and effective use of MPA-containing products. The Division of Urology, Obstetrics, and Gynecology (DUOG) consulted the Division of Epidemiology Division (DEPI) on February 29, 2024, to evaluate the possible association between products containing MPA and meningioma.

In response, DEPI conducted a literature search in EMBASE and PubMed for articles published on or prior to May 1, 2024, that examined a potential association between MPA-containing products, most often used for contraception or hormone replacement therapy (HRT), and meningioma. We also reviewed the literature described in the Applicant's submission to further determine if there were any additional articles captured outside of our search criteria that may be relevant. A total of two studies were included in this literature review. One was a case control study conducted in France and the other was a prospective cohort study conducted in the United Kingdom.

Findings from both reviewed studies do not support nor refute the presence of an association between exposure to MPA-containing products and increased meningioma risk due to inadequate lookback or follow-up time for the long latency outcome, lack of information on previous or concurrent use of other exogenous hormones and exposure switching pattern, under-ascertainment of less severe meningioma, and inadequate control for important risk factors such as body mass index (BMI) and smoking. Future studies to evaluate MPA-containing product associated meningioma risk would need to factor in the long-latency of outcome development in the consideration of study duration, and assessment time window for exposure and/or outcome, improve capture of early-stage meningioma, better capture and account for previous or concurrent exposures to other types of contraceptives or hormone use as well as accounting for potential confounders, such as smoking behavior and BMI.

Based on DEPI's review, the findings from the available observational studies alone do not support the addition of a warning on meningioma risk to MPA-containing products. If the totality of evidence warrants addition of meningioma to product information, we propose language that communicates that existing observational studies have reported inconsistent findings on risk of meningioma in women exposed to MPA-containing products. We also suggest that this language clearly state that the available observational studies cannot support nor refute a potential causal relationship between use of MPA-containing products and risk of meningioma due to major limitations as mentioned previously.

# 1 INTRODUCTION

This Division of Epidemiology (DEPI) review is a response to a consult from the Division of Urology, Obstetrics, and Gynecology (DUOG) on February 29, 2024, regarding the Applicant's proposal to add a warning on the risk of meningioma to products containing medroxyprogesterone acetate (MPA). DEPI conducted a review of the published epidemiologic literature to examine a potential association between exposure to MPA or depo-medroxyprogesterone (DMPA) in products, such as hormonal contraceptives or hormone replacement therapy (HRT), and the risk of meningioma. This review summarizes our assessment of the quality of published observational studies to inform the risk of meningioma associated with the use of progestin-only or estrogen-progestin products that contain MPA or DMPA in women.

## 1.1 Background

In June 2020, DEPI and the Division of Pharmacovigilance (DPV) conducted an integrated review that aimed to examine the association between hormonal contraceptives and incidence of meningioma.[1] DEPI contributed to this review by conducting an independent literature search examining the association between hormonal contraceptives and meningioma and found 14 studies in their search, seven which evaluated an association between ever using oral contraceptives (OC), five that evaluated past OC use, and seven that evaluated current OC use, with 11 of 14 studies examining duration of OC use. The reviewed observational studies did not provide evidence of an association between ever or past OC use and meningioma but suggested a potential trend towards increased risk of meningioma in current OC users. DEPI's review concluded that because of the small sample size in studies of current OC users, long latency period for meningiomas, and potential increased risk in current users, larger epidemiology studies with sufficient confounder control that further evaluates the combined effect of duration and recency of hormonal contraceptives on meningioma risk would be needed to clarify the role of hormonal contraceptives in meningioma development. No regulatory action was recommended as result of this review.

In December 2023, the Applicant proposed addition of a warning on the risk of meningioma to the product information on MPA-containing products based on their literature review of observational studies and case series/reports as well as an examination of the Applicant's Global Safety database. The Applicant's rationale for the addition of this warning was to provide the most up-to-date and complete information on the safe and effective use of MPA-containing products. While the Applicant suggested the addition of a warning to product labels, the Applicant also noted that a definite sole association could not be established due to multiple factors involved in the etiology of meningiomas.

Following the Applicant's request, DUOG consulted DEPI to provide information on a potential association between MPA-containing products and meningioma based on the current published literature. In response, DEPI conducted an independent review of the literature to investigate a potential association between MPA-containing products and meningioma.

### 1.1.1 Medroxyprogesterone Acetate (MPA)

Medroxyprogesterone acetate (MPA) or depo-medroxyprogesterone acetate (DMPA) is a synthetic progestin hormone included in different FDA-approved products alone or in combination with estrogen. Products containing MPA are often prescribed for contraception, as HRT for treatment of menopausal vasomotor symptoms, or for treatment of several other indications including endometriosis or associated pain, recurrent or metastatic (breast/endometrial/renal) cancer, metastatic prostate cancer, primary or secondary amenorrhea, and anorexia and cachexia syndrome. MPA products with or without estrogen are available orally in the form of tablets as well as alone via intramuscular or subcutaneous route. A further description of products and associated dosages containing MPA are described in the table below.

**Table 1: Products Containing MPA and DMPA by Application Number and Route of Administration with Strength**

| NDA | Product | Route of Administration and Strength | Primary Indication |
|---|---|---|---|
| 021583 | Depo-Provera SQ | Subcutaneous (SC) 104mg/0.65mL | Contraception |
| 020246<br>012541 | Depo-Provera IM | Intramuscular (IM) injection<br>50mg/mL, 100mg/mL, 150mg/mL, 150mg/3mL, 200mg/mL, 250mg/mL, 250mg/5mL, 400mg/mL, 500mg/mL, 500mg/2.5mL, 500mg/3.3mL, 1000mg/mL, 1000mg/6.7mL | Contraception<br>Endometrial and renal carcinoma |
| 020527 | Prempro and Premphase | Conjugated estrogens (CE) and MPA tablets<br>Oral (0.3mg/1.5mg, 0.45mg/1.5mg, 0.625mg/2.5mg, 0.625mg/5mg) | Moderate to Severe Vasomotor Symptoms due to Menopause<br>Moderate to Severe Vulvar and Vaginal Atrophy due to Menopause<br>Prevention of Postmenopausal Osteoporosis |
| 011839 | Provera | Oral tablets<br>2.5mg, 5mg, 10mg, 20mg, 100mg, 200mg, 250mg, 400mg, 500mg | Moderate to Severe Vasomotor Symptoms due to Menopause |

### 1.1.2 Meningioma

Meningiomas are the most common primary intracranial tumors and represent 39% of all intracranial neoplasms.[2] According to the Central Brain Tumor Registry in the U.S., there are approximately 37,000 new cases of meningioma diagnosed yearly in the United

States with an annual incidence rate of 9.7 per 100,000 population. Incidence of meningioma increases with age and meningiomas, particularly those originating in the spine, are more common in females compared to males.[3,4] Population studies estimate that 80-85% of meningiomas would be classified as grade 1 by the WHO, with 15-18% as grade 2, and 1-3 as grade 3,[5] however, hospital-based or tertiary care studies estimate a higher proportion of more serious (grade 2 or 3) tumors.[6]

Evidence suggests that ionizing radiation, incidental radiation exposure (i.e., through frequent dental radiographs, childhood head computed tomography (CT), atomic bombs), and genetic predisposition appear to be most strongly associated with the development of meningioma.[3]Additionally, some studies suggest a protective effect of smoking and increased risk associated with higher body mass index (BMI), both of which could be mediated through the effects of endogenous estrogen levels.[3]

Several observational studies have attempted to examine the association between exogenous hormones in menopausal hormone therapy or contraception and meningioma risk,[3] however, current published findings appear to be mixed with one recent study suggesting a possible association between high-dose DMPA use (also known as Depo Provera) and meningioma.[7] Use of high dose cyproterone, which is not available in the United States, shows a stronger association with meningioma based on currently available published literature.[8]

### 1.2 U.S. Product Labeling

The current labeling for the various hormonal contraceptive products and menopausal hormone therapy products containing DMPA or MPA does not contain language regarding the occurrence or risk of meningioma. The Applicant proposed to include meningioma in a warning section of the Product Information on MPA-containing products for the awareness of the prescribers but did not specify the suggested language to be added to the label.

## 2 REVIEW METHODS AND MATERIALS

### 2.1 Literature Search Strategy

We conducted a literature search in EMBASE and PubMed published for articled published on or prior to May 1, 2024, that examined a potential association between MPA or DMPA-containing products, and risk of meningioma or meningeal tumors. We created two search strings individualized for PubMed and EMBASE (see **Appendix 8.2.1** and **Appendix 8.2.2**). We restricted our search to observational studies and excluded articles describing results from case studies, case series, clinical studies, non-human or animal studies, genetic studies, and randomized controlled trials (RCT). We also excluded narrative review articles as well as editorial or commentary articles.

We applied the same screening and inclusion/exclusion criteria to those articles cited in the Applicant's literature review to determine whether additional article abstraction and review was further indicated.

## 2.2 Screening Criteria and Article Abstraction

After the search in both EMBASE and PubMed were conducted, articles were reviewed based on the following inclusion criteria:

- Study utilized an observational design (i.e., case-control study, retrospective or prospective cohort study), meta-analyses, or systematic review (Exclusions: narrative reviews, editorials, commentaries, clinical study).
- Study examined exposure and outcome in human participants and exposure preceded identified outcome.
- Study examined MPA or DMPA and associated products (e.g., Provera, Depo-Provera) as main exposure of interest and report outcome risk separately for MPA or DMPA-containing products.
- Study examined risk of meningioma, meningeal tumor, or meningeal neoplasm as specific outcome.
    - Excluded studies that examined meningioma recurrence as an outcome or was restricted only to individuals with meningioma.
- Study compared risk of outcome between users of MPA or DMPA and associated products and users of another product or no use of MPA or DMPA and associated product (Exclusions: case series and case studies).
- Study sufficiently accounted for baseline characteristics or potential confounders using study design or analytical methods.

We reviewed article **titles, abstracts, and methods sections** from the resulting entries to determine whether inclusion of article was indicated based on prespecified criteria defined above. Screened articles deemed to meet inclusion criteria were reviewed for full-text and abstracted.

In our review, we considered the guidelines for reviewing study reports for completeness and quality as described in STROBE observational study checklist[*] and relevant aspects of our FDA Guidance for Industry and Staff - Best Practices for Conducting and Reporting Pharmacoepidemiologic Safety Studies Using Electronic Healthcare Data.[†] We focused on characterizing the review issue(s) that would impact using the study findings to inform regulatory decision making.

Articles were further excluded after full text review if judged to not have completed analysis, as evidenced by a published manuscript, or have significant methodological limitations that would preclude interpretation of results.

In our evaluation of the identified literature, we first checked whether the study methods and results were adequately reported in the publication. We then conducted critical quality assessment of the study by evaluating the strengths and limitations and the impact they have on the reported findings (e.g., the direction of potential biases on the reported

---

[*] https://www.strobe-statement.org/download/strobe-checklist-cohort-case-control-and-cross-sectional-studies-combined [this checklist is not an instrument to evaluate the quality of observational research]

[†] https://fda.sharepoint.com/:b:/r/sites/CDER-CFGD/Shared%20Documents/Best%20Practices%20for%20Conducting%20and%20Reporting%20Pharmacoepidemiologic%20Safety%20Studies%20Using%20Electronic%20He.pdf?csf=1&web=1&e=vm8st6

findings) or the interpretations of the study results. For the purposes of this review, we focused exclusively on epidemiologic design considerations.

## 3 REVIEW RESULTS

A total of two studies were included and discussed in this review, both of which were identified from our independent literature search[7,11]The results of the independent literature search are shown in **Figure 1**.

We also examined the literature review as written by the Applicant in the clinical overview to determine if there were other relevant studies we should abstract. The Applicant included five studies in their literature review, which included three case control studies,[7,12,13] one case series[14], and one case study.[15] Two of the three case control studies included in the Applicant's literature review were judged to be relevant to our screening criteria and were further screened by reviewing the full text of the corresponding articles.[7,12] The third case-control study by Supartoto[13] did not meet our inclusion criteria because the main exposure of interest in this study was not the treatment or products of interest (DMPA or MPA-containing products).

Overall, five studies were judged as potentially relevant and were reviewed for full text, three of which were found exclusively in our literature search,[9-11] one which was found in the Applicant's submitted review,[12] and one which was found in both our literature search and the Applicant's submission.[7] One of the five studies was further excluded due to corresponding to a poster presentation at a conference and not having a completed, published manuscript indicating a complete study, despite this article meeting screening criteria for inclusion.[9] The other two studies[10,12] were excluded due to reporting only crude effect estimates that did not account for patient baseline factors, such as age and/or year of diagnosis, that were potentially associated with meningioma risk Information from these three excluded studies was still abstracted from the full text of the articles or poster/ abstract provided by the author. Detailed study descriptions, summaries, alongside noted strengths and limitations for the three excluded studies and two included studies can be found in **Appendix 8.1**.

**Figure 1: Results of Inclusion and Exclusion of Articles from Literature Search Examining the Association between MPA Exposure and Meningioma**




### 3.1 Summary of Included Studies

Of the two studies included, one featured a case control design[7] and one featured a prospective cohort design.[11] The case control study by Roland et al. was conducted using a French medical claims database[7] and the prospective cohort study by Benson was conducted using survey responses linked to a national registry in the United Kingdom (UK).[11] The Roland et al. identified use of DMPA-containing products based on medical reimbursement claims[7] and Benson et al. defined use of MPA-containing HRT based on self-report data.[11] Both studies included only incident meningioma cases, identified based on procedure codes indicating surgical intervention or diagnosis codes indicating morphology, and matched and/or adjusted for age, a known risk factor for meningioma.[7,11]

### 3.2 Case-control study by Roland et al.

Roland[7] conducted a case-control study to investigate the association between intracranial meningioma and different types of progestin use in the previous year in a large administrative healthcare claims database in France. Cases were defined as women with no age restrictions who were admitted for surgery for intracranial meningioma tumor

with date of admission as index date. Five controls were matched to cases based on a risk set sampling approach based on index date, year of birth, area of residence, and presence of neurofibromatosis. Exposure was captured using dispensing records. "Current" exposure was defined as at least one dispensation of the progesterone of interest in the previous 365 days relative to index date. "Current use" was further categorized as short-term use[‡] and prolonged use[§]. Logistic regression models conditioned on matched pairs were used to estimate odds ratios (ORs) and their 95% confidence intervals (CIs) for the association between exposure to the progestogens of interest and meningioma (relative to non-exposure to progestogens). Additionally, the effect of history of neurofibromatosis type 2 on the risk of meningioma was estimated, as well as the effect of chlormadinone acetate, nomegestrol acetate, and cyproterone acetate exposure, all serving as positive controls for exposure to validate the study results. In parallel, exposure to a copper intrauterine device was used as a negative control for exposure.

In total, 108,366 women were included during the study period of 2009 to 2018, consisting of 18,061 women in the case group matched with 90,305 women in the control group. The mean age of all women was 57.6 years (standard deviation 12.8 years). The most highly represented age groups were 45-54 (26.7%), 55-64 (26.4%), and 65-74 (21.5%) years. The study found that individuals receiving surgical treatment of intracranial meningioma had higher odds of being dispensed MPA injectable contraceptive in the previous year compared to matched controls (OR: 5.55, 95% CI: 2.27, 13.56). This association remained significant when the analysis was restricted to prolonged use of MPA, however, investigators were unable to examine the association between less than one year of MPA use and intracranial meningioma due to a low number of cases. Investigators also noted that no malignant grade tumors were found among cases exposed to MPA. Of note, while the study observed positive association between risk of meningioma and the positive control exposures (i.e., neurofibromatosis type 2, chlormadinone acetate, nomegestrol acetate and cyproterone acetate), exposure to copper intrauterine devices, used as a negative control for exposure, was also reported to be associated with a statistically significant positive association with meningioma.

### 3.3 COHORT STUDY BY BENSON ET AL.

Benson[11] conducted a cohort study to investigate the association between HRT type and the incidence of CNS tumors, including meningioma, in a large prospective cohort of postmenopausal women in the United Kingdom. Patients were enrolled from 1996-2001 and completed a recruitment questionnaire about sociodemographic and lifestyle factors and other personal characteristics including detailed information on the use of HRT. The cohort was resurveyed about three years after recruitment (65% response rate), when updated information on menopausal status and on use of HRT was obtained. Women were classified as either current, past, or never users of HRT, as reported at the time of last contact. Women were followed up for CNS tumors, including meningioma, and death through the end of 2006 or 2007 (depending on region) using the national registries.

[‡] Short-term exposure was defined as at least one dispensation in the previous year but no dispensations in the previous two years prior to index date.
[§] Prolonged exposure was defined as at least one dispensation in the previous year as well as at least one dispensation in the two years prior to the index date.



Reference ID: 5423519

Confidential - Subject to Protective Order PF-MDL-DP-10160061

Information on tumor site and morphology was identified using ICD-10 diagnosis codes. Analyses were restricted to post-menopausal women. Women were excluded from the analyses if they had been previously diagnosed with an invasive or non-invasive tumor (except non-melanoma skin cancer), were missing information on HRT use, or reported having neurofibromatosis. Eligible women contributed person-years until the date of incident tumor, death, or end of follow-up. Cox proportional hazards model adjusted for age as an underlying time variable were used to examine relative risks associated with HRT use, with never users of HRT as reference group. In some analyses, current users of HRT were further classified according to the type of preparation last used (estrogen-only, estrogen–progestogen combinations and other/unknown), by last reported total duration of use (<5 years or ≥5 years), by the mode of administration in estrogen-only users (oral or transdermal) and by the type of regimen for progestogen in estrogen–progestogen users (continuous or sequential).

In total, 1,147,894 post-menopausal women (mean age 56.6 years) were included in the analyses (358,252 current HRT users, 262.238 past HRT users, 527,404 never users). Among current users of HRT, 140,797 (39%) women were using estrogen-only preparations, 176,709 (49%) were using an estrogen–progestogen HRT, and 40,746 (11%) were using other or unknown preparations. Baseline characteristics collected at the recruitment do not differ significantly among HRT user groups, except that current or past users of HRT were more likely to have taken oral contraceptives (68% in current HRT users, 64% in past HRT users, and 48% in never users) and to drink slightly more alcohol (mean alcohol intake, 48g/week in current HRT users, 45g/week in past HRT users, 38g/week in never users) than never users of HRT.

The study did not observe a statistically significant association between current use of estrogen-progesterone HRT with MPA and the risk of meningioma, although the risk estimates is numerically higher than 1.0 (RR:1.42, 95% CI:0.80, 2.53). Nevertheless, an increased risk of meningioma was also observed with current use of estrogen-only HRT alone (RR:1.44 95% CI:1.03, 2.02).

## 4 DISCUSSION

We included two studies in our review that aimed to answer the question of whether exposure to MPA-containing products was associated with an increased risk of meningioma in women. The case control study by Roland et al. reported a significant increased risk of meningioma associated with use of DMPA. While the study also observed a positive association between risk of meningioma and the positive control exposures,[**] unexpectedly, exposure to copper intrauterine devices, used as a negative control for exposure, was observed to have a positive association with risk of meningioma. The prospective cohort study conducted by Benson et al. observed a positive association between current use of estrogen combined with MPA-containing products for HRT and meningioma, however, it is unclear if the potential increased risk can be attributed to MPA-containing product as the study observed a similar magnitude

[**] neurofibromatosis type 2, those exposed to chlormadinone acetate, nomegestrol acetate and cyproterone acetate

but statistically significant increased risk of meningioma with current use of estrogen-only HRT.

In addition to the inconsistent findings reported in the two reviewed studies, both studies have several major limitations as addressed in the following sections.

*Adequacy of lookback or follow-up period for long latency outcome*

Literature suggests that less severe meningeal tumors, such as those noted in the reviewed studies, may take longer to develop than more malignant forms of meningioma,[16] however, there is little information on the latency period for meningioma due to exogenous hormones, such as those present in hormonal contraception or HRT. The study by Roland et al. only required a minimum of three-year "traceability" before index time in their database for the lookback period to capture exposure status.[††] The follow-up period for the cohort by Benson could have spanned up to nine years with a mean follow-up duration of 5.3 years. However, it is likely that the latency period of meningioma exceeded the lookback or follow-up period in both studies. As a result, it is difficult to determine whether the exposure may have contributed to the outcome or whether the outcome preceded the exposure.

*Adequacy of information on previous or concurrent use of other exogenous hormones*

Use of estrogen-only HRT products had been shown to be associated with an increased risk of meningioma, although it is still unclear whether the relation is causal, study accessing women who used MPA-containing product for contraception or as HRT need to account for this exposure and its' potential impact, as the intended users for MPA-containing products are highly likely to also be exposed to estrogen-containing product previously, or concurrently. The Roland study did not ascertain any information on previous, or concurrent use of estrogen-containing products in their study population. While the Benson study captured "previous use of oral contraceptive" in their post-menopausal women receiving HRT, but did not report the types of prior oral contraceptive use (i.e., estrogen-containing or progesterone-only). Both studies did not adequately explore the type of previous hormonal exposures and changes of these exposures over time in relation to meningioma risk. Such findings could have enlightened our understanding of the prevalence of previous exposure to exogenous hormones in both individuals taking MPA-containing products as well as those classified as not having used MPA-containing products or any exogenous hormones. As a result, neither of the reviewed studies can accurately account for the potential impact of estrogen when accessing meningioma risk associated with MPA-containing product.

*Classification and measurement of exposure*

Neither one of these studies provided any information on whether individuals may have switched to other substances for contraceptive or HRT purposes, which could either underestimate or overestimate the risk depending on presence or direction of the

---

[††] "Traceability" was ensured by requiring records of reimbursement in previous calendar year of index date and reimbursement in two to three years before the index date.

association between other exogenous hormones in contraceptives or HRT products and subsequent meningioma risk.

MPA/DMPA containing products have a wide range of dose and intended duration of use based on their indication. Especially, duration of use could also be associated with age, which is a risk factor for meningioma. None of the studies adequately captured exposed dose or duration. As a result, the findings of these studies cannot be used to inform dose-relationship or the role of duration of MPA/DMPA use on risk of meningioma.

*Definition of comparator or non-exposure*

Both studies compared use of DMPA contraceptives or MPA-containing HRT to non-use of other progesterone and/or estrogen products. The case-control study by Roland compared use of DMPA to no use of any other form of progesterone[‡‡] over the lookback period, specifically excluding individuals who used products containing synthetic progesterone types known to be associated with meningioma[§§] in the past three years. The cohort study by Benson compared the incidence of meningioma among individuals indicating "current" use of different forms of HRT, including estradiol only and combined estradiol and progesterone regimens, to that of individuals classified as having never used HRT.

There is a risk of misclassification among those classified as "non-users" due to limitations associated with both respective data sources. In both studies we are unaware whether those classified as not using any of the progesterone product examined may have used those products potentially associated with meningioma risk outside of the time period captured. We are also not provided any information on whether these individuals may have been on any estrogen-containing products for contraceptive or other purposes, discontinued use of MPA-containing products, other progesterones, or estrogens, or switched to use of another product potentially associated with meningioma risk. As a result, we cannot be confident that those who were classified as non-users in this study had no exposure to products that could be potentially associated with meningioma. These findings could potentially underestimate the risk associated with the exposure MPA containing products as the comparator group, non- or never users of the product of interest, could be more similar to those individuals that were classified as having the exposure of interest.

*Classification and Definition of Outcome*

The definition and measurement of outcome was similar across both studies, specifically in that both required a known diagnosis of a meningeal tumor confirmed with either surgery[7] or morphology.[11] Both studies used administrative healthcare claims to ascertain meningioma diagnosis, however, participants classified as not having the outcome were not confirmed for the absence of this condition through a CT scan or other diagnostic finding to rule out the presence of meningioma. The detection of meningioma in those

‡‡ Including percutaneous progesterone, dydrogesterone, hydroxyprogesterone, medrogestone, promegestone, MPA, dienogest, spironolactone, and levonorgestrel.

§§ These included chlormadinone acetate, nomegesterol acetate, and cyproterone acetate (CPA).



Reference ID: 5423519

Confidential - Subject to Protective Order PF-MDL-DP-10160064

classified as having the outcome likely required the presence of symptoms indicating a medical condition, such as headaches or difficulty with vision. As a result, these findings are likely to represent associations with symptomatic or suspected meningioma as less symptomatic cases are likely to be underrepresented in both studies. It is therefore possible that individuals could have been misclassified as not having the outcome of interest yet have it in a less severe or asymptomatic form. This limitation could have led to either an underestimation or overestimation of risk depending on if the outcome was or was not captured differentially across examined exposure groups. If the outcome was under ascertained similarly across exposure groups, this would have resulted in an underestimate of the associated risk while a differential ascertainment of outcomes across exposure groups could have led to either an overestimation or underestimation of risk.

*Control of Confounders*

Although both studies adjusted for some known relevant confounders,[***] the results may still be impacted by residual confounding. For example, BMI and smoking status, both previously shown to be associated with meningioma risk, were not accounted for in Roland study. Additionally, use of estrogen-only products was shown to be associated with risk of meningioma. The Roland study did not report information on previous, or concurrent use of estrogen-containing products in their study population. While the Benson study attempted to adjust for more potential confounders than the Roland study, there was a considerable lag time between the collection of baseline information and the collection of exposure information from latest survey (~ 3 years). The study is unlikely to capture and account for potential confounders that could have changed over time well, such as smoking status, alcohol use, maintenance of a healthy weight/BMI, and healthy behaviors (e.g., regular exercise). The resulting residual confounding in both studies could lead to either over-, or under-estimate the risk of meningioma, depending on the distribution of the unmeasured confounder(s) between exposure and comparator groups (differential or non-differential) and the impact of unmeasured confounders on the outcomes (increased or decreased outcome risks).

*Generalizability*

The study by Roland et al. did not have age restrictions on participants included, with most study participants aged 45 years or older, while the study by Benson et al. was restricted to postmenopausal women ages 50 years or older, yet, despite this, the average age was relatively similar between studies. As a result, these findings may not be generalizable to younger populations, as they were not well represented in either study.

## 5 CONCLUSION

Findings from both reviewed studies do not support nor refute the presence of an association between exposure to MPA-containing products and increased meningioma risk due to inadequate lookback or follow-up time for the long latency outcome, lack of

[***] Roland study adjusted for age, region, year of diagnosis, and presence of neurofibromatosis type 2; Benson study adjusted for age at menopause, smoking status, alcohol intake, exercise, age at first birth, parity, and previous oral contraceptive use.

information on previous or concurrent use of other exogenous hormones and exposure switching pattern, under-ascertainment of less severe meningioma, and inadequate control for important risk factors such as BMI and smoking. Future studies to evaluate MPA-containing product associated meningioma risk would need to factor in the long-latency of outcome development in the consideration of study duration, and assessment time window for exposure and/or outcome, improve capture of early-stage meningioma, better capture and account for previous or concurrent exposures to other types of contraceptives or hormone use as well as account for potential confounders, such as smoking behavior and BMI.

## 6 RECOMMENDATIONS

Based on DEPI's review, the findings of the available observational studies alone do not support the addition of a warning on meningioma risk to MPA-containing products. If the totality of evidence based on other data sources warrants addition of meningioma to product information, we propose the following language to describe observational data in Adverse Reactions:

*"Existing observational studies have reported inconsistent findings on risk of meningioma in women exposed to MPA-containing products. The available observational studies cannot support nor refute a potential causal relationship between use of MPA-containing products and risk of meningioma due to inadequate lookback or follow-up time for the long latency outcome, lack of information on previous or concurrent use of other exogenous hormones and exposure switching pattern, under-ascertainment of less severe meningioma, and inadequate control for important risk factors such as body mass index and smoking."*

## 7 REFERENCES

[1]Ajao AO, Chehab M, Office of Surveillance and Epidemiology (OSE) Integrated Review. 2020 Jun 1. OSE-RCM #2019-2031.

[2] Ostrom QT, Cioffi G, Waite K, Kruchko C, Barnholtz-Sloan JS. CBTRUS Statistical Report: Primary Brain and Other Central Nervous System Tumors Diagnosed in the United States in 2014-2018. Neuro Oncol. 2021 Oct 5;23(12 Suppl 2): iii1-iii105. doi: 10.1093/neuonc/noab200. PMID: 34608945; PMCID: PMC8491279.

[3] Park JK. Epidemiology, pathology, clinical features, and diagnosis of meningioma. Wen PY and Tung GA, section eds. UpToDate. Waltham, MA: UpToDate Inc. http://www.uptodate.com (Accessed on 17 Jun 2024).

[4] Ostrom QT, Price M, Neff C, Cioffi G, Waite KA, Kruchko C, Barnholtz-Sloan JS. CBTRUS Statistical Report: Primary Brain and Other Central Nervous System Tumors Diagnosed in the United States in 2016-2020. Neuro Oncol. 2023 Oct 4;25(12 Suppl 2): iv1-iv99. doi: 10.1093/neuonc/noad149. PMID: 37793125; PMCID: PMC10550277.

[5] Ostrom QT, Gittleman H, Truitt G, Boscia A, Kruchko C, Barnholtz-Sloan JS. CBTRUS Statistical Report: Primary Brain and Other Central Nervous System Tumors Diagnosed in the United States in 2011-2015. Neuro Oncol. 2018 Oct 1;20(suppl_4):iv1-iv86. doi: 10.1093/neuonc/noy131. Erratum in: Neuro Oncol. 2018 Nov 17. doi: 10.1093/neuonc/noy171. PMID: 30445539; PMCID: PMC6129949.

[6] Willis J, Smith C, Ironside JW, Erridge S, Whittle IR, Everington D. The accuracy of meningioma grading: a 10-year retrospective audit. Neuropathol Appl Neurobiol. 2005 Apr;31(2):141-9. doi: 10.1111/j.1365-2990.2004.00621.x. PMID: 15771707.

[7] Roland N, Neumann A, Hoisnard L, Duranteau L, Froelich S, Zureik M, Weill A. Use of progestogens and the risk of intracranial meningioma: national case-control study. BMJ. 2024 Mar 27;384:e078078. doi: 10.1136/bmj-2023-078078. Erratum in: BMJ. 2024 Mar 28;384:q776. doi: 10.1136/bmj.q776. PMID: 38537944; PMCID: PMC10966896.

[8] Weill A, Nguyen P, Labidi M, Cadier B, Passeri T, Duranteau L, Bernat AL, Yoldjian I, Fontanel S, Froelich S, Coste J. Use of high dose cyproterone acetate and risk of intracranial meningioma in women: cohort study. BMJ. 2021 Feb 3;372:n37. doi: 10.1136/bmj.n37. PMID: 33536184.

[9] Jugl S, Chen S, Antonelli PJ, Winterstein AG. Risk of intracranial meningioma requiring surgical intervention among recent hormonal contraceptives users. Pharmacoepidemiology and Drug Safety. 2021;30(SUPPL 1):329.

[10] Korhonen K, Auvinen A, Lyytinen H, Ylikorkala O, Pukkala E. A nationwide cohort study on the incidence of meningioma in women using postmenopausal hormone therapy in Finland. Am J Epidemiol. 2012;175(4):309-314.

[11] Benson VS, Pirie K, Green J, et al. Hormone replacement therapy and incidence of central nervous system tumours in the Million Women Study. Int J Cancer. 2010;127(7):1692-1698.

[12] Dewata L, Prasetyo B, Yuliati A, et al. Hormonal contraceptive exposure and risk factors for meningioma in soetomo hospital 2012–2016. Advanced Science Letters. 2017;23(4):3292-4.

[13] Supartoto A, Sasongko MB, Respatika D, et al. Relationships between neurofibromatosis-2, progesterone receptor expression, the use of exogenous progesterone, and risk of orbitocranial meningioma in females. Front Oncol. 2018;8:651.3(4):3292-4.

[14] Abou-Al-Shaar H, Wrigley R, Patel A, et al. Skull base meningiomas as part of a novel meningioma syndrome associated with chronic depot medroxyprogesterone acetate use. journal of neurological surgery, part b skull base. J Neurol Surg B Skull Base 2023;84(Suppl 01):S1-344.

[15] Hensiek AE, Kellerman AJ, Hill JT. Spontaneous regression of a solitary cerebral metastases in renal carcinoma followed by meningioma development under medroxyprogesterone acetate therapy. Br J Neurosurg. 2000;14(4):354-6.

[16] Ogasawara C, Philbrick BD, Adamson DC. Meningioma: A Review of Epidemiology, Pathology, Diagnosis, Treatment, and Future Directions. Biomedicines. 2021 Mar 21;9(3):319. doi: 10.3390/biomedicines9030319. PMID: 33801089; PMCID: PMC8004084.

# 8 APPENDIX

## 8.1 EPIDEMIOLOGIC STUDIES REVIEWED

### 8.1.1. DESIGN SUMMARY OF INCLUDED EPIDEMIOLOGIC STUDIES

| Author (Year) Country | Study Design<br><br>Study Period | Cohort Size<br><br>Cases/person or person-years<br><br>Controls/ person or person years | Exposure Assessment | Outcome Assessment | Analysis and Covariates Adjusted for | Risk Estimates | Strengths and Limitations | Conclusion |
|---|---|---|---|---|---|---|---|---|
| Roland (2024) France | Case-control study<br><br>Ratio: 1:5<br><br>January 2009-December 2018 | 108,366 women<br><br>18,061 cases<br><br>90,305 controls | Defined as at least one dispensation of progestin of interest in the 365 days before index date.<br><br>Progestin type defined according to WHO classification.<br><br>Medroxyprogesterone acetate (MPA), injectable contraceptive, 150mg/3mL.<br><br>Short term: 1+ dispensations in year before index date with no dispensation in the second year before index date.<br><br>Prolonged use: 1+ dispensations in the | Meningeal tumor as main diagnosis for hospital admission with surgery for intracranial meningioma based on simultaneous ICD-10 diagnoses codes. | Logistic regression models conditioned on matched pairs.<br><br>Controls matched to cases by year of birth and area of residence and index date as well as presence of neurofibromatosis type 2 (ICD-10 code Q85.1). | <u>Current use:</u><br>Cases: 9/18,061=0.05<br>Controls: 11/90,305=0.01<br>OR [95% CI]: 5.55 [2.27, 13.56]<br><br><u>Prolonged use:</u><br>Cases: 8/18,061=0.04<br>Controls: 10/90,305=0.01<br>OR [95% CI]: 5.62 [2.19, 14.42]<br><br>Short term use estimates not available as OR involving less than 6 cases not shown. | <u>Strengths:</u><br>-Large sample size.<br>-Appropriate study design.<br><br><u>Limitations:</u><br>-Estimates based on comparison to non-use rather than use of other contraceptives.<br>-Did not examine risks associated with MPA use for HRT.<br>-Wide confidence intervals due to low number of cases relative to other progestin exposures.<br>-Did not examine past use of MPA. | Hospital admission for surgery for intracranial meningioma associated with previous year use of MPA injectable contraception in limited sample.<br><br>Unclear how findings may relate to other uses of MPA (i.e., HRT). |

| Author (Year) Country | Study Design<br><br>Study Period | Cohort Size<br><br>Cases/person or person-years<br><br>Controls/ person or person years | Exposure Assessment | Outcome Assessment | Analysis and Covariates Adjusted for | Risk Estimates | Strengths and Limitations | Conclusion |
|---|---|---|---|---|---|---|---|---|
| | | | year before index date with 1+ dispensations in second year before index date. | | | No malignant grade tumors among cases exposed to MPA. | | |
| Benson, 2010, UK | Prospective Cohort<br><br>Recruitment period: 1996-2002<br><br>Follow-up for outcome until 2006-2007 based on region | Postmenopausal women recruited through National Health Service (NHS) into Million Women Study cohort.<br><br>Total cohort: 1,417.894 women<br><br>Current HRT: 358,252 women<br>Past HRT: 262,238 women<br><br>Never HRT: 527,404 women | Women classified as current, past, or never users of HRT as reported at the time of last contact. Current users of HRT were further classified according to the type of preparation last used (estrogen-only, estrogen-progestogen combinations and other/unknown).<br><br>Current use of HRT among estrogen-progestogen users further explored by progestogen constituent including:<br>-Norethisterone<br>-Norgestrel<br>-Medroxy-progesterone (MPA) | Incident meningioma identified through NHS Central Registers for information on cancer registrations and deaths including information on date of event and ICD-10 code.<br><br>Included ICD-10 codes: C70, C71, C72.0, C75.1-3,D32 D33, D35.2-4, D42, D43, and D44.5. with morphology | Patients excluded at time of entry if they had been diagnosed with any type of tumor, except non-melanoma skin cancer, or were missing information on HRT use. Also excluded if reported having inherited disorder neurofibromatosis.<br><br>Eligible women contributed person-years until the date of incident tumor, death, or end of follow-up.<br><br>Cox proportional hazards with age as underlying time variable used to obtain relative risks | Relative Risk of meningioma among individuals with current estrogen-progestogen HRT use by progestogen type:<br><br>MPA: RR:1.42 (95 CI: 0.80-2.53)<br><br>Norethisterone: RR: 1.13 (95 CI: 0.68-1.88)<br><br>Norgestrel: RR: 0.90 (0.52-1.58)<br><br>Estrogen-only HRT: RR: 1.44 (1.03-2.02) | <u>Strengths</u><br>-Large prospective cohort design<br>-Use of registry to obtain follow-up status.<br>-Adjustment for confounding variables (i.e., age at menopause, parity)<br><br><u>Limitations</u><br>-Did not examine association based on past use of combined HRT by progestogen type.<br>-Did not stratify by duration of use for progestogen type.<br>-Timing of collection on | Current use of combined estrogen-progesterone HRT with MPA associated with a non-significant increased relative risk of meningioma compared to non-HRT use in a cohort of postmenopausal individuals.<br><br>This association was stronger than that observed for current users of HRT involving norethisterone or norgestrel though differences do not appear to be |

| Author (Year) Country | Study Design<br><br>Study Period | Cohort Size<br><br>Cases/person or person-years<br><br>Controls/ person or person years | Exposure Assessment | Outcome Assessment | Analysis and Covariates Adjusted for | Risk Estimates | Strengths and Limitations | Conclusion |
|---|---|---|---|---|---|---|---|---|
| | | | | codes ICD-O 9530-9539. | (RR) and 95% Confidence Intervals. | Adjustment for age at menopause, smoking status, alcohol intake, exercise, age at first birth, parity, and oral contraceptive use did not modify HRT associated risks (not shown). | | statistically significant. |

### 8.1.2. DESIGN SUMMARY OF REVIEWED AND EXCLUDED EPIDEMIOLOGIC STUDIES

| Author (Year) Country | Study Design<br><br>Study Period | Cohort Size<br><br>Cases/person or person-years<br><br>Controls/ person or person years | Exposure Assessment | Outcome Assessment | Analysis and Covariates Adjusted for | Risk Estimates | Strengths and Limitations | Conclusion |
|---|---|---|---|---|---|---|---|---|
| Jugl (2021) United States | Case-control study<br><br>Ratio:1:10<br><br>2005-2018 | Women ages 15 to 44<br><br>1,900 cases<br><br>19,000 controls | Assessed from cohort entry date until one year before index date. Defined as at least one dispensation of contraceptive type in the 365 days before index date.<br><br>Contraceptive type defined as Combined oral contraceptives (COC), Progestin-only pills (POP), Intrauterine device (IUD), and intramuscular or subcutaneous injectables (IMSC). | Surgically treated intracranial meningioma defined as diagnosis of intracranial meningioma with a related intracranial surgical intervention. | Controls matched to cases on a 10 to 1 ratio based on cohort entry date (within 30 days) and age (within 1 year) using risk set sampling.<br><br>Cohort entry date defined as date of meeting age, sex, and continuous enrollment criteria defined as 2 years after meeting age criteria, between 15-44.<br><br>Multivariate conditional logistic regression used to estimate odds ratios after adjusting for obesity, hypertension, sleep apnea, diabetes mellitus type 2, breast cancer, and uterine fibroids. | <u>IMSC compared to non-use:</u><br>Cases: 52 (2.7%)<br>Controls: 203 (1.1%)<br><br>Unadjusted OR [95% CI]: 2.7 [1.99, 3.68]<br>Adjusted OR [95% CI]: 2.57 [1.88, 3.50]<br><br><u>Relative Risk compared to recent COC use:</u><br>COC Cases: 367 (19.3%)<br>COC Controls: 3197 (16.8%)<br><br>Unadjusted RR [95% CI]: 2.21 [1.60, 3/04]<br><br>Adjusted RR: 2.06 [1.49, 2.85] | <u>Strengths:</u><br><br>-Large sample size.<br>-Adjusted for other diagnoses.<br>-Compared risk to non-use of hormonal contraceptives and to COC use.<br><br><u>Limitations:</u><br>-Did not adjust for length of IMSC use.<br>-Did not adjust for dose used.<br>-Only examined risk based on hormonal contraceptive use, did not examine HRT.<br>-Studies only representative of commercially insured women. | Past-year IMSC use was associated with increased odds of intracranial meningioma compared to no past-year use of hormonal contraceptives. Increased odds of intracranial meningioma were also observed when comparing IMSC to COC. |
| Dewata (2017) | Case-control study | Female patients ages 20 to 69 | Contraceptive use type confirmed by medical | Cases had a diagnosis of | Descriptive analysis of frequency of | 3-month DMPA injection most | <u>Strengths:</u> | Individuals diagnosed with |





Confidential - Subject to Protective Order 

| **Author (Year) Country** | **Study Design**<br><br>**Study Period** | **Cohort Size**<br><br>**Cases/person or person-years**<br><br>**Controls/ person or person years** | **Exposure Assessment** | **Outcome Assessment** | **Analysis and Covariates Adjusted for** | **Risk Estimates** | **Strengths and Limitations** | **Conclusion** |
|---|---|---|---|---|---|---|---|---|
| Indonesia | Ratio 1:1<br><br>January-May 2016 | years from Soetomo Hospital.<br><br>212 cases<br><br>212 controls | records and/or interview via telephone.<br><br>Examined exposure based on ever or never use in the following categories:<br>• Any hormonal contraceptive<br>• Progestin only (DMPA or implant)<br>• Estrogen+Progestin (Cyclofem, COC)<br>• 3-month injection (DMPA)<br>• Implant<br>• Combined oral contraceptive (COC)<br>• Monthly injection (Cyclofem) | meningioma confirmed by pathologic anatomy.<br><br>Controls confirmed with diagnosis of non-meningioma by head-CT scan using contrast. | different methods of contraceptive use for both cases and controls.<br><br>Computed unadjusted odds ratios (OR) for association between contraceptive type use and meningioma.<br><br>Sub-analysis examining unadjusted odds of meningioma based on length of DMPA use. | common contraceptive among cases (73.1%) and controls (38.2%).<br><br>DMPA ever use compared to never use:<br>Cases: 171 (2.7%)<br>Controls: 121 (1.1%)<br>OR: 3.137, 95 CI: 2.03-4.85 p-value=0.000<br><br>OR duration of DMPA use in years (ever use):<br><1: reference<br>1-4: 0.134 (p<0.001)<br>5-9: 0.519 (p=0.013)<br>10-14: 2.331 (p=0.004)<br>≥15: 4.458 (p=0.00) | -Frequent use of DMPA in population powered study.<br>-Examined use of other contraceptive types.<br><br>Limitations:<br>-Analysis of duration of use did not distinguish between current or past DMPA use.<br>-Differences in demographics between cases and controls was not explored.<br>-Did not match or adjust for potential confounding variables.<br>-Did not examine differences based on how exposure was determined | meningioma more likely to have ever used DMPA compared to patients not diagnosed with meningioma. Use of DMPA for 10 years or more also associated with higher odds of meningioma compared to use of less than 1 year.<br>Study is unclear regarding when DMPA exposure acquired. |

| Author (Year) Country | Study Design<br><br>Study Period | Cohort Size<br><br>Cases/person or person-years<br><br>Controls/ person or person years | Exposure Assessment | Outcome Assessment | Analysis and Covariates Adjusted for | Risk Estimates | Strengths and Limitations | Conclusion |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | (medical records vs. phone). | |
| Korhonen, 2012, Finland | Retrospective Cohort<br><br>1994-2009 | Women ages 50 years or older who used HRT for at least 6 months in study period.<br><br>Estradiol+ Any Progestin: 131,248/ 1,020,110 person-years<br><br>Estradiol+ MPA: 35,859/ 318,537 person-years | Information on estradiol-only and estradiol-progestin therapy and type collected from medical reimbursement register data, which covers all use of postmenopausal hormone therapy.<br><br>Mode of estradiol-progestin intake classified based on first EPT regimen used.<br><br>Estrogen+ Progestin regimens investigated were:<br><br>-Estradiol + MPA<br>-Estradiol +norethisterone acetate (NETA)<br>-Estradiol+ dydrogestererone | Incident meningioma cases captured through nationwide cancer registry that included cases of meningioma with histologic information from all hospitals and pathology laboratories in Finland. | Standardized Incidence Ratios (SIR) calculated by divided observed number of meningioma cases in each group by expected number.<br><br>Expected number of cases calculated by multiplying the number of person-years in each 5-year age group by the corresponding average meningioma incidence among all Finnish women during same period of observation.<br><br>Confidence Intervals defined under assumption that observed numbers followed Poisson distribution. | **Duration of HRT:**<br><u>6 months-3 years</u>:<br>Observed: 39<br>Expected: 32.08<br>SIR: 1.22 (95 CI: 0.88,1.65)<br><br><u>3-5 years</u>:<br>Observed: 9<br>Expected: 16.02<br>SIR: 0.56 (95 CI: 0.27, 1.03)<br><br><u>≥5 years</u>:<br>Observed: 91<br>Expected: 82<br>SIR: 1.11 (95 CI: 0.90, 1.36) | <u>Strengths</u><br>-Large sample size<br>-Use of national registries to capture of exposure and outcome information<br><br><u>Limitations</u><br>-Benign tumors likely to be underreported in registry.<br>-Study assumes continual use of same type of HRT through study course.<br>-Cases compared to broad population, not restricted to those without outcome.<br>-Statistical significance of findings likely | Incidence of meningioma not significantly higher in postmenopausal women who used estradiol +MPA HRT for any duration compared to the general population.<br><br>Similar findings observed for individuals who used other estradiol+ progestin regimens. Incidence significantly higher in estradiol-only HRT users. |

| Author (Year) Country | Study Design<br><br>Study Period | Cohort Size<br><br>Cases/person or person-years<br><br>Controls/ person or person years | Exposure Assessment | Outcome Assessment | Analysis and Covariates Adjusted for | Risk Estimates | Strengths and Limitations | Conclusion |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | influenced by relative prevalence of use for HRT type. | |

## 8.2 Description of EMBASE and PubMed Search Strategies Used in Literature Review

### 8.2.1 EMBASE Search Strategy and Search Strings

Set #1

[English]/lim AND (medroxyprogesterone OR 'medroxyprogesterone acetate' OR MPA OR DMPA OR 'depot medroxyprogesterone' OR depoprovera OR 'depo provera' OR provera OR (exogenous AND progesterone) OR (synthetic AND progesterone) OR progestin OR progestins OR progestogen OR progestogens OR 'gestagen'/exp OR gestagen OR gestagens OR progestagen OR progestagens OR 'gestogen' OR 'progestational activity' OR 'progestational agent*' OR 'progestational drug*' OR 'progestational hormone*' OR 'progestational compound*' OR 'progestative agent*' OR 'progestative drug*' OR 'progestagenic agent*' OR 'progestagenic drug*' OR 'progestine' OR 'progesterone derivative'/exp OR 'progesterone derivative*' OR 'progesterone congener*' OR 'synthetic progestational hormone*' OR 'progestational hormone analog*') AND **('meningioma'/exp OR 'meningioma' OR 'meningiomas' OR 'meningeal tumor'/exp OR 'meningeal tumor*' OR 'meningeal tumour*' OR 'meningeal neoplasm*') NOT ([animals]/lim NOT [humans]/lim)**

Set #2

'observational study' OR 'observational studies' OR 'observation studies' OR 'observation study' OR 'epidemiologic study' OR 'epidemiologic studies' OR 'epidemiological study' OR 'epidemiological studies' OR 'non experimental studies' OR 'non experimental study' OR 'nonexperimental studies' OR 'nonexperimental study' OR 'case control study'/exp OR 'case control study' OR 'case control studies' OR 'case-control studies' OR 'case-control study' OR 'case-control' OR 'case control' OR 'case-controlled' OR 'case controlled' OR 'retrospective study' OR 'retrospective design' OR 'retrospective studies' OR 'retrospective study' OR retrospective OR 'cohort analysis' OR 'cohort studies' OR 'cohort study' OR 'cohort analysis' OR 'follow up'/exp OR 'follow up study' OR 'follow-up studies' OR 'longitudinal study' OR 'longitudinal studies' OR 'longitudinal study' OR 'longitudinal evaluation' OR 'longitudinal' OR 'prospective study' OR 'prospective study' OR 'prospective studies' OR prospective OR 'prospective method' OR 'cross-sectional study' OR 'cross-sectional studies' OR 'cross-sectional study' OR 'cross-sectional' OR 'comparative study'/exp OR 'comparative study' OR 'comparative studies' OR 'controlled before-after studies' OR 'controlled before after studies' OR 'controlled before and after studies' OR 'historically controlled study' OR 'historically controlled studies' OR 'historical controlled study' OR 'historical controlled studies' OR 'historical control study' OR 'historical control studies' OR ‘interrupted time series analysis’ OR ‘interrupted time series’ OR 'multicenter studies'/exp OR 'multicenter studies' OR 'multicenter study'/exp OR 'multicenter study' OR 'multicenter studies as topic'/exp OR 'multicenter studies as topic' OR 'multicentre studies' OR 'multicentre study'/exp OR 'multicentre study' OR ‘pilot study’/exp OR ‘pilot study’ OR ‘pilot studies’ OR ‘crossover procedure’ OR ‘cross over study’ OR ‘cross over studies’ OR 'meta-analysis' OR 'meta-analyses' OR 'meta analysis' OR 'meta analyses' OR ‘systematic review’/exp OR ‘systematic review (topic)’/exp

Set #3

#1 AND #2

### 8.2.2 PubMed Search Strategy and Search Strings

Set #1

English [la] AND (medroxyprogesterone OR “medroxyprogesterone acetate” OR MPA OR DMPA OR “depot medroxyprogesterone” OR depoprovera OR “depo provera” OR provera OR exogenous progesterone OR synthetic progesterone OR progestin OR progestogen OR gestagen OR progestagen OR gestogen OR “progestational activity” OR “progestational agent*” OR “progestational drug*” OR “progestational hormone*” OR “progestational compound*” OR “progestative agent*” OR “progestative drug*” OR progestagenic agent OR progestagenic drug OR progestine OR “progesterone derivative*” OR “progesterone congeners” [mh] OR “progesterone congener*” OR “synthetic progestational hormone*” OR progestational hormone analog) AND **(meningioma OR meningeal tumor OR meningeal tumour OR meningeal neoplasm) NOT (“animals” [mh] NOT “humans” [mh])**

<u>Set #2</u>

(“observational study” OR “observational studies” OR “observation studies” OR “observation study” OR “epidemiologic study” OR “epidemiologic studies” OR “epidemiological study” OR “epidemiological studies” OR “non experimental studies” OR “non experimental study” OR “nonexperimental studies” OR “nonexperimental study” OR “case control study” OR “case control studies” OR “case-control studies” OR “case-control study” OR “case-control” OR “case control” OR “case-controlled” OR “case controlled” OR “retrospective study” OR “retrospective design” OR “retrospective studies” OR retrospective OR “cohort analysis” OR “cohort studies” OR “cohort study” OR “cohort analysis” OR “follow up” OR “follow up study” OR “follow up studies” OR “longitudinal study” OR “longitudinal studies” OR “longitudinal study” OR “longitudinal evaluation” OR longitudinal OR “prospective study” OR “prospective studies” OR prospective OR “prospective method” OR “cross-sectional study” OR “cross-sectional studies” OR “cross-sectional” OR “comparative study” OR “comparative studies” OR “controlled before-after studies” OR “controlled before after studies” OR “controlled before and after studies” OR “historically controlled study” OR “historically controlled studies” OR “historical controlled study” OR “historical controlled studies” OR “historical control study” OR “historical control studies” OR “interrupted time series analysis” OR “interrupted time series” OR “multicenter studies” OR ”multicenter study” OR ”multicenter studies as topic” OR ”multicentre studies” OR ”multicentre study” OR “pilot study” OR “pilot studies” OR “crossover procedure” OR “cross over study” OR “cross over studies” OR “meta-analysis” OR “meta-analyses” OR “meta analysis” OR “meta analyses” OR “systematic review” OR “systematic reviews as topic”)

<u>Set #3</u>

#1 AND #2

---

**This is a representation of an electronic record that was signed electronically. Following this are manifestations of any and all electronic signatures for this electronic record.**

---

/s/

---

CHRISTINA R GREENE
08/01/2024 04:38:56 PM

NATASHA PRATT
08/02/2024 08:57:48 AM

ADEBOLA O AJAO
08/02/2024 08:58:39 AM

# CENTER FOR DRUG EVALUATION AND RESEARCH

*APPLICATION NUMBER:*

# 020246Orig1s074

# ADMINISTRATIVE and CORRESPONDENCE DOCUMENTS

DEPARTMENT OF HEALTH AND HUMAN SERVICES
PUBLIC HEALTH SERVICE
FOOD AND DRUG ADMINISTRATION

# REQUEST FOR PATIENT LABELING REVIEW CONSULTATION

TO:

**CDER-DMPP-PatientLabelingTeam**

FROM: (Name/Title, Office/Division/Phone number of requestor)
Jeannie Roule
DUOG

REQUEST DATE:
October 21, 2025

NDA/BLA NO.:
NDA 020246/
S-074
NDA 021583/
S-045

TYPE OF DOCUMENTS: SP link
(PLEASE CHECK OFF BELOW)

NAME OF DROG:
Depo Provera

PRIORITY CONSIDERATION:

CLASSIFICATION OF DRUG:
Contraceptive

DESIRED COMPLETION DATE
(Generally 2 Weeks after receiving substantially complete labeling)
November 17, 2025

SPONSOR: Pfizer

PDUFA Date: December 12, 2025

## TYPE OF LABEL TO REVIEW

**TYPE OF LABELING:**
**(Check all that apply)**
☒ PATIENT PACKAGE INSERT (PPI)
☐ MEDICATION GUIDE
☐ INSTRUCTIONS FOR USE(IFU)

**TYPE OF APPLICATION/SUBMISSION**
☐ ORIGINAL NDA/BLA/ANDA
☐ EFFICACY SUPPLEMENT
☐ SAFETY SUPPLEMENT
☐ LABELING SUPPLEMENT
☐ MANUFACTURING (CMC) SUPPLEMENT
☐ PLR CONVERSION

**REASON FOR LABELING CONSULT**
☐ INITIAL PROPOSED LABELING
☐ LABELING REVISION

**EDR link to submission:**
**Link to DUOG SP:** Labeling

**Please review the SCPI and this sentence added to the PPI:**
- [redacted] **have ever had** [redacted]

**Please Note: DMPP uses substantially complete labeling, which has already been marked up by the CDER Review Team, when reviewing MedGuides, IFUs, and PPIs. Once the substantially complete labeling is received, DMPP will complete its review within 14 calendar days. Please provide a copy of the sponsor's proposed patient labeling in Word format.**

**COMMENTS/SPECIAL INSTRUCTIONS:**

Filing/Planning Meeting: [Insert Date(s)] N/A

Mid-Cycle Meeting: [Insert Date] N/A

Labeling Meetings: [Insert Dates] N/A

Wrap-Up Meeting: [Insert Date] N/A

SIGNATURE OF REQUESTER
Jeannie Roule

Reference ID: 5680525

| SIGNATURE OF RECEIVER | |
|---|---|

Version: 06/06/2016

---

**This is a representation of an electronic record that was signed electronically. Following this are manifestations of any and all electronic signatures for this electronic record.**

---

/s/

------------------------------------------------------------

JEANNIE M ROULE
10/21/2025 10:07:12 AM

U.S. FOOD & DRUG ADMINISTRATION

NDA 020246/S-074
NDA 021583/S-045

**COMPLETE RESPONSE – LABELING**

Pfizer, Inc.
Attention: Michelle Patel, R. Ph.
Senior Manager, Pfizer Global Regulatory Sciences
66 Hudson Boulevard East
New York, NY 10001

Dear Michelle Patel:

Please refer to your supplemental new drug application (sNDA) dated and received February 5, 2024, submitted under section 505(b) of the Federal Food, Drug, and Cosmetic Act (FDCA) for the following:

| | |
|---|---|
| NDA 020246/S-074 | Depo-Provera CI (medroxyprogesterone acetate) IM |
| NDA 021583/S-045 | Depo-Subq Provera 104 (medroxyprogesterone acetate) SubQ |

These resubmissions, received June 12, 2025, constitutes a complete response to our November 1, 2024, action letter and the goal date is December 12, 2025.

If you have any questions, call or email me at Jeannie.roule@fda.hhs.gov or 301-796-3993.

Sincerely,

*{See appended electronic signature page}*

Jeannie Roule
Chief, Project Management Staff
Office of Regulatory Operations
Center for Drug Evaluation and Research

---

**This is a representation of an electronic record that was signed electronically. Following this are manifestations of any and all electronic signatures for this electronic record.**

---

/s/

---

JEANNIE M ROULE
06/16/2025 02:08:05 PM

DEPARTMENT OF HEALTH AND HUMAN SERVICES
PUBLIC HEALTH SERVICE
FOOD AND DRUG ADMINISTRATION

# REQUEST FOR CONSULTATION

| | |
|---|---|
| TO *(Division/Office)*: **Mail: OSE** | FROM: DUOG<br>Attn: Charlene Williamson |

| DATE | IND NO. | NDA Nos: | TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|---|---|---|
| February 29, 2024 | | (b) (4) 021583,020246, (b) (4) (b) (4) | Labeling Supplement | February 5 2024 |

| NAME OF DRUG | PRIORITY CONSIDERATION | CLASSIFICATION OF DRUG | DESIRED COMPLETION DATE |
|---|---|---|---|
| Medroxyprogesterone Acetate | Standard | | Supplement Goal Date: August 5, 2024 |

NAME OF FIRM: Pfizer, Inc.

## REASON FOR REQUEST

### . GENERAL

☐ NEW PROTOCOL
☐ PROGRESS REPORT
☐ NEW CORRESPONDENCE
☐ DRUG ADVERTISING
☐ ADVERSE REACTION REPORT
☐ MANUFACTURING CHANGE/ADDITION
☐ MEETING PLANNED BY

☐ PRE--NDA MEETING
☐ END OF PHASE II MEETING
☐ RESUBMISSION
☐ SAFETY/EFFICACY
☐ CONTROL SUPPLEMENT

☐ RESPONSE TO DEFICIENCY LETTER
☐ FINAL PRINTED LABELING
☐ LABELING REVISION
☐ ORIGINAL NEW CORRESPONDENCE
☐ FORMULATIVE REVIEW
☐ MEDICATION ERRORS
× OTHER *(SPECIFY BELOW)*:

### II. BIOMETRICS

STATISTICAL EVALUATION BRANCH

☐ TYPE A OR B NDA REVIEW
☐ END OF PHASE II MEETING
☐ CONTROLLED STUDIES
☐ PROTOCOL REVIEW
☐ OTHER (SPECIFY BELOW):

STATISTICAL APPLICATION BRANCH

CHEMISTRY REVIEW
☐ PHARMACOLOGY
☐ BIOPHARMACEUTICS
☐ OTHER (SPECIFY BELOW):

### III. BIOPHARMACEUTICS

DISSOLUTION
☐ BIOAVAILABILTY STUDIES
☐ PHASE IV STUDIES

☐ DEFICIENCY LETTER RESPONSE
☐ PROTOCOL-BIOPHARMACEUTICS
☐ IN-VIVO WAIVER REQUEST

### IV. DRUG EXPERIENCE

☐ PHASE IV SURVEILLANCE/EPIDEMIOLOGY PROTOCOL
☐ DRUG USE e.g. POPULATION EXPOSURE, ASSOCIATED DIAGNOSES
☐ CASE REPORTS OF SPECIFIC REACTIONS (List below)
☐ COMPARATIVE RISK ASSESSMENT ON GENERIC DRUG GROUP

☐ REVIEW OF MARKETING EXPERIENCE, DRUG USE AND SAFETY
☐ SUMMARY OF ADVERSE EXPERIENCE
☐ POISON RISK ANALYSIS

### V. SCIENTIFIC INVESTIGATIONS

☐ CLINICAL
☐ PRECLINICAL

COMMENTS/SPECIAL INSTRUCTIONS:
The Applicant as submitted a PAS to add a Warning and Precaution regarding an increased risk of orbitocranial meningioma associated with exposure to medroxyprogesterone acetate (MPA). This risk is based on a literature review and 35 (34 in women) cases in patients exposed to MPA for 5 to 20 years.

Specifically, the Applicant has submitted PAS supplements for the following MPA products in DUOG (b) (4)

| Division | NDA | Product | TL | RPM |
|---|---|---|---|---|
| | | | | (b) (4) |
| DUOG | 021583 | Depo-Provera SQ | Willett | Charlene Williamson |
| DUOG | 020246 | Depo-Provera IM | Willett | Charlene Williamson |
| | | | | (b) (4) |

We would like to begin our review by having a meeting to plan our approach and understand what information DEPI may already have regarding this risk and what DEPI recommends to further understand this risk (e.g., FAERS review).

| | |
|---|---|
| SIGNATURE OF REQUESTER | METHOD OF DELIVERY (Check all that apply)<br>☐ MAIL ☐ DARRTS ☐ HAND |
| SIGNATURE OF RECEIVER | SIGNATURE OF DELIVERER |

06/18/2013

Reference ID: 5338198

---

**This is a representation of an electronic record that was signed electronically. Following this are manifestations of any and all electronic signatures for this electronic record.**

---

/s/

---

ZETA-MAE C WILLIAMSON
02/29/2024 02:44:36 PM