UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: DEPO-PROVERA (DEPOT MEDROXYPROGESTERONE ACETATE) PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>*All Cases* | Case No. 3:25-md-3140<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Hope T. Cannon |

**Plaintiffs' Leadership Status Updates**

Pursuant to the Court's September 24, 2026 Order, ECF No. 770, Plaintiffs' Leadership and BrownGreer provide the following updates.

## I. MDL Leadership Update

### A. Settlement Program

Claimant registration for the Settlement Program is ongoing with a registration deadline of November 30, 2026. Other than the specific exceptions enumerated in Case Management Order 14, all proceedings in the MDL are stayed to permit the Parties to focus their efforts on the implementation of the Settlement Program. ECF 738 at 12.

### B. Pilot Cases

On July 29, 2026, the Court granted Pfizer's Motion to Substitute Pilot Cases and to Address Threshold Statute of Limitations Defenses in New Pilot Cases,

making *Christina Yeager v. Pfizer, Inc., et al.,* No. 3:26-cv-3733-MCR/HTC; *Vivian Davis v. Pfizer, Inc., et al*., No. 3:26-cv-3826-MCR/HTC; and *Katherine Allison Ponder v. Pfizer, Inc., et al*., No. 3:26-cv-3896-MCR/HTC, the Pilot cases. ECF No. 703.

Consistent with that Order, the Parties refiled the general causation Daubert briefing on the Pilot case dockets; Lead Plaintiffs' Counsel made all documents produced in the MDL available to counsel in the Pilot cases; and Defendants and the Pilot Plaintiffs completed limited case-specific discovery. Defendants' motions for summary judgment on its statute of limitations defense were filed on October 5 (Ponder), October 13 (Yeager), and October 14 (Davis). Plaintiffs' oppositions are due 14 days thereafter, and replies are due 7 days after that.

Pfizer filed a supplemental brief regarding preemption on October 14. Plaintiffs' opposition is due October 28.

## II. Data Administration Subcommittee Update

As of October 15, 2026 there are 6,451 Complaints filed in the MDL. Plaintiffs have submitted 5,975 Questionnaires to MDL Centrality, and 4,737 of these are deemed complete. A comprehensive report on the status of Complaints and Questionnaires is attached hereto as Exhibit 1. Pursuant to Case Management Order 14, the Court stayed litigation activities in the MDL, with a few exceptions, including one for Limitations Plaintiffs and Latency Plaintiffs with regard to Pretrial

Orders 17, 22, 22A, and 23. After the Registration Deadline of November 30, 2026, BrownGreer will inform the Court and the Data Administration Subcommittee the identity of the Litigating Plaintiffs who have continuing obligations relating to threshold proof of use and injury and complaints.

## III. BrownGreer Update

BrownGreer has continued to perform its duties as Data Administrator and has attached a full report as Exhibit 2 to this update. There are 6,451 cases in the MDL. Of those, to date, 6,386 have complied with PTO 23 and 4,737 complied with PTO 22. Those cases not yet in compliance are either still within their window to comply or have been referred to the Court for show cause proceedings.

## IV. State-Federal Liaison Counsel Update

### A. New York State Court Litigation Update

There are 145 cases currently pending in the Depo-Provera Coordinated Litigation. has advised that the parties can choose to rest on the transcript from the *Daubert* hearing, but may submit additional Frye specific supplemental briefing, and may, if requested have oral argument on October 29, 2026. To date neither party has indicated such an intention.

### B. Delaware State Court Litigation Update

There are 382 cases currently pending in the Depo-Provera Coordinated Litigation in Delaware. On June 25, 2026, the Court heard argument on the Parties'

Rule 702 motions and took the motions under advisement. A Case Management Conference was held on October 13, 2026, during which the court asked the parties to meet and confer to propose a schedule for preemption briefing in Delaware. Pfizer has requested dates for conferral in the next two days.

### C. Additional Related State Litigations

Cases concerning Depo-Provera and meningioma are also currently pending in the following state courts:

- California (121 cases). Pfizer filed a Motion for Summary Judgment based on preemption on May 22, 2026 and filed a Supplemental Memorandum in support of that Motion on October 15, 2026. The motion is scheduled to be fully briefed on November 19, 2026 and is tentatively set for hearing on December 2, 2026. Pfizer indicated to the court that there may be opportunities for coordination with this Court in connection with any oral argument on the motion. The completion of fact discovery for selected bellwether actions and as to Defendants is January 15, 2026.
- Connecticut (13 cases). Pfizer filed a Motion to Strike in *Palmer* (4 plaintiffs), which the court granted on October 9, 2026. In the other 12 cases, Pfizer filed a consent motion for an extension of time that, if

granted, would extend Pfizer's deadline to file Motions to Strike in those cases to November 30, 2026.

- Illinois (14 cases). In Cook County, Illinois, a Case Management Conference was held on September 23, 2026, at which time the court entered a briefing schedule for all motions to dismiss. The motions are set to be fully briefed by November 4, 2026, and heard by the court during the next Case Management Conference on December 4, 2026. In *White*, originally filed in St. Clair County, Illinois, Pfizer removed the case to the Southern District of Illinois under CAFA. Pfizer filed a Motion to Dismiss for Lack of Personal Jurisdiction and a Motion to Sever and/or Motion to Dismiss for *Forum Non Conveniens* on September 3, 2026.

- Minnesota (74 cases). On September 18, 2026, the Supreme Court of Minnesota granted Pfizer's Motion for Assignment of Related Cases to a Single Judge. All cases were reassigned to the Honorable Jamie Anderson in Hennepin County, Minnesota. The first case management conference will be held before her on November 2, 2026.

- New Hampshire (1 case): A Structuring Conference is set for November 10, 2026.

- New Mexico (2 cases). *Marquez* (6 plaintiffs) is assigned to Judge Matthew Wilson, and *Rodriguez* (9 plaintiffs) is assigned to Judge Denise Thomas. Depositions of four of the five *Marquez* plaintiffs were held from September 22-25, 2026, and discovery is ongoing. Plaintiffs consented to supplemental preemption briefing in *Marquez* and Pfizer is preparing to file the same. . A hearing on the preemption motion is currently set for January 6, 2027. A status conference was held in *Rodriguez* on October 15, 2026 during which Judge Thomas set the case for trial on August 21, 2028.
- Pennsylvania (3 cases). In *Davis*, a One-Year Status Conference was held on September 25, 2026, and plaintiff's deposition was taken on September 29, 2026. Depositions of the healthcare provider defendants are set to occur in late October 2026. In *Bowers*, Pfizer filed its Answer to Plaintiff's Second Amended Complaint on October 7, 2026.
- Washington (1 case): Pfizer filed an Answer in *Terwilleger* on June 24, 2026.
- Wisconsin (1 case): Pfizer filed an Answer in *Thake* on May 15, 2026.

DATED: October 16, 2026 Respectfully submitted,

*<u>/s/ Christopher A. Seeger</u>*
Christopher A. Seeger
New Jersey State Bar No. 04231990
David R. Buchanan

New Jersey State Bar No. 042741993
Caleb Seeley
New Jersey State Bar No. 303522019
SEEGER WEISS LLP
55 Challenger Road
Ridgefield Park, NJ 07660
Tel.: (973) 639-9100
cseeger@seegerweiss.com

*Plaintiffs' Lead Counsel*

Bryan F. Aylstock
Savannah T. Green
Aylstock, Witkin, Kreis &
Overholtz, PLLC
17 East Main Street Suite 200
Pensacola, FL 32502
Tel.: (850) 202-1010
baylstock@awkolaw.com

*Plaintiffs' Co-Lead Counsel*

Ellen Relkin
WEITZ & LUXENBERG, P.C.
700 Broadway
New York, NY 10003
erelkin@weitzlux.com
Tel: 212-558-5500
Fax: 212-344-5461

*Plaintiffs' Co-Lead Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that on October 16, 2026, I caused the foregoing Plaintiffs' Leadership Status Updates to be filed with the Clerk of the Court using the CM/ECF system, which will send notification to all counsel of record.

*/s/ Christopher A. Seeger*
Christopher A. Seeger