# EXHIBIT 2

MDLCENTRALITY®
Powered by BrownGreer

# Depo-Provera Update

## Depo-Provera Products Liability Litigation
## Data Administrator Update
October 15, 2026

Orran Brown, Sr.
obrown@browngreer.com

Jake Woody
jswoody@browngreer.com

Julie Newton
jnewton@browngreer.com

© 2026 BrownGreer PLC | 250 Rocketts Way Richmond, VA 23231 | www.mdlcentrality.com

# Activity Since Last Status Report on 9/14/26

| | Category | Change |
|---|---|---|
| 1. | MDL Cases Filed – Active Docket | +3 |
| 2. | MDL Cases Filed – Admin Docket | +37 |
| 3. | Delaware Cases Filed | +22 |
| 4. | New York Cases Filed | +18 |

© 2026 BrownGreer PLC | 250 Rocketts Way Richmond, VA 23231 | www.mdlcentrality.com

# Pending Cases in the MDL

## (As of 10/15/26)




Cases: 6,451
Admin Cases: 37
Plaintiffs: 6,775

# PTO 23 Complaint Review Results

## (As of 10/15/26)

| | Category | Plaintiffs | % |
|---|---|---|---|
| 1. | Complete | 6,386 | 99% |
| 2. | Complaint Within 14-Day Upload Deadline | 6 | 0.1% |
| 3. | Complaint Submitted and In Review | 58 | 0.9% |
| 4. | Referred to Court | 1 | <0.1% |
| | TOTAL | 6,451 | |

# PTO 22 Proof of Use/Injury Review Results

## (As of 10/15/26)

| | Category | Plaintiffs | % |
|---|---|---|---|
| 1. | Complete | 4,737 | 73.4% |
| 2. | Questionnaire Within 120-Day Deadline | 408 | 6.3% |
| 3. | Questionnaire in Review Process | 1,117 | 17.3% |
| 4. | Referred to Court | 189 | 2.9% |
| | TOTAL | 6,451 | |

© 2026 BrownGreer PLC | 250 Rocketts Way Richmond, VA 23231 | www.mdlcentrality.com

# Cases Referred to the Court

## (As of 10/15/26)

| | Status | Cases |
|---|---|---|
| 1. | Product and Diagnosis Proof Deficient | 120 |
| 2. | Questionnaire Deficiency | 69 |
| 3. | Complaint Deficiency | 1 |
| 4. | Complete and Discharged from Show Cause | 35 |
| | TOTAL | 225 |

© 2026 BrownGreer PLC | 250 Rocketts Way Richmond, VA 23231 | www.mdlcentrality.com