**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | |
|---|---|
| IN RE: DEPO-PROVERA (DEPOT MEDROXYPROGESTERONE ACETATE) PRODUCTS LIABILITY LITIGATION | Case No. 3:25-md-3140 |
| This Document Relates to:<br>All Cases | Judge M. Casey Rodgers<br>Magistrate Judge Hope T. Cannon |

# **ORDER**

On motion of the Qualified Settlement Funds ("QSF") Administrator, and for good cause shown, the Court hereby **ORDERS**:

1. Establishment of the Depo-Provera Qualified Settlement Fund (the "Fund") and the Depo-Provera Common Benefit Qualified Settlement Fund (the "CB Fund") (together, "the Funds") is **APPROVED**, as set forth in the attached QSF Agreement and CB QSF Agreement (the "Agreements") dated October 26, 2026, and the Court retains jurisdiction thereof.[1] The Funds are "qualified settlement funds" within the meaning of section 468B of the Internal Revenue Code and the applicable Treasury Regulations and must be operated in a manner consistent with the rules and regulations of 26 C.F.R. §§ 1.468B-1, *et seq*. The Funds will remain

[1] Through Plaintiff's Lead Counsel, the QSF Administrator, Randall L. Sansom, CPA, submitted a QSF Agreement and CB QSF Agreement on October 26, 2026, which are the current operative agreements and are attached to this Order.

open to receive payment(s) from the Defendants in resolution and full and final satisfaction of one or more contested claims of alleged tort or violation of law that have resulted or may result from injuries or damages allegedly sustained by Claimants.

2. The Settlement proceeds must be deposited at a bank that is a federally insured depository institution at the direction of the QSF Administrator in consultation with Plaintiffs' Lead Counsel.

3. Certified Public Accountant Randall L. Sansom, C.P.A., P.A. ("CPA") has been appointed as QSF Administrator. *See* ECF No. 747.

4. The QSF Administrator is authorized to effect qualified assignments of any resulting structured settlement liability or similar vehicle within the meaning of Section 130(c) of the Internal Revenue Code to the qualified assignee and to distribute all settlement sums.

5. The QSF Administrator is authorized to conduct any and all activities necessary to administer these Funds as described in the Motion To Establish the Depo-Provera Qualified Settlement Funds and the Agreements attached as exhibits thereto. Any outside activities are prohibited as unauthorized. Any and all earnings, interest, or other investment income realized on the investment of the Funds will be allocated, at the direction of the QSF Administrator, as informed by the CPA, first

to pay applicable Taxes, if any, then Settlement Administration and Fund Administration Costs, then to the Beneficiaries, if any excess earnings remain in the Funds.

6. On final distribution of all monies paid into the Funds and once the Court has terminated the Funds, then the QSF Administrator and CPA is discharged from any further responsibility with respect to the Funds.

7. The QSF Administrator must report quarterly to the Court.

**SO ORDERED** this 29th day of October 2026.

M. Casey Rodgers

**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**